UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ASSOCIATED BUILDERS AND CONTRACTORS
FLORIDA FIRST COAST CHAPTER; ASSOCIATED
BUILDERS AND CONTRACTORS,

    Plaintiffs,

v.                                              Case No. 3:24-CV-00318

WILLIAM F. CLARK; CHRISTINE J. HARADA;
JOHN M. TENAGLIA; KARLA S. JACKSON;
JEFFREY A. KOSES; SHALANDA YOUNG
(IN THEIR OFFICIAL CAPACITIES),

    Defendants.

_____

**DISCLOSURE STATEMENT PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 3.03**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.03, Associated Builders and Contractors, makes the following disclosure(s).

1. If the filer is a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene, identify any parent corporation and any publicly held corporation owning 10% or more of its stock or state there is no such corporation: **There is no such corporation.**

2. If this is an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), name and identify the citizenship of every individual or entity whose citizenship is attributed to the filing party or intervenor: **N/A**

3. Identify each person—including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity—that has or might have an interest in the outcome: **Associated Builders and Contractors Florida First Coast Chapter (Plaintiff); Associated Builders and Contractors (Plaintiff); Littler Mendelson, P.C. (Counsel for Plaintiffs); Kimberly Doud (Counsel for Plaintiffs)**

4. Identify each entity with publicly traded shares or debt potentially affected by the outcome: **None**

5. Identify each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditors' committee: **None**

6. Identify each person arguably eligible for restitution: **Associated Builders and Contractors Florida First Coast Chapter; Associated Builders and Contractors**

☒   I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

Dated: March 28, 2024

Respectfully submitted,

*/s/ Kimberly Doud*
Kimberly Doud
Florida Bar No. 523771
Littler Mendelson, PC
111 North Orange Avenue
Ste. 1750
Orlando, Florida 32801
(407) 393-2951
Email: kdoud@littler.com

Attorney for Plaintiffs
**Associated Builders and Contractors Florida First Coast Chapter; Associated Builders and Contractors**