IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ASSOCIATED BUILDERS AND §
CONTRACTORS FLORIDA FIRST §
COAST CHAPTER, AND §
ASSOCIATED BUILDERS AND §
CONTRACTORS, §
  §
   Plaintiffs §
  §
v. §
  §
WILLIAM F. CLARK, DIRECTOR, §  CASE NO. 3:24-CV-00318-WWB-MCR
OFFICE OF GOVERNMENT-WIDE §
ACQUISITION POLICY, OFFICE OF §
ACQUISITION POLICY, OFFICE OF §
GOVERNMENT-WIDE POLICY, §
GENERAL SERVICES §
ADMINISTRATION, §
  §
CHRISTINE J. HARADA, FAR §
COUNCIL CHAIR, SENIOR ADVISOR §
TO THE DEPUTY DIRECTOR FOR §
MANAGEMENT, OFFICE OF §
FEDERAL PROCUREMENT POLICY, §
OFFICE OF MANAGEMENT AND §
BUDGET, §
  §
JOHN M. TENAGLIA, PRINCIPAL §
DIRECTOR, DEFENSE PRICING AND §
CONTRACTING, UNITED STATES §
DEPARTMENT OF DEFENSE, §
  §
KARLA S. JACKSON, ASSISTANT §
ADMINISTRATOR FOR §
PROCUREMENT, NATIONAL §
AERONAUTICS AND SPACE §
ADMINISTRATION, §
  §
JEFFREY A. KOSES, SENIOR §
PROCUREMENT EXECUTIVE, §
GENERAL SERVICES §
ADMINISTRATION, §
  §

| | |
|---|---|
| SHALANDA YOUNG, DIRECTOR OF OFFICE OF MANAGEMENT AND BUDGET, | § § § § |
| In their official capacities, | § § § |
| Defendants. | § |

## **NOTICE OF APPEARANCE AND LEAD COUNSEL DESIGNATION**

Kimberly J. Doud of the law firm of Littler Mendelson, P.C. hereby enters her appearance and designation as Lead Counsel in this case on behalf of Plaintiffs ASSOCIATED BUILDERS AND CONTRACTORS FLORIDA FIRST COAST CHAPTER, AND ASSOCIATED BUILDERS AND CONTRACTORS in this matter.

All notices given or required to be given in this case, and all papers served or required to be served in this case, shall be given to and served upon:

**Kimberly J. Doud**
**Littler Mendelson, P.C.**
**111 North Orange Avenue, Suite 1750**
**Orlando, Florida 32801-2366**
**Telephone: 407.393.2951**
**Email: kdoud@littler.com**

Dated: April 2, 2024                        Respectfully submitted,

*/s/ Kimberly J. Doud*
Kimberly J. Doud
LITTLER MENDELSON, P.C.
111 N Orange Ave.,
Suite 1750
Orlando, FL 32801
407-393-2951
407-641-9263 (Fax)
kdoud@littler.com

Maurice Baskin (*pro hac vice* pending)
LITTLER MENDELSON, P.C.
815 Connecticut Ave., N.W.
Ste. 400
Washington, D.C. 20006
(202) 772-2526
(202) 842-0011 (Fax)
mbaskin@littler.com

ATTORNEYS FOR PLAINTIFFS

4869-4784-7602.1 / 076141-1018