AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:24-cv-318-WWB-MCR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* William F. Clark, Dir., Off. of Gov't-Wide Acquisition Pol'y was received by me on *(date)* April 1, 2024.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: The Summons and a copy of the complaint were delivered by Certified Mail, Return Receipt on April 4, 2024, at 12:21 pm to William F. Clark, 1800 F. St., NW, Washington, D.C., 20405. Additionally, a copy of the summons and complaint were delivered to the Civil-Process Clerk, United States Attorneys' Office for the Middle District of Florida by Certified Mail, Return Receipt to Civil-Process Clerk, U.S. Attorney's Office, 400 North Tampa Street, Suite 320, Tampa, FL 33602, and to the Attorney General of the United States by Certified Mail, Return Receipt on April 5, 2024, at 4:56 AM, to Merrick Garland, 950 Pennsylvania Ave. NW, Washington, DC 20530.

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 4/24/2024

*Server's signature*

Juliette Hopkins, Paralegal
*Printed name and title*

815 Connecticut Ave., NW, Washington, DC 20006
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:24-cv-318-WWB-MCR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*: _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: