AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:24-cv-318-WWB-MCR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Karla S. Jackson, Assistant Administrator for Procurement__ was received by me on *(date)* __April 1, 2024__ .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: The Summons and a copy of the complaint were delivered by Certified Mail, Return Receipt on April 4, 2024, at 11:51 am to Karla S. Jackson, 300 E St., SW Washington, DC 20546. Additionally, a copy of the summons and complaint were delivered to the Civil-Process Clerk, United States Attorneys' Office for the Middle District of Florida by Certified Mail, Return Receipt to Civil-Process Clerk, U.S. Attorney's Office, 400 North Tampa Street, Suite 320, Tampa, FL 33602, and to the Attorney General of the United States by Certified Mail, Return Receipt on April 5, 2024, at 4:56 AM, to Merrick Garland, 950 Pennsylvania Ave. NW, Washington, DC 20530.

My fees are $ __0.00__ for travel and $ __0.00__ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __4/24/2024__

_____
Server's signature

Juliette Hopkins, Paralegal
*Printed name and title*

815 Connecticut Ave., NW, Washington, DC 20006

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| Associated Builders and Contractors Florida First Coast Chapter; Associated Builders and Contractors ) ) ) ) ) *Plaintiff(s)* ) v. ) William F. Clark; Christine J. Harada; John M. ) Tenaglia; Karla S. Jackson; Jeffrey A. Koses; ) Shalanda Young (in their official capacities) ) ) *Defendant(s)* ) | Civil Action No. 3:24-cv-318-WWB-MCR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Karla S. Jackson
Assistant Administrator for Procurement
NASA Headquarters
300 E St., SW
Washington, DC 20546

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Kimberly Doud
Littler Mendelson
111 North Orange Ave., Ste. 1750
Orlando, FL 32801

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Anna Moody

Date: April 1, 2024

*Signature of Clerk or Deputy Clerk*