# EXHIBIT "14"

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| ASSOCIATED BUILDERS AND CONTRACTORS FLORIDA FIRST COAST CHAPTER, AND ASSOCIATED BUILDERS AND CONTRACTORS, <br><br> Plaintiffs, <br><br> vs. <br><br> WILLIAM F. CLARK, et al. <br><br> Defendants. | NO. 24-cv-318-WWB |

## AFFIDAVIT

I, Ben Brubeck, being duly sworn, hereby state the following based on personal knowledge:

1. I am the Vice President of Regulatory, Labor, and State Affairs of the Associated Builders and Contractors, Inc. ("ABC"). ABC is a trade association representing more than 23,000 member contractors and related firms in Florida and throughout the country. ABC represents all specialties within the U.S. construction industry, including many member contractors and subcontractors who regularly perform work on federal projects valued at more than $35 million. I submit this Affidavit in support of Plaintiffs' Motion for Preliminary Injunction, which is incorporated by reference, for purposes of establishing ABC's standing to sue, as well as the standing of the separately incorporated chapter known as the ABC Florida First Coast Chapter ("ABCFFC").

2. ABC is affiliated with 68 separately incorporated chapters throughout the country who share ABC's mission of advocating on behalf of fair and open competition in the construction industry, including federal construction contracting. One of those chapters is the ABCFFC, headquartered in Jacksonville, Florida and representing 180 member companies, many of whom regularly perform work on federal construction projects valued at more than $35 million. ABCFFC and ABC and their members advocate in favor of "merit shop" construction, specifically calling for construction work to be performed on the basis of merit, regardless of labor affiliation, based on principles of free enterprise and open competition.

3. ABC prepared and filed thorough regulatory comments on the proposed rule that preceded the challenged PLA Rule, running to 43 single-spaced pages. I played a principal role in drafting the ABC comments and hereby vouch for their truthfulness, including extensive legal, economic, and practical input from ABC staff and ABC member firms, regarding the adverse impact of the PLA Rule on ABC, ABCFFC, and their members.

4. Since the enactment of EO 14063, ABC has been compelled to spend thousands of dollars and staff resources responding to the EO and the implementing PLA Rule and OMB Memorandum. ABC has invested hundreds of staff hours studying the rule and informing its members about the rule's contents. We have also fielded many calls from members and their government and private industry customers concerned about the rule's effects and legal basis, and specifically regarding the injuries to competition resulting from imposition of PLA mandates on work that ABC members have in the past successfully performed, without need for any government-mandated PLAs.

5.  Because ABC has expended resources to assist members relating to the PLA Rule, it has been required to divert resources away from other efforts, such as workplace safety, apprenticeship and workforce development, and government advocacy on other issues.

6.  As trade associations representing federal contractors in this District and nationwide, ABCFFC and ABC National also have standing to bring this action on behalf of their members under *Hunt v. Washington State Apple Advertising Commission*, 432 U.S. 333, 343 (1977), because (1) Plaintiffs' members would otherwise have standing to sue in their own right; (2) the interests at stake are germane to Plaintiffs' organizational purposes; and (3) neither the claims nor relief require the participation of Plaintiffs' individual members.

7.  Plaintiffs have attached to our motion for preliminary injunction affidavits from numerous identified members of ABCFFC and ABC—contractors and subcontractors, large and small businesses, and both union and non-union firms — all of whom attest to the irreparable harms resulting from the PLA Rule. These are examples only; many more members of ABCFFC and ABC have complained that they are being irreparably harmed by the across-the-board PLA mandate and that the exemption process has proved to be a dead letter even in areas of the country where few if any union contractors are able to perform the work. As detailed in the member affidavits themselves, the restrictive PLA mandate policy and resulting PLA mandates irreparably harms them in the bidding process by erecting barriers making it more difficult for ABCFFC's and ABC's members to compete and win government contracts for construction services via competitive bidding.

8. In addition, the interests at stake are clearly germane to ABC and ABCFFC's organizational purposes, as discussed above. Specifically, the PLAs mandated by the new EO and Rule are antithetical to ABC's and ABCFFC's mission of promoting fair and open competition, regardless of labor affiliation.

9. Finally, neither the claims nor relief sought in this litigation require the participation of Plaintiffs' individual members. Plaintiffs solely request injunctive relief to stop the PLA Rule from mandating PLAs on federal construction projects.

10. Under the guise of increasing "economy and efficiency" and "full and open competition" in federal contracting, as required by the Procurement Act, the Competition in Contracting Act, and other federal laws, the PLA Rule plainly has the opposite effect. It stifles competition from the majority of construction contractors whose employees have chosen not to be represented by labor unions (89% of the construction industry workforce nationally; 97% of the construction industry workforce in Florida, according to www.bls.gov and www.unionstats.gov), as well as ABC members who have signed bargaining agreements with unions that are disfavored by the PLA Rule. The PLA mandate plainly reduces economy and efficiency on federal construction projects by deterring and restricting competition from ABC members who are fully qualified to perform such work and who are irreparably injured in their ability to fairly compete for and be awarded work on such projects.

11. ABC conducted a survey of its contractor members about government-mandated PLAs and the proposed version of the PLA Rule, which was essentially unchanged in its final form: 99% of respondents said they would be less likely to begin or continue bidding on federal contracts if the proposed rule was finalized and 97% said that

4

government-mandated PLAs decrease economy and efficiency in government contracting. 97% of respondents who self-identified as small businesses said they would be less likely to bid on contracts if the rule is finalized, and 73% of small businesses stated PLAs decrease hiring of minority, women, veteran and disadvantaged business enterprises.

12. Contracting officers have further refused to either produce, share and/or acknowledge the market research they are instructed by the FAR Rule and OMB Memorandum to examine to determine if a PLA is appropriate and/or if an exemption to the FAR Rule's PLA requirement policy is warranted. The EO and FAR Rule announced creation of a website where exemptions would be posted. No exemptions have been posted there as of this filing. *See* [Project Labor Agreements (PLA) | Acquisition Gateway](#).

13. Indeed, despite ABC's close monitoring of the status of federal projects above $35 million since the PLA Rule went into effect, I have not been made aware of any federal agency granting an exception to the FAR Rule's PLA mandate policy, to date. As set forth in greater detail in the attached member affidavits, no exemptions from the FAR Rule's PLA mandates have been granted on any identified projects even in the South Region of the country, including the Jacksonville area, where members of ABC and ABCFFC have successfully performed billions of dollars worth of federal projects with little union activity. The federal agencies have turned a deaf ear to market research, and merit shop contractors who do not (or cannot) sign PLAs are being blatantly discriminated against for no other reason than political favoritism.

14. Federal agency contracting officers and senior officials at multiple federal agencies have told me specifically that no PLA exceptions are being granted at this time.

In addition, federal agency contracting officers have told me that it is not possible to get a PLA exception request up the military chain of command to the Army's senior procurement officer for an evaluation without incurring significant project procurement delays. As a result, no PLA exceptions are being sought by many federal contracting officers at the USACE, even though they are appropriate. In addition, federal contracting officers have said that publicly listing federal agency PLA exceptions is a deterrent to contracting officers and federal agency procurement officers granting PLA exceptions. In short, the PLA exception process outlined in the OMB Memorandum and FAR Rule is fatally flawed, is not being utilized and is designed to deter PLA exception requests from being filed and granted.

15. That there is no factual basis supporting the PLA Rule is conclusively shown by reviewing the results of the federal government's pro-PLA policy from fiscal year 2009 to fiscal year 2023, encouraging—but not requiring—federal agencies to mandate PLAs. Between fiscal years 2009 and 2023, just 12 federal contracts (valued at $1.26 billion) contained a PLA mandated by a federal agency out of 3,222 contracts of $25 million or more valued at a total of $238 billion: this means procurement officials saw no need to impose PLAs to increase economy or efficiency on more than 99% of federal construction contracts of $25 million or more. During this period ABC members won and successfully performed 54% of the $205.56 billion in total value of direct prime construction contracts exceeding $35 million awarded by federal agencies during fiscal years 2009-2023.[1]

---

[1] *See ABC Members Won the Majority of Large-Scale Federal Contracts > $35M, FY2009-FY2023*, Associated Builders & Contractors, https://thetruthaboutplas.com/wp-content/uploads/2023/12/ABC-Members-Won-A-Significant-Number-of-Large-Scale-Federal-Contracts-of-35M-FY09FY23-030524.png (last visited, Mar. 8, 2024).

I declare under penalty of perjury that the foregoing is true and correct.

_____  4/25/24
Ben Brubeck                Date

7