# EXHIBIT "15"

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

ASSOCIATED BUILDERS AND § 
CONTRACTORS FLORIDA FIRST § 
COAST CHAPTER, AND ASSOCIATED § NO. 24-cv-318-WWB
BUILDERS AND CONTRACTORS, §

Plaintiffs,

vs.

WILLIAM F. CLARK, et al.

Defendants.

## AFFIDAVIT

I, Karin Tucker Hoffman, being duly sworn, hereby state the following based on personal knowledge:

1. I am submitting this Affidavit in support of Plaintiffs' Motion for Preliminary Injunction, for purposes of establishing standing to sue on the part of Associated Builders and Contractors Florida First Coast Chapter ("ABCFFC").

2. I am the President of the ABCFFC. We are an incorporated trade association, headquartered in Jacksonville, Florida, representing 180 member contractors, subcontractors and related firms. We are a chartered affiliated chapter of Associated Builders and Contractors ("ABC" or "ABC National") which represents more than 23,000 member contractors, subcontractors and related firms in Florida and throughout the country. ABCFFC represents all specialties within the U.S. construction

1

industry, including many member contractors and subcontractors who regularly perform work on federal projects valued at more than $35 million.

3. ABCFFC shares ABC's mission of advocating on behalf of fair and open competition in the construction industry, including federal construction contracting. ABCFFC and its members advocate in favor of "merit shop" construction, specifically calling for construction work to be performed on the basis of merit, regardless of labor affiliation, based on principles of free enterprise and open competition.[1]

4. As a trade association representing federal contractors in this District and regionally, ABCFFC has standing to bring this action on behalf of our injured members under *Hunt v. Washington State Apple Advertising Commission*, 432 U.S. 333, 343 (1977), because (1) ABCFFC's members would otherwise have standing to sue in their own right; (2) the interests at stake are germane to our organizational purposes; and (3) neither the claims nor relief require the participation of ABCFFC's individual members.

5. Plaintiffs have attached to our motion for preliminary injunction affidavits from numerous identified members of ABCFFC and ABC – contractors and subcontractors, large and small businesses, and both union and non-union firms – all of whom attest to the irreparable harms resulting from the PLA Rule. These are examples only; many more members of ABCFFC and ABC have complained that they are being irreparably harmed by the across-the-board PLA mandate; and that the exemption process has proved to be a dead letter even in areas of the country like Jacksonville, where few if any union contractors are able to perform the work. As detailed in the member affidavits themselves, the restrictive PLA mandate policy and resulting PLA

---

[1] *See also* ABC First Coast > About > The ABC Story (last visited March 26, 2024)

mandates irreparably harm them in the bidding process by erecting barriers making it more difficult for ABCFFC's and ABC's members to compete and win government contracts for construction services via competitive bidding.

6. The interests at stake are clearly germane to ABCFFC's organizational purposes, as discussed above. Specifically, the PLAs mandated by the new EO and Rule are antithetical to ABCFFC's mission of promoting fair and open competition, regardless of labor affiliation.

7. Finally, neither the claims nor relief require the participation of Plaintiffs' individual members. Plaintiffs solely request injunctive relief to stop the PLA Rule from mandating PLAs on federal construction projects.

8. The PLA Rule plainly does not increase "economy and efficiency" and "full and open competition" in federal contracting, as required by the Procurement Act, the Competition in Contracting Act, and other federal laws. Instead, the Rule stifles competition from the majority of construction contractors whose employees have chosen not to be represented by labor unions (97% of the industry in Florida).[2]

9. Since the enactment of Executive Order 14063 mandating PLAs on federal construction projects above $35 million, ABCFFC has been compelled to spend money and staff resources responding to the EO and the implementing PLA Rule and OMB Memorandum, studying the rule and informing our members about the Rule's contents. We have also fielded many calls from members and their government and private industry customers concerned about the rule's effects and legal basis. Our members have expressed great concern regarding the injuries to competition resulting from imposition of

---

[2] www.unionstats.com

3

PLA mandates on work that ABC members have in the past successfully performed, but now are facing discriminatory barriers in the bidding process.

10. Because ABC has expended resources to assist members relating to the PLA Rule, it has been required to divert resources away from other efforts, such as workplace safety, apprenticeship and workforce development, and government advocacy on other issues.

11. As set forth in greater detail in the attached member affidavits, no exemptions from PLA mandates have been granted I our region, as the agencies have turned a deaf ear to market research and numerous complaints from our members about the PLA mandate is stifling competition and discriminating in favor of union contractors who until now have performed very little federal construction work in the Jacksonville area. ABCFFC members have complained that government contracting officers have refused to either produce, share or even acknowledge the market research they are supposed to examine. Merit shop contractors belonging to ABCFFC are being blatantly discriminated against for no other reason than political favoritism.

I declare under penalty of perjury that the foregoing is true and correct.

_____          4-24-2024
Karin Tucker Hoffman                                      Date