**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

ASSOCIATED BUILDERS AND
CONTRACTORS FLORIDA FIRST
COAST CHAPTER, *et al.,*

    *Plaintiffs,*

        v.

WILLIAM F. CLARK, *et al.,*

    *Defendants.*

**Civil Action No. 3:24-cv-00318-WWB-MCR**

## NOTICE OF APPEARANCE

The Court will please enter the appearance of Michael J. Gerardi, Senior Trial Counsel, Civil Division, as counsel of record for Defendants in the above-captioned matter.

Dated: May 1, 2024

Respectfully submitted,

BRIAN M. BOYNTON
*Principal Deputy Assistant Attorney General*

LESLEY FARBY
*Assistant Branch Director, Federal Programs Branch*

*/s/ Michael J. Gerardi*
MICHAEL J. GERARDI (D.C. Bar No. 1017949)
*Senior Trial Counsel*
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington D.C. 20005
Tel: (202) 616-0680
michael.j.gerardi@usdoj.gov

*Attorney for Defendants*