# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| ASSOCIATED BUILDERS AND CONTRACTORS FLORIDA FIRST COAST CHAPTER, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>WILLIAM F. CLARK, *et al.*,<br><br>*Defendants*. | **Civil Action No. 3:24-cv-00318-WWB-MCR** |

## DEFENDANTS' UNOPPOSED, TIME-SENSITIVE MOTION FOR AN EXTENSION OF TIME TO OPPOSE PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION

Defendants respectfully move the Court for an extension of the time to respond to Plaintiffs' motion for a preliminary injunction. By local rule, Defendants' response to the motion is currently due on May 10, 2024. M.D. Fla. L.R. 3.01(c). The request is unopposed. In support of the motion, Defendants state as follows:

1. On March 28, 2024, Plaintiffs filed the operative complaint in this matter. ECF No. 1. On April 26, 2024, Plaintiffs filed a motion for a preliminary injunction. ECF No. 19.

2. Good cause exists for a brief extension of this deadline. Counsel for Defendants will need to consult with representatives of the numerous government officials and agencies named in the complaint, as well as supervisory officials within the Department of Justice, in order to prepare Defendants' response. Additionally, undersigned counsel for Defendants has another significant brief due on the same day, May 10, 2024, in a matter pending before the United States District Court for the District

of Columbia.

3. Defendants contacted Plaintiffs prior to filing this motion pursuant to Local Civil Rule 3.01(g). Plaintiffs indicated they did not oppose the requested relief.

Accordingly, Defendants respectfully request that the Court grant this unopposed motion.

Dated: May 1, 2024               Respectfully submitted,

                                 BRIAN M. BOYNTON
                                 *Principal Deputy Assistant Attorney General*

                                 LESLEY FARBY
                                 *Assistant Branch Director, Federal Programs Branch*

                                 */s/ Michael J. Gerardi*
                                 MICHAEL J. GERARDI (D.C. Bar No. 1017949)
                                 *Senior Trial Counsel*
                                 TAISA GOODNATURE
                                 *Trial Attorney*
                                 U.S. Department of Justice
                                 Civil Division, Federal Programs Branch
                                 1100 L Street, NW
                                 Washington D.C. 20005
                                 Tel: (202) 616-0680
                                 michael.j.gerardi@usdoj.gov

                                 *Attorneys for Defendants*

**MD. FLA. L.R. 3.01(g) CERTIFICATION**

On Monday, April 30, 2024, I contacted counsel for Plaintiffs via e-mail regarding the substance of the relief sought in this motion. Plaintiffs stated that they were in agreement with the request for a one-week extension to the response deadline.

*/s/ Michael J. Gerardi*
MICHAEL J. GERARDI
Senior Trial Counsel
