**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

ASSOCIATED BUILDERS AND
CONTRACTORS FLORIDA FIRST
COAST CHAPTER and ASSOCIATED
BUILDERS AND CONTRACTORS,

        Plaintiffs,

v.                                        Case No.: 3:24-cv-318-WWB-MCR

GENERAL SERVICES
ADMINISTRATION, OFFICE OF
MANAGEMENT AND BUDGET,
UNITED STATES DEPARTMENT OF
DEFENSE, NATIONAL AERONAUTICS
AND SPACE ADMINISTRATION,
GENERAL SERVICES
ADMINISTRATION and OFFICE OF
MANAGEMENT AND BUDGET,

        Defendants.
_____/

## ORDER

THIS CAUSE is before the Court on Plaintiff's Motion for Preliminary Injunction (Doc. 18), filed on April 26, 2024.  In accordance with Federal Rule of Civil Procedure 65 and Local Rule 4.06, it is **ORDERED** and **ADJUDGED** as follows:

1. Defendants shall file a consolidated response to the Motion for Preliminary Injunction on or before **May 17, 2024**.

2. On or before **May 15, 2024**, the parties shall file a joint notice, not to exceed ten pages, informing this Court if an evidentiary hearing is necessary in this matter.  Any party requesting an evidentiary hearing shall: (1) identify with particularity all disputed issues of material fact or credibility determinations that

are expected to impact the resolution of the Motion; (2) the names of any witnesses that the party anticipates calling at a hearing; and (3) the estimated length of the requested hearing.

3. If the Court determines, after review of the parties' submissions and joint notice, that an evidentiary hearing is necessary for the resolution of the Motion, a hearing will be set by the Court. Otherwise, the Court will issue a ruling based on the parties' written submissions.

**DONE AND ORDERED** in Jacksonville, Florida on May 9, 2024.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record

2