# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| ASSOCIATED BUILDERS AND CONTRACTORS FLORIDA FIRST COAST CHAPTER, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> WILLIAM F. CLARK, *et al.*, <br><br> *Defendants*. | Civil Action No. 3:24-cv-00318-WWB-MCR |

## NOTICE OF APPEARANCE

The Court will please enter the appearance of Taisa M. Goodnature, Trial Attorney, Civil Division, as counsel of record for Defendants in the above-captioned matter.

Dated: May 15, 2024

Respectfully submitted,

BRIAN M. BOYNTON
*Principal Deputy Assistant Attorney General*

LESLEY FARBY
*Assistant Branch Director, Federal Programs Branch*

*/s/ Taisa M. Goodnature*
TAISA M. GOODNATURE
(N.Y. Bar No. 5859137)
*Trial Attorney*
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington D.C. 20005
Tel: (202) 514-3786
taisa.m.goodnature@usdoj.gov

*Attorney for Defendants*