# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| ASSOCIATED BUILDERS AND CONTRACTORS FLORIDA FIRST COAST CHAPTER, AND ASSOCIATED BUILDERS AND CONTRACTORS,<br><br>    Plaintiffs<br>v.<br><br>WILLIAM F. CLARK, DIRECTOR, OFFICE OF GOVERNMENT-WIDE ACQUISITION POLICY, OFFICE OF ACQUISITION POLICY, OFFICE OF GOVERNMENT-WIDE POLICY, GENERAL SERVICES ADMINISTRATION, *et al.*<br><br>    Defendants. | **Case No. 3:24-cv-318-WWB-MCR** |

**JOINT NOTICE IN RESPONSE TO COURT'S ORDER (DOC. 22)**

Pursuant to the Court's Order requesting the parties' position as to whether an evidentiary hearing is necessary in this matter, the parties hereby jointly respond that they do not believe an evidentiary hearing is necessary, and neither party requests such a hearing. Plaintiffs are seeking judicial review of final agency action under the Administrative Procedure Act ("APA"). "When a party seeks review of agency action under the APA, the district judge sits as an appellate tribunal" and "the entire case on review is a question of law." *Brinklys v. Johnson*, 175 F. Supp. 3d 1338, 1349 (M.D. Fla. 2016), *aff'd sub nom Brinklys v. Sec'y, Dep't of Homeland Sec.*, 702 F. App'x 856 (11th Cir. 2017).

Accordingly, unless the Court feels otherwise, and in the interest of expediting the Court's decision on the preliminary injunction motion, the parties believe the Court

can issue its ruling based on the parties' written submissions. The parties' attorneys stand ready to present oral argument if requested by the Court, virtually or in person.

| | |
|---|---|
| Dated: May 15, 2024 | Respectfully submitted, |
| BRIAN M. BOYNTON<br>*Principal Deputy Assistant Attorney General*<br>LESLEY FARBY<br>*Assistant Branch Director, Federal Programs Branch*<br><br>*/s/ Michael J. Gerardi*<br>MICHAEL J. GERARDI (D.C. Bar No. 1017949)<br>*Senior Trial Counsel*<br>TAISA M. GOODNATURE (N.Y. Bar No. 5859137)<br>*Trial Attorney*<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street, NW<br>Washington D.C. 20005<br>Tel: (202) 616-0680<br>michael.j.gerardi@usdoj.gov<br><br>*Attorneys for Defendants* | */s/Kimberly J. Doud*<br>Littler Mendelson, P.C.<br>111 N Orange Ave.,<br>Suite 1750<br>Orlando, FL 32801<br>407-393-2951<br>407-641-9263 (Fax)<br>kdoud@littler.com<br><br>Maurice Baskin (*pro hac vice*)<br>LITTLER MENDELSON, P.C.<br>815 Connecticut Ave., N.W.<br>Ste. 400<br>Washington, D.C. 20006<br>(202) 772-2526<br>(202) 842-0011 (Fax)<br>mbaskin@littler.com<br><br>*Attorneys for Plaintiffs* |

## **CERTIFICATE OF SERVICE**

I certify that on May 15, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will automatically send notification of this filing to all attorneys of record.

*/s/Kimberly J. Doud*