IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| ASSOCIATED BUILDERS AND CONTRACTORS FLORIDA FIRST COAST CHAPTER, AND ASSOCIATED BUILDERS AND CONTRACTORS,<br><br>  Plaintiffs<br>v.<br><br>WILLIAM F. CLARK, DIRECTOR, OFFICE OF GOVERNMENT-WIDE ACQUISITION POLICY, OFFICE OF ACQUISITION POLICY, OFFICE OF GOVERNMENT-WIDE POLICY, GENERAL SERVICES ADMINISTRATION, *et al.*<br><br>  Defendants. | Case No. 3:24-cv-318-WWB-MCR |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE REPLY
IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

Plaintiffs Associated Builders and Contractors Florida First Coast Chapter ("ABCFFC") and Associated Builders and Contractors ("ABC" or "ABC National") (collectively "Plaintiffs"), pursuant to Middle District of Florida Local Rules 3.01(a) and 3.01(d), move for leave to file a reply, not to exceed seven pages in length, in support of their Motion for Preliminary Injunction against William F. Clark, Christine J. Harada, John M. Tenaglia, Karla S. Jackson, Jeffrey A. Koses, and Shalanda Young (collectively "Defendants").

"The purpose of a reply brief is to rebut any new law or facts contained in the opposition's response to a request for relief before the Court." *See Amerisure Mut. Ins.*

1

*Co. v. Crum & Forster Specialty Ins. Co.*, 2012 U.S. Dist. LEXIS 168648, at *2 (M.D. Fla. Nov. 28, 2012) (granting motion for leave to file reply). Here, Plaintiffs move for leave to reply to Defendants' mistaken contention that *Georgia v. Biden*, 46 F.4th 1283 (11th Cir. 2022), is not controlling in the present case. In *Georgia*, the Eleventh Circuit upheld a preliminary injunction against a similar mandate imposed on government contractors under the FPASA. Relatedly, Plaintiffs seek to reply to the inapposite out-of-circuit cases on which Defendants opposition relies, dealing with the President's authority under the FPASA. Similarly, Defendants have misstated the law relating to the CICA, the First Amendment, the APA, and the NLRA.

Plaintiffs also seek leave to reply to Defendants' reliance on the out-of-circuit case of *Associated General Contractors of America, Inc. v. Federal Acquisition Regulation Council ("AGC")*, 2024 U.S. Dist. LEXIS 43814 (W.D. La. Mar. 12, 2024), with regard to Plaintiffs' showing of irreparable harm. Plaintiffs' Reply will demonstrate that the *AGC* case is both factually and legally inapposite to the present challenge, and that Plaintiffs have fully demonstrated irreparable harm through their undisputed affidavits.

## LOCAL RULE 3.01(g) CERTIFICATION

Pursuant to Local Rule 3.01(g), counsel for Plaintiffs certifies they have conferred with counsel for Defendants regarding the relief requested in this Motion via email, and Defendants' counsel oppose same.

Dated this 21st day of May, 2024.

Respectfully submitted,

*/s/ Kimberly J. Doud*
Kimberly J. Doud
LITTLER MENDELSON, P.C.
111 N Orange Ave.,
Suite 1750
Orlando, FL 32801
407-393-2951
407-641-9263 (Fax)
kdoud@littler.com

Maurice Baskin (*pro hac vice* pending)
LITTLER MENDELSON, P.C.
815 Connecticut Ave., N.W.
Ste. 400
Washington, D.C. 20006
(202) 772-2526
(202) 842-0011 (Fax)
mbaskin@littler.com

*ATTORNEYS FOR PLAINTIFFS*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of May, 2024, I electronically filed the foregoing with the Clerk of the Court by using the ECF system, which will send a notice electronically to Defendants' counsel of record.

*/s/ Kimberly J. Doud*
Kimberly J. Doud