# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

ASSOCIATED BUILDERS AND
CONTRACTORS FLORIDA FIRST
COAST CHAPTER, *et al.*,

　*Plaintiffs*,

　　v.

WILLIAM F. CLARK, *et al.*,

　*Defendants*.

Civil Action No. 3:24-cv-00318-WWB-MCR

## JOINT, TIME-SENSITIVE MOTION TO STAY DEADLINES FOR FILING AN ANSWER AND A CASE MANAGEMENT STATEMENT

The parties respectfully move the Court to stay deadlines for the service of an answer to Plaintiffs' complaint, and for the filing of a case management statement with the Court, if applicable. In support of this request, the parties state as follows.

1.　On March 28, 2024, Plaintiffs filed the operative complaint in this matter. ECF No. 1. On April 26, 2024, Plaintiffs filed a motion for a preliminary injunction. ECF No. 19. Defendants opposed that motion on May 17, 2024. ECF No. 25. Plaintiffs filed a motion for leave to submit a reply brief on May 21, 2024. ECF No. 26. Defendants opposed that motion on May 22, 2024. ECF No. 27.

2.　The answer in this matter is currently due on June 10, 2024, and, if applicable, a case management statement is due on June 18, 2024.

## MEMORANDUM

Good cause exists to stay the current deadlines. Plaintiffs' motion for a preliminary injunction is now pending before the Court. Because the Court's ruling on the preliminary

injunction is likely to inform how the parties approach the litigation moving forward, the parties agree that preparing an answer or a case management statement at this time would be counterproductive. Moreover, Local Rule 3.02(d)(2) exempts "an action for review on an administrative record" from the requirement of submitting a case management statement. That exemption applies to this case.

As an alternative to these deadlines, the parties request that the Court enter an order requiring the parties to submit a joint status report within fourteen days of the Court's decision on Plaintiffs' motion for a preliminary injunction, in which the parties may propose a path forward for the litigation in light of the Court's decision.

## **CONCLUSION**

Accordingly, the parties respectfully request that the Court grant their motion.

| | |
|---|---|
| Dated: June 3, 2024 | Respectfully submitted, |
| */s/ Kimberly J. Doud*  <br>Kimberly J. Doud<br>LITTLER MENDELSON, P.C.<br>111 N Orange Ave.,<br>Suite 1750<br>Orlando, FL 32801<br>407-393-2951<br>407-641-9263 (Fax)<br>kdoud@littler.com | BRIAN M. BOYNTON<br>*Principal Deputy Assistant Attorney General*<br><br>LESLEY FARBY<br>*Assistant Branch Director, Federal Programs Branch*<br><br>*/s/ Michael J. Gerardi*  <br>MICHAEL J. GERARDI (D.C. Bar No. 1017949)<br>*Senior Trial Counsel*<br>TAISA GOODNATURE<br>*Trial Attorney*<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street, NW<br>Washington D.C. 20005<br>Tel: (202) 616-0680<br>michael.j.gerardi@usdoj.gov |
| Maurice Baskin (pro hac vice)<br>LITTLER MENDELSON, P.C.<br>815 Connecticut Ave., N.W.<br>Ste. 400<br>Washington, D.C. 20006<br>(202) 772-2526<br>(202) 842-0011 (Fax)<br>mbaskin@littler.com | |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this third day of June, 2024, I electronically filed the foregoing with the Clerk of the Court by using the ECF system, which will send a notice electronically to all registered users of ECF.

*/s/ Michael J. Gerardi*
MICHAEL J. GERARDI
Senior Trial Counsel
