UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ASSOCIATED BUILDERS AND
CONTRACTORS FLORIDA FIRST
COAST CHAPTER, AND ASSOCIATED
BUILDERS AND CONTRACTORS,

      Plaintiffs,

v.                                  CASE NO. 3:24-cv-318-WWB-MCR

WILLIAM F. CLARK, *et al.*,

      Defendants.
_____/

## ORDER

**THIS CAUSE** is before the Court on Plaintiffs' Motion for Leave to File a Reply in Support of their Motion for Preliminary Injunction ("Motion") (Doc. 26), and Defendants' response in opposition thereto (Doc. 27).

"The purpose of a reply brief is to rebut any new law or facts contained in the opposition's response to a request for relief before the Court." *Tardif v. People for Ethical Treatment of Animals*, No. 2:09-cv-537-FtM-29SPC, 2011 U.S. Dist. LEXIS 75346, 2011 WL 2729145, at *2 (M.D. Fla. July 13, 2011). "While parties may ask for leave to file a reply, they must show good cause." *McDonald v. United States*, No. 3:13-cv-168-J-37MCR, 2013 U.S. Dist. LEXIS 105666, 2013 WL 3901871, at *1 n.3 (M.D. Fla. July 29, 2013). Moreover, the

Court will not grant leave to file a reply brief unless the reply will benefit the Court's resolution of the pending motion. *Allied Portables, Ltd. Liab. Co. v. Youmans*, No. 2:15-cv-294-FtM-38CM, 2016 U.S. Dist. LEXIS 185761, at *2-3 (M.D. Fla. Oct. 19, 2016)

Upon due consideration, the Court finds that a reply would benefit its review of Plaintiffs' Motion for Preliminary Injunction and Defendants' opposition thereto.

Accordingly, it is hereby **ORDERED**:

1. Plaintiffs' Motion (**Doc. 26**) is **GRANTED**. Plaintiffs' reply, limited to **seven (7)** pages, inclusive of all parts, is due **on or before June 18, 2024**.

**DONE AND ORDERED** at Jacksonville, Florida, on June 11, 2024.

MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record

2