# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| ASSOCIATED BUILDERS AND CONTRACTORS FLORIDA FIRST COAST CHAPTER, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>WILLIAM F. CLARK, *et al.*,<br><br>*Defendants*. | Civil Action No. 3:24-cv-00318-WWB-MCR |

## UNOPPOSED MOTION FOR LEAVE TO FILE SUR-REPLY IN OPPOSITION TO PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION

Defendants respectfully move the Court for leave to file a sur-reply of no more than seven pages in opposition to Plaintiffs' motion for a preliminary injunction, ECF No. 19. Defendants request three business days from the entry of an order granting this motion in which to file their sur-reply brief. Plaintiffs do not oppose the relief sought. In support of this request, Defendants state as follows:

1. On March 28, 2024, Plaintiffs filed the operative complaint in this matter. ECF No. 1. On April 26, 2024, Plaintiffs filed a motion for a preliminary injunction. ECF No. 19. Defendants opposed that motion on May 17, 2024. ECF No. 25.

2. Plaintiffs filed a motion for leave to submit a reply brief on May 21, 2024. ECF No. 26. Defendants opposed that motion on May 22, 2024, and noted that they would "promptly seek leave to file a sur-reply of no more than seven pages" if the Court granted Plaintiffs' motion. ECF No. 27 at n.1. The Court granted Plaintiffs' motion on June 11, 2024, and gave Plaintiffs seven days to file their reply brief. ECF No. 29.

1

Plaintiffs filed their seven-page reply brief on June 12, 2024. ECF No. 30.

3. Good cause exists to grant Defendants leave to file a sur-reply brief.

    a. Now that the Court has granted Plaintiffs' motion for leave, Plaintiffs have had the opportunity to file thirty-two pages of briefing in support of their motion for a preliminary injunction, while Defendants have filed only twenty pages. Recognizing this imbalance, courts in this district frequently grant leave to file a sur-reply brief in conjunction with granting leave to file a reply brief. *See, e.g.*, *Easterwood v. Sedgwick Claims Mgmt. Servs. Inc.*, No. 6:19-cv-700-Orl-78LRH, 2019 WL 12471699 at *1-2 (M.D. Fla. Dec. 20, 2019) (granting defendant leave to file a sur-reply as an alternative to denying an opposed motion by plaintiff for leave to file a reply).

    b. Defendants' brief will address Plaintiffs' mistaken contentions about the decisions in *Georgia v. Biden*, 46 F.4th 1283 (11th Cir. 2022), and *Associated General Contractors of Am., Inc. v. Federal Acquisition Regulatory Council*, --- F. Supp. 3d ---, 2024 WL 1078260 (W.D. La. Mar. 12, 2024). *See* ECF No. 26, at 2 (Plaintiffs arguing good cause existed to file reply based on alleged "mistaken contentions" about case law in Defendants' opposition). Defendants' brief will also address misstatements of the law relating to the other legal theories Plaintiffs advance in their motion for a preliminary injunction. *Id.* (arguing good cause exists because Defendants have allegedly "misstated the law relating to CICA, the First Amendment,

the APA, and the NLRA").

    c. Defendants' sur-reply, no less than Plaintiffs' reply, "will benefit [the Court's] review of Plaintiffs' Motion for Preliminary Injunction and Defendants' opposition thereto." ECF No. 29, at 2.

Accordingly, Defendants respectfully request that the Court grant their motion.

Dated: June 14, 2024

Respectfully submitted,

BRIAN M. BOYNTON
*Principal Deputy Assistant Attorney General*

LESLEY FARBY
*Assistant Branch Director, Federal Programs Branch*

*/s/ Michael J. Gerardi*
MICHAEL J. GERARDI (D.C. Bar No. 1017949)
*Senior Trial Counsel*
TAISA GOODNATURE
*Trial Attorney*
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington D.C. 20005
Tel: (202) 616-0680
michael.j.gerardi@usdoj.gov

*Attorneys for Defendants*

3

## M.D. FLA. L.R. 3.01(G) CERTIFICATION

On June 13, 2024, I conferred with counsel for Plaintiffs via e-mail regarding the substance of the relief sought in this motion. Plaintiffs agreed not to oppose the motion if Defendants asked the Court to make their sur-reply brief due three business days from the entry of an order granting this motion.

*/s/ Michael J. Gerardi*
MICHAEL J. GERARDI
Senior Trial Counsel

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this fourteenth day of June, 2024, I electronically filed the foregoing with the Clerk of the Court by using the ECF system, which will send a notice electronically to all registered users of ECF.

*/s/ Michael J. Gerardi*
MICHAEL J. GERARDI
Senior Trial Counsel
