**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

ASSOCIATED BUILDERS AND
CONTRACTORS FLORIDA FIRST
COAST CHAPTER and ASSOCIATED
BUILDERS AND CONTRACTORS,

        Plaintiffs,

v.                                Case No.: 3:24-cv-318-WWB-MCR

GENERAL SERVICES
ADMINISTRATION, OFFICE OF
MANAGEMENT AND BUDGET,
UNITED STATES DEPARTMENT OF
DEFENSE, NATIONAL AERONAUTICS
AND SPACE ADMINISTRATION,
GENERAL SERVICES
ADMINISTRATION and OFFICE OF
MANAGEMENT AND BUDGET,

        Defendants.
_____/

## ORDER

It is **ORDERED** that the parties to this action shall adhere to the following schedule:

| | |
|---|---|
| **Defendants shall file a certification of the contents of the Administrative Record** | August 19, 2024 |
| **Deadline for moving to join a party** | September 3, 2024 |
| **All motions for summary judgment** | September 9, 2024 |
| **Responses in opposition to summary judgment** | October 9, 2024 |
| **Replies to responses** | October 23, 2024 |
| **Joint appendix containing cited portions of the administrative record** | December 3, 2024 |

A hearing will be set at the Court's discretion.

**DONE AND ORDERED** in Jacksonville, Florida on July 1, 2024.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record