# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| ASSOCIATED BUILDERS AND CONTRACTORS FLORIDA FIRST COAST CHAPTER, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> WILLIAM F. CLARK, *et al.*, <br><br> *Defendants*. | **Civil Action No. 3:24-cv-00318-WWB-MCR** |

### ANSWER TO PLAINTIFFS' COMPLAINT FOR INJUNCTIVE AND DECLARATORY RELIEF

Defendants William F. Clark, Christine J. Harada, John M. Tenaglia, Karla S. Jackson, Jeffrey A. Koses, and Shalanda Young, by and through their attorneys, answer Plaintiffs' Complaint For Injunctive and Declaratory Relief, ECF No. 1, as follows:

1. Defendants William F. Clark, Director of the Office of Government-wide Acquisition Policy of the General Services Administration ("GSA"); Christine J. Harada, John M. Tenaglia, Karla S. Jackson, and Jeffrey A. Koses, Members of the Federal Acquisition Regulatory ("FAR") Council; and Shalanda Young, Director of the Office of Management and Budget ("OMB"), by and through their undersigned counsel, hereby answer the numbered paragraphs of Plaintiffs' Complaint (ECF. No. 1) as follows:

2. This paragraph constitutes a general characterization of this action, to which no response is required. To the extent a response is required, Defendants deny that Plaintiffs are entitled to any of the relief requested.

3. Denied as to the first sentence except to admit that the PLA Rule was issued

by the Department of Defense (DoD), the General Services Administration (GSA), and the National Aeronautics and Space Administration (NASA). The third sentence contains Plaintiffs' characterization of the OMB Memorandum, to which Defendants refer for its complete and accurate contents.

4. The first, second, and third sentences consist of citations to and characterizations of the Final Rule, "Use of Project Labor Agreements for Federal Construction Projects," 88 Fed. Reg. 88708 (Dec. 22, 2023) ("PLA Rule"), to which Defendants refer for its complete and accurate contents; defendants deny any characterizations of the PLA Rule that are inconsistent with the language of the Rule. Defendants deny the fourth sentence.

5. This paragraph consists of Plaintiffs' characterizations of the PLA Rule, to which Defendants refer for its complete and accurate contents; Defendants deny any characterizations that are inconsistent with the language of the PLA Rule.

6. This paragraph consists of legal conclusions, to which no response is required. To the extent a response is required, Defendants deny that Plaintiffs are entitled to any of the relief requested.

7. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.

8. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.

9. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph. The footnote consists of a citation, to which Defendants refer for its complete and accurate contents. Defendants deny that GSA is a

defendant in this case, and further state that they lack the knowledge or information sufficient to affirm or deny that the award was given to a member of ABCFFC.

10. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in the first and second sentences. The third sentence consists of a legal conclusion, to which no response is required; the extent a response is required, denied. The Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in the remainder of the fourth sentence.

11. This paragraph consists of citations to legal authorities, to which Defendants refer for their complete and accurate contents, or legal conclusions, to which no response is required.

12. This paragraph consists of citations to a legal authority, to which Defendants refer for its complete and accurate contents, or legal conclusions, to which no response is required. To the extent a response to the legal conclusions is required, Defendants lack sufficient facts to admit or deny the allegation.

13. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.

14. Defendants lack knowledge or information sufficient to form a belief about the truth of the remainder of the allegations in this paragraph.

15. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.

16. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.

17. Defendants lack knowledge or information sufficient to form a belief about

the truth of the allegations in this paragraph.

18. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.

19. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.

20. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.

21. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.

22. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this sentence.

23. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.

24. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.

25. The first sentence consists of characterizations of the PLA Rule, to which Defendants refer for its complete and accurate contents. Defendants deny any characterizations that are inconsistent with the language of the PLA Rule. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in the second, third, and fourth sentences.

26. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.

27. This paragraph consists of a citation to a legal authority, to which

Defendants refer for its complete and accurate contents, and legal conclusions, to which no response is required. To the extent a response to the legal conclusions is required, Defendants lack sufficient facts to admit or deny them.

28. The first sentence consists of a legal conclusion to which no response is required. To the extent a response to the legal conclusions is required, Defendants lack sufficient facts to admit or deny them. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in the second and third sentences. The footnote consists of a citation to which Defendants refer for its complete and accurate contents.

29. This paragraph consists of legal conclusions, to which no response is required. To the extent a response to the legal conclusions is required, Defendants lack sufficient facts to admit or deny them.

30. This paragraph consists of citations to legal authorities, to which Defendants refer for their complete and accurate contents, or legal conclusions, to which no response is required. To the extent a response to the legal conclusions is required, Defendants lack sufficient facts to admit or deny them.

31. This paragraph consists of citations to legal authorities, to which Defendants refer for their complete and accurate contents, or legal conclusions, to which no response is required. To the extent a response is required, Defendants deny that Plaintiffs are entitled to the relief requested.

32. Admitted as to the first and second sentences. The third sentence, denied except to admit that Defendant Clark is sued in his official capacity.

33. Admitted as to the first sentence. As to the second sentence, denied except

to admit that the FAR Council's structure is described by 41 U.S.C. § 1302. As to the third sentence, denied except to admit that DoD, GSA, and NASA published the PLA Rule. As to the fourth sentence, denied except to admit that Defendants Harada, Tenaglia, Jackson, and Koses are sued in their official capacities.

34. Admitted as to the first sentence. As to the second sentence, denied except to admit that Defendant Young is sued in her official capacity.

35. This paragraph consists of a legal conclusion, to which no response is required. To the extent a response to the legal conclusions is required, Defendants lack sufficient facts to admit or deny them. This paragraph also includes citations to and characterizations of legal authority, to which Defendants refer for their complete and accurate contents.

36. This paragraph consists of a legal conclusion, to which no response is required. Defendants deny that Plaintiffs are entitled to any relief whatsoever.

37. This paragraph consists of a legal conclusion, to which no response is required. To the extent a response to the legal conclusions is required, Defendants lack sufficient facts to admit or deny them.

38. This paragraph consists of citations to and characterizations of the PLA Rule, to which Defendants refer for its complete and accurate contents. The footnotes consist of citations to which Defendants refer for their complete and accurate contents.

39. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph. The footnote consists of a citation to which Defendants refer for its complete and accurate contents.

40. Defendants lack knowledge or information sufficient to form a belief about

the truth of the allegations in this paragraph. The footnotes consist of citations, to which Defendants refer for their complete and accurate contents.

41. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph. To the extent a response is required, denied. The footnote consists of a citation to which Defendants refer for its complete and accurate contents.

42. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph. To the extent a response is required, denied. The footnote consists of a citation to which Defendants refer for its complete and accurate contents.

43. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph. To the extent a response is required, denied. The footnote consists of a citation to which Defendants refer for its complete and accurate contents.

44. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph. To the extent a response is required, denied. The footnote consists of a citation to which Defendants refer for its complete and accurate contents.

45. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph. The footnote consists of a citation to which Defendants refer for its complete and accurate contents.

46. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph. The footnote consists of a citation to which

Defendants refer for its complete and accurate contents.

47. As to the first sentence, denied except to admit that the President has long directed the federal government's policy with respect to the use of PLAs on the government's own construction projects; otherwise, Defendants lack knowledge or information to form a belief about the truth of the allegations in the first sentence. The second sentence consists of citations to and characterizations of the Federal Property and Administrative Services Act ("FPASA"), 40 U.S.C. § 101 et. seq., to which Defendants refer for its complete and accurate contents; defendants deny any characterizations of FPASA that are inconsistent with the language of the language of the statute. The third sentence consists of characterizations of the Federal Acquisition Regulations System ("FARS"), 48 C.F.R. 1, et. seq., to which Defendants refer for its complete and accurate contents.

48. This paragraph consists of citations to and characterizations of the Competition in Contracting Act ("CICA"), 41 U.S.C. § 3105, to which Defendants refer for its complete and accurate contents; Defendants deny any characterizations of CICA that are inconsistent with the language of the language of the statute.

49. This paragraph consists of citations to a legal authority, to which Defendants refer for its complete and accurate contents, or consists of legal conclusions, to which no response is required. To the extent a response is required, denied insofar as government construction projects have required the execution of a PLA in the past. See, e.g., Compl., ECF No. 1, ¶ 55 (noting 12 contracts under which PLAs were "mandated").

50. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.

51. This paragraph consists of citations to and characterizations of Executive Order 12818 (1992), to which Defendants refer for its complete and accurate contents.

52. This paragraph consists of citations to and characterizations of legal authorities, to which Defendants refer for their complete and accurate contents.

53. This paragraph consists of characterizations of Executive Orders 13202 and 13208 (2001), to which Defendants refer for their complete and accurate contents.

54. This paragraph consists of citations to and characterizations of Executive Order 13502 (2008), to which Defendants refer for its complete and accurate contents.

55. Defendants admit the allegations in the first sentence. Defendants lack knowledge or information sufficient to form a belief as to the allegations in the second and third sentences.

56. Defendants admit the allegations in the first sentence. The second and third sentences contain citations to and characterizations of Executive Order 14063 (2022), to which Defendants refer for its complete and accurate contents; Defendants deny characterizations that are inconsistent with the text of the Executive Order.

57. This paragraph consists of characterizations of Executive Order 14063, to which Defendants refer for its complete and accurate contents; Defendants deny characterizations that are inconsistent with the text of the Executive Order.

58. This paragraph consists of citations to and characterizations of Executive Order 14063, to which Defendants refer for its complete and accurate contents; Defendants deny characterizations that are inconsistent with the text of the Executive Order.

59. As to both sentences, denied that the FAR Council published the Proposed

Rulemaking or issued the final PLA Rule. Otherwise, Defendants respond as follows: admitted as to the first sentence. The second sentence contains Plaintiffs characterization of the PLA Rule, to which Defendants refer for its complete and accurate contents.

60. This paragraph consists of citations to and characterizations of the PLA Rule, to which Defendants refer for its complete and accurate contents, and legal conclusions, which do not require a response. To the extent a response is required, denied insofar as government construction projects have required the execution of a PLA in the past. See, e.g., Compl., ECF No. 1, ¶ 55 (noting 12 contracts under which PLAs were "mandated").

61. This paragraph consists of citations to and characterizations of the PLA Rule, to which Defendants refer for its complete and accurate contents. Defendants deny any characterizations that are inconsistent with the text of the Rule.

62. This paragraph consists of citations to and characterizations of the PLA Rule, to which Defendants refer for its complete and accurate contents. Defendants deny any characterizations that are inconsistent with the text of the Rule and deny any remaining allegations in this paragraph.

63. This paragraph consists of Plaintiffs' legal conclusions about the PLA Rule, which do not require a response. To the extent a response is required, denied. The footnote consists of a citation, to which Defendants refer for its complete and accurate contents.

64. This paragraph consists of citations to and characterizations of the PLA Rule, to which Defendants refer for its complete and accurate contents. Defendants deny

any characterizations that are inconsistent with the text of the Rule and deny any remaining allegations in this paragraph.

65. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph. The footnote consists of a citation to which Defendants refer for its complete and accurate contents.

66. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph. The footnote consists of citations, to which Defendants refer for their complete and accurate contents.

67. The first and second sentences consist of characterizations of the PLA Rule, to which Defendants refer for their complete and accurate contents. Defendants deny any characterizations that are inconsistent with the text of the Rule. The footnote consists of a citation to which Defendants refer for its complete and accurate contents.

68. The first and second sentences of this paragraph consist of citations to and characterizations of the PLA Rule and Executive Order 14063, to which Defendants refer for their complete and accurate contents. Defendants deny any characterizations that are inconsistent with the text of the Rule.

69. The first sentence consists of citations to and characterizations of the PLA Rule, to which Defendants refer for its complete and accurate contents. Defendants deny any characterizations that are inconsistent with the language of the PLA Rule. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in the second sentence. To the extent a response is required, denied.

70. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph. The footnote consists of a citation to which

Defendants refer for its complete and accurate contents.

71. The first and second sentences consist of citations to and characterizations of the PLA Rule, to which Defendants refer for its complete and accurate contents. Defendants deny any characterizations that are inconsistent with the language of the PLA Rule. The Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in the third and fourth sentences.

72. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph. The footnote consists of a citation to which Defendants refer for its complete and accurate contents.

73. Defendants admit the first sentence. The second sentence contains a legal conclusion, to which no response is required. To the extent a response is required, Defendants deny this allegation.

74. This paragraph consists of citations to and characterizations of OMB Memorandum M-24-06 ("OMB Memorandum") (2023), to which Defendants refer for its complete and accurate contents. Defendants deny any characterizations that are inconsistent with the text of the OMB Memorandum.

75. This paragraph contains a legal conclusion, to which no response is required. To the extent a response is required, Defendants deny this allegation. The remainder of the paragraph consists of citations to and characterizations of the OMB Memorandum, to which Defendants refer for its complete and accurate contents. Defendants deny any characterizations that are inconsistent with the text of the OMB Memorandum.

76. Defendants repeat and reallege as if fully set forth herein their responses to

the allegations in paragraphs 1–75 of the Complaint.

77. This paragraph contains a legal conclusion, to which no response is required. To the extent a response is required, denied.

78. The first and third sentences consist of citations to and characterizations of FPASA and other legal authorities, to which Defendants refer for their complete and accurate contents. Defendants deny any characterizations that are inconsistent with the text of these authorities. The second sentence contains a legal conclusion, to which no response is required. To the extent a response is required, denied.

79. This paragraph consists of citations to and characterizations of legal authorities, to which Defendants refer for their complete and accurate contents.

80. This paragraph consists of a legal conclusion, to which no response is required. To the extent a response is required, Defendants deny the allegations in this paragraph. This paragraph also includes a citation to and characterization of a legal authority, to which Defendants refer for its complete and accurate contents.

81. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in the first sentence. The second sentence is a legal conclusion, to which no response is required. To the extent a response is required, denied. This paragraph also includes a citation to and characterization of a legal authority, to which Defendants refer for its complete and accurate contents.

82. This paragraph is a legal conclusion, to which no response is required. To the extent a response is required, denied.

83. This paragraph contains a legal conclusion, to which no response is required. To the extent a response is required, denied.

84. As to sentences one, two, and three, denied except to admit that the FAR Council agencies have issued the PLA Rule, which is intended to implement the Executive Order, and that OMB issued the OMB Memorandum. This paragraph also contains citations to legal authorities, to which Defendants refer for their complete and accurate contents, or legal conclusions, to which no response is required.

85. This paragraph consists of legal conclusions, to which no response is required. To the extent a response is required, denied.

86. This paragraph consists of legal conclusions, to which no response is required. To the extent a response is required, denied.

87. Defendants repeat and reallege as if fully set forth herein their responses to the allegations in paragraphs 1–86 of the Complaint.

88. This paragraph contains citations to and characterizations of CICA, to which Defendants refer for its complete and accurate contents. Defendants deny any characterizations that are inconsistent with the language of CICA.

89. This paragraph consists of legal conclusions, to which no response is required. To the extent a response is required, denied.

90. This paragraph consists of legal conclusions, to which no response is required. To the extent a response is required, denied.

91. Defendants repeat and reallege as if fully set forth herein their responses to the allegations in paragraphs 1–90 of the Complaint.

92. This paragraph consists of citations to and characterizations of portions of the Administrative Procedure Act ("APA") (such as 5 U.S.C. § 706(2)), to which Defendants refer for its complete and accurate contents.

93. This paragraph consists of legal conclusions, to which no response is required. Defendants deny any characterizations that are inconsistent with the language of the PLA Rule. This paragraph also includes citations to and characterizations of legal authorities, to which Defendants refer for their complete and accurate contents.

94. This paragraph consists of citations to and characterizations of legal authorities, to which Defendants refer for their complete and accurate contents.

95. This paragraph consists of legal conclusions, to which no response is required. To the extent a response is required, denied.

96. This paragraph consists of a legal conclusion, to which no response is required. To the extent a response is required, denied. This paragraph also includes a citation to and characterization of a legal authority, to which Defendants refer for its complete and accurate contents.

97. This paragraph consists of legal conclusions, to which no response is required. To the extent a response is required, denied.

98. Defendants repeat and reallege as if fully set forth herein their responses to the allegations in paragraphs 1–97 of the Complaint.

99. The first sentence is a legal conclusion, to which no response is required. The second sentence consists of citations to and characterizations of legal authorities, to which Defendants refer for their complete and accurate contents.

100. This paragraph consists of citations to and characterizations of legal authorities, to which Defendants refer for their complete and accurate contents.

101. This paragraph consists of citations to and characterizations of legal authorities, to which Defendants refer for their complete and accurate contents.

102. This paragraph consists of citations to legal authority, to which Defendants refer for its complete and accurate contents.

103. This paragraph consists of legal conclusions, to which no response is required. To the extent a response is required, denied.

104. Defendants deny the allegations in the first sentence. The beginning of the second sentence consists of characterizations of the PLA Rule, to which Defendants refer for its complete and accurate contents. Defendants lack information or knowledge sufficient to form a belief as to the allegations in the remainder of the second sentence. The third sentence consists of a citation, to which Defendants refer for its complete and accurate contents, and a legal conclusion, to which no response is required; to the extent a response is required, denied.

105. Defendants lack information or knowledge sufficient to form a belief as to the allegations in the first and second sentences. Defendants deny the allegations in the third sentence.

106. Defendants repeat and reallege as if fully set forth herein their responses to the allegations in paragraphs 1–105 of the Complaint.

107. This paragraph consists of citations to and characterizations of legal authorities, to which Defendants refer for their complete and accurate contents.

108. Denied.

109. Defendants repeat and reallege as if fully set forth herein their responses to the allegations in paragraphs 1–108 of the Complaint.

110. This paragraph consists of citations to and characterizations of legal authorities, to which Defendants refer for their complete and accurate contents.

111. This paragraph consists of legal conclusions, to which no response is required. To the extent a response is required, denied.

112. This paragraph consists of legal conclusions, to which no response is required. To the extent a response is required, denied.

113. This paragraph consists of citations to and characterizations of legal authorities, to which Defendants refer for their complete and accurate contents.

114. Defendants lack knowledge or information sufficient to form a belief as to the allegations in this paragraph. This paragraph also includes a citation, to which Defendants refer for its full and accurate contents.

115. This paragraph consists of legal conclusions, to which no response is required. To the extent a response is required, denied.

116. This paragraph consists of characterizations of the Small Business Administration's Office of Advocacy's comments, cited in the footnote, to which Defendants refer for their complete and accurate contents.

117. This paragraph consists of legal conclusions, to which no response is required. To the extent a response is required, denied.

118. This paragraph consists of citations to and characterizations of the PLA Rule, to which Defendants refer for its complete and accurate contents.

119. The first sentence consists of legal conclusions, to which no response is required. To the extent a response is required, denied. The second sentence contains Plaintiffs' characterizations of the PLA Rule, to which Defendants refer for its complete and accurate contents.

120. The first sentence consists of a legal conclusion, to which no response is

required.  To the extent a response is required, denied.  Defendants lack knowledge or information sufficient to form a belief as to the allegations in the second sentence.

121. This paragraph constitutes a prayer for relief, to which no response is required.  To the extent a response is required, Defendants deny that Plaintiffs are entitled to any of the relief they request or any relief whatsoever.

122. This paragraph constitutes a prayer for relief, to which no response is required.  To the extent a response is required, Defendants deny that Plaintiffs are entitled to any of the relief they request or any relief whatsoever.

123. This paragraph constitutes a prayer for relief, to which no response is required.  To the extent a response is required, Defendants deny that Plaintiffs are entitled to any of the relief they request or any relief whatsoever.

124. This paragraph constitutes a prayer for relief, to which no response is required.  To the extent a response is required, Defendants deny that Plaintiffs are entitled to any of the relief they request or any relief whatsoever.

125. This paragraph constitutes a prayer for relief, to which no response is required.  To the extent a response is required, Defendants deny that Plaintiffs are entitled to any of the relief they request or any relief whatsoever.

WHEREFORE, having fully answered, Defendants pray that:

1. This Court enter judgment for Defendants and dismiss this action with prejudice;

2. Defendants be granted such further relief as the Court may deem just and proper.

Dated: July 15, 2024

Respectfully submitted,

BRIAN M. BOYNTON
*Principal Deputy Assistant Attorney General*

LESLEY FARBY
*Assistant Branch Director, Federal Programs Branch*

*/s/ Michael J. Gerardi*
MICHAEL J. GERARDI (D.C. Bar No. 1017949)
*Senior Trial Counsel*
TAISA GOODNATURE
*Trial Attorney*
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington D.C. 20005
Tel: (202) 616-0680
michael.j.gerardi@usdoj.gov

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this fifteenth day of July, 2024, I electronically filed the foregoing with the Clerk of the Court by using the ECF system, which will send a notice electronically to all registered users of ECF.

*/s/ Michael J. Gerardi*
MICHAEL J. GERARDI
Senior Trial Counsel
