**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

|  |  |
|---|---|
| ASSOCIATED BUILDERS AND CONTRACTORS FLORIDA FIRST COAST CHAPTER, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> WILLIAM F. CLARK, *et al.*, <br><br> *Defendants*. | **Civil Action No. 3:24-cv-00318-WWB-MCR** |

<u>**DEFENDANTS' NOTICE OF FILING OF CERTIFICATION OF
THE CONTENTS OF THE ADMINISTRATIVE RECORD**</u>

Pursuant to the Court's scheduling order of July 2, 2024, ECF No. 35, Defendants respectfully give notice of the filing of the certification of the contents of the administrative record in the above captioned matter. Attached to this filing is (1) the declaration of William Clark certifying the contents of the administrative record and (2) an index of the contents of the administrative record for *Federal Acquisition Regulation: Use of Project Labor Agreements for Federal Construction Projects*, 88 Fed. Reg. 88708 (Dec. 22, 2023). A complete copy of the administrative record will be served on counsel of record through electronic file transfer. The parties will lodge a joint appendix containing the cited portions of the administrative record after the completion of summary judgment briefing no later than December 3, 2024. *See* ECF No. 35.

1

Dated: August 19, 2024

Respectfully submitted,

BRIAN M. BOYNTON
*Principal Deputy Assistant Attorney General*

LESLEY FARBY
*Assistant Branch Director, Federal Programs Branch*

*/s/ Michael J. Gerardi*
MICHAEL J. GERARDI (D.C. Bar No. 1017949)
*Senior Trial Counsel*
TAISA GOODNATURE
*Trial Attorney*
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington D.C. 20005
Tel: (202) 616-0680
michael.j.gerardi@usdoj.gov

*Attorneys for Defendants*