Project Labor Agreements
Index of Certified Administrative Record

| Date | Description | Number of Pages | Bates Numbers |
|---|---|---|---|
| 2022 | Federal Acquisition Regulation: Use of Project Labor Agreements for Federal Construction Projects, 87 Fed. Reg. 51044 (proposed Aug. 19, 2022) | 9 | 0001-0009 |
| 2023 | Federal Acquisition Regulation: Use of Project Labor Agreements for Federal Construction Projects, 88 Fed. Reg. 88708 (Dec. 22, 2023) | 22 | 0010-0031 |
| 2022 | Memorandum from Lois Mandell, Div. Dir. Regul. Secretariat Div, Gen. Servs. Admin. to Linda Neilson, Dir. of Def. Procurement, Gen. Servs. Admin., FAR Case 2022-003 (October 20, 2022) | 22 | 0032-0053 |
| 2022 | Memorandum from Lois Mandell, Div. Dir. Regul. Secretariat Div, Gen. Servs. Admin., to Linda Neilson, Dir. of Def. Procurement, Gen. Servs. Admin., Comments on FAR Case 2022-003 (October 20, 2022) | 552 | 0054-0605 |
| 2012 | Congressional Research Service, Project Labor Agreements (2012) | 13 | 0606-0618 |
| 2015 | Scott Littlehale & Peter Philips, *Did PLAs on LA Affordable Housing Projects Raise Construction Costs?,* (University of Utah, Working Paper No. 2015-03, 2015) | 21 | 0619-0639 |
| 2009 | Dale Belman, Kenneth Frank, Richard Kelso, Russell Ormiston, & William Schriver, *Project Labor Agreements' Effect on School Construction Costs in Massachusetts*, 49 Industrial Relations: A Journal of Economy and Society 44 (2009) | 17 | 0640-0656 |
| 2017 | Peter Philips & Emma Waltzman, Project Labor Agreements and Bidding Outcomes: The Case of Community College Construction in California (U.C. Berkeley Labor Center 2017) | 64 | 0657-0720 |
| 2005 | Dale Belman, Richard Kelso, Russell Ormiston, & William Schriver, *The Effect of Project Labor Agreements on the Cost of School Construction*, (Industry Studies Association, Working Paper No. 2005-01, 2005) | 33 | 0721-0753 |