IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| ASSOCIATED BUILDERS AND CONTRACTORS FLORIDA FIRST COAST CHAPTER, *et al.*,<br><br>  *Plaintiffs*,<br><br>  v.<br><br>WILLIAM F. CLARK, *et al.*,<br><br>  *Defendants*. | Civil Action No. 3:24-cv-00318-WWB-MCR |

**JOINT, TIME-SENSITIVE MOTION FOR EXTENSION OF
PAGE LIMITS ON MOTIONS FOR SUMMARY JUDGMENT**

The parties, by and through undersigned counsel, jointly move this Court for an extension of the page limits for motions for summary judgment. The motion is time sensitive, as the parties' summary judgment motions are due on September 9, 2024. ECF No. 35. The local rules of this court limit summary judgment motions to 25 pages. M.D. Fla. L.R. 3.01(a). The parties request permission to file summary judgment briefs of no more than 40 pages. In support of the motion, the parties state as follows:

1.      The operative complaint in this case challenges Executive Order No. 14063, 87 Fed. Reg. 7363 (Feb. 9, 2022), and amendments to the Federal Acquisition Regulation (FAR) that implement the Executive Order, 88 Fed. Reg. 88,708 (Dec. 22, 2023), as well as guidance issued to agencies by the Office of Management and Budget, Guidance Memorandum M-24-06. The six-count complaint raises claims under the Administrative Procedure Act, the Federal Property and Administrative Services Act, the Competition in Contracting Act, the National Labor Relations Act, the Office of Federal Procurement

Policy Act, the Regulatory Flexibility Act, the Small Business Regulatory Enforcement Act, and the Small Business Act, as well as a First Amendment claim.

2. Good cause exists for this modest extension to the page limits imposed by the Local Rules. This case presents complex issues of statutory, administrative, and constitutional law that would benefit from a more thorough and detailed presentation by the parties than was possible in their briefing on Plaintiffs' motion for a preliminary injunction.

## CONCLUSION

Accordingly, the parties respectfully request that the Court grant their motion and permit the filing of summary judgment briefs of no more than 40 pages in length.

Dated: August 23, 2024

*/s/ Kimberly J. Doud*
Kimberly J. Doud
LITTLER MENDELSON, P.C.
111 N Orange Ave.,
Suite 1750
Orlando, FL 32801
407-393-2951
407-641-9263 (Fax)
kdoud@littler.com

Maurice Baskin (pro hac vice)
LITTLER MENDELSON, P.C.
815 Connecticut Ave., N.W.
Ste. 400
Washington, D.C. 20006
(202) 772-2526
(202) 842-0011 (Fax)
mbaskin@littler.com

*Attorneys for Plaintiffs*

Respectfully submitted,

BRIAN M. BOYNTON
*Principal Deputy Assistant Attorney General*

LESLEY FARBY
*Assistant Branch Director, Federal Programs Branch*

*/s/ Michael J. Gerardi*
MICHAEL J. GERARDI (D.C. Bar No. 1017949)
*Senior Trial Counsel*
TAISA GOODNATURE
*Trial Attorney*
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington D.C. 20005
Tel: (202) 616-0680
michael.j.gerardi@usdoj.gov

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 23rd day of August, 2024, I electronically filed the foregoing with the Clerk of the Court by using the ECF system, which will send a notice electronically to all registered users of ECF.

*/s/Michael J. Gerardi*

Michael J. Gerardi
Senior Trial Counsel