IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| ASSOCIATED BUILDERS AND CONTRACTORS FLORIDA FIRST COAST CHAPTER, *et al.*,<br><br>    *Plaintiffs*,<br><br>        v.<br><br>WILLIAM F. CLARK, *et al.*,<br><br>    *Defendants*. | **Civil Action No. 3:24-cv-00318-WWB-MCR** |

**DEFENDANTS' NOTICE OF FILING OF CERTIFICATION OF
THE CONTENTS OF THE AMENDED ADMINISTRATIVE RECORD**

Defendants respectfully give notice of the filing of the certification of the contents of the amended administrative record in the above captioned matter. Attached to this filing is (1) the declaration of William Clark certifying the contents of the amended administrative record and (2) an index of the contents of the amended administrative record for *Federal Acquisition Regulation: Use of Project Labor Agreements for Federal Construction Projects*, 88 Fed. Reg. 88708 (Dec. 22, 2023). A complete copy of the amended administrative record will be served on counsel of record through electronic file transfer. The parties will lodge a joint appendix containing the cited portions of the amended administrative record after the completion of summary judgment briefing, no later than December 3, 2024.

Dated: August 28, 2024

Respectfully submitted,

BRIAN M. BOYNTON
*Principal Deputy Assistant Attorney General*

LESLEY FARBY
*Assistant Branch Director, Federal Programs Branch*

*/s/ Michael J. Gerardi*
MICHAEL J. GERARDI (D.C. Bar No. 1017949)
*Senior Trial Counsel*
TAISA GOODNATURE
*Trial Attorney*
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington D.C. 20005
Tel: (202) 616-0680
michael.j.gerardi@usdoj.gov

*Attorneys for Defendants*