**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | |
|---|---|
| ASSOCIATED BUILDERS AND CONTRACTORS FLORIDA FIRST COAST CHAPTER, *et al.*,<br><br>       *Plaintiffs*,<br><br>                v.<br><br>WILLIAM F. CLARK, *et al.*,<br><br>       *Defendants*. | **Civil Action No. 3:24-cv-00318-WWB-MCR** |

## DEFENDANTS' CERTIFICATION OF AMENDED ADMINISTRATIVE RECORD

I, William F. Clark, state as follows:

1. I am the Director of the Office of Government-wide Acquisition Policy within the U.S. General Services Administration, Office of Government-wide Policy. In this position, I have custody and control of all documents constituting the complete and official administrative record for the regulation challenged in this case. *See* Dep't of Def. et al., *Federal Acquisition Regulation: Use of Project Labor Agreements for Federal Construction Projects*, 88 Fed. Reg. 88,708 (Dec. 22, 2023) ("PLA Rule").

2. On August 19, 2024, I certified that, to the best of my knowledge and information, the documents included on the index attached to that certification constituted the administrative record for the PLA Rule. Subsequently, I noticed that the certification did not include Exec. Order No. 14,063, Use of Project Labor Agreements for Federal Construction Projects, 87 Fed. Reg. 7363 (Feb. 9, 2022) ("PLA Order"), which the PLA Rule implements. *See* 88 Fed. Reg. at 88,708.

3. Based on my official knowledge and information, I hereby certify that the documents listed on the attached revised index constitute the amended administrative

1

record for the PLA Rule, which includes the PLA Order. The amended administrative record contains documents bearing the Bates numbers AR0001 through AR0757.

    4.    I further certify that counsel for the Defendants in this case will lodge a copy of all materials in the certified amended administrative record with the Plaintiffs in this matter, and that the parties will lodge a joint appendix of cited portions of the administrative record after the conclusion of briefing on their motion for summary judgment.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my current knowledge, information, and belief.

Executed this twenty-eighth day of August, 2024, in Washington, D.C.

        William F. Clark
        Director, Office of Government-wide Acquisition Policy
        U.S. General Services Administration

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 28th day of August, 2024, I electronically filed the foregoing with the Clerk of the Court by using the ECF system, which will send a notice electronically to all registered users of ECF.

                                                          */s/Michael J. Gerardi*

                                                          Michael J. Gerardi
                                                          Senior Trial Counsel