# EXHIBIT "1"

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

ASSOCIATED BUILDERS AND
CONTRACTORS FLORIDA FIRST
COAST CHAPTER, AND ASSOCIATED § NO. 24-cv-318-WWB
BUILDERS AND CONTRACTORS,

Plaintiffs,

vs.

WILLIAM F. CLARK, et al.

Defendants.

## AFFIDAVIT

I, Ben Brubeck, being duly sworn, hereby state the following based on personal knowledge:

1.  I am the Vice President of Regulatory, Labor, and State Affairs of the Associated Builders and Contractors, Inc. ("ABC"). In April, 2024, I submitted an affidavit in support of the Motion for Preliminary Injunction filed by ABC and its affiliated Florida First Coast Chapter, on behalf of these associations representing more than 23,000 member contractors and related firms in Florida and throughout the country. See ECF No. 18-16 (Ex. 14 to PI Mot.). I am incorporating that affidavit by reference to avoid repetition, and I am submitting this new affidavit in support of Plaintiffs' Motion for Summary Judgment, specifically to supplement and update the information filed previously regarding the expanding harms caused by the challenged PLA Mandate. These include direct harms to ABC's local and nationwide membership—and to ABC as

1

an organization—as well as the injuries to competition, economy and efficiency in federal contracting, all in violation of the laws identified in Plaintiffs' Complaint and Motion(s).

2. As further set forth below, the irreparable harm to ABC's local and national members has continued unabated since my April affidavit, and has indeed increased, due to the imposition of unlawful PLAs on every known project costing $35 million or more (and sometimes below that threshold) awarded since the mandate went into effect. The PLA Rule has stifled competition from the majority of construction contractors whose employees have chosen not to be represented by labor unions (89% of the construction industry workforce nationally; 97% of the construction industry workforce in Florida), as well as contractors that have existing bargaining agreements with unions disfavored by the PLA Rule. Now more than ever, the PLA mandate is almost daily reducing economy and efficiency on federal construction projects and is irreparably injuring full and open competition by ABC member contractors.

3. As noted in my previous affidavit, the EO and FAR Rule announced creation of a website where exemptions would be posted. But <u>no exemptions</u> have been posted there as of this date—nine months since the PLA Rule took effect. *See* [Project Labor Agreements (PLA) | Acquisition Gateway](). And ABC is not aware of any federal agency granting an exception to the PLA Rule's PLA mandate policy, to date. This track record starkly contrasts with the PLA Rule's impact estimate claiming that as many as 50 percent of covered projects would be exempted from the PLA mandate.[1]

4. During the time period since the PLA Rule went into effect, ABC has identified 64 federal projects subject to PLA mandates resulting from the Rule, including

---

[1] See https://www.federalregister.gov/d/2023-27736/p-226.

projects in Jacksonville and the surrounding region.[2] Of this total, nine projects have been awarded, all with PLA requirements. These include projects identified by the otherwise qualified ABC members who previously submitted affidavits, who were disqualified from bidding on these projects due to their inability to enter into PLAs. In addition, the bid submission deadline for at least 30 projects has passed on projects identified as subject to the PLA mandate. As a direct result of the PLA Rule, few if any of the proposals submitted were from ABC members, even though they were qualified to bid and submitted bids on similar past projects, because of their inability to sign PLA agreements.

5.  In addition, ABC is aware of dozens of future federal projects covered by the Rule that are in the pre-solicitation phase of procurement for fiscal year 2024, fiscal year 2025, and beyond. Absent injunctive relief, few if any ABC members will be able to bid under established principles of full and open competition on these projects due to the PLA mandate.

6.  It is apparent from the foregoing public record, confirmed by ABC's own investigation including communications with multiple federal agency procurement officials, that the PLA Rule's exemption process is facially flawed. Front-line contracting officers are discouraged from recommending exemptions to senior procurement officials far up the procurement chain of command who must make all final exemption decisions under the new Rule. And in many cases, necessary market research is simply not being performed to evaluate whether union agreements are necessary or counter-productive in areas of the country, like Jacksonville, where there are very few union contractors or

---

[2] ABC identified the projects containing PLA mandates by searching the federal government's public procurement website, http://sam.gov., last visited for this purpose on September 8, 2024.

workers. Indeed, in Florida and roughly half of all the states, competitive bidding laws prohibit state and local government construction projects from being subjected to a government-mandated PLA.[3] And the public exemption website itself has served as a deterrent to granting any exemptions, since procurement officials do not want to be forced to defend their exemption decisions or complete the paperwork associated with the exemption process.

7. In short, the PLA exception process outlined in the OMB Memorandum and PLA Rule is flawed, or is not being utilized, and appears to be designed on its face to discourage PLA exception requests from being proposed or granted by federal procurement officials.

8. The published track record of the PLA Rule's across-the-board mandate of PLAs on covered projects also contradicts the FAR Council's claimed justifications for the Rule and demonstrates the lack of any factual basis supporting the PLA Rule. ABC has compared the present record of imposed mandates under the PLA Rule with the results of the federal government's policy from fiscal year 2009 to fiscal year 2023, "encouraging"—but not requiring—federal agencies to mandate PLAs. As reported in my previous affidavit, between fiscal years 2009 and 2023, just 12 federal contracts (valued at $1.26 billion) contained a PLA mandated by a federal agency out of 3,222 contracts over $25 million, with a total value of $238 billion. Nothing has changed with regard to the economy or efficiency on imposing PLAs on more than 99 percent of federal construction contracts for the first time, except that the new PLA Rule arbitrarily mandates unionization

---

[3] See ABC AR Comments at 18-21; ABC_FAR Council Federal Acquisition Regulation Use of Project Labor Agreements for Federal Construction Projects_101822.pdf

of all large federal construction projects. Notably, prior to the PLA mandate, there were no reports of strikes, project delays, cost overruns or other problems on federal construction projects due to any lack of PLA requirements.

9. ABC's investigation has further established that projects covered by the PLA Rule have received fewer bidders than would otherwise have bid, evidencing the impact of the PLA Rule on full and open competition. ABC is aware of at least one project previously identified by the member affidavits, on which six firms had been shortlisted as qualified to bid, but only one bid was actually submitted due to the new PLA mandate. Yet even this project has so far failed to secure a PLA exception from the USACE's senior procurement official, and the award process has been delayed as a result of the PLA Rule.

10. ABC's investigation has further confirmed that as a result of reduced competition on PLA projects the bid price proposals from the fewer bidders has been higher than expected on these projects. This is consistent with academic research into the cost of government-mandated PLAs establishing that such requirements increase the cost of construction 12 percent to 20 percent, as well as anecdotal evidence provided by ABC members and industry stakeholders regarding government-mandated PLAs.[4] The PLA Rule is needlessly increasing construction costs compared to projects bid with fair and open competition.

---

[4] See studies listed throughout the ABC Comments on the proposed PLA Rule, which were not addressed by the Defendants: ABC_FAR Council Federal Acquisition Regulation Use of Project Labor Agreements for Federal Construction Projects_101822.pdf; *see also* https://buildamericalocal.com/learn-more/#gmpla-studies

11. State governments who partner with federal agencies to deliver projects to taxpayers subject to the Rule have publicly confirmed the negative consequences of the PLA mandate. On June 27, 2024, the executive director of the state of Louisiana's Coastal Protection and Restoration Authority (CPRA) provided written and oral testimony at a U.S. House of Representatives Oversight Subcommittee hearing on the Biden administration's PLA policies.[5] The testimony confirmed that the Rule's PLA mandates have reduced contractor competition and local workforce participation, caused needless procurement and construction delays, and threaten to increase costs on projects, putting local coastal communities at serious risk.

12. The executive director of the CPRA further testified that other states with similar cost-sharing partnerships with the USACE to build coastal projects and other civil infrastructure projects are also at risk to similar outcomes because of the Rule's PLA mandate policy. ABC has identified a number of similar federal projects with state cost sharing arrangements in active phases of procurement subject to the Rule's PLA mandate policy. These include two project solicitations procured by the USACE Jacksonville District (Central Everglades Planning Project (CEPP) Contract 11B, Everglades Agricultural Area (EAA) A-2 Reservoir Embankment and Structures, Palm Beach County, Florida and CERP, IRL-S, C-23/C-24 North Reservoir, S-426, Contract 4A Project, St. Lucie County, Florida).[6] USACE Jacksonville officials managing these project

---

[5] *See* Testimony by Glenn Ledet, Jr., (Jun. 27, 2024), Ledet-Testimony.pdf (house.gov) (last visited Sept. 5, 2024); *Cutting Competition in Contracting: The Administration's Pricey Project Labor Agreement Mandate*, YouTube, Cutting Competition in Contracting: The Administration's Pricey Project Labor Agreement Mandate (youtube.com) (last visited Sept. 5, 2024); (last visited Sept. 5, 2024).
[6] CERP, IRL-S, C-23/C-24 North Reservoir, S-426, Contract 4A Project, St. Lucie County, Florida, SAM.gov, SAM.gov (last visited Sept. 5, 2024).

procurements have expressed concerns about reduced competition from local experienced contractors and workers and needless added costs that will undermine state and federal taxpayer investments in crucial water infrastructure projects as a result of the Rule and PLA mandates.

13. Contrary to the PLA Rule's claim that contractors can simply "negotiate" with local unions to address obstacles to signing PLAs, numerous ABC member contractors have been unable to execute PLAs with local unions prior to their bid submissions. The North America's Building Trades Union (NABTU) has stated that PLAs with construction trade unions having jurisdiction on such projects must be approved by headquarters attorneys and must be consistent with a national PLA template.

14. As also previously explained in affidavits supporting the Preliminary Injunction Motion submitted by ABC member subcontractors — many of whom are small businesses — they continue to have no ability to provide feedback to general contractors during PLA negotiations concerning the terms and conditions of importance to the subcontractors within the PLA.

15. All of this is happening in the midst of a significant shortage of skilled workers in the construction industry, now estimated at 500,000 workers.[7] The shortage of skilled workers available to the federal government on projects covered by the PLA Rule will be exacerbated by the Rule's restrictive requirements, as more than 89 percent of the industry's workers are non-union and will be unable to perform the covered work.

---

[7] *See* ABC Comments, at 4-5; see also https://www.abc.org/News-Media/News-Releases/abc-2024-construction-workforce-shortage-tops-half-a-million.

7

I declare under penalty of perjury that the foregoing is true and correct.

_____   9/9/24
Ben Brubeck                        Date