## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | |
|---|---|
| ASSOCIATED BUILDERS AND CONTRACTORS FLORIDA FIRST COAST CHAPTER, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> WILLIAM F. CLARK, *et al.*, <br><br> *Defendants*. | Civil Action No. 3:24-cv-00318-WWB-MCR |

## NOTICE OF LEAD COUNSEL DESIGNATION

The Court will please note the designation of Michael J. Gerardi, Senior Trial Counsel, Civil Division, as lead counsel in the above-captioned matter.

Dated: October 24, 2024

Respectfully submitted,

BRIAN M. BOYNTON
*Principal Deputy Assistant Attorney General*

LESLEY FARBY
*Assistant Branch Director, Federal Programs Branch*

*/s/ Michael J. Gerardi*
MICHAEL J. GERARDI (D.C. Bar No. 1017949)
*Senior Trial Counsel*
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington D.C. 20005
Tel: (202) 616-0680
michael.j.gerardi@usdoj.gov

*Attorney for Defendants*