**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

|  |  |
|---|---|
| ASSOCIATED BUILDERS AND CONTRACTORS FLORIDA FIRST COAST CHAPTER, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> WILLIAM F. CLARK, *et al.,* <br><br> *Defendants*. | **Civil Action No. 3:24-cv-00318-WWB-MCR** |

## NOTICE OF LODGING OF THE JOINT APPENDIX

Pursuant to the Court's scheduling order of July 2, 2024, ECF No. 35, Defendants respectfully give notice of the filing of the joint appendix containing the cited portions of the administrative record.

Dated: November 25, 2024

Respectfully submitted,

BRIAN M. BOYNTON
*Principal Deputy Assistant Attorney General*

LESLEY FARBY
*Assistant Branch Director, Federal Programs Branch*

*/s/ Michael J. Gerardi*
MICHAEL J. GERARDI (D.C. Bar No. 1017949)
*Senior Trial Counsel*
TAISA GOODNATURE
*Trial Attorney*
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington D.C. 20005

1

Tel: (202) 616-0680
michael.j.gerardi@usdoj.gov

*Attorneys for Defendants*

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on this 25th day of November, I electronically filed the foregoing with the Clerk of the Court by using the ECF system, which will send a notice electronically to all registered users of ECF.

*/s/ Michael J. Gerardi*

Taisa M. Goodnature
Senior Trial Counsel
