Project Labor Agreements
Index of Certified Amended Administrative Record

| Date | Description | Number of Pages | Bates Number |
|---|---|---|---|
| 2022 | Federal Acquisition Regulation: Use of Project Labor Agreements for Federal Construction Projects, 87 Fed. Reg. 51,044 (proposed Aug. 19, 2022) | 9 | 001-009 |
| 2023 | Federal Acquisition Regulation: Use of Project Labor Agreements for Federal Construction Projects, 88 Fed. Reg. 88708 (Dec. 22, 2023) | 22 | 010-031 |
| 2022 | ABC, FAR Council, *Use of Project Labor Agreements for Federal Construction Projects, NPRM Extension Request* (Aug. 24, 2022) | 4 | 063-066 |
| 2022 | Public Comments Submitted by United Brotherhood of Carpenters and Joiners of America, Use of Project Labor Agreements for Federal Construction Projects, September 21, 2022 | 10 | 083-092 |
| 2022 | SMACNA, *Comments re PLA Proposed Regulations* (Oct. 18, 2022) | 21 | 233-253 |
| 2022 | SBA, Office of Advocacy, *Comments of FAR CASE 2022-003, Mandatory Project Labor Agreement for Federal Construction Projects of $35 Million of More* (Oct. 18, 2022) | 6 | 362-367 |
| 2022 | Public Comments Submitted by United Association of Journeymen and Apprentices of Plumbing and Pipe Fitting Industry of the United States and Canada, AFL-CIO, Use of Project Labor Agreements for Federal Construction Contracts | 73 | 434-506 |
| 2022 | ABC, *Docket No. FAR-2022-003, Notice of Proposed Rulemaking on Federal Acquisition Regulation; Far Case 2022-003, Use of Project Labor Agreements for Federal Construction Projects* (Oct. 18, 2022) | 43 | 512-554 |
| 2022 | PPSC, Professional Services Council, *Comments on Use of Project Labor Agreements for Federal Construction Projects, 87 FR 51044* (Oct. 18, 2022) | 7 | 555-561 |
| 2012 | Congressional Research Service, Project Labor Agreements (2012) | 13 | 606-618 |

| 2009 | Dale Belman, Kenneth Frank, Richard Kelso, Russell Ormiston, & William Schriver, Project Labor Agreements' Effect on School Construction Costs in Massachusetts, 49 Industrial Relations: A Journal of Economy and Society 44 (2009) | 17 | 640-656 |
|---|---|---|---|
| 2017 | Peter Philips & Emma Waltzman, Project Labor Agreements and Bidding Outcomes: The Case of Community College Construction in California (U.C. Berkeley Labor Center 2017) | 64 | 657-720 |
| 2022 | Exec. Order No. 14,063, Use of Project Labor Agreements for Federal Construction Projects, 87 Fed. Reg. 7,363 (Feb. 9, 2022). | 4 | 754-757 |