Ms. Dana Bowman
October 18, 2022
Page 11

noted above, PLAs ensure that all contractors "play by the rules."  All contractors and
subcontractors must sign the PLA and agree to family-sustaining pay and benefits.  This raises
the standard of living (and increases taxes paid) in areas where the work is being performed.
Under strictly enforced PLAs, unscrupulous contractors, who often do not employ local workers,
are unable to undercut law-abiding contractors and ensures that workers and local governments
benefit.

### G.     PLAs Improve Safety.

Safer projects are far more likely to be on time, on budget and far less expensive projects.
Construction is inherently a more dangerous industry than most other industry categories.  A
construction worksite can become even more dangerous because, at any given time, there may be
hundreds of contractors and subcontractors on site, each with (or without) its own safety
program.  These formal or informal programs vary greatly in effectiveness and each firm's safety
program impacts not just that firm's workers but many other workers on site as well.  Thus, there
is potential for confusion, trouble, serious accidents, and far worse when safety is shortchanged
as a priority factor in bidding and contractor selection.

PLAs improve worker safety by requiring contractors and workers to comply with
comprehensive uniform project safety rules.  PLAs contain sophisticated health and safety
provisions, including those that dictate overall safety practices, create safety committees,
mandate safety training and safety meetings, and address such matters as drug screening.  PLAs
also typically include joint labor-management committees to address evolving safety and training
issues that may need to be addressed on the project.

### H.     PLAs Increase Diversity, Equity, and Inclusion.

In addition to non-discrimination provisions, PLAs often also include provisions
requiring contactors to participate in local and regional recruitment, apprenticeship, and training
programs for women, minorities, veterans, and other under-represented groups.

Certain PLAs – called Community Workforce Agreements (CWAs) – are PLAs that
"contain social investment or targeted hiring provisions to create employment and career path
opportunities for individuals from disadvantaged or low-income communities."[28]

For example, PLAs can be drafted to include a system to recruit, train and employ local
workers from poor and economically disadvantaged and at-risk populations such as the
homeless, ex-offenders, and others.[29]  PLAs can also include provisions that commit unions and
contractors to recruit individuals from these demographic groups.

---

[28] Figueroa, Grabelsky & Lamare, Community Workforce Provisions in Project Labor Agreements: A Tool
for Building Middle-Class Career (Oct. 2010).

[29] As an example, a PLA in California included the following condition:

*(cont'd)*

Ms. Dana Bowman
October 18, 2022
Page 12

PLAs promote diversity, equity, and inclusion by providing a structured pathway for
residents to gain access to highly valued career training in the skilled trades.  Most skilled trade
apprenticeships offer "earn while you learn" programs that mandate five years of training
consisting of over 800 hours of classroom education and 8,000 hours of on-the-job training under
the supervision of an experienced and highly skilled tradesperson. In some cases, the completion
of a skilled craft apprenticeship program includes the awarding of a two-year Associate's Degree
from a local community college.

For individuals with little or no construction experience, PLAs can create a pathway to
acquire the basic skills needed to enter a registered apprenticeship program.  This is done
through pre-apprenticeship programs.  As opposed to the specialized or registered apprenticeship
programs, which train in a particular skilled trade (e.g., electrician, carpenter, etc.), pre-
apprenticeship programs provide training in areas such as construction math, workplace safety,
and academic skills needed to obtain a GED or high school diploma.

## I.    PLAs Benefit the Local Community.

In addition to providing value to project owners and general contractors, PLAs offer
many important benefits to local communities affected by capital projects.

### 1.    Local Hiring

PLAs require contractors to hire labor through local union hiring halls or referral systems.
Hiring local workers results in lower unemployment and more money in the local economy.
This has a multiplier effect on taxpayer investments.

### 2.    Prevailing Wages

The wage rates set forth in PLAs are based on local area agreements, so they pay higher,
livable wages.  The higher income for local workers supports the local tax base and the general
economy.  By establishing livable wages for all workers, PLAs attract the best qualified workers
to the project and protect local residents from the unscrupulous practices of companies that hire
transient workers at substandard wages.

### 3.    Skills Training

The training and apprenticeship programs operated by local unions provide the best
training in the construction industry without question.  As noted above, several recent studies

---

1.16 'Disadvantaged Worker' means an individual whose primary place of residence is
within the Counties of Los Angeles and Orange and who, prior to commencing work on
the Project, either (a) has a household income of less than 50% of the AMI" [area median
income] "or (b) faces at least one of the following barriers to employment: being homeless;
being a custodial single parent; receiving public assistance; lacking a GED or high school
diploma; or suffering from chronic unemployment.

Ms. Dana Bowman
October 18, 2022
Page 13

demonstrate that union apprenticeship programs attract and graduate far more apprentices, including more minority and female apprentices.[30] Bipartisan policy makers uniformly refer to it as the Gold Standard and the envy of the world and US construction industry.

### 4. *Healthcare and Pension*

Because PLAs incorporate local area collective bargaining agreements, they also ensure that workers on the project receive adequate health care and pension coverage. These benefits promote a better quality of life for local workers and protect local jurisdictions from having to subsidize such benefits and healthcare costs for workers injured on the construction worksite who do not receive them from their employers.

## IV.    PLAs are Most Commonplace in the Private Sector

As outlined above, PLAs promote quality, safety, timely delivery, and cost-efficiency. These benefits have not been unnoticed by project owners and general contractors in the private sector.  In fact, evidence suggests that use of PLAs in the private sector has long and far outpaced the federal public sector more than a hundred-fold.

Indeed, leading Fortune 100 and 500 companies, including Toyota, General Motors, Wal-Mart, Bank of America, CVS, Target, Sunoco, and Disney, have relied on PLAs to ensure the successful performance of large capital construction projects for decades. Consider the following recent examples:

- Amtrak[31]
  - In 2021, Amtrak and the North America's Building Trades Unions (NABTU) signed a PLA to employ U.S. workers as part of Amtrak's 15-year expansion strategy to create half a million jobs delivering over $150 billion in economic benefit to 160 local communities.

- California
  - In one study of 82 PLAs from 1984 to 2001, **72 percent** involved private projects.[32]

---

[30] Argyres & Moir, Building Trades Apprentice Training in Massachusetts: An Analysis of Union and Non-Union Programs, 1997-2007, Labor Resource Center (Oct. 2008); see also Bradley & Herzenberg, Construction and Apprenticeship Training In Pennsylvania, Keystone Research Center (2002) ("Union apprenticeship programs have outperformed non-union ones on all critical measures of program success that we have examined: enrollment levels, graduation rates, enrollment and graduation rates for minorities and females, increases in enrollment levels to meet expanding industry needs.").

[31] Available at: https://media.amtrak.com/2021/10/north-americas-building-trades-unions-and-amtrak-sign-workforce-mou/?print=print.

[32] Daniel Rounds, Project Labor Agreements: An Exploratory Study, UCLA Institute for Labor and Employment (October 2001).

Ms. Dana Bowman
October 18, 2022
Page 14

- o  LAX Modernization Program ($1.62 billion)
- o  Sky River Casino ($500 million)
- o  Capitol Annex ($95 million)
- o  Oroville Hospital ($100 million)
- o  Museum Place ($450 million)
- o  1150 Walsh Ave. Data Center (Ragingwire)  ($125 million)

- Keystone XL Pipeline
  - o  In 2020, Keystone XL reached a PLA with four labor unions that would create 10,000 high-paying construction jobs.[33]

- Massachusetts
  - o  Renovations to 13 public housing properties serving residents of 4,300 units, Boston, MA; $66.7 million (2014)

- Minnesota
  - o  US Bank Stadium ($1.1 billion)
  - o  Essentia Vision Northland ($800 million)

- New York
  - o  Frontier Field ($26 million)
  - o  MCC Building ($14.1 million)
  - o  MCC Downtown Campus ($78 million)
  - o  MC Crime Lab ($30 million)
  - o  MC ESWTP ($150 million)
  - o  RSMP Phase 1 (School Mod) ($325 million)
  - o  Amtrak Train Station ($29.8 million)
  - o  RGRTA Bus Garage ($50 million)
  - o  FLCC Geneva Campus ($15.3 million)
  - o  Lago Casino, Tyre NY ($440 million)
  - o  CoR Midtown Phases 1,2,3 ($38 million)
  - o  CoR Inner loop ($22.5 million)
  - o  Marina at the Port of Rochester ($22 million)
  - o  O'Rourke Bridge ($74 million)
  - o  Kendrick Road, Phase II ($14.8 million)
  - o  1390@ Rt 15A ($30.7 million)
  - o  F Douglass-$ B Anthony Bridge ($41 million)
  - o  STAMP Infrastructure ($46 million)

---

[33] Available at: https://www.globenewswire.com/news-release/2020/08/05/2073386/0/en/Keystone-XL-Announces-Project-Labor-Agreement-with-Four-U-S-Unions.html.

Ms. Dana Bowman
October 18, 2022
Page 15

- Ohio[34]
  - Akron Goodyear IRG Project ($200 million)
  - Cleveland East Flats Development ($500 million)
  - CoGen 500 mw Oregon Clean Energy Project ($860 million)
  - Honda of America Marysville Auto Plant upgrade projects ($210 million)
  - Lordstown Energy Center Project ($850 million)
  - Promedica Toledo Hospital Replacement Tower Project ($400 million)
  - PTTGCA-Daelim Ethane Cracker Plant, Belmont Co. ($9 billion)
  - MetroHealth Transformation Project, Cleveland ($18 million)
  - Hilton Hotel and Convention Center 2.0, Columbus ($15 million)
  - Lordstown Ultium EV Cell Plant, Lordstown ($10 million)
  - Sherwin Williams R&D Facility, Brecksville ($20 million)
  - Sherwin Williams Headquarters, Cleveland ($20+ million)
  - Ashtabula Medical Center, Ashtabula ($18 million)

- Oregon
  - Knight Campus for Accelerated Scientific Impact ($1 billion).[35]

- Ørsted[36]
  - In May 2022, Ørsted and NABTU signed a PLA to employ U.S. workers at offshore wind projects from Maine to Florida.

- Tennessee
  - In 2021, Ford announced the construction of a $5.6 billion EV plant in Memphis.[37]

- Virginia
  - Dulles Corridor Metrorail Project, VA, $5.684 billion (2009-2022)
  - Dominion Energy and the Virginia State Building and Construction Trades Council announced plans to negotiate a PLA to perform the onshore electrical interconnection work for the first stage of the company's Coastal Virginia

---

[34] Available at: https://www.actohio.org/wp-content/uploads/2021/09/PROJECT-LABOR-AGREEMENTS-IN-OHIO.pdf.

[35] Available at: https://nwlaborpress.org/2018/02/uos-new-1-billion-knight-science-campus-will-be-built-under-a-pla/.

[36] Available at: https://www.americanprogress.org/press/statement-caps-mike-williams-praises-project-labor-agreement-for-offshore-wind-energy/.

[37] Available at: https://www.tn.gov/governor/news/2021/9/27/memphis-regional-megasite-lands--5-6-billion-investment-from-ford-motor-company-and-sk-innovation.html.

Ms. Dana Bowman
October 18, 2022
Page 16

Offshore Wind commercial project, the largest announced offshore wind project
in the Western Hemisphere, located 27 miles off the Virginia Beach coast.[38]

- Washington
  - Climate Pledge Arena was constructed pursuant to a PLA worth $1.15 billion,
    including side projects worth $80 million.[39]
  - Sea-Tac Airport ($500 million).[40]
  - Lumen Field ($300 Million).
  - T-Mobile Park ($517 million).

- Wisconsin
  - In 2022, Michels Pipeline Inc. and Enbridge Inc. announced the signing of a PLA
    for the pipeline relocation that will cost $46 million and create 700 high-paying
    construction jobs.[41]
  - In 2022, Blattner Energy announced a PLA with two unions to build a 200+
    megawatt (MW) Paris Solar Farm.[42]

## V.    THE CRITIQUES OF PLAS ARE MISPLACED

### A.    PLAS ARE NOT "UNION-ONLY" AGREEMENTS.

Opponents of PLAs knowingly and falsely persist in mischaracterizing them as "union-
only" agreements.  This is widely understood inside and outside of the contracting sector as
simply untrue on every level of analysis. Section 4(b) of EO 14063 expressly provides that any
PLA "allow all contractors and subcontractors on the construction project to compete for
contracts and subcontracts *without regard to whether they are otherwise parties to collective
bargaining agreements*."  Thus, *both union and nonunion contractors are free to bid on PLA
project work and underline every serious contractor knows it very well*.

It is true that contractors subject to the PLA typically utilize a local and legal workforce
via a union hiring hall for a portion of their project workforce.  Critically, though, the hiring hall
process **cannot** discriminate against a nonunion worker.  The hiring hall process also has the

---

[38] Available at: https://news.dominionenergy.com/virginia-renewable-energy-partnership.

[39] Available at:
https://www.seattle.gov/Documents/Departments/FAS/PurchasingAndContracting/Labor/FAS-
PC-Climate-Pledge-Arena-Final-Report.pdf.

[40] Available at:  Seattle-Tacoma International Airport Concourse C Expansion, USA (airport-
technology.com).

[41] Available at: https://www.enbridge.com/media-center/media-statements/union-project-labor-agreement-
signed-for-enbridge-line-5-wisconsin.

[42] Available at: https://www.wisbusiness.com/2022/liuna-local-113-and-ibew-local-127-announce-project-
labor-agreement-with-blattner-energy-for-the-200-megawatt-mw-paris-solar-farm/.

Ms. Dana Bowman
October 18, 2022
Page 17

benefit of worker security background reviews, which is an important government project priority for all federal government projects, especially defense and homeland security facilities where every worker's background is essential to check and verify.

### B.    PLAS NEITHER EXCLUDE NONUNION WORKERS NOR REQUIRE UNION MEMBERSHIP.

Workers who are not union members **are not** excluded by PLAs. Indeed, they could not be excluded. Sections 8(a)(3) and 8(b)(2) of the NLRA prohibit employers and unions from discriminating against employees based on their membership or non-membership in the union.

Also, as noted above, a union operating an exclusive referral system under a PLA owes the same legal obligations to all employees seeking work through the hiring hall, regardless of their union membership.[43]  In short, the fact that a construction project is being performed under a PLA has no bearing on the legal right of non-union workers to work on that project.

PLA opponents also claim that union-security clauses in project labor agreements require union membership. **That is wrong as a matter of law**. The law is clear union membership cannot be compelled and every employee covered by a union-security clause has the option of paying an agency fee to the union, which supports the collective bargaining services rendered by the union in lieu of actual membership.

A related claim is that these agreements allow unions to bypass the right of employees to select their union under the NLRA. That is also untrue, and that assertion simply flies in the face of Section 8(f) which, as noted above, expressly authorizes pre-hire agreements in the construction industry.

### C.    PLAS DO NOT RAISE COSTS OR DISCOURAGE BIDDING.

PLAs **do not** increase construction costs.  To the contrary, PLAs are an instrument designed and implemented by corporate and public owners and developers to predict and **control** labor costs.  Recent data confirms this fact.  For example, a 2017 study by the UC Berkley Labor Center examined 263 California community college projects built between 2007 and 2016, 88 of which were PLA projects.  The study concluded that "PLAs did not decrease the number of bidders, nor did PLAs raise prices relative to the engineer's estimates."[44]

A 2015 analysis by economists at the University of Utah compared nine PLA affordable housing projects with 121 affordable housing projects built without PLAs.  The authors

---

[43] Breininger v. Sheetmetal Workers Local 6, 493 U.S. 67 (1989).

[44] Peter Philips & Emma Waitzman, Project Labor Agreements and Bidding Outcomes: The Case of Community College Construction in California, UC Berkley Labor Center (2017), available at https://laborcenter.berkeley.edu/project-labor-agreements-and-bidding-outcomes/.

Ms. Dana Bowman
October 18, 2022
Page 18

concluded that "the nine PLA affordable housing projects **were not more expensive** to build than comparable projects not governed by project labor agreements."[45]

A 2011 study by Cornell University examined a $5.3 billion project in New York City. The project included four PLAs and the city commissioned 15 independent studies to identify potential cost savings. According to the report: "***All of the studies reached the same conclusion: the PLAs would produce substantial direct and indirect cost savings for the City, provide job stability, and promote productivity and greater efficiency***."[46] Contrary to the claims of PLA opponents, the study also found that public-sector PLA bidding is "open and fair and cannot discriminate against nonunion contractors" because only the public interest is protected when securing "the best work for the money." Stated differently, the PLA process includes a competitive bidding process that eliminates the risk of increased costs while also allowing laborers to come from a pool of both union and nonunion workers.

In fact, the studies that are frequently cited by PLA critics have been found to be "***flawed***" or based on "***poor methodology*** or ***predetermined conclusions***."[47]

## VI.    THE PROPOSED RULE SHOULD BE CLARIFIED

### A.    CLARIFY SECTION 22.504(d)(1)(iii).

Section 22.504(d)(1)(iii) provides an exception to the PLA requirement if "[r]equiring a project labor agreement on the project would otherwise be inconsistent with statutes, regulations, Executive orders, or Presidential memoranda."

Courts have uniformly held that PLAs are not inconsistent with state law, including state right-to-work laws and competitive bidding laws.[48] Nevertheless, because several states and municipalities have passed laws purporting to prohibit PLAs, Section 22.504(d)(1)(iii) should be updated to make clear that the exception is limited to conflicting ***federal*** laws: "[r]equiring a

---

[45] Peter Philips & Scott Littlehale, Did PLAs on LA Affordable Housing Projects Raise Construction Costs, University of Utah (2015), available at https://economics.utah.edu/research/publications/2015_03.pdf.

[46] Fred B. Kotler, Project Labor Agreements in New York State II: In the Public Interest and of Proven Value, Cornell University ILR School (2011), available at https://ecommons.cornell.edu/bitstream/handle/1813/74333/LaborAgreementsinNYS_II.pdf?sequence=1 &isAllowed=y.

[47] Belman, Bodah & Philips, Project Labor Agreements, ELECTRI INTERNATIONAL (2007).

[48] Master Builders of Iowa, Inc. v. Polk County, 653 N.W.2d 382, 391-92 (Iowa 2002); San Francisco Airports Comm'n, 981 P.2d 499 (Cal. 1999); John T. Callahan & Sons, Inc. v. City of Malden, 713 N.E.2d 955, 961-62 (Mass. 1999); Assoc. Builders & Contractors of Rhode Island, Inc. v. Department of Admin., 787 A.2d 1179, 1189-90 (R.I. 2002); New York State Chapter, Inc. v. New York State Thruway Authority 666 N.E.2d 185, 192 (N.Y.,1996) (approving PLA for the Tappan Zee project as consistent with state competitive bidding laws).

Ms. Dana Bowman
October 18, 2022
Page 19

project labor agreement on the project would otherwise be inconsistent with <u>federal</u> statutes,
regulations, Executive orders, or Presidential memoranda."

## B.    THE EXCEPTIONS IN PARAGRAPH (d)(1)(i) and (d)(1)(ii) SHOULD BE NARROWLY CONSTRUED.

Given the numerous advantages of PLAs, which are outlined in detail above, any
exceptions to their use should be very narrowly construed.

Section 5 of EO 14063 lists several exceptions an agency may grant to using a PLA as
intended and directed. Any announced exception must be accompanied by "a specific written
explanation of why at least one of the following circumstances exists with respect to that
contract[.]" One exception is that the use of a PLA would not advance the government's interest
in achieving economy and efficiency in federal procurement. A finding supporting such an
exception shall be based on the following factors: "(i) The project is of short duration and lacks
operational complexity; (ii) The project will involve only one craft or trade; (iii) The project will
involve specialized construction work that is available from only a limited number of contractors
or subcontractors; (iv) The agency's need for the project is of such an unusual and compelling
urgency that a project labor agreement would be impracticable; or (v) The project implicates
other similar factors deemed appropriate in regulations or guidance issued [by the FAR
Council]."

The second exception is if the contracting agency determines that "[b]ased on an
inclusive market analysis, requiring a project labor agreement on the project would substantially
reduce the number of potential bidders so as to frustrate full and open competition." Section
22.504(d)(ii) provides that the market research exception (in paragraph (d)(1)(ii)) requires
contracting officers to "consider current market conditions and the extent to which price
fluctuations may be attributable to factors other than the requirement for a project labor
agreement (e.g., costs of labor or materials, supply chain costs). Agencies may rely on price
analysis conducted on recent competitive proposals for construction projects of a similar size and
scope."

To ensure that "large scale construction projects" reap the benefits of PLAs, the FAR
Council should include regulatory text specifying that the exemptions in paragraph (d)(1)(i) and
(d)(1)(ii) should be **"narrowly construed"** and any "written explanation" documenting an
exception should be based on "**substantial evidence**." For example, consider the following
amendment to Section 22.504(d)(1): "The senior procurement executive may grant an exception
from the requirements at 22.503(b), <u>only if the senior procurement executive finds substantial</u>
<u>evidence that</u> one of the following conditions exists with respect to the particular contract <u>and the</u>
<u>senior procurement executive provides a detailed written analysis in support of such a finding</u>: . .
.."

This amendment ensures that a procurement executive cannot simply "check a box" to
avoid the PLA presumption set forth in Section 3 of EO 14063. Such an interpretation **would**

Ms. Dana Bowman
October 18, 2022
Page 20

**not** be sufficient to meet the "specific written explanation" required by in Section 5. Instead, the language would ensure that procurement officers conduct a comprehensive review of the enumerated factors and provide a sufficiently detailed written explanation of their findings to ensure that the intent of EO 14063 is effectuated – that is, taking advantage of the numerous benefits of PLAs on public works projects.

**VII.    CONCLUSION**

SMACNA enthusiastically supports EO 14063 and the proposed rule, "*Federal Acquisition Regulation: Use of Project Labor Agreements for Federal Construction Projects*," 87 Fed. Reg. 51044 (Aug. 19, 2022).

PLAs have been used extensively for many decades, in the public and private sectors, to the benefit of owners, contractors and the public. PLAs provide management structure and stability to large-scale construction projects, they avoid labor-related disruptions on projects; they secure the commitment of a skilled labor force in short supply and serve all stakeholders on a construction site to guarantee that the project will proceed efficiently without unnecessary interruptions; and they advance the interests of project owners, contractors, and subcontractors, including small businesses and the taxpayer.

For these reasons, owners, and contractors in both the public and private sectors routinely _**prefer**_ to use PLAs in large-scale construction projects. EO 14063, "*Executive Order on Use of Project Labor Agreements for Federal Construction Projects*," and the proposed rule, "*Federal Acquisition Regulation: Use of Project Labor Agreements for Federal Construction Projects*," 87 Fed. Reg. 51044 (Aug. 19, 2022) advance these same interests by requiring PLAs on large-scale construction projects with narrow exceptions. Accordingly, the proposed rule should be adopted with only the minor clarifications outlined above.

Sincerely,

Aaron Hilger
Chief Executive Officer

cc:    Martin J. Walsh, Secretary
        U.S. Department of Labor

# PUBLIC SUBMISSION

**As of:** 10/19/22, 3:48 PM
**Received:** October 18, 2022
**Status:** Posted
**Posted:** October 19, 2022
**Tracking No.** l9e-pgf7-w18a
**Comments Due:** October 18, 2022
**Submission Type:** Web

**Docket:** FAR-2022-0003
Federal Acquisition Regulation: Use of Project Labor Agreements for Federal Construction Projects (FAR Case 2022-003)

**Comment On:** FAR-2022-0003-0001
Acquisition Regulation: Use of Project Labor Agreements for Federal Construction Projects

**Document:** FAR-2022-0003-8301
Comment on FR Doc # 2022-17067

---

## Submitter Information

**Email:** major.clark@sba.gov
**Government Agency Type:** Federal
**Government Agency:** SBA

---

## General Comment

See attached file(s)

---

## Attachments

plafinalletter1 (1)

U.S. SMALL BUSINESS ADMINISTRATION

# OFFICE OF ADVOCACY

REGULATION • RESEARCH • OUTREACH

October 18, 2022

VIA ELECTRONIC SUBMISSION

Re: <u>Comments on FAR CASE 2022-003, Mandatory Project Labor Agreement for Federal Construction Projects of $35 million or more</u>.

Dear Regulatory Secretariat:

On August 19, 2022, the Federal Acquisition Regulatory Council (FAR Council) issued a proposed regulation to implement project labor agreements in federal construction contracts. This letter constitutes the Office of Advocacy's (Advocacy) public comments in response to the proposed regulation. Advocacy encourages the FAR Council to reevaluate the excessive cost of compliance of this mandatory rule on small entities. Advocacy also encourages the FAR Council to explore alternatives to this rulemaking as it relates to small entities as is required by the Regulatory Flexibility Act (RFA).

## I.    Background

### A.  The Office of Advocacy

Congress established the Office of Advocacy under Pub. L. 94-305 to represent the views of small entities before federal agencies and Congress. Advocacy is an independent office within the U.S. Small Business Administration (SBA). As such, the views expressed by Advocacy do not necessarily reflect the views of the SBA or the Administration. The RFA,[1] as amended by the Small Business Regulatory Enforcement Fairness Act (SBREFA),[2] gives small entities a voice in the rulemaking process. For all rules that are expected to have a significant economic impact on a substantial number of small entities, the RFA requires federal agencies to assess the impact of the proposed rule on small entities and to consider less burdensome alternatives.

---

[1] 5 U.S.C. §601 et seq.

[2] Pub. L. 104-121, Title II, 110 Stat. 857 (1996) (codified in various sections of 5 U.S.C. §601 et seq.).



AR0363

The Small Business Jobs Act of 2010 requires federal agencies to give every appropriate
consideration to comments provided by Advocacy.[3] The promulgating agency must include a
response to these written comments in any explanation or discussion accompanying the final
rule's publication in the *Federal Register*, unless the agency certifies that the public interest is
not served by doing so.[4]

Advocacy's comments are consistent with Congressional intent underlying the RFA, that
"[w]hen adopting regulations to protect the health, safety, and economic welfare of the nation,
federal agencies should seek to achieve statutory goals as effectively and efficiently as possible
without imposing unnecessary burdens on the public."[5]

### B.  The Proposed Rule

The Department of Defense, General Services Administration, and National Aeronautics and
Space Administration are proposing to amend the FAR to implement Executive Order 14063,
*Use of Project Labor Agreements for Federal Construction Projects*. The Executive Order was
issued on February 9, 2022.[6] It mandates that federal government agencies require the use of
project labor agreements (PLAs) where the total estimated cost to the government is $35 million
or more. The rule provides three exceptions to this requirement. The first is when the PLA would
not achieve economy and efficiency in federal procurement as described in 22.50(d) of the FAR.
The second is when the PLA would substantially reduce the number of potential bidders,
frustrating full and open competition. The third is when the PLA would be inconsistent with
statues, regulations, and other Executive Orders or Presidential Memoranda.

The mandatory requirement of this rule means that every contractor on a federal construction
project, regardless of how small, must agree to negotiate or become a party to a project labor
agreement with one or more labor organizations. This creates a mandatory flow down requiring
all affected small businesses to join a union, regardless of size or dollar value of the sub-contract.
This flow down will have a detrimental cost impact on those covered small entities.

## II.    Advocacy's Small Business Concerns

### C.  Advocacy Roundtable

On September 29, 2022, Advocacy conducted a roundtable discussion on the proposed rule.
Approximately 60 small businesses participated. The participants included a mixture of small
business construction owners, small business construction trade organizations, and organizations
that were in support of PLAs. The Associated Builders Contractors (ABC) presented findings

---

[3] Small Business Jobs Act of 2010 (PL. 111-240) §1601.

[4] *Id*.

[5] *Id.*

[6] Executive Order, Use of Project Labor Agreements for Federal Construction Projects (February 04,
2022).

AR0364

from a survey of its members.[7] According to the ABC, nearly all the small business member respondents said they would be less likely to bid on contracts if the proposed rule was finalized. This potential effect would greatly hamper federal small business goals. One federal construction contractor said she would not be able to participate in PLAs because of the compliance costs. Another contractor spoke about the proposal's estimation that only two small businesses per construction project would be impacted. They argued this estimate was entirely too low and unrealistic considering the nature of a construction project. Several other individuals spoke in support of PLAs, suggesting that the regulation would accomplish its objective of increasing efficiency in contract management. Others expressed a desire to return to the PLA requirements in place under the Obama Administration in which participation was not mandatory.

### D. Advocacy Recommendations

In the RFA section of the proposed rule, the FAR Council stated that the rule will not conflict with any other law, regulation, or Presidential Memoranda. However, this proposed rule would seem to conflict with the December 2, 2021 presidential announcement on reforms to Increase Equity and Level the Playing field for Underserved Small Business Owners.[8] In this announcement, President Biden proposed increasing the number of new entrants to the federal marketplace, thereby reversing declines in the small business supplier base. According to a report cited by the President, the number of new small business entrants to the federal procurement process decreased by 60 percent over the past decade. A previously cited ABC survey indicates the majority of small businesses in the construction industry are not unionized. This rule will require all affected small businesses to be unionized in order to have PLA contracts and subcontracts. This mandatory requirement places an additional cost on small businesses that cannot absorb them. Thus, the regulation will have the unintended consequence of preventing President Biden's goal of increasing small entrants to the federal contracting market.

Additionally, many of the small business attendees at the roundtable stated that they would not participate in PLA contracts, an expectation reflected in the ABC survey. This would indicate that the pool of small businesses ready and willing to participate in PLA contracts is tiny. This will have a chilling impact on federal agencies ability to meet their annual small business contracting goals. Therefore, counter to the regulation's assertion, there appear to be inherent conflicts between this proposed rule and other federal laws and Presidential Memoranda.

The proposed rule suggests that there are no alternatives to the regulation that would reduce its impacts on covered small entities. This prevented the public from reviewing and commenting on

---

[7] ABC SURVEY, https://www.abc.org/NEWS.

[8] Press Release, The White House, Statements and Releases, FACT SHEET: Biden-Harris Administration Announces Reforms to Increase Equity and Level the Playing Field for Underserved Small Business Owners, (Dec. 2, 2021), FACT SHEET: Biden-Harris Administration Announces Reforms to Increase Equity and Level the Playing Field for Underserved Small Business Owners | The White House.

AR0365

alternatives that would allow the FAR Council to meet its statutory goals while simultaneously reducing the costs of the regulation on small entities. Pursuant to its consultation with affected small businesses, Advocacy recommends that the FAR Council consider and analyze the following alternative approaches to this regulation:

1. The rule's estimate of two affected small business subcontractors per $35 million project is too low. This number needs to be increased to reflect the characteristics of the construction industry. In arriving at this number, the FAR Council said it used information from experts, but it could have consulted with small businesses in the construction industry to get a more accurate number. The FAR Council should revise the number after taking comment from small businesses and their industry organizations. A more accurate estimate will likely reflect a greater negative economic impact on small businesses.

2. The FAR Council should consider modifying this proposed rule because of the diminishing cost-benefit to small firms. A dollar threshold could have been provided for the mandatory flow down cut-off. This threshold number could have been achieved by examining the average dollar value of subcontracts awarded to small businesses. If the mandatory flow down remains unchanged, this rule will have a higher negative economic impact on small specialty companies with few employees. If a proper cost-benefit analysis had been performed for this rule, it may have shown that a small firm that has only a few contracts per year will absorb a higher cost of compliance than a firm with multiple yearly contracts. Thus, this rule will have a negative economic impact on a substantial number of smaller firms, demonstrating why the mandatory flow down cut off has merit.

3. The FAR Council should consider a requirement that a small business does not have to join a union if it agrees to pay the prevailing wages and other benefits established in union negotiation. The mandatory requirement of joining a union means a small business must pay union dues and other expenses that are not returned once the contract is completed. The removal of this mandatory requirement would allow the federal government to achieve its objective with the PLA but at less cost to the small business. This change should provide the small business with additional cash flow to be competitive in the marketplace.

4. The FAR Council places requirements on the small business subcontractor to comply with this mandatory flow but it does not provide the small business with an opportunity to utilize the resources of the contracting agency if pay and other disputes should occur during contract performance.

5. The FAR Council should carefully examine which industries are construction and exempt those that are not directly involved in the construction industry. For example, professional service companies are governed by other statutes such as the Brooks Act.

## III.    Conclusion

The Office of Advocacy encourages the FAR Council to re-evaluate the impact of this regulation on small entities and federal agencies. As proposed, this regulation will conflict with the Administration's goal to reduce economic barriers for small businesses that wish to enter the federal marketplace. If this regulation is finalized, it will place a greater burden on federal

AR0366

agencies to meet their annual statutorily required small business goals. My office would be happy to assist in any way to ensure that the goal of the regulation is fulfilled with minimum negative economic impact on small businesses. I can be contacted at major.clark@sba.gov.

Sincerely,

*Major L. Clark, III*

          Major L. Clark, III
          Deputy Chief Counsel
          Office of Advocacy
          U.S. Small Business Administration

Copy to:      Dominic Mancini, Deputy Administrator
             Office of Information and Regulatory Affairs
             Office of Management and Budget

AR0367



# O'DONOGHUE & O'DONOGHUE LLP

October 18, 2022

**Submitted at Regulations.gov**

William F. Clark, Director
Office of Government-wide Acquisition Policy
Office of Acquisition Policy
U.S. General Services Administration
1800 F Street, NW
Washington, DC 20405

**Re:** **Comments on Federal Acquisition Regulation: Use of Project Labor Agreements for Federal Construction Projects (FAR Case 2022-003)**

Dear Mr. Clark:

These comments are submitted on behalf of the United Association of Journeymen and Apprentices of the Plumbing and Pipe Fitting Industry of the United States and Canada, AFL-CIO ("UA" or "United Association") for FAR Case 2022-003, *Use of Project Labor Agreements for Federal Construction Projects* before the Federal Acquisition Regulatory Council ("FAR Council" or "Council"). The United Association appreciates the opportunity to provide input on this Proposed Rule, which will provide guidance to federal agencies for utilizing Project Labor Agreements ("PLAs") under Executive Order 14063.

Representing over 359,000 skilled craft persons in the plumbing and pipe fitting trades, the United Association, together with its signatory contractors, invests over $250 million per year to ensure first-in-class skill training and education for its members. This is among the reasons why the UA is one of the highest skilled crafts in the construction industry and is relied upon to build our country's most critical infrastructure projects, including those in the energy and water sectors, as well as vital private sector markets, such computer chip plants, pharmaceutical and healthcare facilities.

Given its background, the United Association is intimately familiar with the procurement challenges identified by Executive Order 14063 and with the ability of PLAs to meet them. In fact, the UA has conducted some of the most comprehensive research in the industry on PLA construction and the potential value and benefits these agreements offer project owners and developers. In addition to providing these comments, we are attaching hereto several products of this UA research, all of which serve to demonstrate the tremendous value of PLAs in addressing the challenges identified by Executive Order 14063. We submit that this information and data will be valuable to the Council's review of this matter. The United Association also wholeheartedly endorses and supports the comments of the North American Building Trades Unions ("NABTU") and the specific recommendations set forth therein.

AR0434

## I.   Federal PLAs: A Highly Successful Track Record

In addressing the Proposed Rule, we appreciate the FAR Council's role in making acquisition policy with an eye towards achieving the best overall value for the agency and taxpayers.[1] Unfortunately, because there is a certain amount of political controversy over using PLAs on public projects, the track record and benefits of PLA-use have sometimes been mischaracterized and misunderstood. Of course, whether one group of stakeholders or another support or oppose PLAs or find advantages or disadvantages in this policy is immaterial; the relevant question in this matter is whether PLAs advance the *interests of federal agencies and the taxpayer* in construction.[2]  When the actual facts and evidence on PLAs are examined objectively, there can be little doubt that they do.

As a project planning/project delivery tool, PLAs have a strong track record of delivering tremendous results for project owners, including the federal government.  The large body of evidence supporting the ability of PLAs to do so includes the FAR Council's own research in connection with its 2010 Final PLA Rule.[3] Reviewing information from the Department of Energy ("DoE"), which has extensive experience using PLAs , the FAR Council stressed in the 2010 Rule that this tool was effective in "[e]nsuring expeditious access to a well-trained, assured supply of skilled labor, even in remote areas where skilled labor would have . . . been extremely difficult to find in a timely fashion."[4]

In the 2010 Rule, the FAR Council underscored other important benefits that PLAs have provided to federal departments and agencies. In the case of DoE, the Council explained that:

[PLAs] have been, and continue to be, *used at a majority of DoE's key sit*es, including the Hanford Site in Washington State, the Savannah River Site in South Carolina, the Oak Ridge Reservation in Tennessee, the Nevada Test Site (NTS), and the Idaho National Laboratory. The project labor agreement at the NTS dates back to 1964.

As of the summer of 2009, 21 of 25 DoE construction projects were . . . covered by [PLAs] . . . Current and past DoE representatives have stated that *project labor agreements have contributed to economy and efficiency of DoE construction projects, including completion of projects on time and within budget*, by, among other things—

- Providing a mechanism for coordinating wages, hours, work rules, and other terms of employment across the project;

- Creating structure and stability through the use of broad provisions for grievance and arbitration of any disputes that may arise on site, including procedures for resolving disputes among the construction crafts; [and]

---

[1] *See* Federal Acquisition Regulation, Section 1.102 (d).

[2] For these reasons, applicable case law holds that, provided statutory stipulated rulemaking procedures are followed, federal regulations must be afforded substantial deference and upheld unless they can be shown to be arbitrary or capricious.  *See e.g., Chevron U.S.A., Inc. v. NRDC*, 467 U.S. 837, 844(1984).

[3] Pertinent excerpts regarding prior PLA federal experience from the 2010 Rule are set forth in Attachment 1 hereto.

[4] Fed. Reg. Vo. 75, No. 70, 19171 (Tuesday, April 13, 2010) (emphasis added).

AR0435

- Prohibiting work stoppages, slowdowns, or strikes for the duration of a project and obligating senior union management to use their best efforts to prevent any threats of disruptions of work that might arise.[5]

In addition, the experience of the Tennessee Valley Authority ("TVA") has likewise been a successful one. In the 2010 Rule, the FAR Council emphasized not only the impeccable record of PLAs in preventing work stoppages on TVA projects, but also their positive impact on project safety:

TVA has used project labor agreements on its construction projects for nearly 19 years. In the nearly 200-million-man hours of work on TVA construction [PLAs] there have been no formal strikes or any organized work stoppages. The rate of injury on TVA projects has also been significantly reduced, especially over the last . . . 5 years.[6]

More recently, in 2020 the TVA, executed "a 10-year a historic 10-year extension" of the agency's PLAs, stressing this action was being taken "to keep low-cost, reliable energy flowing to more than 10 million residents of the Tennessee Valley." Although it has used PLAs for 80 years, this was the first time such a long-term agreement was adopted.[7]

The General Services Administration is another federal agency with substantial experience using PLAs. GSA used these agreements to successfully deliver at least 10 major projects between approximately 2009 and 2014. In addition, the U.S. Navy used a PLA on a massive wharf project in Bangor, Washington. Due in part to the PLA, the U.S. Navy's wharf was delivered nearly $267 million under its estimated $715 million budget.[8]

In 2022, the U.S. Treasury Department announced a new PLA policy in connection with grants provided from the $350 Billion Coronavirus Local Fiscal Recovery Fund. Specifically, the agency strongly encouraged PLAs on infrastructure projects valued at $10 million or more by imposing mandatory reporting on any project for which the grantee did *not* provide a PLA certification. This reporting required, *inter alia*, submission of detailed project staffing plans, demonstrating that project contractors prove they have sufficient craft labor resources necessary to successfully perform projects.[9]  [We don't need this 2X to tie in the new/recent info; see new sentence after next par.

In 2021, the U.S. Department of Transportation ("DOT'") adopted a new PLA policy that calls for the consideration of PLAs on future projects, as well as other contracting tools related to "economic vitality," when issuing grants under its Infrastructure for Rebuilding America Program).[10] These more recent federal PLA policies are consistent with the prior agency support for PLAs.

---

[5] *Id.* (emphasis added).

[6] *Id.* (emphasis added).

[7] *TVA Announces Historic Extension of Labor Agreement*, TENN. VALLEY AUTH. (Oct. 15, 2020), https://www.tva.com/newsroom/press-releases/tva-announces-historic-extension-of-labor-agreement.

[8] E. Friedrich, *Explosives-handling wharf at Bangor under budget*, Kitsap Sun (April 21, 2016).

[9] *Compliance and Reporting Guidance: State and Local Fiscal Recovery Funds*, U.S. DEP'T OF THE TREASURY, at 30-31 (Sep. 20, 2022), https://home.treasury.gov/system/files/136/SLFRF-Compliance-and-Reporting-Guidance.pdf.

[10] *Notice of Funding Opportunity for the Department of Transportation's Infrastructure for Rebuilding America (INFRA) Program for Fiscal Year 2021*, 86 Fed. Reg. 11,572, 11,573 (Feb. 25, 2021).

3

AR0436

PLAs are more essential today than ever. Due to acute, national skill shortages, adequately staffing projects is a pressing challenge for the entire construction industry. Without this new pro-PLA policy, there is no guarantee that there will be an adequate supply of properly skilled and trained labor to staff federal projects. Projects facing staffing shortages will inevitably face substantial problems in every key performance area, including cost, quality, safety, and schedule.

In the short term, PLAs on federal projects can provide effective quality control over craft labor resources in a manner that promotes successful project delivery and prevents serious performance risks caused by inadequate skills and/or staffing. In the long term, greater use of PLAs will foster expanded investments in workforce development critically needed for staffing future federal building programs, including scores of mission critical projects. It also bears noting that PLAs, especially when combined with apprenticeship readiness or pre-apprenticeship programs, offer one of the most effective strategies for promoting skill training and employment opportunities to minorities and women and, therefore, can be instrumental in advancing the Administration's Environmental Justice Policy.[11]

We further submit that, while the federal government's own experience alone offers ample support for the Proposed Rule, it is significant that this experience is fully consistent with that of public and private project owners outside the federal arena. As demonstrated in Section II, below, there is extensive data from virtually every sector of the industry demonstrating that PLAs promote successful project delivery.[12] This research shows that PLAs work due to their unique ability to ensure that covered projects will have access to highly qualified trade personnel and reliable project staffing capabilities—both of which are critically needed for federal projects in the short term and, even more so, in the long term.

## II. The Case for PLA Construction Generally

### A. Extensive Evidence of Public and Private PLA Use

PLAs have been used extensively throughout the public and private sectors for nearly 100 years, on projects conceivably totaling in excess of 1 trillion dollars.[13] These include PLAs in public and publicly assisted programs at all levels of state and local government, which are being used for building critical infrastructure, educational facilities, and other public works programs. These PLAs

---

[11] *See e.g.,* Kim Slowey, *NYC announces new PLAs, community hiring initiative,* CONSTR. DIVE (Aug. 18, 2020), https://www.constructiondive.com/news/nyc-announces-new-plas-community-hiring-initiative/583681/; *Ryan Lills, Sacramento Kings Recruiting Low-Income Workers for Arena Construction, City Beat, April 23, 2014, at http://www.sacbee.com/2014/04/23/6347395/ sacramento-kings-recruiting-low.html.*

[12] *See* Attachment 2, *2022 PLA Report,* United Association of Journeymen and Apprentices of the Plumbing and Pipe Fitting Industry of the United States and Canada, AFL-CIO, Annapolis, MD.

[13] *See* Attachment 1, p. 2 (first PLAs can be traced to projects in the 1930s, including large federal public works projects); *see* generally, Attachment 2, Parts I-VII (tracking PLAs in most market , documenting several hundred billion dollars in projects over past several decades); *see also* Comments of the North American Building Trades ("NABTU") in this proceeding, p. 9 (reporting *$214 billion* in PLA projects from January 2021 to July 2022, *including over $10 billion per month in private sector PLAs*). Viewing this data collectively, it can be easily estimated that there has been one trillion dollars or more in total U.S. PLA construction over the past 90+ years.

4

also include private sector PLAs covering a wide range of markets and critical infrastructure that are vital to our economy, such as renewable and clean energy generation facilities, computer chip fabrication plants, and other types of advanced manufacturing projects.

This widespread use of PLAs is driven in large part by the confluence of a rapidly expanding construction industry and demand for skilled craft labor—owing to vast infrastructure needs and expansion in several high-growth industries—and acute skills shortages caused by the mass retirement of the industry's most experienced and skilled workers coupled with insufficient new entrants into the field.[14] Given that construction is both a highly skilled and labor-intensive industry, the ability to secure a reliable supply of qualified craft labor can effectively make or break a project.[15]

Projects owners understand that, by using PLAs, they are securing the availability of skilled labor in the short-term while promoting the workforce development that is needed to build the projects of tomorrow. In the short-term, PLAs offer project owners protection from shortages of well-trained labor by guaranteeing them adequate highly skilled craft workers through union hiring halls or referral systems. In cases where too few local skilled workers are available, these systems can call upon workers from surrounding regions or even opposite sides of the county if needed to meet local demands. In the long-term, PLAs increase the supply of craft labor available for future projects by, among other things, facilitating critical investments in apprenticeship and advanced journeyman training that will help to fill the void created by the exodus of baby boomers from the workforce.

A sector-by-sector review shows that virtually every sector of the industry has been utilizing PLAs, in many cases increasingly to protect project investments and promote successful delivery.[16] In the private sector, PLAs are being regularly utilized to secure timely, cost-effective project delivery of countless projects, from mega stadiums to huge economic development programs, to various types of large-scale facilities for healthcare, commercial business and energy sectors.[17] Private industry has likely utilized PLAs to facilitate hundreds of billions of dollars of capital facility construction over the past many decades, while current private sector investments in PLA construction are averaging some $10 billion per month—with all signs pointing to this number increasing.

---

[14] *Construction Employment Declines By 7,000 In June as Nonresidential Firms Struggle To Find Workers And Materials To Complete Projects*, AGC of America (July 2, 2021); Thaddeus Swanek, *New Report Finds Construction Contractors Struggling to Find Workers, Building Materials, U.S. Chamber of Commerce* (June 16, 2021); Thaddeus Swanek, *New Report Finds Construction Contractors Struggling to Find Workers, Building Materials, U.S. Chamber of Commerce* (June 16, 2021); *Eighty Percent of Contractors Report Difficulty Finding Qualified Craft Workers to Hire*, Associated General Contractors of America – News, (2019); Emily Peiffer, *Construction Loses 15K Jobs as Labor Shortage Begins to 'Undermine' Industry's Growth*, Construction Dive (June 3, 2016); Patrick Clark, *Millennials: Builders Are Desperate to Hire You*, Bloomberg BNA Construction Labor Report, 61 CLR 1062 (Dec. 17, 2015).

[15] In this regard, we submit the construction "*challenges*" cited as the basis for the Proposed Rule should be clarified. For example, it is correct that "large-scale construction projects" often pose "special challenges to efficient and timely procurement" which is partially due to the fact such projects lack a permanent workforce and involve multiple contractors. FAR Case 2022-003, Docket No. FAR-2022-0003, 87 Fed. Reg. 51044, 51045 (August 19, 2022) However, the most important *reason* such challenges exist concerns the need for projects to have access to *an adequate supply of properly qualified craft personnel*—and they simply have no guarantee of this in the absence of PLAs.

[16] *See* Attachment 2, Parts III-VII.

[17] *See* Attachment 2, Parts III.

5

AR0438

The extensive private sector use of PLAs is particularly compelling considering that the private corporate owners and developers utilizing this tool generally have no particular allegiance to union or open shop contractors.  Private sector PLA decisions are motivated by maximizing profits and shareholder returns.  Put simply, PLAs are used by private owners and developers because they work—which is exactly what the FAR Council found in its review of the federal government's experience.

Likewise, state and local governments across the country, including major cities, counties and school systems have been steadily investing tens of billions per year in PLA construction in order to promote quality control and risk avoidance in craft labor supply in major public works programs.[18] Significant examples include the State of Illinois, which uses this tool for virtually all of its public works, and New York City and Los Angeles County, which have similarly sweeping PLA programs.[19]

For these reasons, it is not surprising that at least 22 PLA studies and reports have been published by universities, non-profit groups and government agencies across the country demonstrating their substantial value and increasingly important benefits.[20] While the legal status of PLAs is not at issue in this proceeding, it is also noteworthy that many of the numerous court decisions that have been issued upholding PLAs cite many of the very same advantages highlighted in the FAR Council's 2010 PLA Rule, and in the studies and reports referenced above.[21]

**B.  Alignment with Federal Policy Supporting Expansion of Apprenticeship**

Recognizing the importance of apprenticeship training to meeting the demands of our economy and creating pathways to middle-class careers, the Biden-Harris Administration has made the expansion of apprenticeship training a key priority.[22]  The FAR Council's action on PLAs closely

---

[18] *See* Attachment 2, Parts V-VII.

[19] *See* Attachment 2, Parts V and VI.

[20] Attachment 3, *List of PLA Studies & Reports* (2022).  These studies, based on extensive research of various markets and geographic areas, provide a plethora of evidence verifying that PLAs consistently provide the same major benefits cited in the FAR Council's 2010 PLA rule, as well as additional important advantages.  Detailed summaries of these studies are provided in Attachment 2, Part II.  Further, while two of these studies are peer-reviewed, it bears noting that the other 21 reports often provide similar or substantially similar findings.  The peer-reviewed studies are: Peter Philips & Emma Waitzman, *Do Project Labor Agreements Reduce the Number of Bidders on Public Projects? The Case of Community Colleges in California,* 26 PUB. WORKS MGMT. & POL'Y 337 (2021); Dale Belman et al., *Project Labor Agreements' Effect on School Construction Costs in Massachusetts,* 49 INDUS. RELS.: J. ECON. & SOC'Y 44 (2010).

[21] *See* Attachment 4, *PLA Table of Legal Authorities* (2022), showing a vast body of federal and state court decisions upholding PLA construction, many of which cite the same key benefits of PLAs stressed by the Council in the 2010 Federal PLA Rule and documented in PLA studies: (a) promoting successful project delivery by ensuring a reliable supply of well trained, highly skilled labor; (b) establishing predictable labor costs by creating uniform terms and conditions of craft employment for all site contractors and subcontractors; (c) promoting project stability through no strike/no lock-out guarantees and comprehensives grievance-arbitration systems.

[22] *See* FACT SHEET: *Biden-Harris Administration Launches the Apprenticeship Ambassador Initiative to Create Equitable, Debt-Free Pathways to High-Paying Jobs* (September 1, 2022).
 https://www.whitehouse.gov/briefing-room/statements-releases/2022/09/01/fact-sheet-biden-harris-administration-launches-the-apprenticeship-ambassador-initiative-to-create-equitable-debt-free-pathways-to-high-paying-jobs/

AR0439

aligns with that priority because, as noted, PLAs facilitate investments in apprenticeship training and opportunities for registered apprentices to earn a good living while they learn the trade.

The need for and value of training in construction dates back to 1937, with passage of the historic National Apprenticeship Act, which codified the principle that the development of a formal apprenticeship training system is in the national interest. This was especially true for the construction industry as we were on cusp of building vital national infrastructure systems. In retrospect, it's clear that this policy was as essential as it was prescient. In this law's aftermath, apprenticeship programs grew proficiency and helped foster decades of strong economic growth and prosperity.

As noted, our country is entering into another historic period of high construction demand. As our own history serves to demonstrate, apprenticeship training offers the best strategy by far for promoting effective workforce development in construction and ensuring that our country has the highly skilled and trained workforce it needs to meet the construction demand before us.

## III.  Conclusion

The new federal PLA policy will not only benefit project delivery on immediate mission critical facilities, but it will also advance the federal government's long-term construction procurement needs by supporting the workforce development so critically needed in the construction industry. A fair and objective review of the available information and data on the use of PLAs across the construction industry demonstrate that they are reliable and highly effective tools for ensuring and managing the essential craft labor component of major capital facility construction.

Respectfully submitted,

/s/

Ellen O Boardman
UA General Counsel

/s/

Gerard M. Waites

853100v1

7

AR0440

# Attachment 1

AR0441

# PLA 2010 Federal Regulation

## *Excerpts Re Prior Federal PLA Experience*

*The following findings were reported in the proposed 2010 PLA Final Rule[1] issued by the Federal Acquisition Council:*

> Section 1 of the E.O. explains the rationale underlying the policy for encouraging the use of project labor agreements on large-scale Federal construction projects:
>
> a) Large-scale construction projects pose special challenges to efficient and timely procurement by the Federal Government. Construction employers typically do not have a permanent workforce, which makes it difficult for them to predict labor costs when bidding on contracts and to ensure a steady supply of labor on contracts being performed. Challenges also arise due to the fact that construction projects typically involve multiple employers at a single location. A labor dispute involving one employer can delay the entire project. A lack of coordination among various employers, or uncertainty about the terms and conditions of employment of various groups of workers, can create frictions and disputes in the absence of an agreed-upon resolution mechanism. These problems threaten the efficient and timely completion of construction projects undertaken by Federal contractors. On larger projects, which are generally more complex and of longer duration, these problems tend to be more pronounced.
>
> b) The use of a project labor agreement may prevent these problems from developing by providing structure and stability to large-scale construction projects, thereby promoting the efficient and expeditious completion of Federal construction contracts. . . .

While the E.O.'s explicit policy focuses on large-scale construction contracts, section 5 states that the E.O. does not preclude use of a project labor agreement in circumstances not covered by the order, including leasehold arrangements and projects receiving Federal financial assistance.

The Supreme Court has recognized that project labor agreements are valid pre-hire agreements under sections 8(e) and (f) of the National Labor Relations Act, which authorizes the use of these agreements in the construction industry. See *Building and Construction Trades Council v. Associated Builders, 507 U.S. 218 (1993) (''Boston Harbor'')*. The Supreme Court has rejected arguments that project labor agreements are inappropriate for use by a public entity: There is no reason to expect these defining features of the construction industry to depend upon the public or private nature of the entity purchasing contracting services. To the extent that a private purchaser may choose a contractor based upon that contractor's willingness to enter into a prehire agreement, a public entity *as purchaser* should be permitted to do the same. Confronted with such a purchaser, those contractors who do not normally enter such agreements are faced with a choice. They may alter their usual mode of operation to secure the business opportunity at hand, or seek business from purchasers whose perceived needs do not include a project labor agreement.

*Boston Harbor, 507 U.S. at 231 (emphasis in original).*

Use of project labor agreements by public entities has been sanctioned repeatedly where agencies ensure that their actions are tailored to reflect their proprietary interests and do not prescribe how

---

[1] Federal Register , Vol. 75, No. 70, p. 19168 (April 13, 2010)

Government contractors and subcontractors handle their labor relations beyond performance of the specific Government construction project involved. *See id.*; *Associated General Contractors of America v. Metropolitan Water Dist. of So. Cal.*, 159 F.3d 1178, 1182–84 (9th Cir. 1998); *Sheet Metal Workers Intern. Ass'n Local Union No. 27, AFL-CIO v. E.P. Donnelly*, llF.Supp.2d ll, 2009 WL 4667101 (D.N.J. 2009). The use of project labor agreements on Federal and other publicly funded projects, such as dams, defense installations, and atomic energy facilities, can be traced back many decades. The Government Accountability Office (GAO), in a 1998 study, described use of project labor agreements in connection with the construction of the Grand Coulee Dam in Washington State in 1938, the Shasta Dam in California in 1940, atomic energy and defense construction projects during and after the Second World War, and construction at Cape Canaveral by NASA during the 1960s. *U.S. Gen. Accounting Office Project Labor Agreements: The Extent of Their Use and Related Information (GAO Report)*, GAO/GGD–98–82 (May 1998), at page 4. At the time GAO reviewed Federal use of project labor agreements in 1998, four agencies—the Department of Energy (DoE), DoD, the Tennessee Valley Authority (TVA), and NASA— had a total of 26 projects covered by project labor agreements. GAO Report at 2.

DoE has invoked the authority of Pub. L. 85–804 to require the use of project labor agreements by contractors and subcontractors at certain of the Department's facilities. Project labor agreements have been, and continue to be, used at a majority of DoE's key sites, including the Hanford Site in Washington State, the Savannah River Site in South Carolina, the Oak Ridge Reservation in Tennessee, the Nevada Test Site (NTS), and the Idaho National Laboratory. The project labor agreement at the NTS dates back to 1964.

As of the summer of 2009, 21 of 25 DoE construction projects were, or were slated to be, covered by project labor agreements. Challenges to the use of project labor agreements at DOE sites have been successfully defended. *See, e.g.*, *Phoenix Engineering, Inc. v. MKFerguson of Oak Ridge Co.*, 966 F.2d 1513, 1518–22 (6th Cir. 1992). Current and past DoE representatives have stated that project labor agreements have contributed to economy and efficiency of DoE construction projects, including completion of projects on time and within budget, by, among other things—

• Providing a mechanism for coordinating wages, hours, work rules, and other terms of employment across the project;

• Creating structure and stability through the use of broad provisions for grievance and arbitration of any disputes that may arise on site, including procedures for resolving disputes among the construction crafts;

• Prohibiting work stoppages, slowdowns, or strikes for the duration of a project and obligating senior union management to use their best efforts to prevent any threats of disruptions of work that might arise; and

• Ensuring expeditious access to a well trained, assured supply of skilled labor, even in remote areas where skilled labor would have otherwise been extremely difficult to find in a timely fashion.

TVA has used project labor agreements on its construction projects for nearly 19 years. In the nearly 200 million man hours of work on TVA construction projects using project labor agreements, there have been no formal strikes or any organized work stoppages. The rate of injury

on TVA projects has also been significantly reduced, especially over the last approximately 5 years. Federal use of project labor agreements has been curtailed twice since 1992, including most of the past decade. E.O. 12818 of October 23, 1992 prohibited agencies from requiring the use of project labor agreements by any parties to Federal construction projects, although this bar was removed in 1993, by E.O. 12836, and a Presidential Memorandum was issued in 1997 to encourage the use of project labor agreements (see ''Use of Project Labor Agreements for Federal Construction Projects,'' June 5, 1997). E.O. 13202 of February 17, 2001 and E.O. 13208 of April 6, 2001 again prevented agencies from requiring the use of project labor agreements. This restriction remained in effect from early 2001 until early 2009 when section 8 of E.O. 13502 revoked E.O. 13202 and E.O. 13208.

Use of project labor agreements has not been limited to Federal construction projects. Project labor agreements have been used at the State and municipal levels as well. Project labor agreements have been used in all 50 States and the District of Columbia. Use of project labor agreements at the State and local level has been connected to an array of construction projects covering an expanding range and size of projects— from schools, hospitals, roads, bridges, and police buildings, to convention centers, courthouses, manufacturing facilities, airports, power plants, transit systems, stadiums, and a prison. Project labor agreements have been used in connection not only with new construction, but also with demolition, restoration, and reconstruction. Project labor agreements have also been used by the private sector for a variety of construction projects that are similar in nature to those undertaken in the public sector, including for manufacturing plants, power plants, parking structures, and stadiums. For example, project labor agreements have been used in connection with building such high profile facilities as the trans- Alaska pipeline and Disney World. GAO Report at 4. According to one study on private sector experiences in California, companies wanted ''project labor agreements in order to meet their speedto- market demands, and ensure against delays that can be caused by worker shortages, work stoppages or collective bargaining negotiations.'' See Kimberly Johnston-Dodds, CA State Library, *Constructing California: A Review of Project Labor Agreements* 59 (2001).

AR0444

# Attachment 2

AR0445

# 2022 Research Report: Project Labor Agreements

## United Association of Journeymen & Apprentices of the Plumbing & Pipe Fitting Industry of the United States & Canada, AFL-CIO

Prepared by:

**Gerard M. Waites, Esq.**
O'Donoghue & O'Donoghue, LLP
4748 Wisconsin Avenue, N.W.
Washington, DC 20016

October 2022

AR0446

## INTRODUCTION

Project Labor Agreements (PLAs) are craft labor collective bargaining agreements specially designed to meet the needs of project owners and developers in the construction industry. The principal reasons these agreements are used are to protect investments and promote successful project delivery through critical advantages provided by these agreements. This paper provides a comprehensive, sector-by-sector review of the use of for major capital facility construction.

## EXECUTIVE SUMMARY

For nearly a century, project owners in the public and private sectors have used PLAs to maximize efficiency, minimize risks and meet critical deadlines on capital facility projects. In the earliest days in the 1930s, these agreements were used to facilitate major construction undertakings such as the Hoover Dam in Nevada. Although PLAs are tailored to the needs of each project, these agreements generally include three key features essential for promoting safe, timely, cost-effective project delivery:

(1) A guaranteed adequate supply of well-trained, highly qualified craft labor in all trades and crafts needed for the project;

(2) Uniform terms and conditions of employment for the project workforce to foster consistency and stability among all site contractors, subcontractors, and employees; and

(3) No-strike/no lock-out clauses and grievance-arbitration provisions to resolve potential disputes that could otherwise disrupt schedules and delay project delivery.

As demonstrated by the research below, PLAs have been used in to deliver several hundred billion dollars of construction projects in the last few years alone. These agreements have been utilized for projects of all types and sizes in both the public and private sectors in all 50 States. Project owners that have benefited from PLAs include Fortune 500 companies such as Toyota, General Motors, and Wal-Mart, as well as federal government agencies, including the U.S. Department of Energy ("DoE"), U.S. General Services Administration ("GSA"), the U.S. Navy, and state and local governments across the country. Many of these owners, including DoE, Toyota, the Illinois Department of Transportation and the City of Los Angeles, have published reports or articles documenting consistent, substantial benefits from PLA construction.

The historic, widespread use of PLAs across the construction industry, as documented below, demonstrate that project owners and developers in all sectors regularly utilize this tool as a craft labor deployment tool for two principal reasons: quality control and risk avoidance. In this regard, PLAs offer substantial value by providing unique access to an essential element of successful construction delivery: sufficient quantities of highly skilled craft labor. By so doing, serious risks are avoided that can cripple schedule and crush project budgets.

Moreover, the numerous studies and reports reviewed below help explain how PLAs consistently delivery positive results in terms of maximizing craft labor quality, safety and productivity, preventing delays in project schedules and promoting cost-efficiency in final project budgets. As a mechanism for recruiting, deploying, and managing craft labor for large facility projects, PLAs are not only unique but unmatchable. Moreover, PLAs provide highly valuable training and employment opportunities for local workers, generating major economic benefits for local communities. In short, this research demonstrates what literally thousands of project owners in both the private and public sectors have recognized for nearly 100 years: *PLAs work*!

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

# Table of Contents

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Part I:    Extensive Use of PLA Construction ....................... 1

Part II:   PLA Studies: Key Findings.................................... 6

Part III:  PLA Use in the Private Sector ............................. 22

Part IV:   Federal & Federally Assisted PLAs ...................... 28

Part V:    PLA Construction by State Government.............. 32

Part VI:   PLA Construction by Local Government ............. 40

Part VII:  PLA Construction on Educational Facilities ...... 52

AR0448

---

# Part I: Extensive Use of PLA Construction

---

This section provides certain data on cumulative investments in PLA construction, as well as information on PLA projects and programs in diverse market sectors across the country. These include examples which range in dollar volume from as low as $25,000 for single projects to multi-billion-dollar mega facility programs and demonstrate a consistent, growing trend in PLA construction.

1. **PLA Tracking by NABTU: Over $214 Billion in 18 Months**

   - Records maintained by the North American Building Trades Unions ("NABTU") show $214 billion for projects covered by PLAs on the planning books for an 18-month period between January 2021 and July 2022.

   - While the NABTU tracking represents a massive amount of PLA construction, the actual amount is likely significantly more since the NABTU data is based on only a partial list of projects. This means there could easily be tens of billions of dollars of additional PLAs for referenced timeframe.

   - Extrapolating from this data and considering that PLAs have been used in the U.S. for almost a century, it's conceivable that PLA construction has reached or even surpassed the trillion-dollar mark when looking at all past investments in current dollar value. This estimate is bolstered by the cumulative data reviewed in this paper.

2. **Intel Uses $20 Billion PLAs to Build  Vital Semiconductor Plants**

   - Intel adopted a PLA for two semiconductor chip factories in New Albany, Ohio. Construction of these factories, which represent a $20 billion investment and will require 7,000 construction workers,  will be assisted by subsidies provided under  the recent CHIPS Act, passed in August 2022

   Jim Gaines, *Biden, DeWine break ground on huge Intel factory*, Springfield News-Sun (Sep. 9, 2022), https://www.springfieldnewssun.com/local/biden-dewine-break-ground-on-huge-intel-factory/45DFH4ERZJDOVPUYJBP2QR5G7A/.

3. **PLA Announced for Massive Nuclear $11 Billion Nuclear Facility**

   - To secure staffing for some 2,500 construction workers for the Savannah River Plutonium Processing Facility, the project manager, Savannah Nuclear Solutions, adopted a PLA.

   - This facility, which may require an investment of $11 billion or more, is as part of the nation's "long term strategy for maintaining the nation's stockpile of nuclear weapons." Kim Vickers, *Thousands of jobs headed to CSRA*, WJBF NewsChannel 6 (last updated Oct. 6, 2022 7:09 EDT), https://www.wjbf.com/top-stories/thousands-of-jobs-headed-to-csra/; Colin Demarest, *Feds greenlight plutonium pit factory at Savannah River Site, Aiken Standard (June 28, 2021).*

4. **PLA Program Adopted for Multiple Offshore Wind Projects**.

- A "National Offshore Wind Agreement" is being used the Ørsted renewable energy company, for a multi-billion-dollar construction program involving six offshore wind facilities throughout the U.S.

  *Source: North America's Building Trades Unions and Ørsted Agree to Build an American Offshore Wind Energy Industry with American Labor,* ØRSTED (May 5, 2022 12:45 PM), https://us.orsted.com/news-archive/2022/05/national-offshore-wind-agreement.

5. **New York State MTA Announces $100 Million Rail Expansion Under PLA**

- The New York Metropolitan Transportation Authority announced that initial contracts in 2016 for an estimated $100 million expansion of the Ronkonkoma Branch of the Long Island Railroad,

- This project is one of seven "major" Long Island Rail Road projects covered by this PLA, which is expected to "result in an estimated direct labor savings of over $6 million or about 11 percent of the total labor cost of these capital projects."

  *Sources: MTA, Contracts Represent Major Step Forward in Push to Double Capacity of the Ronkonkoma Branch along 18 Mile Stretch Between Farmingdale and Ronkonkoma, June 3, 2016, at http://www.mta.info/news-double-track-ronkonkoma-lirr-long-island-rail-road/2016/06/03/contracts-represent-major-step;*

6. **Jackson Laboratory PLA Delivers on Time, Cost and Policy Goals**

- In October 2014, Connecticut Governor Dan Malloy announced the on-time and on-budget completion of the $291 million Jackson Laboratory for Genomic Medicine on the University of Connecticut's Health Center's campus in Farmington.

- Under the PLA, over 87 percent of bid packages were awarded to Connecticut contractors, 18.5 percent of contract was awarded to Minority Business Enterprise firms, and 25.8 percent of contract value was awarded to Small Business Enterprise firms, all of which exceeded targets set for the project—threefold in the case of minority firms.

  *Source: Press Release, Gov. Dan Malloy, Gov. Malloy: JAX Official Opening Represents Significant Step Forward for Connecticut Bioscience Industry (Oct. 7, 2014), available at https://votesmart.org/public-statement/926447/gov-malloy-jax-official-opening-represents-significant-step-forward-for-connecticut-bioscience-industry #.VdY1OPmu9CA.*

7. **Central Basin Water District Signs PLA to Promote Local Jobs**

- On May 16, 2012 the Board of Directors of California's Central Basin Municipal Water District executed a 5-year PLA applicable to all district-funded specialty contracts over $25,000 and general construction work over $125,000.

- The PLA promotes the hiring of area residents who are veterans or belong to "at-risk" groups and enables these residents to receive career training in construction through labor/management apprenticeship programs.

AR0450

*Source: Jewel Edwards, Water Agency Signs Five-Year PLA With Building Trades for Construction Work, 58 Constr. Lab. Rep. (BNA) No. 2869, at 427 (May 24, 2012).*

8. **PLAs Used to Construct 96 Percent of California's Power Plants**

- In June 2011, Industrial Information Resources ("IIR"), a market intelligence firm, published research showing that 53 power plants in California have been built under PLAs in the past 15 years.

- These 53 power plants constitute 96 percent of all power plants built during this time and represent more than 30 million hours and $15 billion worth of work. According to IIR, this trend owes to the superior training programs and productivity of the California Building Trades and to project owners' desire to secure higher returns on their investments.

- IIR adds that: "[w]hile the 53 California power plants were completed on time and on budget, other non-PLA power projects have suffered multiple cost and time overruns, resulting in a cascading series of lawsuits and unpaid contractors and subcontractors."

*Source: Industrial Information Resources Press Release, Project Labor Agreements Work for California Power Industry – and More (Jun. 17, 2011), available at http://www.marketwire.com/press-release/project-labor-agreements-work-california-power-industry-more-feature-industry-today-1528086.htm.*

9. **Harvard Utilizes PLAs to Complete Over 45 Projects From 1992-2010**

- Harvard has used a campus-wide PLA to deliver over 45 projects between 1992 and 2010, including the Law School Northwest Corner Project, upgrades to Makin Athletic Center, and the construction of the Northwest Science Building, New College Theater, and Lab for Integrated Science.

- Harvard first entered into a PLA on May 7, 1992 and has extended the agreement on four occasions since then. The PLA is administered in cooperation with the Building and Construction Trades Department, AFL-CIO [NABTU], the Building and Construction Trades Council of the [Boston] Metropolitan District, and the Regional Council of Carpenters

- As stated in the PLA, the agreement was "developed to provide the timely, most efficient, cost effective, and high-quality completion of . . . [covered projects] that is of vital importance to Harvard University" and that the "[PLA] is vital to meet scheduling and financial commitments and to reduce or eliminate delays and work interruption."

*Source: Labor Relations at Harvard, Harvard University Project Labor Agreement, at http://laborrelations.harvard.edu/employees/unions/labor.shtml.*

10. **PLA Provides for Timely, Tailored Construction of the Most Advanced Microprocessor Plant in the World**

- On July 24, 2009, state officials, GlobalFoundries Inc., and others broke ground on a 1.3 million square foot semiconductor wafer fabrication facility in Saratoga County. *The New York Times* calls it "the most advanced facility of its kind in the world." (Times).

- The project's total capital budget is estimated at $4.2 billion, including local construction expenditures of approximately $800 million, and it will provide a boost to the regional economy. (Press Release).

3

AR0451

- Paterson facilitated the adoption of a PLA earlier this year to "smooth the way for timely construction" of the project and also to account for the unique requirements of a world-class facility. (Press Release).

*Sources: (1) Nicholas Confessore, New Factory Seen as Boon for Upstate, N.Y. Times, July 25, 2009, at A24, at http://www.nytimes.com/2009/ 07/25/nyregion/25chip.html; (2) Governor David Paterson, Press Release, Governor Paterson Breaks Ground on Global Foundries Fab 2 Project in Sarasota County (July 24, 2009), at http://www.ny.gov/governor/ press/press 0724091 print.html.*

## 11. Year, $5.1 Billion PLA Executed for Military Home Construction

- In May 2004, Actus Lend Lease and the Unionized Construction Trades of Hawaii agreed to a 50-year PLA, the "Ohana Stabilization Agreement," covering the construction and renovation of 7,800 military family homes in Hawaii. The value of the work over the 50 year period is $5.1 billion.

- The project is projected to employ about 500 workers and between 30-50 local subcontractors at the peak of construction. The PLA includes special provisions to maximize the hiring of Hawaiian craft persons.

*Source: Lend Lease Press Release, Actus Lend Lease, Hawaii Unions to Sign Labor Pact, May 20, 2004, available at http://phx.corporate-ir.net/phoenix.zhtml?c=186950&p =irol-newsArticle&ID=1599300&highlight.*

## 12. PLA Lauded Following Successful Completion of Power Plant Unit

- In 2003, a subsidiary of a company now called Integrys Energy entered into a PLA with the Northeast Wisconsin Building & Construction Trades Council to cover construction of Weston 4, a 500-megawatt coal-fired electric generator at the Weston Power Plant near Wausau, Wisconsin.

- Following its on-time, in-budget delivery in 2008, Weston 4 was awarded POWER Magazine's Plant of the Year award in recognition of its environmental credentials, well-organized construction team, and use of the most advanced coal-fired steam generation technology in the U.S.

*Sources: (1) Press Release, PLA Brings Weston 4 Project in "On Schedule, Within Budget," Feb. 19, 2014, available at http://www.bctd.org/Newsroom/Latest-News/PLA-Brings-Weston-4-Project-in-On-Schedule,-Within.aspx; (2) Company Release, Wisconsin Public Services Reaches Weston Project Labor Agreement with Central Wisconsin Building Trades, Nov. 21, 2003, available at http://www.snl.com/irweblinkx/mobile/file.aspx? IID=4057067&FID=1336513.*

AR0452

---

## Part II: PLA Studies: Key Findings

---

1. **Peter Philips & Emma Waitzman,** *Project Labor Agreements and Bidding Outcomes: The Case of Community College Construction in California,* 26(4) PUB. WORKS MGMT. & POL'Y 337 (2021).

   - Professor and labor economist Peter Philips and attorney Emma Waitzman completed a novel study on whether the existence of a PLA affects the number of bids on a project. The study was published in Public Works Management and Policy, a peer-reviewed academic journal that publishes research regarding public infrastructure.

   - Analyzing 263 bid openings for community college construction projects in California from 2007 to 2016, of which one-third (88) were covered by PLAs, Philips and Waitzman concluded that the presence or absence of a PLA does not alter the number of bids on a project. (p. 355). In reaching this conclusion, the authors controlled for variables including project size, project year and month, and project location. (p. 345-47).

   - Moreover, the study found "that relative to engineer's estimates available on 99 of these projects, the lowest bids on prevailing wage projects were not higher than the lowest bids on projects without PLA agreements." (p. 337).

2. **Keith Brower Brown,** *Filling the Good Jobs Gap: Fresno's Opportunity for a Citywide Project Labor Agreement,* U.C. MERCED COMMUNITY AND LABOR CENTER **(Jan. 2021).** https://sociology.ucmerced.edu/sites/sociology.ucmerced.edu/files/documents/fresno_pla_polic y_brief_final.pdf.

   - This policy brief utilizes the City of Fresno, California, as an instructive case on the positive potential of municipal PLAs. From 2000 to 2020, the city transformed its policy on PLAs, from total prohibition on PLAs in 2000, to repeal of the ban in 2014 (after the state passed a law blocking state funding to municipal projects in cities banning public PLAs), to the approval of large PLA projects in 2019 and 2020, and the City Council moving forward with a process to design a municipal construction PLA policy proposal in 2021. (p. 2).

   - The study examined public data from the California Department of Industrial Relations Public Works Registration Database between January 2013 through October 2020, including analysis of 145 construction contracts issued by the city and 6 contracts from the Fresno Housing Authority, all of which would have fallen under the jurisdiction of a hypothetical municipal PLA. (p. 3).

   - The study then used U.S. Economic Census data to estimate the number of construction jobs on these Fresno municipal projects, ultimately estimating "that 1,720 annual [215 jobs each year], full-time equivalent construction jobs could have been covered by a Fresno municipal PLA from 2013-2020." This estimate covered construction spending of $126.5M over eight years. (p.7).

   - The author posits that "[t]he estimated 1,720 construction jobs without PLA standards represent missed opportunities for stronger wages, career training, and working conditions in one of California's lowest-income major cities," including the potential for "$1.5M per year, on average, in total increased income for construction laborers," without increasing

5

AR0453

costs of construction projects, while reducing project delays and creating opportunities for formal craft training. (p. 7).

3. **Frank Manzo IV & Robert Bruno,** *Efficiencies of Project Labor Agreements: Illinois Capital Development Board Projects, 2011–2013,* Ill. Econ Pol'y Inst. & U. of Ill. at Urbana-Champaign **(May 2015),** https://illinoisepi.org/site/wp-content/themes/hollow/docs/wages-labor-standards/Illinois-PLAs-in-CDB-Projects-FINAL.pdf**.**

   - This economic commentary paper was completed by Frank Manzo IV, MPP, who is Policy Director of the Illinois Economic Policy Institute and Robert Bruno, PhD, who is Director and Professor in the University of Illinois Labor Education Program. The paper offers a case study of "the performance of Project Labor Agreements using data from the Illinois Capital Development Board" and presents key findings of the efficiencies of PLAs. (p. 2).

   - The study concluded that "[i]n their use by the Capital Development Board, projects covered under PLAs from 2011 to 2013 were found to:

     i.   support female and nonwhite business owners in the effort to diversify the construction industry;

     ii.  experience cost overruns at a lower rate than a survey of "mega-projects" in the private sector;

     iii. have zero or minimal actual cost overruns for the typical project;

     iv.  be completed on time or within one month of the estimated completion date 70.5 percent of the time; and

     v.   increase Illinois' economic output by at least $1.0 billion and support over 3 million hours of uninterrupted work for nearly 1,700 blue-collar construction workers." (p. 8).

4. **Ronda Sauget & Marv Finkelstein,** *Project Labor Agreements (PLAs) and Tripartite Approach Model for Construction Project Management Success,* Leadership Council for Southwestern Illinois **(Feb. 2015),** http://leadershipcouncilswil.com/wp-content/uploads/2015/06/PLAs-Study.pdf**.**

   - Professors Ronda Sauget and Marv Finkelstein of Webster University and Southern Illinois University, Edwardsville, were retained by the Leadership Council of Southwestern Illinois ("Council") to prepare a study evaluating the effectiveness of Project Labor Agreements and the Tripartite Model in delivering construction projects in Southwestern Illinois.

   - The Council is a not-for-profit member-based corporation whose mission is to spur economic growth in Southern Illinois through, among other things, labor management cooperation. The Tripartite Model in the construction industry refers generally to a three-way, team-oriented approach, among owners, contractors, and labor, to organizing a project. (p. 4, 9).

   - The authors built six business case studies of projects in the region that employed PLAs and the Tripartite Model, largely through 24 in-depth interviews of labor and management officials. The projects varied in size, including, for example, a Prairie State Generating Company project valued over $4 billion and the SIUE Success Center Project, which was valued at $11 million. Public sources, such as news reports, trade journals and other publications, were also used to cross-check and verify data. (pp. 4-5, 10).

   - The study reported that the use of PLAs and the Tripartite Model of cooperation produced highly positive results on all six of the construction projects studied. Among other specific findings, the study concluded that:

AR0454

    **i.** The use of PLAs and related Tripartite arrangements "resulted in significant cost savings, improved quality, greater productivity, and higher levels of safety";

    **ii.** PLAs tend to produce short-term and long-term cost savings and there was no evidence to suggest that they contributed to higher costs and reduced competition on the projects studied;

    **iii.** All six projects studied were completed on-time and within budget;

    **iv.** PLAs and the Tripartite Model "can increase communication, trust, respect, and collaboration … and encourage swift problems solving, innovation and flexibility" [and]

    **v.** PLAs and the Tripartite Model will help to ensure the future success of the industry in Southwestern Illinois. (p. 19).

- The authors offered various recommendations geared toward educating stakeholders and developing programs to realize the benefits of labor management cooperation through PLAs and the Tripartite Model (p. 20).

5. **Peter Philips & Scott Littlehale, *Did PLAs on LA Affordable Housing Projects Raise Construction Costs?*, U. OF UTAH (2015).**

- This study of 130 affordable housing projects developed between 2008 and 2012, including nine PLA projects and 121 non-PLA projects, concluded that PLA usage was not associated with higher costs. The authors used three approaches to compare costs:

  "1) simple comparison of average square foot cost and average per unit cost, 2) a visual inspection of the cost data by increasing size of projects measured by square foot size and housing unit size, and 3) "nearest neighbor" analysis comparing the nine PLAs each to the four nearest comparisons along the dimensions of size, units, stories and targeted population." (p. 1).

- The conclusion was the same under all three approaches—the PLA projects were not more costly than comparable non-PLA projects. (Id.)]]

6. **Ronda Sauget & Marv Finkelstein, *Project Labor Agreements (PLAs) and Tripartite Model for Construction Project Management Success,* LEADERSHIP COUNCIL OF SOUTHWESTERN ILL. (2015),** http://leadershipcouncilswil.com/wp content/uploads/2015/06/PLAs-Study.pdf.

- Professors Ronda Sauget and Marv Finkelstein of Webster University and Southern Illinois University, Edwardsville, were retained by the Leadership Council of Southwestern Illinois ("Council") to evaluate the effectiveness of Project Labor Agreements and the Tripartite Model in delivering construction projects in Southwestern, IL.

- The Council is a not-for-profit member-based corporation whose mission is to spur economic growth in Southern Illinois through, among other things, labor management cooperation. The Tripartite Model in the construction industry refers generally to a three-way, team-oriented approach, among owners, contractors, and labor, to organizing a project. (p. 4, 9).

- The authors built six business case studies of projects in the region that employed PLAs and the Tripartite Model, largely through 24 in-depth interviews of labor and management officials. The projects varied in size, including, for example, a Prairie State Generating Company project valued over $4 billion and the SIUE Success Center Project, which was valued at $11 million. Public sources, such as news reports, trade journals and other publications, were also used to cross-check and verify data. (pp. 4-5, 10).

7

- The study reported that the use of PLAs and the Tripartite Model of cooperation produced highly positive results on all six of the construction projects studied. Among other specific findings, the study concluded that:

  i. The use of PLAs and related Tripartite arrangements "resulted in significant cost savings, improved quality, greater productivity, and higher levels of safety;"

  ii. PLAs tend to produce short-term and long-term cost savings and there was no evidence to suggest that they contributed to higher costs and reduced competition on the projects studied;

  iii. All six projects studied were completed on-time and within budget;

  iv. PLAs and the Tripartite Model "can increase communication, trust, respect, and collaboration . . . and encourage swift problems solving, innovation and flexibility;" and that

  v. PLAs and the Tripartite Model will help to ensure the future success of the industry in Southwestern Illinois. (p. 19).

- The authors offered various recommendations geared toward educating stakeholders and developing programs to realize the benefits of labor management cooperation through PLAs and the Tripartite Model (p. 20).

7. ***Report on the Use of Project Labor Agreements in Road, Bridge and Rail Projects: Analysis and Key Findings,*** COMMONWEALTH OF MASSACHUSETTS SPECIAL COMMISSION **(2014), https://faircontracting.org/wp-content/uploads/2022/04/2015-ma-pla-commission-report-as-posted-1-7-15.pdf**.

- On August 9, 2012, Governor Deval Patrick signed into law H. 4371, "An Act Financing Improvements to the Commonwealth's Transportation System." The Act established a special commission to research the circumstances under which PLAs could or should be utilized on projects to revitalize the state's road, bridge and rail transportation infrastructure.

- The commission analyzed case law, legislation, federal guidance, case studies and reports, information on completed and pending PLA projects in Massachusetts, and public input obtained through a hearing. (pp. 5-15).

- The commission concluded and stated in its report that "PLA use is both appropriate and recommended in the construction, repair and improvements to road, bridge and rail in the Commonwealth" for various reasons. (p. 16).

- The commission found that PLAs are appropriate for both large-scale projects (e.g., over $25 million) and smaller projects that are subject to time limitations, complexity, or other compelling criteria. It pointed to a number of smaller projects that were completely successfully in the State, such as the $3.6 million Braintree schools construction project. (p. 16).

- The commission cited specific cases that illustrate how PLAs can be used to manage multiple, interdependent phases of project work, guarantee on-time completion under strict time constraints, produce cost-savings, and create jobs for both skilled and unskilled workers through apprenticeship utilization and local hiring requirements. (pp. 16-18).

- To maximize the benefits, the commission recommended certain language for road, bridge and rail PLAs, while recognizing that each public works is unique and may benefit from additional or alternate language. (pp. 19-30).

8

8. *Using Project Labor Agreements: The City of Los Angeles Perspective,* LOS ANGELES BUREAU OF CONTRACT ADMINISTRATION (2011).

- In April 2011, Los Angeles Deputy City Attorney Hugo Rossitter and Inspector of Public Works John Reamer presented data from the Los Angeles Bureau of Contract Administration (BCA) showing that City PLA projects have consistently come in below engineers' bid estimates and been used effectively to advance local hiring and training goals.

- They stated that PLAs complement the BCA's mission in numerous ways, including by promoting cooperation, minimizing disruptions and delay, providing greater access to skilled craft labor, ensuring that contractors pay proper wages and by combating poverty and unemployment through construction employment and training.

- In answer to the question "Do PLAs Cost More?," Rossitter and Reamer pointed to data on 14 highway projects awarded in the previous 3 fiscal years: 4 without PLAs and 10 with PLAs. While all 4 projects awarded without a PLA came in over the engineer's bid estimate (from 12.58 percent to 30 percent over), 7 of 10 PLA projects -- and 7 of the last 7 PLA projects -- came in *below* the engineer's bid estimate. Cost savings on the 7 PLA projects coming in below the engineer's bid estimate ranged from 2.75 percent to 21.61 percent of estimated project cost.

- The data also showed that non-union contractors are routinely awarded contracts on PLA projects and are represented on PLA projects to generally the same extent as they are represented on non-PLA projects.

- Rossitter and Reamer also cited notable successes in using PLAs to promote local hiring and training goals for Los Angeles residents. They reported that 32.84 percent of the work on PLA projects to date had been performed by local residents, while 26.15 percent of the work on such projects had been performed by apprentices. Both numbers exceed the goals set by the BCA of achieving 30 percent local participation and 20 percent apprentice participation on PLA projects.

  *Other Source: Presented at AFL-CIO Lawyers Coordinating Committee Conference in San Diego, California, April 26-28, 2011 (on file with authors).*

9. Richard Parker & Louis Rea, *San Diego Unified School District Project Stabilization Agreement: A Review of Construction Contractor and Labor Considerations,* SAN DIEGO UNIFIED SCHOOL DISTRICT (Nov. 2011).

- This study was prepared at the request of the San Diego Unified School District ("SDUSD") to review construction and labor-related performance on Proposition S projects subject to a Project Stabilization Agreement, or PSA (another name for a PLA). Proposition S, which was approved by voters on Nov. 4, 2008, provided a $2.1 billion general obligation bond to finance the repair, renovation, and revitalization of SDUSD schools. The PLA being used to build these projects was executed in July 2009. (p. 2).

- The study found that project costs for PLA-covered SDUSD projects were the same as comparable non-PLA projects that were built prior the execution of the SDUSD PLA in July 2009. (pp. iii & 172). However, while project costs were the same, the study reported that PLA-covered projects outperformed the non-PLA projects in other significant ways.

- PLA-covered projects demonstrated a "clear advantage" over non-PLA projects in terms of completion time. The study reported that PLA projects were completed on average 28 days faster than non-PLA projects. (p. 177).

9

- PLA-covered projects also outperformed non-PLA projects in identifying labor and wage law compliance issues, which, the study notes, translates into better protection for workers on SDUSD projects. (pp. 181-183).

- A final significant way in which PLA-covered projects outperformed non-PLA projects is in promoting local hiring. The SDUSD PLA set "very ambitious" goals for local hiring – specifically, that covered projects employ 35 percent of its workers from economically disadvantaged zip codes, 70 percent from the SDUSD and 100 percent from San Diego County. As of October 2011, the study reported that PLA projects were close to achieving the 35 percent target and making good progress on the other goals. (pp. 185-190).

10. *Implementation of Project Labor Agreements in Federal Construction Projects, An Evaluation*, U.S. Department of Labor (Feb. 25, 2011).

- The U.S. Department of Labor commissioned this study following President Obama's Executive Order encouraging the use of PLAs to evaluate the use of PLAs by federal agencies undertaking large construction projects. The authors began with historical background on the use of PLAs by the federal government, including the experiences of the Tennessee Valley Authority and the U.S. Department of Energy, both of which have used PLAs for decades. The authors also reviewed PLA use on other public projects and in the private sector. Finally, with federal use of PLAs limited between 2002 and 2008, the authors reviewed two representative case studies on PLAs from the state and local sectors.

- Representatives from the Tennessee Valley Authority, which has had a standard PLA in place for twenty years, could not identify any significant problems or issues resulting from the PLA and reported that its recent large-scale projects had been completed on-time and on-budget. [DoE], which used PLAs on and even before the Manhattan Project, uses a PLA on all of its large-scale projects and stated that, while the use of a PLA is optional on other projects, "contractors generally prefer to utilize it." (pp. 16-18).

- In the private sector, the authors found that "PLAs are preferred in large projects, suggesting that in the unconstrained market of private construction, benefits accrue to contractors and owners if PLAs are used." The contractors interviewed stated that PLAs provide large cost savings on large projects, although "small projects can benefit equally with respect to the percentage of cost reductions potentially achieved." Notably, the contractors were "generally unable to identify significant differences in the public and private sectors to influence the decision to use a PLA." (p. 19).

- The first case reviewed by the authors involved the 2005-2009 New York City School Construction Authority PLA, which covered approximately $4.6 billion in construction at New York City Schools. The PLA was found to have facilitated uninterrupted construction of the covered projects under challenging circumstances, including scheduling around school hours and the coordination of large numbers of contractors and trades. All told, the PLA achieved savings of $221 million and produced a wide a variety of public policy benefits. (pp. 23-31).

- The second case examined involved a PLA covering the New Jersey Hudson Bergen Light Rail Transit Project, which concerned the construction of a 9.5 mile, $990 million rail segment. In this case, the contractor, 21st Century Rail Corporation consortium decided to utilize a PLA after being awarded the contract, in part, because the PLA was viewed as a means to keep the project on schedule and within budget. The first phase of the project progressed smoothly and without any labor disruptions. Issues requiring resolution arose on the second phase of the project because it ultimately included work and required trades not subject to the PLA, but these issues did not materially impact the cost or schedule of the project. Overall, however, the PLA was viewed as a useful and advantageous tool that benefited the project. (pp. 32-39).

AR0458

- The study concludes by recommending that agencies planning to initiate construction projects consider the use of a PLA and by offering recommendations on how to maximize the effectiveness of PLAs. (p. 42.)

11. **Fred Kotler, *Project Labor Agreements in New York State II: In the Public Interest and of Proven Value,* CORNELL UNIVERSITY ILR SCHOOL (2011),** *http://digitalcommons.ilr.cornell.edu/reports/36/.*

- Professor Kotler follows-up his prior 2009 study (below) with new data confirming the benefits of PLAs and a report on the "significant increase in the authorization and use of PLAs for both public and private sector work" he has documented since the 2009 study was published. (p. 1).

- Part I discusses the broad social and economic benefits that PLAs offer. Kotler discusses factors in the construction industry, such as its mobile workforce and the intermittent nature of the work, that tend, absent PLAs and other safeguards, to lead to a "race to the bottom" on industry, working, and living standards, disadvantage law-abiding businesses, drive up taxpayer costs and otherwise do harm to communities. (p. 6-25).

- Part II explains why PLAs have been repeatedly upheld as consistent with state competitive bidding laws. Upon review of the record, Kotler reaffirms that the usual claims by anti-union groups – e.g., that PLAs limit the pool of bidders, and drive-up costs – "are not supported by PLA experience or by a clear analysis of statutory and case law." (p. 26-34).

- Part III details the cost savings that PLAs are providing client owners, citing numerous recent examples in New York State. These recent examples, all of which are supported by due diligence studies, include:

  i. Four New York City PLAs announced by Mayor Bloomberg, worth over $5 billion and projected to save the City $300 million;

  ii. A PLA covering eight City-owned building projects, worth $1.21 billion and projected to yield cost savings amounting to 4.88 percent of total project costs;

  iii. A PLA covering three projects under the jurisdiction of the City Sanitation Department, worth $661.3 million with projected cost savings amounting to 6.1 percent of total project costs;

  iv. A PLA covering seven projects under the jurisdiction of the City Department of Environmental Protection worth $686.26 million is projected to yield 5.5 percent cost savings;

  v. A PLA covering a $5.94 million project for City Parks and Recreations is projected to yield 10.2 percent cost savings; and

  vi. Economic Recovery PLA covering over 70 City projects is worth tens of billions of dollars and projected to yield cost savings of 19.52 percent. (pp. 35-59).

12. **Maria Figueroa ET AL., *Community Workforce Provisions in Project Labor Agreements: A Tool for Building Middle Class Careers,* CORNELL UNIVERSITY ILR SCHOOL (2011),** *http://www.ilr.cornell.edu/news/upload/PLA-REPORT-10-6-2011_FINAL.pdf.*

- This study reviews the extent to which PLAs are used to promote middle class career opportunities for low-income communities, women, minorities and disadvantaged or at-risk populations. It finds that PLAs or Community Workforce Agreements ("CWAs") -- as PLAs which include provisions along these lines are often called – have succeeded in creating these opportunities and that growing numbers of PLAs/CWAs are including provisions targeting the aforementioned groups. (pp. 2-3).

11

- The authors analyzed 185 PLAs dated between 1995 and 2010 in order to determine how often community workforce-oriented provisions appear.  They found that of the 185 PLAs analyzed:

  i.    139 included provisions promoting the hiring of veterans;

  ii.   103 promoted the hiring of minorities and women;

  iii.  100 promoted the hiring of apprentices;

  iv.   70 promoted the hiring of local residents;

  v.    55 utilized a union pre-apprenticeship program;

  vi.   45 promoted the hiring of economically disadvantaged workers;

  vii.  6 promoted women/minority-owned and small businesses;

  viii. 25 set a percentage goal for local resident apprentices; and

  ix.   12 involved community-based organizations in recruitment and monitoring of the above provisions.  (p. 7).

- As noted, the study also found that community workforce provisions have become more popular over time.  For instance, while 17 percent of the PLAs dated before 2004 had no community workforce provisions, no PLA dated 2009 or 2010 was without such a provision. In addition, while 38.9 percent and 22 percent of pre-2004 PLAs had between 1 to 3 or 4 to 6 provisions, respectively, 51.2 percent and 40.2 percent of the 2009-2010 PLAs had between 1 to 3 or 4 to 6 provisions. (p. 19).

- PLA/CWA provisions which promote the hiring of veterans have experienced the most precipitous increase in popularity among community workforce provisions.  The study notes that these provisions "were nowhere to be found amongst the pre-2004 arrangements but topped the popularity list in both 2005-2008 and 2009-2010." (p. 20).

- The study concludes with three representative cases in which PLAs included community workforce provisions: the Cleveland University Hospital-Cleveland BCTC PLA; Washington, D.C.'s Nationals Stadium PLA; and New York City's PLA Memorandum of Understanding.  In all three cases ambitious local hiring, diversity and other goals were set, and in all three cases most or all goals were met or exceeded. (pp. 30-38).

13. ***Sound Transit Project Labor Agreement,*** AGREEMENT DYNAMICS ***(Nov. 2011), https://www.soundtransit.org/sites/default/files/documents/pdf/about/plareport12111.pdf.***

- The Central Puget Sound Regional Transit Authority ("Sound Transit") of Washington State commissioned this study to objectively examine the performance of its PLA since the PLA's adoption in 1999.  As of the date of the study, more than $2 billion in light and commuter rail and other transportation projects within Washington's Puget Sound Region had been delivered under the Sound Transit PLA. (pp. 1 & 123).

- The study, which includes direct feedback from stakeholders, revealed that the PLA supported all objectives set forth by the Sound Transit Board in its 1999 resolution authorizing the use of a PLA for its projects. (p. 20). Through the PLA, the Board obtained an adequate supply of highly skilled laborers, and 49 percent of the contractors are from the Puget Sound Region. (pp. 20 & 57). The Board also successfully used the PLA to increase opportunities for locally owned, small businesses and for minority, women and disadvantaged businesses. (p. 183). In addition, the PLA exceeded its goal of hiring 21 percent workers of color by 5 points. (p. 56).

12

AR0460

- The Sound Transit Board also sought to increase apprenticeship opportunities for area residents, with a particular emphasis on underrepresented groups. The PLA called for women and people of color to perform at least 33 percent of apprentice hours worked. Sound Transit far exceeded that goal, with women and people of color accounting for 14.2 percent and 35.6 percent of apprentice hours, respectively. (p. 67).

- Perhaps most notable were the study's findings as to the cost savings achieved by the PLA in preventing labor disputes. For example, the study reported 74 days of strikes in the area studied since 2001. Without the no-strike clause in the PLA, the study found that each of these strikes would have extended to Sound Transit projects and shut down construction at a cost of $702,553 per day. (pp. 107-108).

- Further, the study noted that the 26 local building trades collective bargaining agreements within the King County area of Washington State are scheduled to expire a total of 52 times between 2011 and 2016. Given that the projects covered by the Sound Transit PLA will continue until at least 2016, the stability provided by the PLA has translated, and will continue to translate, into substantial cost savings. (pp. 105-106).

14. **Dale Belman & Matthew M. Bodah.** *Building Better: A Look at Best Practices for the Design of Project Labor Agreements,* ECONOMIC POLICY INSTITUTE **(2010),** *http://epi.3cdn.net/179fd74170130cd540_ibm6ib3kd.pdf.*

- This study begins with an overview of PLAs and the value they offer construction owners. The authors explain that PLAs are tailored to the unique challenges and conditions of the U.S. construction industry. These include the occupational or trade-specific structures of the work and of firms, the temporary nature of construction projects, and the presence of numerous trades and employers, each with their own work rules, hours, and wage scales, on larger projects. In addition, the authors identify other more recent challenges which have arisen as union representation in the industry has decreased. These include a declining apprenticeship system and related shortages in skilled labor. (pp. 4-5).

- Based on research and interviews with industry stakeholders, the authors report that PLAs have been used successfully to bring order to a diverse and decentralized industry while meeting the unique needs of the project at hand. The authors draw upon this experience in offering advice on how PLAs can be designed to: improve efficiency and innovation (pp. 10-14); expand opportunity for local residents and support community development goals (pp. 15-19); improve worker safety and health (pp. 22-27); resolve labor disputes and other disruptions that impede the on-time completion of projects (pp. 27-30); and facilitate the participation of non-union contractors (pp. 31-37). The authors conclude with a discussion of best practices for negotiating PLAs. (pp. 37-41).

15. *Construction Careers for Our Communities,* UNIVERSITY OF CALIFORNIA LOS ANGELES LABOR CENTER **(2010)**

- This study reviews the successes of three Los Angeles-area PLAs in promoting the hiring of local residents on City-funded construction projects. The three area PLAs analyzed in the study are: the Los Angeles Community College District (LACCD) PLA; the Los Angeles Unified School District (LAUSD) PLA; and the City of Los Angeles PLA.

- The LAACD PLA covered about $2.2 billion worth of projects at the time of the study and established a local hiring goal of 30 percent. The study found that every one of the 10 community colleges covered by this PLA met the 30 percent local hiring target and that average local hiring under the PLA as a whole was 34 percent. (p. 9).

- The LAUSD PLA covered about $20 billion in construction projects and established a highly ambitious 50 percent local hiring goal. (p. 11-12). The study reports that, while the former

AR0461

goal had not yet been attained, the LAUSD PLA had made impressive progress, with local hires accounting for 38 percent of total work hours on average, 39 percent of journey-level workers and 41 percent of apprentices. (p. 21 & 25).

- The City of Los Angeles PLA covered about $380 million in projects at the time of the study and established a 30 percent local hiring goal. (p. 30). The study reported that local apprentices and journey-level workers accounted for 41 percent of workers employed by large contractors; 35 percent of workers by large subcontractors; and 18 percent of workers by small subcontractors. (pp. 40-41).

- Overall, the study reported local hiring provisions in the three PLAs produced local hiring of roughly 35 to 40 percent and also promoted the hiring of apprentices, including local apprentices. (p. 46). In the case of the City of Los Angeles PLA, the use of a PLA added about 20 percentage points to local workers share of total project hours. (p. 44).

- While the study demonstrates PLAs are valuable tools for promoting local hiring, it also shows that smaller contractors may need more assistance in meeting these requirements and that all contractors tend to improve their local hiring performance over time. (pp. 24-25 & 46).

  *Source: UCLA Labor Center, Construction Careers for Our Communities (2010), available at http://constructionacademy.org/wordpress/wp-content/uploads/2009/08/ ConstructionCareersForOurCommunitiesFullReport.pdf.*

## 16. *Project Labor Agreements (PLAs): Are They Fair and Beneficial?,* LOS ANGELES DEPARTMENT OF PUBLIC WORKS (2010).

- In February 2010, the Los Angeles Department of Public Works Bureau of Contract Division made a presentation which addressed the question of whether PLAs are "fair and beneficial" to the City and its contractors. Based on its data and experience from nearly $950 million in PLA construction since 2001, the Department answered in the affirmative.

- Upon review of PLA projects awarded between March 2007 and July 2009, the Department found that the projects "were for the most part awarded lower than the engineers' estimate." It further found that, "on average, all bids submitted after the PLA were either closer or lower than the engineer's estimate compared to those prior to the PLA."

- The Department also observed that PLAs help level the playing field for union and non-union contractors. While both union and non-union contractors are already required to pay prevailing wages on public works contracts, the PLA further levels the playing field by requiring these contractors to abide by the same rules and requirements on the project.

- While the Department conceded that PLAs may cost more for non-union contractors who do not otherwise pay fringe benefits for their workers, it noted that these added costs come with added benefits. The non-union contractors' workers are afforded the same benefits and protections as union workers during their time on the project, while non-union contractors are granted access to a skilled union workforce.

- Among other cited benefits, the Department noted that its PLAs include provisions which promote local hiring and provide residents with access to apprenticeship programs that lead to well-paying construction careers.

  *Source: Los Angeles Dept. of Public Works Bureau of Contract Administration, Project Labor Agreements (PLAs): Are They Fair and Beneficial? (Feb. 2010), at http://www. portoflosangeles.org/Board/2010/June/ 061710 Item6 trans2.pdf.*

AR0462

17. **Fred B. Kotler, *Project Labor Agreements in New York State: In the Public Interest,*** CORNELL UNIVERSITY ILR SCHOOL **(2009),** *http://digitalcommons. ilr.cornell.edu/reports/22/.*

- Professor Kotler concludes in this study that PLAs have proven to be a useful management tool for achieving cost-savings as well as on-time, on-budget, and quality construction on projects in New York State.

- Because they are negotiated pre-bid and tailored specifically to the particular needs of a single project, PLAs allow project owners, contractors, and trade unions to anticipate and avoid potential problems.

- The study shows that PLAs serve to maximize project stability, efficiency, and productivity and minimize the risks and inconvenience to the public that often accompany large public works projects, which is why PLAs are increasingly being used by state, county and municipal agencies.

- Kotler recommends that decisions to use PLAs on public sector projects in New York be made based on written economic feasibility or due diligence studies evaluating cost savings, risk avoidance, and other related issues.

18. ***Dale Belman*** ET AL., ***Project Labor Agreements,*** REPORT FROM PROFESSORS OF MICHIGAN STATE, RHODE ISLAND, UTAH **(2007).**

- This study provides a detailed overview of PLAs, observing at the outset that PLAs have been used in the private and public sectors without controversy for most of their history. (p. 5). Although President George W. Bush helped to reverse this trend with an anti-PLA Executive Order in 2001, private sector use of PLAs did not slow during his administration. (pp. 12-13). This is significant because the private sector is by far the largest consumer of PLAs, accounting for 75 percent PLA use.

- The authors find major flaws with some of the previous PLA research done by the non-union contractor association ABC, the conservative free-market Beacon Hill Institute and others. For example, the authors report that the Beacon Hill's studies in 2003 and 2004 "did an insufficient job at controlling for variables that affect construction costs. Hence, much of what was attributed to the presence of a PLA is actually explained by other variables, such as project location (e.g. the inner city) and building amenities (heating systems, swimming pools, etc.)." (p. 14).

- The authors interviewed approximately forty individuals with experience working with PLAs, including public and private users and contractors. Among the benefits of PLAs cited were their ability to assure the timely completion of a project (p. 27-28), the savings produced in the final cost of a PLA project (which are not necessary reflected in the bid price) (pp. 28, 29-30), enhanced minority participation and the facilitation of worker training (pp. 28-29), and the emphasis on safety on PLA jobs (p. 29).

- The authors then examined the effect of PLAs on bidding by looking at bidding behavior in adjacent San Jose, California school districts, and on costs by studying 108 school construction projects in New England. On bidding, the data showed "that the presence of a PLA has no statistically significant effect on the number of bidders per bid opening." On costs, the authors lodged heavy criticism at various aspects of the Beacon Hill Institute's research, most notably Beacon Hill's failure to consider that PLA projects may be more complex and have more amenities ("why projects are built with PLAs in the first place.") (p. 37). Contrary to Beacon Hill's research, the authors' thorough study of the 108 school projects revealed no impact of PLAs on project costs. (p. 37).

- The authors conclude with a number of case studies that show how PLAs can be adapted to meet a number of challenges, including tight schedules and labor markets, lightly

15

AR0463

unionized regions, sites that have to remain operational during construction (e.g., airports), and community-based needs regarding career training in the trades. (p. 39-59).

*Source: Dale Belman, Matthew M. Bodah, and Peter Philips, Project Labor Agreements, ELECTRI International (2007), available at http://builtbest.org/sites/builtbest. prometheuslabor.com /files/PLA NECA Report%5B1%5D.pdf.*

19. **Dale Belman ET AL., *The Effect of Project Labor Agreements on the Cost of School Construction in New England,* MICHIGAN STATE UNIVERSITY, SCHOOL OF LABOR & INDUSTRIAL RELATIONS (2005),**
https://ohiostatebtc.org/wpcontent/uploads/2014/04/PLA Belman EffectPLANewEngland.pdf

- In this study, Professors Belman, Ormiston, Schriver and Kelso reveal major flaws in anti-PLA studies prepared by the free-market Beacon Hill Institute, finding that when more complete data models are used, the evidence shows PLAs do not raise school construction costs. (pp. 19-21).

- The authors examined the cost of 92 school construction projects in and around Massachusetts using a number of statistical models in order to examine the models' conclusions about the cost impact of PLAs. When an overly simplistic data model similar to the Beacon Hill Institute's model was used, the study showed PLA projects being more expensive. However, as the authors applied progressively more complete models, accounting for differences in project characteristics such as type of school, location of the project, and other criteria, the so-called PLA cost premium disappeared. The most complete model, which incorporated all of these characteristics, showed that PLAs did not raise project costs. (p. 21).

- Among the serious flaws in Beacon Hill's research was its failure to consider that PLA projects tend to be larger and more complex, a fact that is well-known in the construction industry. For example, the data showed that PLA schools tended to be much taller, were more than twice as likely to be amenity-intensive vocational schools, and always required demolition work as compared to just half of the non-PLA schools. (p. 6-8).

- Beacon Hill's model also failed to consider other common-sense facts, such as the fact that high schools are more expensive and require more elaborate facilities, and the fact that urban schools cost more to build (substantially so) because of more exacting codes and the need in some cases for services such as 24-hour police protection. (pp. 10-13).

- The authors also noted that Beacon Hill's second study corrected a few problems and added a few variables to its data model. These marginal improvements to the data model alone reduced Beacon Hill's estimate of the cost impact of PLAs by 41 percent (p. 19).

20. **Ralph Scharnau and Michael F. Sheehan, *Project Labor Agreements in Iowa: An Important Tool,* IOWA POLICY PROJECT (2004),** *http://www.iowapolicyproject.org/2002-2004docs/041201-PLAs.pdf.*

- This report by the non-partisan Iowa Policy Project discusses how PLAs fit into the fabric of federal labor and state competitive bidding laws.

- The authors make the case that PLA use should be increased in the public sector because they have proven to be cost-effective, efficient, and reliable mechanisms for large or complex project delivery.

- The authors dispel many of the myths disseminated by PLA opponents and show how PLAs are common-sense management tools that facilitate successful construction project delivery and provide public and private project owners with greater value for their capital investments.

16

AR0464

21. **John T. Dunlop, *Project Labor Agreements*, HARVARD UNIVERSITY: JOINT CENTER FOR HOUSING STUDIES (2002), *https://jchs.harvard.edu/sites/default/files/media/imp/w027 dunlop.pdf.***

- In this study Professor John Dunlop provides a historical overview of PLAs, which have their roots in construction developments during World War II and in the post-war era at atomic energy, space, and missile sites.

- Professor Dunlop's study discusses the benefits of PLAs, including efficiency through standardized terms and conditions, clear channels of communication, and a steady and reliable supply of skilled labor.

- Dunlop states that it is curious that no legal or public relations assault has been made on PLAs in the private and non-profit sectors, and suspects this is because PLAs have passed the private market test.

- His study notes that PLAs have been used by various private organizations, including Toyota, Boeing, Inland Steel, Arco, among others—and that many private owners are repeat users. Such private experience, he submits, supports the use of PLAs in the public sector.

---

## Part III: PLA Use in the Private Sector

---

1. **JFK Airport Adopts PLA for New $9.5 Bill Terminal**

- The New Terminal One (NTO), which is the joint venture formed by various private interests to finance a new terminal at JFK airport, has announced the construction of the new terminal will be covered by a PLA. This project is expected to cost $9.5 billion, which will result in a new, 2.4 million square foot terminal and over 6,000 construction jobs. *New Terminal One at JFK Breaks Ground, Begins Construction of First Phase of Development*, CARLYLE (Sep. 8, 2022), https://www.carlyle.com/media-room/news-release-archive/new-terminal-one-jfk-breaks-ground-begins-construction-of-first-phase-of-development.

2. **Milwaukee Concert Venue Slated for PLA Construction.**

- A concert promoter in Wisconsin opted to use a PLA for a $50 million concert venue complex in downtown Milwaukee. The construction PLA includes local hire, apprenticeship, and minority hiring provisions. Maredithe Meyer, *FPC Live announces labor and workforce agreements for Deer District venue project*, BIZTIMES (last updated Oct. 12, 2022 2:15 PM), https://biztimes.com/fpc-live-announces-labor-and-workforce-agreements-for-deer-district-venue-project/.

3. **Chargers Announce PLA for Proposed $1.8 Billion Stadium Project**

- On April 22, 2016, the San Diego Chargers announced its plan to utilize a PLA on its proposed stadium project, which is estimated to cost $1.8 billion. (City News Service).

- Special Advisor to the San Diego Chargers, Fred Maas, stated the PLA makes "an important statement about what the team represents and what we're committed to and what

17

we expect at our new facility." He noted the project would create both local jobs and economic growth for the San Diego region. (City News Service; KUSI News).

*Source: (1) City New Service, Chargers Reach Labor Agreement for Convadium, Apr. 22, 2016, at http://www.10news.com/news/chargers-reach-labor-agreement-for-convadium; (2) KUSI News, Chargers Reach Labor Agreement for Proposed Stadium, Apr. 22, 2016, http://www.kusi.com/story/31792964/chargers-reach-labor-agreement-proposed-stadium.*

### 4. Kinder Morgan to Build $3.3 Billion Natural Gas Pipeline Under PLA

- In March 2015, Kinder Morgan adopted a PLA for $3.3 billion Gas Pipeline across northern Massachusetts and southern New Hampshire, which it procured to ensure the project would delivered safely, efficiently, and on schedule.

*Source: (Mary Sezerre, Kinder Morgan Board OKs Scaled-Back Version of Tennessee Gas Pipeline's NED Project, MassLive.com, Jul. 16, 2015, at http://www.masslive.com /news/index.ssf/2015/07/kinder morgan to scale back ca.html*

### 5. PLA Selected for Landmark, $1.6 Billion Casino Project

- In September 2014, the Massachusetts Gaming Commission awarded a gaming license to Wynn Resorts International, paving the way for the construction of a $1.6 billion 5-star casino resort in Everett. The project is the largest private development project in Massachusetts history, generating more than 10 million man hours of construction labor, 14,300 construction jobs, and 4,000 permanent jobs over a five year period.

- Wynn's plan for the project includes the execution of a PLA covering all aspects of construction with the Massachusetts Building and Construction Trades Council and the New England Regional Council of Carpenters.

- Robert DeSalvio, Wynn's senior VP of development, tied the decision to enter into a PLA to a need for a reliable supply of highly-skilled labor. "A 5-star resort . . . requires the most and best workers, and that's what this agreement gives us," he said. "Together, we're going to create something that all of us will look back on and be proud of for generations to come."

*Sources: (1) Mark Arsenault, State Panel Selects Wynn Casino Over Competitors, The Boston Globe, Sept. 16, 2014, available at: http://www.bostonglobe.com/metro/ 2014/09/16/wynn-resorts-boosts-sullivan-square-payments-gaming-commission-nears- vote-casino/TmXTOkZSxFy70COq3kCF8I/story.html?p1=Article Related Box Article_ More; (2) Staff, Wynn Agrees to Terms with Unions: Everett Project to Be Built with Union Trades, Everett Independent, July 21, 2014, available at: http://www. everettindependent.com/2014/07/21/wynn-agrees-to-terms-with-unions-everett-project-to- be-built-with-union-trades/.*

### 6. $700 Million Paramount Studio Project to Be Built Under PLA

- In September 2013, Paramount Studios and the Los Angeles/Orange County Building & Construction Trades Council signed a PLA covering a 10-year, $700 million project that will add 1.4 million square feet of studio and office space at Paramount Pictures' production lot in Hollywood.

- The project will create five new technologically advanced soundstages, along with new production offices and post-production facilities. It is expected to create 7,300 jobs, 5,500 of them permanent.

18

- The PLA will leverage the "Helmets to Hardhats" Program to provide job opportunities to military veterans and include preferences in hiring to residents of Los Angeles and Orange Counties.

  *Source: Los Angeles Construction Unions to Build New Studio Space in Hollywood Under PLA, Bloomberg BNA Construction Labor Report (Sept. 26, 2013).*

7. **Chevron Signs PLA for $1 Billion Refinery Modernization**

   - In June 2013, the Contra Costa Building & Construction Trades Council and Chevron USA entered into a PLA covering work on a $1 billion Modernization Project at Chevron USA's Richmond, California refinery.

   - The Modernization Project will replace older equipment with modern technology, making the refinery safer and achieving zero net greenhouse gas emissions without altering the refinery's basic functionality.

   - It is expected to produce 1,000 local construction jobs and, through the PLA, promote job and career opportunities for apprentices and veterans.

   *Source: Press Release, Labor Unions and Chevron Reach Agreement to Build Richmond Refinery Modernization Project, Contra County Building and Construction Trades Council, available at http://www.businesswire.com/news/home/20130628005720/en/Labor-Unions -Chevron-Reach-Agreement-Build-Richmond#.U7HeVpRdVA0.*

   *Source: Joyce Rowley, Marine Commerce Terminal Meeting Jobs Goal, Eco RI News, May 10, 2014, at http://www.ecori.org/massachusetts-econ/2014/5/10/marine-commerce-terminal-meeting-jobs-goal.html*

8. **PLA Selected for Construction of $643 Million Coal Plant Project**

   - In April 2013, Millennium Bulk Terminals-Longview LLC announced the execution of a PLA that will govern construction of a $643 million coal export facility in Longview, Washington State. (Oregon Labor Press).

   - The project covered by the PLA is expected to generate over 1,350 jobs in the area and over $70 million in direct wages. Expected spillover benefits of the project on the regional, local and state economies include an estimated 1,300 additional jobs and $65 million in wages. (Millennium Bulk.)

   - Millennium's president and chief executive officer, Ken Miller, cited the skilled labor the PLA would secure and added that "Millennium and the Building & Construction Trades share a strong safety culture and commitment to environmental stewardship...." (Millennium Bulk.)

   *Sources: (1) Oregon Labor Press, Building trades sign project labor agreement on proposed coal plant in Longview (Apr. 16, 2013), available at http://nwlaborpress.org/ 2013 /04/building-trades-sign-project-labor-agreement-on-proposed-coal-export-plant-in-longview/; (2) Press Release, Millennium Bulk Terminals, Millennium Bulk Terminals-Longview and the Longview/Kelso Building & Construction Trades Sign Project Labor Agreement (Apr. 10, at http://millenniumbulk.com/2013/04/10/millennium-bulk-terminals-longview-and-the-longviewkelso-building-construction-trades-sign-project-labor-agreement/.*

9. **Developer Turns to PLA for $2 Billion Residential Revitalization Project**

   - In January 2013, real estate developer Fifteen Group announced that it had entered into a PLA with the Los Angeles/Orange Counties Building and Construction Trades Council to construct a $2 billion project aimed at revitalizing the aging Wyvernwood residential complex in Los Angeles.

19

AR0467

- The project is projected to create more than 10,000 construction-related jobs, generate approximately $923 million in wages, and produce an estimated $25 million in annual tax revenue when completed.

- *Source: Press Release, Fifteen Group, Project Labor Agreement Signed for New Wyvernwood Redevelopment (Jan. 7, 2013), available at http://www.marketwatch.com/story/project-labor-agreement-signed-for-new-wyvernwood-redevelopment-2013-01-07.*

## 10. $700 Million Lucas Oil Stadium Successfully Delivered Under PLA

- In Feb. 2012, Industrial Information Resources (IIR) published an article and video report highlighting the successful delivery of the Indianapolis Colts' new Lucas Oil Stadium, the site of Super Bowl XLVI, under a PLA.

- IIR reported that the $700 million stadium was completed on-time, on-budget and safely because of the PLA. According to IIR, the PLA was beneficial because it enabled the Colts and Indiana taxpayers to secure 1,500 highly skilled workers representing all essential crafts and bring these workers under a single set of rules for the duration of the project.

- Barney Levengood, Executive Director of the Indiana Convention Center and Lucas Oil Stadium, praised the quality of labor under the PLA.  "They're trained." He said, "They go through an apprenticeship program. They have skills and are very incredibly safety-oriented."

  *Source: Industrial Information Resources, Super Bowl XLVI Stadium Crafted By Building Trades Union Project Labor Agreement (Feb. 2011), available at http://www.industrialinfo.com/radio/industrytoday.jsp?guest=bctd05.*

## 11. PLAs Used to Deliver 12 of 18 NFL Stadium Projects Since 1998

- The Building & Construction Trades Department, AFL-CIO, kicked off the 2012 NFL season with a report that 12 of 18 NFL football stadium construction or renovation projects since 1998 had utilized PLAs.

- The Department noted that MetLife Stadium, the home of the New York Giants and site of the NFL season opener, was constructed under a $1.8 billion PLA four months ahead of schedule and without any serious safety incidents or accidents.  In addition, the Department pointed out that the San Francisco 49ers recently committed to build their new stadium under a PLA, while the Minnesota Vikings have expressed a preference that a PLA be used to construct their new stadium.

- The Department attributes this widespread PLA-use on NFL stadium projects to the fact that NFL owners, like other private sector stakeholders, are "cost-conscious and profit-oriented" and understand the efficiencies PLAs offer by way of a highly-productive and safe workforce.

  *Source: Press Release, Building Trades & Construction Dept., Are You Ready For Some Football?  The NFL Says "Yes" to Project Labor Agreements (Sept. 5, 2012), available at http://www.bctd.org/Newsroom/Press-Releases-and-Speeches/Press-Releases/Are-Your-Ready-For-Some-Football---The-NFL-Says--Y.aspx.*

## 12. $2.2 Billion Solar Energy Project On-Track Under PLA

- In August 2012, NRG Energy, Google, BrightSource Energy and Bechtel announced that construction of its landmark Ivanpah Solar Electric Generating System, which is being built under a PLA, is about 50 percent complete and remains on-track for delivery in 2013.

- Ivanpah is the world's largest solar thermal project, and when it is completed, it will almost double U.S. production of solar thermal electricity.  Brightsource's President called Ivanpah

20

AR0468

"an iconic infrastructure project" and stated that Brightsource and the other companies involved "are tremendously proud of the significant accomplishments being made towards Ivanpah's completion."

- According to Jim Ivany of Bechtel, "The scale and complexity of the Ivanpah project presented first-of-a-kind construction challenges that required innovative thinking and execution at every level. . .The processes we developed enabled the team to successfully advance the project to support electricity generation in 2013."

*Source: BrightSource Energy, et al., Press Release, Ivanpah Solar Project Reaches Halfway Mark and Peak of Construction Employment (Aug. 6, 2012), available at http://www.brightsourceenergy.com/ivanpah-solar-project-reaches-halfway-mark-and-peak-of-construction-employment.*

## 13. Green Developer and Investment Firm Opt for PLA to Coordinate Construction of $275 Million Berlin Station Biomass Plant

- In September 2011, green developer Cate Street Capital and investment firm Starwood Energy Group Global secured financing for the construction of a $275 million wood-powered biomass power plant in Berlin, New Hampshire. According to company officials, the plant, known as Berlin Station, will be "among the largest and most environmentally advanced biomass energy plants in the Northeast." (Green Building News).

- The Berlin Station Plant will be built under a PLA negotiated with the New Hampshire Building & Construction Trades Council. In November 2011, the Trades Council held a job fair to recruit and train local residents for the project. "I think it's a great opportunity for young people to get into the trades," Berlin Mayor Paul Grenier said. (Berlin Daily Sun).

*Sources: (1) GreenBuildingNews.com, $275 Million Biomass Power Plant Coming to New Hampshire, Sept. 22, 2011, at http://www.greenbuildingnews.com/articles/2011/09/22/275-million-biomass-power-plant-coming-new-hampshire; (2) Barbara Tetreault, Job Fair Aims to Recruit for Biomass Project, The Berlin Daily Sun, Nov. 2, 2011, at http://www.berlindailysun.com/featured/story/job-fair-aims-recruit-biomass-project.*

## 14. Toyota President, Former Head of Construction Tout Benefits of PLAs

- In separate March 2011 and March 2009 letters, Toyota President Tetsuo Agata and Jeff Caldwell, former head of construction for Toyota North America, explain how PLAs helped Toyota deliver high-quality, cost-effective construction projects for over 25 years.

- Mr. Agata's letter was sent to Building & Construction Trades Department President Mark Ayers to mark the 25th anniversary of the groundbreaking of Toyota's first North American assembly plant. Agata noted that large-scale construction projects pose unique challenges in terms of safety, efficiency and productivity and that, to meet these challenges, "Toyota has consistently employed Project Labor Agreements . . . and could not be more pleased with the results." (Agata Letter.)

- According to Mr. Agata, PLAs have been used to build 9 Toyota automobile, truck and component plants in the U.S. and Canada. "In each and every instance," he reported, "those projects were completed 'on time and on budget,' and with an exemplary safety record." He added that construction of a 10th plant under a PLA was underway and that the "project is proving to be just as admirable." (Agata Letter.)

- Mr. Caldwell's letter echoes many points made by Mr. Agata and discusses a number of challenges that PLAs address. For example, he notes that construction employers ordinarily do not have a permanent workforce, which makes labor costs difficult to predict and an adequate supply of skilled labor difficult to guarantee. He also points out that manpower shortages, lack of coordination and inadequate mechanisms for resolving

21

disputes are all problems that PLAs prevent at the outset.  He states that Toyota uses PLAs for such reasons and that, in every instance, "the "process [has] worked beautifully."

- Mr. Caldwell's letter also emphasizes the impact of PLAs on Toyota's bottom-line, stating in this regard that "the proof is in the results.  Toyota's North American construction costs are *roughly one-third less* than other major automobile manufactures [sic] who eschew the use of project labor agreements." (Caldwell Letter) (emphasis added.)

*Sources: (1) Open Letter from Toyota President Tetsuo Agata, available at http://wepartypatriots.com/wp/2011/03/08/toyota-president-we-owe-a-special-debt-of-gratitude-to-americas-building-trades-unions; (2) Jeff Caldwell, Project Labor Agreements - Toyota's Way (on file with authors).*

## 15.   Walmart Builds Using PLAs in New York City and Other Parts of U.S.

- Walmart has turned to PLAs to build its retail stores in various parts of the United States, including in the greater New York City area, where in April 2011 Walmart adopted a Multi-Location PLA covering the construction of all Walmart stores in the City.

- The Multi-Location PLA was entered into because of "the size, scope, cost and duration of [Walmart's] Projects" and because of Walmart's desire to "have the Projects completed in the most timely, productive, economical and orderly manner possible, and without labor disruptions . . . that may interfere with or delay the Projects . . ." (Multi-Location PLA).

- Walmart's use PLAs in New York may also have been motivated by its positive experiences in neighboring states like New Jersey.  As Walmart Realty President Eric Zorn stated in a January 2005 letter to the N.J. Building Trades Council, Walmart has used PLAs to build its stores in numerous locations throughout New Jersey and committed to continue doing so.  "We have been quite pleased with the general progress of those projects and are especially pleased that they had been performed in an atmosphere of labor peace and stability," Mr. Zorn said at the time. (Zorn).

*Sources: (1) Wal-Mart Multi-Location Project Labor Agreement, available at http://www.nymca.org/library/document-library/20120321112731.WALMART.pdf; (2) Letter from Eric Zorn to William Mullen dated Jan. 11, 2005 (on file with authors).*

## 16.   PLA Utilized to Deliver Natural Gas Project $11 Million Under Budget

- In late 2010, Northwestern Energy completed construction of a 150 megawatt natural gas fired generating unit in Montana $11 million under budget—at a cost of $190 million. In an October 1, 2011 letter, Northwestern's Executive Director for Government Affairs John Fitzpatrick cites the project PLA as a big reason for the cost savings.

- Fitzpatrick's letter states that the PLA was "a great success" and touts the benefits that the PLA provided in terms of jobsite efficiency, safety and reduced direct expenses. Based on this experience, he concludes that "PLAs are beneficial instruments" which "promote jobsite harmony and increase efficiency, thereby helping to control costs and improve safety," and states that Northwestern will look to use PLAs in the future.

*Source:  Letter from John Fitzpatrick to Tom Owens dated October 1, 2011, available at http://www.scribd.com/doc/67928704/northwestern-energy-praises-the-pla-used-to-construct-the-dave-gates-generating-station.*

## 17.   Private Hospital Leverages PLA to Deliver Community Benefits

- In late 2007, University Hospitals (UH), a private Cleveland-based health care provider, and the Cleveland Building & Construction Trades Council inked a community-oriented

22

PLA that will cover $730 million in projects encompassed in a three-year UH construction plan. (Dubail)

- The PLA called for 20 percent of construction jobs in Cuyahoga County to go to Cleveland residents, 15 percent of project work to be awarded to minority-owned companies, and 5 percent of work to be handled by women-owned companies. The PLA also provides young people with access to career training and employment opportunities in the building trades. Moreover, UH management, unions, and City representatives convened monthly meetings pursuant to the PLA to monitor compliance with the agreement and project goals. (Figueroa; Dubail).

- Upon the conclusion of the three-year plan, the parties reported that all hiring goals and requirements in the PLA had been met. (Figueroa).

*Sources: (1) Jean Dubail, University Hospitals and organized labor unveil novel agreement, The Cleveland Plain Dealer (Jan. 15, 2012), available at http://blog.cleveland.com/metro/2008/01/university_hospitals_and_organ.html; (2) Figueroa, Grabelsky & Lamara, supra at 5.*

---

## Part IV: Federal & Federally Assisted PLAs

---

**A. Recent Federal PLA Policies: Treasury: DOT & TVA:**

1. **U.S. Treasury Incorporates PLA Policy Into Recovery Program.** In 2022, the U.S. Treasury Department announced a new PLA policy in connection with grants provided from the Coronavirus Local Fiscal Recovery Fund. Specifically, the agency strongly encouraged PLAs on infrastructure projects valued at $10 million or more by imposing mandatory reporting on any project for which the grantee did *not* provide a PLA certification. This reporting required, *inter alia*, submission of detailed project staffing plans, demonstrating that project contractors prove they have sufficient craft labor resources necessary to successfully perform projects. This program provided some $350 Billion in state and local assistance under the American Rescue Plan Act.

   **Source:** *Compliance and Reporting Guidance: State and Local Fiscal Recovery Funds*, U.S. DEP'T OF THE TREASURY, at 30-31 (Sep. 20, 2022), https://home.treasury.gov/system/files/136/SLFRF-Compliance-and-Reporting-Guidance.pdf.

2. **2021 PLA Policy Adopted by DOT for Infrastructure Program.** In 2021, the U.S. Department of Transportation ("DOT'") implemented a PLA policy that calls for the consideration of PLAs on future projects, as well as other contracting tools related to "economic vitality." DOT stresses that projects using PLAs projects "contribute to economic vitality" and is promoting their use in program, which issues grants under its Infrastructure for Rebuilding America Program.

   **Source:** *Notice of Funding Opportunity for the Department of Transportation's Infrastructure for Rebuilding America (INFRA) Program for Fiscal Year 2021*, 86 Fed. Reg. 11,572, 11,573 (Feb. 25, 2021).

23

https://www.federalregister.gov/documents/2021/02/25/2021-03885/notice-of-funding-opportunity-for-the-department-of-transportations-infrastructure-for-rebuilding

3. **TVA Implements Unprecedented 10-Year PLA.** In 2020, the Tennessee Valley Authority (TVA), executed "a 10-year a historic 10-year extension" of the agency's PLAs, stressing this action was being taken "to keep low-cost, reliable energy flowing to more than 10 million residents of the Tennessee Valley." Although it has used PLAs for 80 years, this was the first time such a long-term agreement was adopted.

**Source:** *TVA Announces Historic Extension of Labor Agreement*, TENN. VALLEY AUTH. (Oct. 15, 2020), https://www.tva.com/newsroom/press-releases/tva-announces-historic-extension-of-labor-agreement.

B. **PLAs For GSA & U.S. Navy Projects:**  Pursuant to Executive Order 13502, referenced above, additional federal agencies used these agreements for major capital facility projects.

1. **U.S. Navy PLA for Explosives Handling Wharf**

- The U.S. Navy used a PLA to facilitate construction of a massive wharf projects completed in 2016.   While this project, located at the Naval Base in Bangor, Washington, was projected to cost  $715 million, the Navy reported that it returned $267 million from the original  budget, which Congressman David Kilmer (D-Washington) reported was due, in part, from the project having access to a skilled local workforce" under the PLA.

*Source*: E. Friedrich, *Explosives-handling wharf at Bangor under budget*, Kitsap Sun (April 21, 2016).

2. **GSA's Program PLA—Covering Multiple Large Civil Projects**

- From approximately 2010 to 2014, the U.S. General Services Administration (GSA), one of the largest purchasers of construction services in the country, launched a PLA program for over $760 million of projects, which included construction on the Department of Homeland Security headquarters, as well as the following additional facilities:

  ✓ A.J. Celebrezze Federal Building, Cleveland, OH ($115M)

  ✓ Peter Rodino Federal Building, Newark, NJ ($142M)

  ✓ 50 United Nations Plaza, San Francisco, CA ($101M)

  ✓ Prince Kuhio Kalanianaole Federal Building, Honolulu, HI ($80M)

  ✓ Edith Green-Wyndell Wyatt Federal Building, Portland, OR ($125M)

  ✓ Lafayette Building Modernization, Washington, DC ($106M)

  ✓ Consolidation of DHS at St. Elizabeth's, Washington, DC ($93M)

  *Source*: GSA Press Release (August 21, 2009), https://www.fbo.gov/spg/GSA /PBS/5PCI/GS 05P 09 GBC 0035/listing.html

C. **Key PLA Findings—2010 Federal Acquisition Council Rule:** In the wake of President Obama's PLA directive, Executive Order 13502, the Federal Acquisition Council (FAR) issued

AR0472

implementing PLA regulations (Rule) to provide guidance to federal agencies for expanding the use of PLAs in the federal sector.

**Source:** Fed. Reg. Vo. 75, No. 70, 19171 (Tuesday, April 13, 2010)

After conducting a comprehensive review of PLAs used by federal agencies, the Rule issued findings that reported substantial, consistent, positive results from affected projects.

1. Specifically, the Rule documented long, extensive use of PLAs by both governmental bodies and private corporations for all types of construction. In this regard, it stressed that PLAs "have been used by the private sector for a variety of construction projects that are similar in nature to those undertaken in the public sector, including for manufacturing plants, power plants, parking structures, and stadiums." (p. 19170).

2. Such agreements, it noted, have been used by the federal government on dams, defense installations, atomic energy facilities, and other projects for "many decades" and are not limited to the federal government, but have also been used by state and local governments

   "*in all 50 States* . . . [on] an array of construction projects covering an expanding range and size of projects, from schools, hospitals, roads, bridges, and police buildings, to convention centers, courthouses, manufacturing facilities, airports, power plants, transit systems, stadiums, and a prison."

   (p. 19170)(emphasis added).

3. Citing a report by the U.S. Government Accountability Office, the Rule stressed that substantial PLA construction had been undertaken on 26 federal projects by "four agencies—the Department of Energy (DOE), Department of Defense (DOD), the Tennessee Valley Authority (TVA), and the National Aeronautics and Space Administration (NASA)."

4. The Rule further noted by 2010, at least 21 of DOE's construction projects were either covered or slated to be covered by PLAs, including all of its major sites, such as:

   **(a)** Nevada Test Site (since 1964);

   **(b)** Hanford Site in Washington State;

   **(c)** Savannah River Site in South Carolina;

   **(d)** Oak Ridge Reservation in Tennessee; and

   **(e)** Idaho National Laboratory.

   (p. 19169-19170).

5. As the federal agency with the most extensive PLA experience, it is significant that DOE consistently obtained strong, positive results with PLAs. In this regard, the Rule states:

   Current and past DOE representatives have stated that project labor agreements have contributed to economy and efficiency of ... construction projects, including completion of projects on time and within budget, by, among other things—

   **(a)** Providing a mechanism for coordinating wages, hours, work rules, and other terms of employment across the project;

   **(b)** Creating structure and stability through the use of broad provisions for grievance and arbitration of any disputes that may arise on site, including procedures for resolving disputes among the construction crafts;

   **(c)** Prohibiting work stoppages, slowdowns, or strikes for the duration of a project and obligating senior union management to use their best efforts to prevent any threats of disruptions that might arise; and

25

AR0473

**(d)** Ensuring expeditious access to a well trained, assured supply of skilled labor, even in remote areas where skilled labor would have otherwise been extremely difficult to find in a timely fashion.

(p. 19170).

6. The Rule also notes the Tennessee Valley Authority (TVA) has used PLAs successfully for almost 19 years. "In the nearly 200-million-man hours of work on TVA construction projects using project labor agreements, there have been no formal strikes or any organized work stoppages." (p. 19170). Further, "[t]he rate of injury on TVA projects has also been significantly reduced, especially over the last approximately 5 years." (p. 19170).

*Source: Use of Project Labor Agreements for Federal Construction Projects, 75 Fed. Reg. 19168 (Apr. 13, 2010), at http://edocket.access.gpo.gov/ 2010/pdf/2010-8118.pdf.*

## D. PLA Construction for DOE Projects

### 1. PLA Executed for Historic Carbon Capture and Storage Project

- In April 2014, the FutureGen Alliance partnered with DOE, the State of Illinois and local building trade unions to develop a PLA for the $12 billion FutureGen 2.0 project, which involved retrofitting a coal-fired plant in to capture and store nearly all of its emissions.

- The project, which represents the largest energy research initiative in U.S. history, involves highly complex construction requiring a huge pool of highly skilled craft personnel. FutureGen CEO Ken Humphreys stressed that the PLA "is the mechanism that mobilizes that workforce" by providing access to a highly skilled workforce that knows how to work safely, productively and cost-effectively."

*Source: Greg Olson, Unions, FutureGen Ink Deal for Clean-Energy Initiative, Jacksonville (Ill.) Journal-Courier, April 14, 2014, at http://www.myjournalcourier .com/news/home_top-news/1234423/Unions-FutureGen-ink-deal-for-clean-energy-initiative.*

### 2. PLA for $13 Billion South Texas Nuclear Project

- In April 2010, Nuclear Innovation North America LLC (NINA), a company jointly owned by NRG Energy, Inc. and Toshiba Corporation, announced a PLA for construction of two new nuclear units at the South Texas Project in Matagorda County, Texas.

- "Clean reliable nuclear energy is key to meeting the environmental challenges we face as well as reducing our nation's dependence on foreign energy," said Steve Winn, NINA's Chief Executive Officer. "To ensure we can achieve these important goals . . . it is critical that we have a skilled pool of American workers. This agreement and the skilled labor it represents will help make that possible."

*Sources: (1) Press Release, NRG Energy, Inc., Project Labor Agreement with America's Building Trades Unions Announced for South Texas Project Nuclear Power Expansion (Apr. 8, 2010), available at http://finance.yahoo.com/news/ Project-Labor-Agreement-with-bw-1526648672.html?x=0&.v=1; (2) NRG Energy, Inc., South Texas Project Fact Sheet, Jan. 2010, available at http://www.nrgenergy.com/pdf/factsheets/ factsheet_stp1-4.pdf.*

### 3. PLA Construction of Nuclear Unit at Calvert Cliffs Plant

- In 2009, Bechtel Construction Nuclear President Carl Rau described the PLA for this $4 billion massive nuclear project as 'historic" and stressed that the agreement "benefits

26

the entire nuclear industry as it grows to meet the country's increasing demand for clean energy." (Press Release).

- Bechtel further explained that the PLA was valuable because it guaranteed "skilled and qualified workers for the project in exchange for fair wages, benefits and working conditions for those workers." (Pelton).

*Sources: Tom Pelton, Nuclear Power Has New Shape, Baltimore Sun, Dec. 25, 2007, available at, http://articles.baltimoresun.com/2007-12-25/news/ 712250014_1_reactor-nuclear-power-calvert-cliffs.*

---

# Part V: PLA Construction by State Government

---

## ALASKA

**Alaska Gasline Act Paves Way for Massive PLA**

- In an Apr. 2007 *Alaska Economic Trends* article, Governor Sarah Palin promoted a requirement in the Alaska Gasline Inducement Act (AGIA) that a PLA be used on any pipeline that is supported by the Act.

- Governor Palin emphasized that PLAs provide a host of project assurances resulting in fewer cost overruns, no-strike provisions which assure timeliness, opportunities for Alaskans to learn on the job with pay and a bidding process that is open to union and non-union firms alike.

*Sources: (1) Gov. Sarah Palin, The Alaska Gasline Inducement Act and Alaska Hire, Alaska Economic Trends, p. 3 (Apr. 2007), available at http://labor.state.ak.us/trends/apr07.pdf; (2) Office of Gov. Sean Parnell Website, Alaska Natural Gas (Last visited May 21, 2012), at http://gov.alaska.gov/parnell/priorities/alaska-gasline-project/agia.html.*

## CONNECTICUT

**Connecticut Law Safeguards Government Access to PLAs**

- On May 7, 2012, the Connecticut Legislature passed landmark legislation, designated Substitute Senate Bill No. 33, which preserves the right of all public entities in Connecticut to require a PLA for a project when it is determined to be in the public's interest. Governor Dan Malloy, a supporter of PLAs and a chief proponent of the bill, promised to sign the bill when it reaches his desk. (S.B. 33, Business Journal).

- Although public entities are not obligated to include a PLA requirement on a project, the bill identifies numerous benefits associated with PLAs that may persuade them to do so. These include economic and costs benefits, increased access to skilled labor, the prevention of delays, assurances of safety and quality, the promotion of minority and women-owned businesses, and employment opportunities for local residents. (S.B. 33).

- The bill also requires public entities to include in any PLAs they execute elements that are found in most modern-day PLAs. Such elements include procedures for resolving disputes without delays, guarantees against strikes and lockouts, assurances of skilled and experienced labor, hiring goals for apprentices, minorities, women, and veterans, and bidding and selection processes that are neutral on union/non-union affiliation (S.B. 33).

27

*Sources: (1) Amendment No. 4658 to Substitute Senate Bill No. 33 (Approved May, 7, 2012)
(referred to above as "S.B. No. 33"), at http://www.cga.ct.gov/2012/amd/S/pdf/2012SB-00033-
R00SA-AMD.pdf; (2) Staff, CT Legislature Backs Construction Labor Bill, Hartford Business
Journal Online (May 8, 2012), at http://www.hartfordbusiness.com/news23846.html.*

## HAWAII

### Gov. Abercrombie Issues Directive Promoting PLAs on Large Projects

- On May 22, 2012, Governor Neil Abercrombie issued Administrative Directive No. 12-05, which makes it the policy of the State Government to "encourage executive agencies to consider requiring the use of project labor agreements in connection with large-scale construction projects in order to promote economy and efficiency in state procurement." (Directive, Sec. 1).

- The Administrative Directive defines "large-scale projects" as projects valued at $25 million or more. (Directive, Sec. 6(c)). The first five state projects subject to the Directive were collectively valued at about $520 million. (Press Release).

- Under the Directive, agencies may mandate the use of a PLA on a project-by-project basis if they find that it will: "(i) advance the State Government's interest in achieving economy and efficiency in State procurement, producing labor-management stability, and ensuring compliance with laws and regulations governing safety and health, equal employment opportunity, labor and employment standards, and other matters, and (ii) be consistent with the law." (Directive, Sec. 2).

- Explaining the policy basis for this initiative, the Directive notes that construction employers typically lack a permanent workforce, making it difficult to guarantee adequate skilled labor and predictable labor costs and notes that large-scale projects involve multiple employers and that a labor dispute involving any of these employers could derail a project. (Directive, Discussion).

  *Sources: (1) Gov. Neil Abercrombie, Administrative Directive No. 12-05 (May 22, 2012), available at http://hawaii.gov/budget./administrative-directives/AD 12-05 Use of Project Labor Agreements for State Construction Projects.pdf; (2) Office of Gov. Abercrombie, Press Release, Governor Issues Directive for Use of Project Labor Agreements for State Construction Projects (May 22, 2012), at http://hawaii.gov/gov/newsroom/press-releases/governor-issues-directive-for-use-of-project-labor-agreements-for-state-construction-projects.*

## ILLINOIS

### Illinois Capital Development Board adopts PLA for Science Building

- In 2020, the Capital Development Board, which oversees most state civil programs, in Illinois, announced a PLA covering construction work on a new large Health Sciences Building for the Southern Illinois University campus. *Project Labor Agreement,* ILL. CAPITAL DEV. BD. (Apr. 1, 2020),https://www2.illinois.gov/cdb/procurement/SIUE%20Health%20Sciences%20Building/8 25-030-075%20PLA%20Agreement.pdf.

### IL DOT Reports Strong, Positive Results for Over $4.676 Billion in PLAs

- On January 1, 2015, the Illinois Department of Transportation (IDOT) issued a report showing that it has used PLAs to build over $4.676 billion of projects since 2004.

- Notably, data from this report shows IDOT has substantially increased its use of PLAs in recent years, with over $1.09 billion in PLA construction documented in 2014 alone. This was based on the agency's positive experience with these agreements in advancing the state's interests in successful project delivery.

AR0476

- Specifically, IDOT notes that PLAs have "worked exceptionally well throughout the state, by allowing the labor and contractors to interact together to assure a timely completion of our projects." It further notes that these agreements are beneficial in ensuring an adequate supply of high-quality craft persons.

*Source: Illinois Department of Transportation, Project Labor Agreements, Revised Jan. 1, 2015, p. 13, at http://www.idot.illinois.gov/Assets/uploads/files/Doing-Business/ Directories/ Agreements' Highways/Design-and-Environment/Project%20Labor%20Agreements% 20 Official %20Document.pdf.*

## Capital Development Board Reports Over $4 Billion in PLA Work

- In March 2014, the Illinois Capital Development Board, the state government agency responsible for overseeing projects that make up the State's capital improvement plan, issued its latest report on the use of PLAs for these projects. The report notes that the Capital Development Board has used PLAs since 1992, with the first agreement covering construction of the Supermax Prison project in Tamms, Illinois.

- As of March 2014, 354 projects under the Board's jurisdiction, valued collectively at $1.6 billion, have been completed using PLAs.

- The report documents an impressive recent surge in PLA use in Illinois. Specifically, the Board reports 397 active projects under its jurisdiction subject to PLAs with a combined value of over $2.5 billion.

- The palpable reason for the increased use of PLAs is their performance record in the State. As told by the Board, the PLAs have "worked exceptionally well throughout the State by allowing labor and contractors to interact together to assure a timely completion of our projects."

*Source: Project Labor Agreements, State of Illinois Capital Development Board, March 2014, at http://www.cdb.state.il.us/forms/download/PLA%20Manual.pdf*

## PLA Act Promotes Highest Quality at Lowest Cost

- On July 27, 2011, Illinois Governor Pat Quinn signed the Project Labor Agreements Act, which requires State agencies to use a PLA where it is "determined that the agreement advances the State's interests of cost, efficiency, quality, safety, timeliness, skilled labor force, labor stability, or the State's policy to advance minority-owned and women-owned businesses and minority and female employment." (Public Act). At the bill signing ceremony, Quinn stressed the ability of PLAs to ensure that projects are completed "on time, under budget, and in a proper way that encourages the participation of all of our workers . . . ." (Press Release).

- The text of the Act, which was passed by the Legislature as H.B. 2987, cites the State's interests in securing "the highest standards of quality and efficiency at the lowest responsible cost" and in making certain "that a highly skilled workforce [is] employed on public works projects to ensure lower costs over the lifetime of the completed project for building, repairs, and maintenance." Further, the Act notes that PLAs can be used to more accurately predict project costs and are particularly beneficial on complex projects. (Public Act).

- The Act also promotes minority and female participation on public works projects by requiring State agencies adopting a PLA to include goals regarding the number of apprenticeship hours that will be completed by minorities and females on the project in question and to file progress reports concerning the actual participation of these groups. (Public Act).

*Sources: (1) Illinois Public Act 097-0199 (HB 2987 Enrolled), available at http://www.ilga.gov/legislation/publicacts/97/PDF/097-0199.pdf; (2) Office of Gov. Pat Quinn, Press Release, Governor Pat Quinn Signs Legislation to Protect Diversity in State Public Works*

AR0477