*Projects, Jul. 27, 2011, at http://www.illinois.gov/PressReleases/ShowPressRelease .cfm?SubjectID=11&RecNum=9579.*

**Executive Order 2003-13 Requires Evaluation of PLAs for Works and Adoption Where PLA Advances State Interest**

- In 2003, an Executive Order was issued requiring Illinois State agencies to include a PLA on public works where it is determined that a PLA advances the State's interests in terms of cost, efficiency, quality, safety, timeliness, skilled labor, labor stability, or Illinois State policy supporting minority and women-owned businesses and minority and female employment.

- The Executive Order cites the state's compelling interest in securing highest standards of quality and efficiency at the lowest responsible cost on public works projects and the capacity of PLAs to meet these objectives.

*Source: Ill. Exec. Order No. 2003-13 (May 7, 2003), available at http://www.faircontracting.org /NAFCnewsite/pla pdf/Illinois-Executive-Order-on-PLAs-2003.pdf.*

## INDIANA

**Indiana State Law Requires Projects Administered by the State Stadium and Convention Building Authority to Be Built Under PLA**

- Legislation enacted in 2006 requires the Indiana Stadium and Convention Building Authority, as a prerequisite to the issuance of bonds for the construction, improvement, or renovation of facilities, to ensure that each associated contract or subcontract requires a PLA.

*Source: Ind. Code Ann. § 5-1-17-18 (2006), available at http://law.justia.com/indiana/codes /title5/ar1/ch17.html.*

## IOWA

**New Iowa Corrections Projects to Be Covered by PLAs**

- In March 2010, Iowa Governor Chet Culver committed to use PLAs for the construction of the new Iowa State Penitentiary and for improvements to a women's facility. These projects have a combined value of $200 million.

*Source: Mark Wolski, Governor Culver Signs Letter Requiring PLAs for Two Corrections Department Projects, 56 Constr. Lab. Rep. (BNA) No. 2762 at 120 (Mar. 25, 2010).*

**Gov. Culver Signs Executive Order Encouraging Use of PLAs**

- On Feb. 3, 2010, Governor Chet Culver signed pro-PLA Executive Order 22. The order, similar to Obama's E.O. 13502, encourages state agencies to consider using PLAs on state projects costing $25 million or more.

- Gov. Culver's order came in the midst of planning for several important state projects, including projects at two correctional facilities, a veterans' home, and the University of Iowa.

*Source: Mark Wolksi, Culver Signs Executive Order Requiring State Agencies to Consider Using PLAs, 55 Constr. Lab. Rep. No. 2756 at 1589 (Feb. 11, 2010).*

AR0478

## NEVADA

### McCarran Airport Expansion Successfully Completed Under PLA

- In June 2012, the State of Nevada completed its largest public works project ever—a $2.24 billion expansion of McCarran International Airport outside of Las Vegas—on-time and in budget. The project was covered by a PLA and the Clark County Aviation Department, the local entity overseeing its construction, was reportedly "effusive in its praise" of the agreement. (Engineering News and Record; Building Trades Department).

- As told by *Engineering News and Record*, "construction proved tricky with more than 100 contracting companies working simultaneously on multiple phases in close vicinity around a fully operating airport. Despite the size and complexity, the project still finished on time and on budget."

*Sources: Tony Illia, Engineering News & Record, McCarran Prepped for $2.3B Terminal 3 Grand Opening (June 21, 2012), available at http://southwest.construction.com/ southwest construction projects/2012/0621-mccarran-prepped-for-24b-terminal-3-grand-opening.asp; (2) Building and Construction Trades Department, PLA Praise from Construction Owners in Nevada (May 9, 2013), available at http://www.bctd.org/Newsroom/Latest-News/PLA-Praise-from-Construction-Owners-in-Nevada.aspx.*

## NEW JERSEY

### Executive Order Directed Use of PLAs on Public Works

- Governor James McGreevy's first executive order in 2002 required the use of a PLA on a public work project when it was determined that a PLA would advance the state's interests with respect to cost, efficiency, quality, safety, timeliness, skilled labor force, labor stability, and the state's policy to advance minority- and women-owned businesses.

- Among the reasons cited for the order were the state's compelling interests in ensuring the highest standards of quality at the lowest cost and the cost-savings that a highly-skilled workforce produces over time by limiting repairs and maintenance. The order also stated that PLAs allow public agencies to more accurately predict a project's actual cost and are particularly well-suited for larger, more complex projects.

*Source: Governor James McGreevey, Executive Order No. 1 (Jan. 7, 2002), available at http://www.state.nj.us/ infobank/circular/eom1.htm.*

### State Law Encourages Consideration of PLAs for Public Works

- New Jersey statute encourages public agencies to use PLAs; asserts that the State has a compelling interest in carrying out public works projects at the lowest reasonable cost, and with the highest degree of quality, in having disputes resolved without strikes, lock-outs or delays, and in ensuring that public works projects are performed safely.

- Under the law, PLAs are authorized for public works projects on a case-by-case basis where certain requirements are met and when a PLA would advance the interests of the public entity and project in question.

*Source: N.J. Stat. § 52:38-3 (2006), available at http://law.onecle.com/new-jersey/52-state-government-departments-and-officers/38-1.html.*

31

AR0479

## NEW MEXICO

**Gov. Richardson Applauds Use of PLA for $225 Million Hospital Project**

- In Apr. 2004, Governor Bill Richardson published a column applauding the recent decision of the University of New Mexico's Board of Regents to use a PLA to coordinate the $225 million expansion of University Hospital. Richardson said the PLA would achieve three objectives.

- First, Governor Richardson said the PLA would make costs "predictable and stable, saving taxpayer money." Second, the PLA would create quality local jobs. "Without the agreement," he said, "a contractor is free to use out-of-state workers...." Finally, he stated that the PLA would ensure the project is completed on time, which is important given that "[a]ny delay . . . [would] cost UNM—and taxpayers—$14,000 per day in interest."

- Richardson pointed out that PLAs are not new, having been used successfully on important private and federal projects in New Mexico, and that no one—union or non-union—is prevented from bidding the project. "The bottom line," Richardson wrote, "is [that] a project labor agreement for the hospital expansion makes good economic sense."

*Source: Gov. Bill Richardson, Project Labor Agreement is Most Prudent Course, Albuquerque Journal (Apr. 11, 2004), available at http://www.abqjournal.com/opinion/guest columns/ 160518opinion04-11-04.htm.*

## NEW YORK

**Program PLA Announced for Major University Construction Program**

- In March, Governor Hochul announced that the Dormitory Authority of New York (DASNY) would develop a PLA to cover all large-scale projects that DASNY undertakes in Long Island. DASNY is responsible for "hundreds of millions of dollars of construction projects each year." *Governor Hochul Announces Project Labor Agreements for Long Island Public Work Projects*, OFFICE OF GOVERNOR HOCHUL (Mar. 11, 2022), https://www.governor.ny.gov/news/governor-hochul-announces-project-labor-agreement-long-island-public-work-projects.

**PLA Adopted for $5.4 Billion NY Tappan Zee Bridge**

- In July 2012, the New York State Thruway Authority's Board of Directors unanimously approved a PLA for the rebuilding of the Tappan Zee Bridge. This massive, $5.4 billion project requires upwards of 15 different crafts and was one of 14 projects the White House identified as national infrastructure priorities meriting expedited permitting consideration. (Cohen).

- According to the Thruway Authority, the project will be built using the Design-Build delivery model and be subject to an "aggressive, consolidated schedule." Use of a PLA is projected to produce $452 million in cost savings, owing to the PLA's provision of uniform work rules, safeguards against delays, and efficiency-oriented measures covering 10 hour work days, lower shift differentials, alternative dispute resolution procedures, early arrival and other matters. (Thruway Authority).

- The Tappan Zee Bridge rebuild is expected to add 45,000 jobs to the regional economy. The PLA includes provisions to ensure that disadvantaged business enterprises, minority and women owned businesses and small businesses have the chance to work on the project and share in the economic benefits. (Cohen; Thruway Authority).

*Sources: (1) Stephanie Cohen, New York Thruway Authority Approves PLA for Tappan Zee Bridge Rebuild, 58 Constr. Lab. Rep. (BNA) No. 2876 at 639 (July 19, 2012); (2) New York State Thruway*

AR0480

*Authority, The "New" New York Bridge: Project Support Materials for TIFIA Financing Request (Sep.
5, 2012), at http://www.newnybridge.com/documents/study-documents/tifia-presentation-sep5.pdf*

**PLAs Required for Large SUNY 2020 Challenge Program Projects**

- On Dec. 7, 2011, the New York State Assembly approved legislation–A.B. 40002-2011 and S.B.
  50002-2011–which requires the use of a PLA on capital projects over $30 million and undertaken
  pursuant to the State University of New York (SUNY) 2020 Challenge Program, provided a study
  shows cost savings attributable to the PLA. (December Bill).

- The SUNY 2020 Challenge Program, established in June 2011, makes available $140 million
  in capital funding to the SUNY System's four University Centers at Buffalo, Stony Brook,
  Binghamton, and Albany.   Under the original bill establishing the Program, PLAs were
  encouraged but not required on large-scale projects.  (Press Release; Original Bill).

*Sources: (1) Senate Bill 50002-2011 & Assembly Bill 40002-2011 (Signed Dec. 9, 2011)
("December Bill"), at http://open.nysenate.gov/legislation/bill/S50002-2011; (2) New York State
Senate, Majority Press Release, Senate Passes NY-SUNY 2020 Challenge Grant Legislation
(Jun. 24, 2011), at http://www.nysenate.gov/press-release/senate-passes-ny-suny-2020-
challenge-grant-legislation; (3) Senate Bill 5855-2011 & Assembly Bill 8519-2011 ("Original
Bill"), at http://m.nysenate.gov/legislation/bill/S5855-2011.*

**Albany Capital Center To Be Built Under PLA**

- In September 2014, the Albany Convention Center Authority (ACCA) approved a PLA for the
  construction of the Albany Capital Center, a 82,000 square foot convention center on Eagle
  Street in downtown Albany.

- "Governor Cuomo's clear message is to deliver the Capital Center in the most resourceful
  manner so as to maximize the investment made on behalf of New York State," said ACCA
  Chairman Gavin Donohue. "This PLA accomplishes that goal while providing protection for all
  parties involved in the construction process should any potentially costly or time consuming
  issues arise."

- According to the ACCA, the PLA was "negotiated to bring uniformity to the project and provide
  cost effective and efficient construction throughout the duration of the project." It is projected to
  yield over $400,000 in cost savings.  The PLA also includes provisions to assure the participation
  of minority and women-owned businesses and meet equal employment opportunity goals.

*Source: Press Release, Albany Convention Center Authority, Project Labor Agreement
Authorized for Capital Center, Sept. 26, 2014, available at http://www.accany.com/news/14-09-
26/Project Labor Agreement Authorized for Capital Center.aspx.*

**Gov. Pataki Executive Order Required State Agencies to Consider PLAs for Public
Construction Contracts**

- On February 12, 1997, Governor George Pataki issued an Executive Order requiring state
  agencies to consider use of PLAs for public construction contracts, stressing that PLAs are "one
  of many tools which may be used by management and labor to promote the timely completion
  of public construction projects while limiting their costs."

*Source: Press Release, Office of Gov. George Pataki, Governor Pataki Announces Project Labor
Agreements (Feb. 12, 1997), available at http://worldcat.org/arcviewer/1/AO%23/2007/01/12/
0000057321/viewer/file7165.html.*

33

AR0481

## RHODE ISLAND

**Independent Committee Recommends PLA for $50 Million Courthouse**

- In a December 2003 article, construction journalist Peter Cockshaw discusses a legislative battle that occurred in Rhode Island over whether to use a PLA for a $50 million courthouse construction project. According to Cockshaw, PLA proponents prevailed because they, unlike PLA opponents, produced actual data on the benefits of PLAs and their successful use in the State.

- An independent committee tasked with making recommendations on whether to use a PLA was "unable to determine a single instance in which [Rhode Island] PLA projects were not completed in a timely manner or within budget. Several were completed early and/or under budget."

*Sources: (1) Peter Cockshaw, Independent Study Group Recommends PLA, Cockshaw's Construction Labor News & Opinion 33(12), Dec. 2003, at 7-8 (on file with authors); (2) Gregory A. Mancini, Testimony Regarding The Benefits of Implementing a PLA for Construction of the New Kent County Courthouse, Aug. 20, 2003, available at http://www.buildri.org/contentmgr/showdetails.php/id/2000.*

## WASHINGTON STATE

**Gov. Lowry Order Encouraging Use of PLAs on Public Works Projects**

- In December 1996, Governor Mike Lowry issued an executive order requiring state agencies to consider PLAs on a project-by-project basis for public works where a PLA will promote labor stability and advance the state's interest in cost, efficiency, safety, timeliness, promoting women-owned and minority-owned businesses, and other project-specific factors.

- Governor Lowry's order points out that the State has a compelling interest in securing the highest quality and efficiency at the lowest reasonable costs and states that PLAs can be used to advance these interests.

*Source: Wash. Exec. Order No. 96-08 (Dec. 6, 1996), available at http://www.governor.wa.gov/execorders/eoarchive/eo96-08.htm.*

---

# Part VI: PLA Construction by Local Government

---

### 1. San Jose Utilizes PLAs for Public Works Over $3 Million

- The city of San Jose CA developed a PLA Program to cover public works construction projects in excess of $3 million.

Source: *Citywide Project Labor Agreement for the City of San Jose*, CITY OF SAN JOSE (Mar. 28, 2019), https://www.sanjoseca.gov/home/showpublisheddocument/57978/637242683585770000.

### 2. NYC Again Extends City-Wide PLA Program

- New York City, which has used PLAs to facilitate successful delivery of its public construction projects since at least 2009, again renewed and extended this PLA Program in 2020  The most recent version of the PLA model for this program were signed in 2020 and include new provisions relating to increasing opportunities for individuals from economically disadvantaged communities.

34

AR0482

- Further, the Mayor's Office estimates that these provisions will create approximately 1,300 construction jobs in low-income communities for every $1 billion invested in construction.

  Kim Slowey, *NYC announces new PLAs, community hiring initiative*, CONSTR. DIVE (Aug. 18, 2020), https://www.constructiondive.com/news/nyc-announces-new-plas-community-hiring-initiative/583681/; *Project Labor Agreements*, N.Y.C. MAYOR'S OFFICE OF CONTRACT SERVS. (last visited Oct. 17, 2022), https://www1.nyc.gov/site/mocs/legal-forms/project-labor-agreements.page.

## 3. Mayor de Blasio Announces $8 Billion in PLA-Covered Projects

- On June 4, 2015, New York City Mayor Bill de Blasio announced several new project labor agreements covering $8 billion of construction projects, which are projected to "save the City over $347 million."

- The PLAs and the City's Memorandum of Understanding ("MOU") renew efforts to increase job opportunities for local residents, veterans, women, and minorities. The MOU contains a goal for 55 percent of apprentice slots to be filled by NYC public high school graduates that have completed certain pre-apprenticeship courses, "returning veterans referred by New York City Helmets to Hardhats, women graduates of Nontraditional Employment for Women, NYCHA and Section 8 residents and employees of certain certified [Minority and Women-Owned Business Enterprises]."

- "We are using every tool we have to reduce inequality in this city, and today's agreement will ensure that the City will create good-paying jobs while managing our City projects in a cost-effective and fiscally responsible manner," said Mayor de Blasio.

  *Source: Press Release, De Blasio Administration Announces Labor Agreements on Public Projects to Reduce Costs, Increase Opportunity for City's Minority and Women-Owned Business Enterprises, June 4, 2015, at http://www1.nyc.gov/office-of-the-mayor/news/369-15/de-blasio-administration-labor-agreements-public-projects-reduce-costs-increase.*

## 4. Mayor Bloomberg Announces Public Project PLAs Covering $5.3 Billion of Construction and Yielding Savings of Nearly $300 Million

- On November 24, 2009, Mayor Michael Bloomberg announced the establishment of four PLAs covering  major public projects in New York City. Collectively, the PLAs govern $5.3 billion in construction and 32,000 jobs, and will save nearly $300 million over the next four years.

- Among other things, the PLAs provide standardized work rules and include provisions to guarantee the participation of minorities, women, returning veterans, and recent high school graduates of City public schools.

  *Source: Office of Mayor Michael Bloomberg, Press Release, Mayor Bloomberg Announces Labor Agreements on Public Projects to Reduce Costs, Spur Projects, and Create Jobs (Nov. 24, 2009), at http://www.nyc.gov/html/om/html/ 2009b/pr509-09.html.*

## 5. PLA Approved for $1.5 Billion Treasure Island Transformation

- In Spring 2014, the San Francisco Building & Construction Trades Council finalized a PLA with the Treasure Island Development Corporation that will govern the $1.5 billion transformation of Treasure Island into one of the most eco-friendly communities in American history.

- The 404-acre island, which once housed a naval base, will include an abundance of new commercial and residential infrastructure, over 300 acres of public parks and open space, and a ferry terminal to go along with other new transportation options for island residents and visitors.

- The transformation is expected to take about 20 years to complete and generate 2,000 construction jobs annually along with 3,000 permanent jobs. The PLA includes goals for 50 percent of jobs to go to San Franciscans and 25 percent to go to low income or formerly homeless San Franciscans.

AR0483

*Source: PLA Approved for Treasure Island Development (March 1, 2014), at http://www.sfbuildingtradescouncil.org/news/top-stories/70-pla-approved-for-treasure-island-development*

### 6. Port of Oakland PLA Supports Local Workers and Businesses

- In January 2016, the Oakland Board of Port Commissioners reaffirmed its commitment to supporting local workers and businesses by renewing its Maritime and Aviation Project Labor Agreement (MAPLA). (Press Release)

- The MAPLA was adopted in 2000 to cover public infrastructure projects in the Port's Aviation and Maritime areas. The MAPLA has been extended many times, and now it applies through January 31, 2021. (Press Release; Progress Report 2013 p. 2)

- In October 2013, the Oakland Board of Port Commissioners received a progress report on local hiring and apprentice and business utilization goals under the MAPLA. According to the progress report, the MAPLA's local hire program has served as a catalyst for local hiring, apprenticeship training and the utilization of local companies. In addition, over the life of the MAPLA, nearly 59 percent and 10 percent of work hours have been performed by area residents and apprentices, respectively, while more than 90 percent of all covered contracts had been issued to businesses in the area. (Progress Report 2013 pp. 4 & 9)

- The report stated that local hiring and apprentice utilization would have been even higher but for the fact that there are multiple PLAs in the area with local hiring programs drawing from the same pool of workers. (Progress Report 2013 p. 4)

- In November 2015, the Board received another progress report, which once again affirmed the success of the MAPLA. The report showed MAPLA's local hire program served as a critical tool for creating local jobs. As of June 2015, over the life of the MAPLA, 59 percent and nearly 10 percent of work hours had been performed by area residents and apprentices, respectively. (Progress Report 2015 p. 4)

- The report also highlighted that "[t]he Unions have worked to dispatch the skilled workforce that the Port sought as part of its effort to ensure sound, on-budget and on-time construction of its projects." In addition, it recognized that its "partnership with the various Unions affiliated with the Building and Construction Trades Council of Alameda County (AFL-CIO) plays a crucial role in achieving the local-hire goals of the MAPLA." (Progress Report 2015 pp. 3 & 5)

- The revised MAPLA seeks to continue its success with local hiring and apprenticeship training, including provisions for increasing apprentice opportunities for disadvantaged workers, hiring veterans, and increasing local hiring. (Press Release; Port of Oakland Maritime and Aviation Project Labor Agreement)

- The Port's Director of Social Responsibility Amy Tharpe stated the goal of the revised MAPLA was "to strengthen the Port's role in promoting local hiring and growing a pipeline of future talent in the construction and building trades. . . . The future of the construction industry depends on strong partnerships between industry, labor, and the communities they serve to build a workforce that creates good, family-sustaining jobs for workers." (Press Release).

- The report also points to the absence of labor disruptions and the resolution of disputes under the MAPLA's resolution provisions. (p. 2)

*Source: (1) Port of Oakland Maritime and Aviation Project Labor Agreement Progress Report Summary: July 1, 2012 to June 30, 2013, Presented to the Oakland Board of Port Commissioners October 2013, available at http://www.portofoakland.com/pdf/responsibility/MaplaReport_July12June13.pdf; additional MAPLA reports at http://www.portofoakland.com/responsibility/; (2) Port of Oakland, Press Release, Oakland Port Commission renews Project Labor Agreement, Jan. 29, 2016, at*

AR0484

*http://www.portofoakland.com/press-releases/press-release-497/; (3) Port of Oakland, \*Revised\* Maritime and Aviation Project Labor Agreement (MAPLA) Frequently Asked Questions, Apr. 20, 2016, available at https://www.portofoakland.com/files/PDF/responsibility/FAQ%20MAPLA% 202016%204.20.16.pdf; (4) Port of Oakland Maritime and Aviation Project Labor Agreement, Feb. 1, 2016, available at https://portofoakland.legistar.com/View.ashx?M=F&ID=4215994&GUID =5FECB356-5DE1-423A-80BB-495B0E80B953; (5) Port of Oakland Maritime and Aviation Project Labor Agreement Progress Report Summary: July 1, 2014 to June 30, 2015, Presented to the Oakland Board of Port Commissioners November 2015, available at http://www.portofoakland.com/files/PDF/MaplaReport_2014-15.pdf.*

## 7. PLA Used to Build $56 Million Stadium in Downtown Hartford

- In February 2015, construction of a $56 million minor league baseball stadium in downtown Hartford got underway. A quasi-public municipal authority was formed to own and finance the stadium. The City of Hartford will lease the stadium from the authority and sublease it to the tenant, the New Britain Rock Cats, a Double-A affiliate of the Colorado Rockies.

- A PLA will be used to build the 9,000-capacity stadium, which will feature 18 luxury suites, two party decks, a state-of-the-art fan interactive area, and other amenities. In addition to housing the Rock Cats, the stadium will be used as a year-round venue for concerts and other events.

*Source: Jenna Carlesso, Shovels Hit the Ground at Stadium Site in Hartford, Hartford Courant, Feb. 17, 2015, available at http://www.courant.com/community/hartford/hc-hartford-stadium-ground breaking-0218-20150217-story.html.*

## 8. Seattle Adopts Citywide PLA to Boost Disadvantaged Worker Hiring

- In January 2015, the Seattle City Council unanimously approved an ordinance mandating the use of PLAs for any construction project costing over $5 million. The ordinance calls for at least 20 percent of labor hours are worked by to "priority workers"—those from local zip codes with high concentrations of residents that are unemployed, lack college degrees or live below the poverty level—by 2016. The ordinance calls the 20 percent threshold to be increased to 40 percent by 2025. (Ordinance).

- The ordinance identified numerous policy reasons for the PLA. The Council cited its support of apprenticeship and pre-apprenticeship training programs as effective vehicles to educate and employ residents, particularly minority and disadvantaged residents. In addition, the Council noted that the City used a PLA on the Alaskan Way Seawall Replacement Project and achieved successful outcomes with respect to providing employment opportunities for women, racial minorities and those from economically distressed areas as defined by zip code. (Ordinance).

- The Council appointed a Construction Careers Advisory Committee (CCAC) to advise it on ways of increasing construction career opportunities for underrepresented workers. The Council also commissioned a number of studies and analyses to assist it and the CCAC in its fact-finding. The CCAC ultimately recommended the PLA. (Ordinance).

- Councilmember Sally Clark described the cost benefits of the PLA as follows: "There is a huge upfront cost if you don't decide to [negotiate] a PLA. The PLA allows you to piggyback on the existing union outreach, training, and dispatch system . . . [while] prevent[ing] us from recreating a wheel that already exists, and provid[ing] a level playing field and very clear expectations across a whole range of contractors." (Shukovksy).

*Source: Seattle City Council, Ordinance No. 124690 (approved Jan. 20, 2015), available at http://clerk.seattle.gov/~archives/Ordinances/Ord_124690.pdf; Paul Shukovksy, Seattle Council Passes Ordinance Requiring PLAs to Boost Hiring in Disadvantaged Areas, BNA Labor Relations Week, Vol. 29 No. 192 (Jan. 23, 2015).*

AR0485

**9.  PLA Credited in Local Hiring Success on Lorain Sewer Project**

- In April 2014, a mile-long tunnel was carved under downtown Lorain, Ohio as part of a larger $60 million effort to create a storm water overflow reservoir. The project is covered by PLA and the PLA is credited with helping to meet the City's ambitious policy calling for a workforce comprised of at least 75 percent local residents. (Morning Journal).

- The policy posed a particular challenge due to the specialized nature of the tunnel work. However, according to Mark Hendrick of Walsh Construction, the general contractor, "the local unions [charged with training and referring workers under the PLA] really stepped up and worked with us to get appropriately trained people." (Construction Today).

  *Sources: (1) Richard Payerchin, Big Dig tunnel machine reaches northern destination, The Morning Journal, April 29, 2014, at http://www.morningjournal.com/general-news/20140430/ lorains-big-dig-tunnel-machine-reaches-northern-destination; (2) Marta Jiménez-Lutter, Walsh Construction – The Black River Tunnel Project, Construction Today, 2014, at http://www.construction-today.com/index.php/sections/civil/1262-walsh-construction-the-black-river-tunnel-project.*

**10. $1.48 Billion Brightwater PLA Benefits Workers and Community**

- In June 2005, King County Councilmember Carolyn Edmonds announced the Council's approval of a PLA for construction of Brightwater wastewater treatment facility, a project worth $1.48 billion.

- "We can't afford cost overruns or delays on the very tight schedule this project is under," Edmond stated. "The PLA can help prevent both."  She also noted that, under the PLA, workers will be afforded a livable wage, health and retirement benefits and safe working conditions.

  *Sources: (1) Press Release, Councilmember Carolyn Edmonds, Brightwater Project Labor Agreement Benefits Workers, Community (Jun. 20, 2005), at http://your.kingcounty.gov/council/news/2005/0605/ CE Brightwater PLA.htm; (2) King County Dep't of Natural Resources & Parks, Wastewater Treatment Division, Project Labor Agreement for Brightwater Conveyance System (Jun. 20, 2005), at http://www.seattlebuildingtrades.org/agreements/Brightwater%20Conveyance%20PLA.PDF.*

**11. Citing PLAs as "Best Path to Success" Towards Goals, Los Angeles Community Redevelopment Agency Reports $1.44 Billion in PLAs**

- In October 2009, the Community Redevelopment Agency of Los Angeles presented "Project Labor Agreements: The Los Angeles Experience" to the Department of Energy Contractor Attorneys' Association.  The Agency cited data showing that the "PLA is the best path to success" in fulfilling its goals on public works of strengthening the L.A. economy through local investment and expanding opportunities for disadvantaged workers.

- Under the Agency's Construction Careers Policy, PLAs are required for public improvements of $500,000 or more, projects on Agency land, and projects in which the Agency invests $1 million or more. The PLAs and Policy call for 30 percent of work hours and 30-40 percent of apprentice hours to be worked by community or high-unemployment area residents, and for 10 percent of hours to be performed by disadvantaged workers.

- According to the Agency, the public interests served by PLAs include: safe and quality construction delivered on time and on budget; rebuilding the middle class; expanding opportunity for minorities; improving the tax base and encouraging community reinvestment; decreasing the reliance of residents on public assistance; and building a trained workforce.

- As noted, the data presented by the Agency attests to their success in using PLAs to advance these interests. At the time of the presentation, there were 23 PLA projects worth $1.44 billion in Los Angeles.  Among other benefits highlighted by the Agency: 30.55 percent of work hours on PLA

AR0486

projects were performed by local residents; almost $50 billion in wages and benefits had been reinvested back into the Los Angeles economy; and average contractor bids and contract awards in recent years had consistently come in below the engineer's bid estimates:

*Source: Community Redevelopment Agency of the City of Los Angeles, Project Labor Agreements: The Los Angeles Experience, 2009 DOECAA Conference Presentation.*

## 12. San Francisco 49ers to Build New $1 Billion Stadium Under PLA

- On Feb. 28, 2012, the National Football League's San Francisco 49ers announced that they had entered into a PLA to facilitate the construction of a new $1 billion, 68,500-seat stadium on land leased from the City of Santa Clara. The project will employ thousands of local workers.

- 49ers CFO Larry McNeill said the PLA was essential to ensuring the highest quality product. "Everything we do within the 49ers is based on quality and performance," he said. "We have very high expectations for the new stadium, and this PLA gives us confidence that we will have a quality job that will come in on time and on budget."

*Source: State Building & Construction Trades Council of California, Press Release, PLA Finalized for New 49ers Stadium (Feb. 28, 2012), available at www.sbctc.org/doc.asp?id=4085.*

## 13.  Minnesota Vikings Choose PLA to Build $1 Billion New Stadium

- On Feb. 6, 2012, the Minnesota Vikings and the Minneapolis Building & Construction Trades Council announced that a PLA will be used to build the team's new stadium, if it is constructed in Minneapolis. The stadium would be the largest construction project in state history.

- Assuming Minneapolis is selected for the stadium site, state and local government officials will still need to finalize additional details, including financing for the project and the share of the project costs that will borne by Minnesota taxpayers and the Vikings organization.

*Source: Mark Wolski, Minnesota Unions Tout Deal For Labor Agreement on Vikings Stadium, 57 Constr. Lab. Rep. 2855 (Feb. 16, 2012), at 1603.*

## 14. NYC Department of Environmental Protection Announces $1 Billion PLA

- On May 9, 2012, the New York City Department of Environmental Protection ("DEP") announced that $1 billion in repairs to the Rondout-West Branch Water Tunnel, which carries 50 percent of New York City's water supply, would be completed under a PLA.  DEP made its decision to use the PLA after determining that the PLA would provide the City with "the best work . . . at the lowest possible price while minimizing the impacts of delay and providing savings in labor costs[.]."

- DEP specifically projects that the PLA will save New York City up to $23 million while creating approximately 160 local jobs.  In addition, DEP states that the PLA will bring needed coordination to a project that would otherwise be subject to 18 different local collective bargaining agreements. By providing "a unified approach" to such matters as shift schedules and holidays—and by incorporating such mechanisms as a Worker's Compensation Alternative Dispute Resolution Program—the PLA will protect the Tunnel project from costly delays and disruptions.

- "Repairing the leaks in the Rondout-West Branch Tunnel is DEP's top priority for construction in our water supply system and it is essential that we make this critical infrastructure improvement on schedule and on budget," DEP Commissioner Carter Strickland said. "This Project Labor Agreement illustrates how we can work together to ensure the future capacity of the Delaware Aqueduct at the lowest possible cost to the city while also creating vital construction jobs."

*Source: NYC Dep't of Environmental Protection, Press Release, DEP Signs Project Labor Agreement on Construction of Rondout-West Branch Bypass (May 9, 2012), at http://www.nyc.gov/html/dep/html/press_releases/12-29pr.shtml.*

39

**15. Cleveland Promotes Local Hiring Through Use of Community Workforce Agreements**

- In March 2013, Jobs for the Future, GreenWays and the AFL-CIO Working for America Institute issued a report on the value of Community Workforce Agreements (CWAs), a type of PLA designed to provide jobs and career training to local residents, including minorities and women. The City of Cleveland's use of CWAs was highlighted in the report.

- Since 2007, Cleveland has utilized CWAs on a number of large city projects. The CWA for University Hospital, a $1 billion project started in 2007, has been particularly impactful because of the scale of work involved. It includes a requirement that city residents comprise at least 20 percent of project labor. A 2010 survey found that the contractors not only met the 20 percent goal on the University Hospital Project, but have maintained thereafter a workforce comprised of at least 20 percent city residents.

- The CWA also leverages a program called the Union Construction Industry Partnership Apprenticeship Skills Achievement Program (UCIP-ASAP) to provide city residents with pre-apprenticeship training en route to placement in apprenticeship programs and jobs on the University Hospital Project. Since 2003, over 390 people have graduated from the UCIP-ASAP Program, and over half of them found jobs despite the weak economy.

*Source: Community Workforce Agreements: Pathway to Career Opportunities, Jobs for the Future/GreenWays/AFL-CIO Working for America Institute (March 2013), 7-8, available at http://www.iff.org/sites/default/files/publications/ CommunityWorkforceAgreements 030413.pdf.*

**16. Port of Long Beach Approves PLA for Phase 1 of $750 Million Project**

- In a unanimous March 1, 2010 decision, the Port of Long Beach Board of Commissioners voted to adopt a PLA for the initial phase of a six year, $750 million port modernization effort. The initial phase will be approximately 15 months and employ 1,000 to 1,200 workers.

- The Board is using this initial phase to "test" the PLA concept, and considering a PLA for the entire six-year project if successful.

*Source: Tom Gilroy, Long Beach Port Approves PLA to Cover First Phase of Port Modernization Project, 56 Constr. Lab. Rep. (BNA) No. 2760 at 60 (Mar. 11, 2010).*

**17. PLA to Govern $500 Million Transformation of Alameda Point**

- In June 2015, the Alameda City Council approved a $500 million project that will transform 68 acres of property that formerly belonged to the U.S. Navy into a waterfront community of homes, businesses and parks.

- In addition to the housing and commercial buildings, the project will involve the replacement of aging infrastructure and the construction of a new sewer line that will run from Main Street through the redevelopment site to an existing pump station on the northern edge of Alameda Point. The project is expected to generate 2,570 construction jobs and 1,472 permanent jobs. All of the construction work will be covered by a PLA.

- The infrastructure work is set to begin in July 2016. The overall project will be built in three five-year phases and should be completed by 2030.

*Source: Peter Hergarty, Alameda: $500 Million Waterfront Project Approved, San Jose Mercury News, Jun. 17, 2015, available at http://www.mercurynews.com/ ci 28332031/alameda-500-million-waterfront-project-approved.*

**18. D.C. United and D.C. Officials Sign PLA for $300 Million Stadium**

- On September 10, 2013, D.C. Mayor Vincent Gray and Major League Soccer's D.C. United announced a new $300 million stadium for the team would be built under a PLA. The project is

AR0488

being jointly funded by the team and the D.C. government and the PLA is designed to prevent disruptions and ensure that most of the project work is performed by D.C. workers and D.C. businesses, including small and minority concerns.

- The PLA negotiated by the parties is similar to the PLA that governed the construction of the Washington Nationals ballpark. That project was completed in 24 months and featured 52 percent D.C.-based business involvement and 82 percent local resident participation. The District's Department of Employment Services was tasked with overseeing the local hire and apprenticeship requirements, as well as contractor compliance.

- D.C. United Chief Operations Officer Michael Williamson expressed his full support for the PLA, pointing out that it "provides employment opportunities for District residents and expands business opportunities for local, small and disadvantaged companies in the District."

*Source: (1) Press Release, Mayor Vincent C. Gray, DC United and National Unions Sign Project Labor Agreement for Soccer Stadium, Office of the Mayor, District of Columbia, Sept. 10, 2013, at http://mayor.dc.gov/release/mayor-vincent-c-gray-dc-united-and-national-unions-sign-project-labor-agreement-soccer.*

### 19. King County Approves PLA for Hundreds of Millions in Projects

- In early 2002, members of the Metropolitan King County Council announced that, as part of their pledge to pursue responsible government upon taking office, they would be expanding the use of PLAs in the county.

- The Council recommended a PLA for a $257 million Harborview Medical Center upgrade, citing the benefits and long history of PLA construction, as well as their responsibility to protect taxpayers' financial interests.

- The Council emphasized that the benefits of PLA use include set terms and conditions on wages, benefits and hours, coordination among workforce factions, and fair and rapid dispute resolution. In addition, the Council points out that the PLA also acts as an insurance policy against disruptions of the critical life saving functions of the Medical Center.

- They also note that companies that have used PLA-construction as a project delivery tool include GM, Ford Motor Company, British Petroleum, Walt Disney, Toyota, Humana, Budd Company and UPS.

*Source: Cynthia Sullivan and Larry Phillips, Project-Labor Agreements: Effective Safeguards, The Seattle Times, May 1, 2002, available at http://community.seattletimes.nwsource.com /archive/?date=20020501&slug=pla01.*

### 20. Solano County Government's $113.5 Million 'Smart-Growth' Consolidation Effort Succeeds on Fast-Track Schedule Under PLA

- In July 2005, Solano County brought 16 departments from 15 different locations together under one roof, a Government Center, as part of a $113.5 million 'smart-growth' consolidation effort, which represented the largest such undertaking in the 155 year-old county's history.

- The project's fast-track schedule was achieved in part because of a PLA. The project logged 400,000 man-hours over 2.5 years without a single lost-time injury. Since 80 percent of the workforce came from local hiring halls or referral system, the project costs were reinvested into the community.

*Source: Tony Illia, Government Center Blends Bridging, CM and PLA, Design Build, May/June 2005, at 10, available at http://designbuild.construction.com/features/archive/2005/0506_ cover.asp.*

41

AR0489

**21. PLA to Be Used for Sewer Rehabilitation Project in Canton**

- In January 2014, the City of Canton completed the bidding process for the construction portion of a sewer rehabilitation project at its Water Reclamation Facility. The winning bid for the general contract came in several million dollars below the engineer's estimate, at $46.24 million.

- The City is requiring the project to be built under a PLA in order to, among other things, promote local employment, ensure that workers receive prevailing wages, and prevent work stoppages.

*Source: Matthew Rink, Canton's Sewer Plant Project Will Cost Less Than Expected, The CantonRep, January 21, 2014, at http://www.cantonrep.com/article/20140121/News/140129875/?Start=1.*

**22. Juneau Assembly Reaffirms Support for Maximum Use of PLAs**

- In October 2013, the Juneau, Alaska Assembly unanimously passed a motion reaffirming the "longstanding city policy to use [PLAs] to the fullest extent of the law." Juneau Assemblyman Jesse Kiehl described the benefits of the city's pro-PLA policy as follows: "When you look at our very large projects—our projects over $10 million—the on-time performance of projects with a PLA is dramatically better, it's night-and-day better than those without."

*Source: Casey Kelly, Juneau Assembly Unanimously Confirms Support for Project Labor Agreements, KTOO, October 15, 2013, at http://www.ktoo.org/2013/10/15/juneau-assembly-unanimously-confirms-support-for-project-labor-agreements/*

**23. NBA's Sacramento Kings Use PLA to Build Local Career Pipeline**

- In April 2014, the Sacramento Kings announced that a Community Workforce Pipeline Program would be implemented in conjunction with the construction of its new $477 million stadium. Roughly half of the project financing will come from the City of Sacramento. (Press Release; Lillis).

- The Program will be implemented by a Community Workforce & Training Agreement (CWTA)—a community-oriented PLA—between the Kings, Turner Construction and the Sacramento-Sierra Building Trades. (Turner).

- One notable feature is a Priority Apprenticeship Program that allows at least 70 individuals from high-need backgrounds and areas to enroll in a apprenticeship program right away or after initial training. (Press Release).

- The CWTA also calls for least 20 percent of work hours to be performed by apprentices and for at least 70 percent of apprentices and at least 60 percent of all workers to be local residents. Moreover, the CWTA will leverage the Helmets to Hardhats Program to create opportunities on the project for military veterans. (Turner).

- Apart from these local hiring and training provisions, the CWTA includes features found in most PLAs, including "no strike" and "no lockout" guarantees, labor-management cooperation provisions, and a bidding process that is open to union and non-union contractors alike. (Turner).

- "The Kings are proud to lead this extraordinary coalition of business, labor, government, community and faith leaders working to create quality jobs," Kings President Chris Granger said. "Today is a great example of why this project is bigger than basketball. We are honored to be in a position to provide what could become a once-in-a-lifetime opportunity for deserving individuals to launch a new career and pathway to the middle class." (Press Release).

*Sources: (1) Press Release, Sacramento Kings Announce 'Community Workforce Pipeline' to Promote Job Opportunities at New Arena, Apr. 23, 2014, available at http://www.nba.com/kings/news/release/042314; (2) Ryan Lills, Sacramento Kings Recruiting Low-Income Workers for Arena Construction, City Beat, April 23, 2014, at http://www.sacbee.com/2014/04/23/6347395/sacramento-kings-recruiting-low.html; (3) Turner Construction, Community Workforce & Training*

AR0490

*Agreement FAQs, at http://i.cdn.turner.com/ nba/nba/.element/media/2.0/teamsites/kings/ CWTAFAQ.PDF.*

### 24. City of Long Beach Approves 5-Year City-Wide PLA

- In April 2015, Long Beach City Council unanimously approved a historic 5-year PLA. Projects being built under a city of Long Beach contract must be built under the PLA if the contract value exceeds $500,000.

- The PLA advances important public policy goals related to local hiring, calling for 40 percent of work hours to be performed by local residents and 10 percent to be performed by local veteran and low-income residents.

- The PLA also memorializes a partnership between the Los Angeles/Orange Counties Building Trades Council, Long Beach City College and the Pacific Gateway Workforce Investment Network to provide residents with access to craft training and work experience in preparation for careers in the trades.

*Source: Project Labor Agreement By and Between the City of Long Beach and Los Angeles/Orange Counties Building and Construction Trades Council, available at http://www.longbeach.gov/uploadedfiles/pages/departments/finance/business info/resources/2015 %200526%20copy%20of%20approved%20pla.pdf.*

### 25. Sonoma County Policy Requires PLA on Projects Over $10 Million

- In January 2014, Sonoma County's Board of Supervisors unanimously approved a policy requiring a PLA to be used on public works over $10 million.

- Each PLA executed pursuant to the policy will include targets for 70 percent of workers to come from Sonoma and surrounding counties. In addition, the PLA will leverage pre-apprentice and technical training programs to increase the availability of skilled labor for future projects.

- Projects immediately subject to the policy include a $68 million corrections center, a $60 million airport terminal, and a $25 million county facilities plan.

*Source: Dan Verel, Sonoma County Supervisors Approve Project Labor Agreement Policy, North Bay Business Journal, January 28, 2014, at http://www.northbaybusinessjournal.com/86599/ sonoma-county-supervisors-approve-pla-policy/.*

### 26. PLA Signed for Final Leg of American Dream Meadowlands Project

- On April 28, 2014, the Bergen County Building & Construction Trades Council and developer Triple Five announced a PLA covering the last leg of construction of the American Dream Meadowlands Complex, which will feature, among other things, an amusement park, an indoor water park, performance venues, and North America's only indoor ski facility.

- The project had been stalled due to financing issues, multiple changes that the New Jersey Sports and Exposition Authority made in project developers, and litigation between the NFL's Giants and Jets and the current developer, Triple Five, over traffic congestion and other issues.

- A study commissioned by Triple Five estimates that the project, which is being financed with a mix of public and private funds and is valued at over $2 billion, will create 8,900 jobs over the construction period and 35,000 permanent jobs upon completion. 55 million annual visitors are expected to bring in about $3.8 billion in economic benefits each year.

*Source: Christie Joins Bergen Construction Trades Council in East Rutherford For American Dream Labor Agreement Signing, Bergen Dispatch, April 28, 2014, at http://www.bergendispatch.com/ default.aspx?p=articles&news=33556093&title=Christie-Joins-Bergen-Construction-Trades-Council-In-East-Rutherford-For-American-Dream-Labor-Agreement-Signing*

AR0491

27. **Bayonne City Council Unanimously Approves Citywide PLA**

- In June 2015, the Bayonne City Council unanimously approved a resolution authorizing Mayor James Davis and City Clerk Robert Sloan to sign a PLA that will apply to all city projects valued in excess of $5 million.

- Mayor Davis expressed strong support for the resolution, stating: "This agreement means several very positive things: Going forward, it means large construction projects will be guaranteed to include skilled and experienced labor; it provides for protection against costly project delays; and, it ensures that the maximum economic benefit is provided to the local economy and Bayonne residents. Today is a great day for our city."

- In addition to standard PLA provisions providing, among other things, flexibility in work scheduling and anti-delay dispute resolution mechanisms, the PLA includes provisions aimed at increasing employment opportunities for minorities, women and disadvantaged workers in the industry.

*Source: Joseph Passantino, Bayonne and Labor: Perfect Together, Hudson Reporter, Jul. 1, 2015, available at http://hudsonreporter.com/bookmark/26730055/article-Bayonne-and-labor--perfect-together-City-Council-passes-agreement-to-use-union-labor-on-%245-million%2B-projects-.*

28. **Cohasset City Council Issues Resolution in Support of PLAs**

- On Oct. 26, 2013, the City Council of Cohasset, Minnesota approved a resolution calling for the city to assess whether to use PLAs in all contracts for public works with a contract value of $200,000 or more.

- The Council determined that the city should consider the following factors in deciding if a PLA should be used: project size and value; timelines and deadlines; the need for coordination; potential for budgetary overruns; labor availability; and any other factors the city deems relevant.

- The resolution states that PLAs "facilitate the timely and cost-efficient completion of the project" by securing an adequate supply of skilled workers, providing a legally enforceable assurance of labor stability, avoiding work stoppages and facilitating equal employment opportunity.

*Source: Cohasset approves Project Labor Agreement resolution (Oct. 26, 2013), at http://www.grandrapidsmn.com/news/article_ef98dd68-3db4-11e3-8aa0-0019bb2963f4.html*

29. **Erie Canal Project PLA Projected to Reduce Costs by $2.3 Million**

- In February 2010, the Erie Canal Harbor Development Corporation (ECHDC) used a PLA to facilitate construction of the infrastructure of the Buffalo-area Erie Canal Inner Harbor Project.

- According to ECHDC President Thomas Dee, this PLA, which was projected to reduce project costs by roughly $2.3 million, "made good business sense based on a number of factors, including . . . [an] aggressive construction schedule [and] the need to minimize work site delays."

*Source: Press Release, ECHDC Approves Project Labor Agreement for Construction of Canal Side Public Infrastructure Components (Feb. 16, 2010), available at http://www.eriecanalharbor.com/press/021610projectLabor.asp.*

30. **County Ordinance Authorizes PLAs for Projects Over $500,000**

- In March 2006, the Summit County Council passed an ordinance authorizing the County Executive to enter into a PLA on any capital improvement project with total construction cost in excess of $500,000.

- In the ordinance, the Council points out that private and public construction owners have regularly required PLAs and that PLAs have been shown to provide an effective mechanism for project staffing and planning.

AR0492

- The Council concludes that the use of PLAs for projects over $500,000 will advance the County's interests in promoting timely, cost-efficient and high-quality construction with minimal delays and disruptions.

*Source: Summit County, Ohio, Ordinance 2006-071 (Mar. 6, 2006), available at http://www.co.summit.oh.us/council/pdfs/legislation/2006/2006-071.pdf.*

## 31. PLA Success Story: Nationals Baseball Stadium Project

- Nationals Park, home to Major League Baseball's Washington Nationals, was built under a PLA on budget and in record time. As reported by the Washington Post, the stadium needed to be completed in time for an exhibition game scheduled for March 29, 2008, "just 22 months after breaking ground in May 2006, making it one of the fastest-built ballparks ever." (Washington Post). The Park also has the distinction of being "the nation's first major professional stadium to become LEED Silver Certified by the U.S. Green Building Council." (Washington Nationals).

- In addition to the above benchmarks, the PLA achieved substantial goals in the development of a skilled DC workforce. According to a report by the Laborers' Union Local 657 at the end of January 2008, D.C. residents accounted for 87 percent of new apprentices working on the project and half of all new stadium hires. (ABC News 7).

*Sources: (1) Daniel DeLuc, Ballpark Concept Becomes Concrete, The Washington Post, Jan. 23, 2008, at B01, at. http://www.washingtonpost.com/wp-dyn/content/story/2008/01/22/ST2008 012203486.html; (2) Nationals Website: "Green Ballpark," available at http://mlb.mlb.com/ was/ballpark/green ballpark.jsp; (3) ABC News 7, Report: Nationals Stadium On-Time and On-Budget, Jan. 30, 2008, available at http://www.wjla.com/news/stories/0108/492170.html.*

## 32. Port of Seattle Approaching Two Decades of Successful PLA Use

- In November 1999, the Port of Seattle executed a PLA covering construction of multi-year improvements contracted under its $2.6 billion Seattle-Tacoma International Airport Modernization Project. The PLA's purpose, enshrined in the agreement itself, has been "to insure that all construction work at the Project will proceed continuously and without interruption, efficiently, economically, and with due consideration for the protection of labor standards, wages and working conditions." (PLA).

- After more than a decade of success, the Port decided to convert its more traditional PLA into a Community Workforce Agreement (CWA), which is a type of PLA that includes a strong focus on promoting the hiring of local residents, minorities, women and other groups. (Website).

- The Port of Seattle is currently utilizing the project labor agreement for its $608 million upgrade to the International Arrivals Facility at the Seattle-Tacoma International Airport. Groundbreaking on the upgrade is expected to commence by the end of 2016 with a target completion date at the end of 2019. Upon completion, the Port will celebrate two decades of successful PLA utilization. (International Arrivals Facility)

*Sources: (1) Port of Seattle, Project Labor Agreement, Nov. 17, 2012, at http://www.portseattle.org/Business/Labor-Relations/Documents/PLA SeaTac.pdf; (2) Port of Seattle Website, Project Labor Agreement, visited May 18, 2012, at http://www.portseattle.org/Business/Labor-Relations/Pages/Project-Labor-Agreement.aspx; (3) Port of Seattle, International Arrivals Facility, visited July 11, 2016, at https://www.portseattle.org/Business/Construction-Projects/Airport-Projects/Pages/iaf revised.aspx.*

AR0493

33. **Philadelphia Executive Order 5-95 Encouraging Use of PLAs for Public Works Where Appropriate and Feasible**

- In 1995, Philadelphia Mayor Ed Rendell issued an executive order creating a pilot program to test the feasibility of PLA use on major public works projects. Under the order, City agencies were authorized to use PLAs where appropriate and feasible for the particular project.

- The order cites as a basis for the pilot program the City's compelling interest in obtaining the lowest reasonable costs and highest quality and efficiency through public works contracts. It also cites the capacity of PLAs to ensure such projects are completed at the lowest reasonable costs, by the most professional workforce, and in a timely manner without delay.

*Source: Mayor Ed Rendell, Executive Order No. 5-95 (Nov. 8, 1995), available at http://www.phila .gov/phils/docs/inventor/textonly/execorders/95-05.htm.*

---

# Part VII: PLA Construction for Educational Facilities

---

1. **L.A. County Schools Builds Opportunity with $20 Billion PLA Program**

- The L.A. County Public Schools developed a PLA/Project Stabilization Agreement for a *$20 billion school construction program*, representing one of the most significant labor-community partnerships ever formed.

- A similar PLA model had been used to facilitate another major building program for the County Re-Development Authority, covering over *$15 billion worth of public and quasi-public construction work in LA County.*

- Both PLA models incorporate the *"We Build Program,"* which is a community outreach/local workforce development program that connects local unemployed and underemployed workers with training and employment opportunities on PLA projects.

- These two building initiatives represent some of the largest construction undertakings for which PLAs are being used in California and the U.S.

*Source: Los Angeles Unified School District, Facilities Services Division, at http://www.laschools.org/contractor/webuild/ (last visited Aug. 5, 2009).*

2. **NYC School Construction Authority: PLA for $13.1 Billion Capital Improvement & Restructuring Program Saves City $500 Million**

- On January 6, 2005, Mayor Michael Bloomberg announced that a PLA between the New York City Department of Education and the Building & Construction Trades Council that is expected to produce $500 million in savings for school construction projects over 5 years.

- The PLA governs the relationship between New York City's School Construction Authority, its contractors, and labor with respect to school buildings that are scheduled for rehabilitation and renovation projects under the Department of Education's $13.1 Billion Five Year Capital Plan.

*Source: Press Release, Office of Mayor Michael R. Bloomberg, Mayor Michael R. Bloomberg, Schools Chancellor Joel I. Klein, and BCTC President Edward Malloy Announce Landmark Agreements Between Department of Education and Building and Construction Trades Council (Jan. 6, 2005), available at http://prtl-prd-web.nyc.gov/html/om/html/2005a/pr012-05.html.*

AR0494

3.  **N.J. Schools Development Authority's Successful PLA Program**

- The New Jersey Schools Development Authority (NJSDA) is charged with overseeing a public school construction and renovation program worth *$8.6 billion* over 10 years. The program was launched in July 2000 and is the largest public construction program in the state's history.

- PLAs are authorized in all cases where school project costs exceed $5 million and a PLA would advance the state's interests. NJSDA reports that PLAs have been used without interruption since authorized in 2002.

  *Sources: (1) New Jersey Embarks on $8.6 Billion Public School Construction Project, Electrical Construction & Maintenance Magazine, Aug. 1, 2004, available at http://ecmweb.com/mag/electric new jersey embarks/; (2) New Jersey Schools Development Authority, Project Labor Agreement, at http://www.njsda.gov/ Business/PLA/index.html.*

4.  **San Diego Unified School District Board of Education Adopts PLA for Projects Covered by $2.1 Billion School Construction Bond Program**

- On July 28, 2009, the San Diego Unified School District Board of Education adopted a PLA for school construction projects under a *$2.1 billion bond measure* (Proposition S) approved by voters in Nov. 2008.

  *Source: School Board Passes Bond Labor Deal, Revenue Down, San Diego News Channel 6, July 28, 2009, available at http://www.sandiego6.com/ news/local/story/School-Board-Passes-Bond-Labor-Deal-Revenue-Down/7Ra4cHeR3EamCbfNfE1L5g.cspx.*

5.  **Buffalo Schools Construction Board Approves PLA Worth $1 Billion**

- On March 17, 2003, the Buffalo Joint Schools Construction Board unanimously approved a PLA covering *$1 billion in school construction* and renovation work to be completed over 10 years. (Buffalo News).

- The PLA includes a bold effort to foster diversity in workforce through a provision calling upon contractors to maintain apprentice programs with at least 35 percent minority and women participants. (Buffalo News).

- In a letter to the Superintendent of the Chautauqua Lake Central School District, James Harris, Superintendent of the City Buffalo School District, reports that, while ABC claims initially raised doubts about PLAs, an examination of the facts and actual track record persuaded him and his School Board members to use a PLA. (Letter).

- "I can state unequivocally that the PLA has worked in the District's interests," Harris said in the letter. Harris goes on to explain that he owes no duty to unions or non-union contractors, that his concern is "building a school quickly, skillfully and within budget," and that based on his experience, he is a "converted supporter" of PLAs. (Letter).

  *Sources: (1) Phil Fairbanks, Panel OKs Agreement for School Project, Buffalo News, Mar. 18, 2003, at B1, available at http://www.highbeam.com/doc/1P2-22563452.html; (2) Letter from James Harris, Superintendent, City of Buffalo School District (Sept. 27, 1999) (document available upon request).*

6.  **San Francisco School Board Approves PLA for Bond Measure Projects**

- In Spring 2013, the San Francisco School Board unanimously approved a PLA with the San Francisco Building & Construction Trades Council for Bond Measure A projects valued at $1 million or more. (Press Release).

AR0495

- Bond Measure A, passed in 2011, *provides $531 million for upgrades and improvements* to school sites, including improved accessibility for students with disabilities and the replacement of outdated electrical, heating, water, security and fire sprinkler systems. (The Examiner).

- The PLA calls for local residents to perform a minimum of 25 percent of total construction worker hours and 50 percent of total apprentice hours.  In addition, the PLA requires the prime contractor to sponsor two internships for every $2.5 million of contract value and for successful interns to be given priority consideration for entry into apprenticeship programs and employment on school projects. (Local Hire Policy).

- School Board Vice President Sandra Lee Fewer praised the PLA's local hire provisions, stating, "Local hire is the right thing to do because it is at the heart of our mission to ensure access and equity in everything we do, whether it's educating students or modernizing our school buildings." (Press Release).

*Sources: (1) Press Release, SF Board of Education Adopts Local-Hire Policy for All Major Bond Construction Projects, June 12, 2013, at http://www.sfusd.edu/en/news/current-news/2013-news-archive/06/sf-board-of-education-adopts-local-hire-policy-for-all-major-bond-construction-projects.html; (2) Amy Crawford, San Francisco's Final Schools Bond Targets Buildings, Examiner, October 14, 2011, at http://www.sfexaminer.com/sanfrancisco/san-franciscos-final-schools-bond-targets-buildings/Content?oid=2183609; (3) SFUSD Proposition A 2011 Bond Program Local Hire Policy, available at http://www.sfusd.edu/en/assets/sfusd-staff/about-SFUSD/files/resolutions/Local%20Hire%20Policy%20for%20posting%20web%206%202011%202013%20(2).pdf.*

## 7. Salinas School Board Approves PLA for $90 Million High School

- In May 2015, the Salinas High School Board, by a vote of 5-to-1, directed the Salinas School District to negotiate a PLA with the local building trades for the construction of a new $90 million high school.

- The School Board's action was reportedly motivated by a desire to give local contractors and workers, including minority, veteran, union, and women contractors and workers, a fair chance at working on the project.

*Source: Felix Cortez, New Salinas High School to Be Built by Local Construction Workers, KSBW News, May 28, 2015, available at http://www.ksbw.com/news/new-salinas-high-school-to-be-built-by-local-construction-workers/33254614.*

## 8. Measure K PLA Unanimously Approved by Board of Education

- In February 2013, the Lynwood Unified School District Board of Education voted unanimously to enter into a PLA covering all school renovation projects funded by the $93 million Measure K state bond program.

- According to the School District, the PLA will "ensure that these large, complex facilities are completed on time and on budget by individuals who are qualified to properly execute projects." The PLA will also include provisions requiring at least 30 percent of jobs on covered projects to be filled by workers in Lynwood and surrounding communities.

- Of the decision to enter into a PLA, Lynwood Superintendent Edward Velasquez added, "I'm proud that our Board and administration is so dedicated to fiscal responsibility when it comes to taxpayer funding."

*Source: Lynwood Unified School District, LUSD Board of Education Approves Agreements to Create Jobs, Bring Accountability to Bond Projects, at http://www.lynwood.k12.ca.us/groups/news_item?d=x&id=1356612129069&group_id=1286953805988&return_url=1361140 192547*

AR0496

### 9.  PLA Critical to Success of $67.5 Million North Haven Project

- In a January 2007 letter, First Selectman Kevin Kopetz explains how his town of North Haven, Connecticut used a PLA to successfully deliver its new $67.5 million high school. Kopetz states that the project was the most complex in North Haven's history and that the decision to use a PLA to build the project was made following an exhaustive study of PLAs by North Haven's Secondary Schools Building Committee.

- Based on its research, the Building Committee concluded, among other things, that a PLA would help the Town meet the project's aggressive schedule and secure adequate skilled labor with experience in complex school building projects, which was a challenge given the number of other municipal, State and private construction projects that were underway.

- First Selectman Kopetz reports that, under the PLA, the project never experienced a delay or cost overrun due to a lack of quality workers and, when unavoidable delays occurred due to adverse weather conditions, the contractors were able to supplement their crews and recover the lost time. In addition, Kopetz reports that the PLA afforded local residents a chance to work on the project, which generated strong community support. Overall, Kopetz called the PLA "critical to the success of this large-scale project" and a tool he "would not hesitate to support again."

  *Source: Letter from Kevin J. Kopetz, First Selectman Town of North Haven, Connecticut (January 19, 2007) (on file with author).*

### 10.  Rocky Hill Officials Choose PLA for $45 Million High School Project

- In March 2013, the Mayor and Town Council of Rocky Hill voted to enter into a PLA for $45 million in renovations to their local high school. Multiple factors entered into the decision, including provisions in the PLA that promote the hiring of local workers and provide residents with access to an apprenticeship program offering "the most up-to-date skills required for their trade . . . at no cost to the student." Council member Barbara Surwilo stated that the PLA would "give the people of Rocky Hill a path to earning a solid wage and the chance to have a piece of the middle class dream."

- Council members also cited the "top-notch training requirements that come along with a PLA" and the ability of the PLA to secure "the best skilled workers in Connecticut at competitive labor rates."

  *Source: Robert Mayer, Rocky Hill Approves Project Labor Agreement (Mar. 19, 2013), available at http://rockyhill.patch.com/groups/politics-and-elections/p/rocky-hill-approves-project-labor-agreement.*

### 11.  Board of Education Adopts Resolution in Favor of PLAs

- When the Coles Community Unit School District No. 1 began planning additions to two of their campuses, the Board of Education looked to a PLA to ensure a quality and timely completed project that met their economic and public policy objectives. District policy required that the construction projects be awarded to an employer that would guarantee payment of the Illinois Prevailing Wage Rate. In addition, the Board wanted an agreement that promoted local hiring, sound working conditions, an adequate supply of skilled workers and labor peace.

- The Board of Education found that executing a PLA was the best way to achieve all of these objectives. In its resolution supporting the PLA, the Board said that the choice to use PLAs was a choice to provide "our citizens with decent wages and working conditions, and further provid[e] that the said project be performed with labor peace and harmony and by qualified and skilled craftsmen and craftswomen."

AR0497

*Source: Coles Community Unit School District No. 1 Board of Education Resolution, (Dec. 13, 2000) (on file with author).*

## 12. East Richland Superintendent Extols Benefits of PLAs

- In a March 2000 letter, East Richland (Illinois) Community Unit School District No. 1 Superintendent John M. Hill shares his experiences with PLAs and how they have benefited the school projects in his charge. While serving as Superintendent of Anna Community Consolidated School District No. 37, Hill used a PLA to ensure the timely and otherwise successful completion of a $2.6 million renovation and addition to an existing school. In his current position, Hill used a PLA again to successfully deliver a $12 million elementary school in 18 months.

- Of all of the "significant advantages to the school districts" he found in using PLAs, Hill underscored how the no-strike clause and use of local hiring halls ensured a constant and capable workforce. In addition, Superintendent Hill reported that the school districts he served found the work done by union labor under the PLAs to be "of superior quality."

*Source: Letter from John M. Hill, Superintendent East Richland Community Unit School District No. 1, (Mar. 13, 2000) (on file with author)*

## 13. Detroit Public Schools and Local Unions Enter Into PLA

- In April 2010, Detroit Public Schools (DPS) entered into a PLA with 18 local unions covering all project work under a $500.5 million bond program dedicated to school construction and renovations. (BNA; DPS News).

- The PLA reduces labor costs by $3 million over the life of the project and establishes a construction institute in Detroit schools, staffed by the unions, to prepare students for careers in the building trades. (DPS News).

*Sources: (1) Nora Macaluso, Detroit Public Schools Official Drafting PLA with Greater Detroit Building Trades, 56 Construction Lab. Rep. (BNA) No. 2759 at 28 (Mar. 4, 2010); (2) DPS News Article, DPS agreement, executive order encourage contractors, unions to give Detroit residents priority in hiring for bond program, Apr. 19, 2010, at: http://www.detroit.k12.mi.us/ news/article/1905/.*

## 14. Forest Lake Area School Board Inks PLA for Bond-Funded Projects

- On April 7, 2016, the Board of Independent School District No. 831 (Forest Lake Area Schools) unanimously approved a project labor agreement that will cover upcoming projects throughout the District. The projects will be funded by the sale of approximately $75 million in general obligation bonds.

*Source: (1) Jason DeMoe, Bond Sale Nets Big Savings for Taxpayers, Apr. 15, 2016, at http://forestlaketimes.com/2016/04/15/bond-sale-nets-big-savings-for-taxpayers/; (2) Forest Lake Area Schools, Agenda Item 9.4: Authorization of Project Labor Agreement, Apr. 7, 2016, at https://v3.boardbook.org/Public/PublicItemDownload.aspx?ik=38528512.*

## 15. State Legislation Authorizes School Districts to Use PLAs

- In 2005, Minnesota school boards were authorized to use a PLA for school construction provided a written resolution authorizing the PLA is adopted a public meeting after 30 days published notice of the meeting.

*Source: Minn. Stat. § 123B.52 (2005), at http://law.justia.com/minnesota/codes/ 120/123b-s52.html.*

AR0498

**16. Affton Board of Education Solicits PLA to Coordinate $2.6 Million Conversion of Sheet Metal Shop into Early Childhood Ed. Center**

- On October 18, 2011, the Affton, Missouri Board of Education voted to utilize a PLA for the $2.6 million conversion of an area sheet metal shop into an early childhood education center. Once completed, the 20,000 square foot Center will feature seven classrooms, a project room, a nurse's office, a library, a stage and a small outdoor garden.

- The decision to use the PLA was based on the District's desire to secure top-quality craft labor and ensure the project's completion by the start of school in the Fall. "We want to have quality craftsmanship and we don't want any delays," Affton Superintendent Steve Brotherton explained.

   *Source: Affton-Shrewsbury Patch, Affton School Board Approves Union-Oriented Project Labor Agreement, Oct. 19, 2011, at http://affton.patch.com/articles/affton-schools-approve-union-oriented-project-labor-agreement.*

**17. Akron Board Builds on School Construction Success of PLAs with Additional Projects**

- On July 20, 2009 the School Board of Akron, Ohio approved PLAs for 3 of the 5 Akron schools that are next in the pipeline for construction. The school district's construction project is worth $800 million, although it is unclear what portion of that sum is dedicated to the PLA projects.

- Previously, only one PLA had been approved—for Leggett Elementary School. However, the Board convened to consider additional PLAs after learning that the Leggett project employs significantly more local residents than three other elementary school projects not covered by PLAs.

- "We want to see if the successes from Leggett can translate into other buildings," said James Hardy, President of the Akron School Board.

   *Source: Katie Byrd, Akron Board OKs School Construction Labor Agreements, Akron Beacon Journal, July 21, 2009, at http://www.ohio.com/news/education/ 51356932.html.*

AR0499

# Attachment 3

AR0500

# PLA STUDIES & REPORTS (2022)

1. Peter Philips & Emma Waitzman, *Do Project Labor Agreements Reduce the Number of Bidders on Public Projects? The Case of Community Colleges in California,* 26 PUB. WORKS MGMT. & POL'Y 337 (2021).

2. KEITH BROWER BROWN, U.C. MERCED CMTY. & LAB. CTR., FILLING THE GOOD JOBS GAP: FRESNO'S OPPORTUNITY FOR A CITYWIDE PROJECT LABOR AGREEMENT (2021), https://sociology.ucmerced.edu/sites/sociology.ucmerced.edu/files/documents/fresno_pla_policy_brief_final.pdf.

3. FRANK MANZO IV & ROBERT BRUNO, ILL. ECON. POL'Y INST. & UNIV. OF ILL. AT URBANA-CHAMPAIGN, EFFICIENCIES OF PROJECT LABOR AGREEMENTS: ILLINOIS CAPITAL DEVELOPMENT BOARD PROJECTS, 2011–2013 (2015), https://illinoisepi.org/site/wp-content/themes/hollow/docs/wages-labor-standards/Illinois-PLAs-in-CDB-Projects-FINAL.pdf.

4. RONDA SAUGET & MARV FINKELSTEIN, PROJECT LABOR AGREEMENTS (PLAS) AND TRIPARTITE APPROACH MODEL FOR CONSTRUCTION PROJECT MANAGEMENT SUCCESS (2015), http://leadershipcouncilswil.com/wp-content/uploads/2015/06/PLAs-Study.pdf.

5. Peter Philips & Scott Littlehale, *Did PLAs on LA Affordable Housing Projects Raise Construction Costs?* (Univ. of Utah, Working Paper No. 2015-03), https://economics.utah.edu/research/publications/2015_03.pdf.

6. MASSACHUSETTS SPECIAL COMMISSION, REPORT ON THE USE OF PROJECT LABOR AGREEMENTS IN ROAD, BRIDGE AND RAIL PROJECTS: ANALYSIS AND KEY FINDINGS (2014), https://faircontracting.org/wp-content/uploads/2022/04/2015-ma-pla-commission-report-as-posted-1-7-15.pdf.

7. RUDOLPH & SLETTEN, SAN DIEGO CENTRAL COURT BUILDING PROJECT AGREEMENT IMPLEMENTATION: AUGUST 2013-JANUARY 2014 REPORT NO. 1 (2014), http://www.communityhiring.net/san-diego-central-courthouse.

8. Riverside Cmty. Coll. Dist. Facilities & Dev., Presentation: Project Labor Agreement (PLA) Annual Status Update 2013/14 (Aug. 5, 2014), http://www.communityhiring.net/riverside-community-college-district.

9. REA & PARKER RESEARCH, SAN DIEGO UNIFIED SCHOOL DISTRICT PROJECT STABILIZATION AGREEMENT: A REVIEW OF CONSTRUCTION CONTRACTOR AND LABOR CONSIDERATIONS (2011), https://www.sandiegounified.org/cms/one.aspx?portalId=27732478&pageId=31748895.

10. INTERACTIVE ELEMENTS INC., IMPLEMENTATION OF PROJECT LABOR AGREEMENTS IN FEDERAL CONSTRUCTION PROJECTS (2011).

11. FRED KOTLER, CORNELL UNIV. SCH. OF INDUS. & LAB. RELS., PROJECT LABOR AGREEMENTS IN NEW YORK STATE II: IN THE PUBLIC INTEREST AND OF PROVEN VALUE (2011), https://ecommons.cornell.edu/handle/1813/74333.

12. MARIA FIGUEROA ET AL., CORNELL UNIV. SCH. OF INDUS. & LAB. RELS., COMMUNITY WORKFORCE PROVISIONS IN PROJECT LABOR AGREEMENTS: A TOOL FOR BUILDING MIDDLE CLASS CAREERS (2011), https://ecommons.cornell.edu/handle/1813/74339.

13. AGREEMENT DYNAMICS INC., SOUND TRANSIT PROJECT LABOR AGREEMENT STUDY (2011),
    https://www.soundtransit.org/sites/default/files/documents/pdf/about/plareport12111.pdf.

14. BELMAN, DALE, RUSSELL ORMISTON, RICHARD KELSO, WILLIAM SCHRIVER, AND KENNETH
    FRANK. (PROJECT LABOR AGREEMENTS' EFFECT ON SCHOOL CONSTRUCTION COSTS IN
    MASSACHUSETTS, *INDUSTRIAL RELATIONS* (2010), 49(1), 44-60.

15. MATTHEW BODAH & DALE BELMAN, ECON. POL'Y INST., BUILDING BETTER: A LOOK AT BEST
    PRACTICES FOR THE DESIGN OF PROJECT LABOR AGREEMENTS (2010), https://www.epi.org/
    publication/building_better_a_look_at_best_practices_for_the_design_of_project_labor/.

16. UCLA LABOR CENTER, CONSTRUCTION CAREERS FOR OUR COMMUNITIES (2010),
    https://www.pacific-gateway.org/constructioncareersforourcommunities.pdf.

17. Dale Belman et al., *Project Labor Agreements' Effect on School Construction Costs in
    Massachusetts*, 49 INDUS. RELS.: J. ECON. & SOC'Y 44 (2010).

18. L. A. Dep't of Pub. Works, Bureau of Cont. Admin., Presentation: Project Labor Agreements
    (PLAs): Are They Fair and Beneficial? (Feb. 2010), https://www.ualocal60.org/wp-content/
    uploads/2011/03/PLAFairBeneficial.pdf.

19. FRED KOTLER, CORNELL UNIV. SCH. OF INDUS. & LAB. RELS., PROJECT LABOR AGREEMENTS IN
    NEW YORK STATE: IN THE PUBLIC INTEREST (2009), https://ecommons.cornell.edu/handle
    /1813/74340.

20. DALE BELMAN ET AL., ELECTRI INT'L, PROJECT LABOR AGREEMENTS (2007), https://electri.org
    /product/project-labor-agreements/.

21. RALPH SCHARNAU & MICHAEL SHEEHAN, THE IOWA POLICY PROJECT, PROJECT LABOR
    AGREEMENTS IN IOWA: AN IMPORTANT TOOL FOR MANAGING COMPLEX CONSTRUCTION PROJECTS
    (2004), https://www.iowapolicyproject.org/2002-2004docs/041201-PLAs.pdf.

22. JOHN DUNLOP, HARVARD UNIV. JOINT CTR. FOR HOUS. STUDS., PROJECT LABOR AGREEMENTS
    (2002), https://jchs.harvard.edu/sites/default/files/media/imp/w02-7_dunlop.pdf.

# Attachment 4

AR0503

# PLA Legal Authorities

**Supreme Court:**

*Bldg. & Constr. Trades Council of the Metro. Dist. v. Associated Builders & Contractors of Mass./R.I., Inc.*, 507 U.S. 218 (1993) ("*Boston Harbor*").

**Courts of Appeal:**

*Bldg. Indus. Elec. Contractors Ass'n v. City of N.Y.*, 678 F.3d 184 (2d Cir. 2012)

*N. Ill. Chapter of Associated Builders & Contractors, Inc. v. Lavin*, 431 F.3d 1004 (7th Cir. 2005).

*Associated Gen. Contractors of Am. v. Metro. Water Dist. of S. Cal.*, 159 F.3d 1178 (9th Cir. 1998).

*Phoenix Eng'g, Inc. v. MK-Ferguson of Oak Ridge Co.*, 966 F.2d 1513 (6th Cir. 1992).

**District Courts:**

*Sheet Metal Workers Int'l Ass'n Local Union No. 27, AFL-CIO v. E.P. Donnelly, Inc.*, 673 F. Supp. 2d 313 (D.N.J. 2009).

*Johnson v. Rancho Santiago Cmty. Coll. Dist.*, No. CV-04-0280, 2008 WL 11334570 (C.D. Cal. Oct. 23, 2008), *aff'd*, 623 F.3d 1011 (9th Cir. 2010.

*Albany Specialties, Inc. v. Bd. of Educ. of the S. Glens Falls Sch. Dist.*, No. 99-cv-1462, 1999 WL 1215291 (N.D.N.Y. Oct. 1, 1999).

*Util. & Transpor v. Essex Cnty. Improve*, No. 98-cv-04408 (D.N.J. May 24, 1999).

*JNS Heating Serv. v. Cnty. of Suffolk*, No. 95-cv-05227 (E.D.N.Y. Oct. 24, 1996).

*Enertech Elec., Inc. v. Bd. of Mahoning Cnty. Comm'rs*, No. 93-cv-1746, 1994 WL 902493 (N.D. Ohio Apr. 28, 1994), *aff'd*, 85 F.3d 257 (6th Cir. 1996).

*Lott Constructors, Inc. v. Camden Cnty. Bd. of Chosen Freeholders*, No. 93-5636, 1994 WL 263851 (D.N.J. Jan. 31, 1994).

*Minn. Chapter of Associated Builders & Contractors, Inc. v. Cnty. of St. Louis*, 825 F. Supp. 238 (D. Minn. 1993).]

**State Courts:**

*Laborers Local # 942 v. Lampkin*, 956 P.2d 422 (Alaska 1998).

*Associated Builders & Contractors, Inc. v. S.F. Airports Comm'n*, 981 P.2d 499 (Cal. 1999).

*Elec. Contractors, Inc. v. Conn. Dep't of Educ.*, No. HHDCV095025993S, 2009 WL 5945554 (Conn. Super. Ct. Aug. 7, 2009), *aff'd in part, rev'd in part*, 35 A.3d 188 (Conn. 2012).

*Conn. Associated Builders & Contractors, Inc. v. Anson*, No. CV-980579841S, 1998 WL 779563 (Conn. Super. Ct. Oct. 26, 1998), *aff'd*, 740 A.2d 804 (Conn. 1999).

*Master Builders of Iowa, Inc. v. Polk Cnty.*, 653 N.W.2d 382 (Iowa 2002).

*John T. Callahan & Sons, Inc. v. City of Malden*, 713 N.E.2d 955 (Mass. 1999).

*Utility Contractors Ass'n of New England, Inc. v. Comm'rs of the Mass. Dep't of Public Works*, No. Civ-A-90-3035, 1996 WL 106983 (Mass. Supp. Mar. 12, 1996).

*City of Lansing v. Carl Schlegel, Inc.*, 669 N.W.2d 315 (Mich. Ct. App. 2003), *appeal denied*, 469 Mich. 1023 (Mich. 2004).

*Minn. Chapter of Associated Builders & Contractors, Inc. v. Minnetonka Indep. Sch. Dist. No. 276*, No. C2-99-837, 1999 WL 1261743 (Minn. Ct. App. Dec. 28, 1999).

*Queen City Constr., Inc. v. City of Rochester*, 604 N.W.2d 368 (Minn. Ct. App. Dec. 28, 1999).

*Associated Builders & Contractors, Inc. v. S. Nev. Water Auth.*, 979 P.2d 224 (Nev. 1999).

*Matrix Dev. Grp. v. City of Newark*, No. 20-cv-03166, 2021 WL 3260854 (D.N.J. 2021) (slip op.).

*N.Y. State Chapter, Inc. v. N.Y. State Thruway Auth.*, 666 N.E.2d 56 (N.Y. 1996).

*E.W. Tompkins Co. v. Bd. of Trustees of the Clifton Park-Halfmoon Pub. Library*, 813 N.Y.S.2d 789 (N.Y. App. Div. 2006), *appeal denied*, 853 N.E.2d 242 (N.Y.)

*Barrett Paving Materials, Inc. v. N.Y. State Thruway Auth.*, 126 N.Y.S.3d 596 (N.Y. App. Div. 2020), *appeal denied*, 157 N.E.3d 136 (N.Y.).

*Empire State Chapter of Associated Builders & Contractors, Inc. v. Bd. of Educ. of City of Buffalo*, 703 N.Y.S.2d 418 (N.Y. App. Div. 2000).

*Albany Specialties, Inc. v. Cnty. of Orange*, 662 N.Y.S.2d 773 (N.Y. App. Div. 1997), *appeal denied*, 690 N.E.2d 491 (N.Y.).

*Empire State Chapter of Associated Builders and Contractors, Inc. v. Cnty. of Onondaga*, No. 99-490, 1999 WL 297696 (N.Y. Sup. Ct. Mar. 16, 1999), *appeal dismissed*, 710 N.Y.S.2d 234 (N.Y. App. Div. 2000).

*Flex Elec. Constructors, Inc. v. Cnty. of Orange*, No. 4256-97, 1997 WL 34848954 (N.Y. Sup. Ct. Sep. 30, 1997).

*Rondout Elec. Inc. v. Cnty. of Orange*, No. 5975-95, 1995 WL 791913 (N.Y. Sup. Ct. Dec. 22, 1995).

AR0505

*Ohio State Bldg. & Constr. Trades Council v. Cuyahoga Cnty. Bd. of Comm'rs*, 781 N.E.2d 951 (Ohio 2002).

*State ex rel. Associated Builders & Contractors, Cent. Ohio Chapter v. Jefferson Cnty. Bd. of Comm'rs*, 665 N.E.2d 723 (Ohio Ct. App. 1995), *appeal dismissed*, 659 N.E.2d 314 (Ohio 1996).

*Sossong v. Shaler Area Sch. Dist.*, 945 A.2d 788 (Pa. Commw. Ct. 2008), *appeal denied*, 967 A.2d 962 (Pa.).

*A. Pickett Constr., Inc. v. Luzerne Cnty. Convention Ctr. Auth.*, 738 A.2d 20 (Pa. Commw. Ct. 1999).

AR0506

**ABC** Associated Builders and Contractors

VIA ELECTRONIC SUBMISSION

October 18, 2022

William F. Clark
Director
Office of Government-wide Acquisition Policy
General Services Administration
1800 F Street NW
Washington, DC 20405

RE:    **Docket No. FAR-2022-0003, Notice of Proposed Rulemaking on Federal Acquisition Regulation (FAR); FAR Case 2022-003, Use of Project Labor Agreements for Federal Construction Projects [RIN: 9000-AO40]**

Dear Mr. Clark:

Associated Builders and Contractors hereby submits the following comments in response to the above-referenced proposed rule published in the Federal Register on Aug. 19, 2022, at 87 Federal Register 51044.

**About Associated Builders and Contractors**

ABC is a national construction industry trade association representing more than 21,000 member companies. ABC and its 68 chapters help members develop people, win work and deliver that work safely, ethically and profitably for the betterment of the communities in which ABC and its members work.

ABC's membership represents all specialties within the U.S. construction industry and is comprised primarily of general contractors and subcontractors that perform work in the industrial and commercial sectors for government and private customers.[1]

The vast majority of ABC's contractor members are small businesses. This is consistent with the U.S. Census Bureau and U.S. Small Business Administration's Office of Advocacy's findings that the construction industry has one of the highest concentrations of small businesses (82% of all construction firms have fewer than 10 employees)[2] and industry workforce employment (more than 82% of the construction industry is employed by small businesses).[3] In fact, construction companies that employ less than 100 construction

---

[1] For example, see ABC's 32nd Excellence in Construction Awards program from 2022: https://www.abc.org/Portals/1/2022%20Files/32ND%20EIC%20program--Final.pdf?ver=2022-03-25-115404-167.
[2] U.S. Census Bureau 2019 County Business Patterns: https://data.census.gov/cedsci/table?q=CBP2019.CB1900CBP&n=23&tid=CBP2019.CB1900CBP&hidePreview=true and https://www.census.gov/programs-surveys/cbp/data/tables.2019.html.
[3] 2020 Small Business Profile, U.S. Small Business Administration Office of Advocacy (2020), at Page 3, https://cdn.advocacy.sba.gov/wp-content/uploads/2020/06/04144224/2020-Small-Business-Economic-Profile-US.pdf.

professionals compose 99% of construction firms in the United States; they build 63% of U.S. construction, by value, and account for 68% of all construction industry employment.[4] The vast majority of small businesses in the construction industry are not unionized.

In addition to small business member contractors that build private and public works projects, ABC also has large member general contractors and subcontractors that perform construction services for private-sector customers and federal, state and local governments procuring construction contracts subject to respective government acquisition policies and regulations.

Specific to this rulemaking, ABC members won 57% of the $128.73 billion in direct prime construction contracts exceeding $25 million awarded by federal agencies during fiscal years 2009-2021. Winning ABC member federal contractors provided subcontracting opportunities to large and small contractors in the specialty trades and delivered taxpayer-funded construction projects safely, on time and on budget for their federal government customers.

ABC's diverse membership is bound by a shared commitment to the merit shop philosophy in the construction industry. The philosophy is based on the principles of nondiscrimination due to labor affiliation and the awarding of construction contracts through open, competitive bidding based on safety, quality and value.

For these reasons, ABC's membership is heavily invested in the FAR Council's proposed rule impacting federal contracting opportunities for taxpayer-funded construction contracts and is vigorously opposed to government-mandated PLAs and PLA preferences on federal government and federally assisted construction projects, as well as state and local government infrastructure projects.

## Background

On Feb. 4, President Joe Biden signed Executive Order 14063, "Use of Project Labor Agreements for Federal Construction Projects."[5] It requires federal agencies to mandate controversial PLAs on federal construction projects that are $35 million or more in total value.

In addition, independent of EO 14063 and the FAR Council's proposed rule, ABC identified more than $95 billion[6] worth of federal agency grants for infrastructure projects procured by state and local governments subject to language and policies promoting PLA mandates and preferences that will increase costs and reduce competition on federally assisted construction projects. Together, the Biden administration's pro-PLA policies will needlessly increase costs, chill competition and steer hundreds of billions of dollars worth of federal and federally assisted construction projects funded by taxpayers to well-connected special interests, i.e., construction unions and contractors signatory to specific construction unions party to a PLA.

---

[4] U.S. Census County Business Patterns by Legal Form of Organization and Employment Size Class for the U.S., States, and Selected Geographies: 2019, available at https://thetruthaboutplas.com/wp-content/uploads/2021/07/Construction-firm-size-by-employment-2019-County-Business-Patterns-Updated-071321.xlsx.
[5] https://www.federalregister.gov/documents/2022/02/09/2022-02869/use-of-project-labor-agreements-for-federal-construction-projects.
[6] A list of federal agency infrastructure competitive grant programs for state and local governments seeking federal dollars to build key construction projects containing pro-PLA language can be found at www.abc.org/PLAgrants.

2

In response, ABC issued a press release,[7] authored an op-ed in *The Wall Street Journal*[8] and signed coalition letters to the White House opposing EO 14063 and other Biden administration pro-PLA policies.[9] On April 6, more than 1,200 ABC member contractors signed a letter to the White House opposing the Biden administration's anti-competitive and costly pro-PLA policies.[10] ABC members sent more than 14,400 letters to their representatives in Congress urging them to pass legislation protecting fair and open competition on federal and federally assisted construction projects by restricting government-mandated PLAs.[11] In addition, ABC applauded letters of opposition to the White House's pro-PLA policies from governors[12] and members of the U.S. House[13] and Senate.[14]

Furthermore, Congress recently passed the Infrastructure Investment and Jobs Act, a bipartisan law authorizing nearly $550 billion in additional spending for federal and federally assisted infrastructure projects.[15] By choosing not to include language conditioning this funding on government mandated PLAs, Congress has clearly indicated it did not intend to require controversial PLAs on these construction contracts. President Biden's Executive Order 14063 therefore directly contradicts congressional intent when it passed the IIJA and other laws funding infrastructure without pro-PLA language.

Nevertheless, on Aug. 19, 2022, the FAR Council issued a proposed rule that requires PLAs on all federal construction contracts valued at $35 million or more, which affects ABC members and other industry stakeholders performing work on taxpayer-funded federal contracts. ABC immediately issued a press release in opposition to the proposed rule[16] and has been actively educating lawmakers, the public and industry stakeholders about the illegal and inflationary aspects of the Biden administration's pro-PLA policies on both federal and federally assisted infrastructure projects. On Oct. 13, ABC joined 21 other organizations representing thousands of companies employing millions of professionals in the construction industry in a coalition

---

[7] ABC press release, President Biden's Pro-PLA Executive Order Will Increase Costs to Taxpayers and Exacerbate Skilled Labor Shortage, Says ABC, Feb. 3, 2022.
[8] Ben Brubeck, Infrastructure Law Becomes a Biden Union Giveaway, *The Wall Street Journal*, Feb. 9, 2022.
[9] Feb. 15, 2022, coalition letter to the White House opposing EO 14063 available at: https://buildamericalocal.com/wp-content/uploads/sites/18/2022/02/Coalition-Letter-to-President-Biden-Opposing-Government-Mandated-Project-Labor-Agreement-EO-14063-021522.pdf.
[10] ABC press release, ABC Sends Letter to White House with 1,200 Signatures Opposing Biden's PLA Mandate, April 6, 2022, available at: https://www.abc.org/News-Media/News-Releases/entryid/19354/abc-sends-letter-to-white-house-with-1-200-signatures-opposing-biden-s-pla-mandate.
[11] ABC supports the Fair and Open Competition Act (S. 403/H.R. 1284), sponsored by Sen. Todd Young, R-Ind., and Rep. Ted Budd, R-N.C., which would prevent federal agencies and recipients of federal assistance from requiring or encouraging contractors to sign a controversial PLA as a condition of winning a federal or federally assisted, taxpayer-funded construction contract.
[12] RGA, 18 GOP Governors Oppose Joe Biden's Attempts to Interfere with America's Construction Industry, April 26, 2022.
[13] March 8, 2022, letter signed by 59 U.S. House members available at: https://buildamericalocal.com/wp-content/uploads/sites/18/2022/03/59-Members-of-Congress-Sign-Letter-Opposing-White-House-PLA-Policy-3822.pdf.
[14] March 7, 2022, letter signed by 43 U.S. senators available at: https://buildamericalocal.com/wp-content/uploads/sites/18/2022/03/43-U.S.-Senators-Sign-Letter-Opposing-White-House-PLA-Policy-3722.pdf.
[15] https://www.congress.gov/bill/117th-congress/house-bill/3684.
[16] ABC press release, President Biden's Inflationary PLA schemes Hurt Taxpayers and Construction Job Creators, Aug. 18, 2022, available at: https://www.abc.org/News-Media/News-Releases/entryid/19556/president-bidens-inflationary-pla-schemes-hurt-taxpayers-and-construction-job-creators.

AR0514

comment letter opposing the FAR Council's proposal.[17] ABC members submitted more than 2,400 individual comments to the FAR Council opposing the proposed rule's harmful impact on their businesses.

The FAR Council estimates that the proposed rule could affect up to 119 direct federal contracts on an annual basis, valued at an average of $114 million each.[18] In total, the FAR Council estimates this rule covers $13.56 billion worth of federal construction projects per year, which is a significant portion of all federal construction contracts. For example, the annual value of federal construction put in place in 2021 was $24.837 billion, so the rule could affect more than 54% of all federal construction put in place by annual value.[19]

Once final, the proposed rule will rescind and replace President Barack Obama's Executive Order 13502, signed Feb. 6, 2009, which encourages—but does not require—federal agencies to mandate PLAs on large-scale federal construction projects exceeding $25 million in total cost on a case-by-case basis and permits recipients of federal assistance to mandate PLAs on state and local public works projects.[20] The Biden proposed rule also establishes circumstances where federal agencies can require PLAs on federal construction projects below the proposed $35 million threshold. The FAR Council proposal does not prohibit a federal agency from requiring PLAs on projects receiving any form of federal financial assistance.

Due to the significant harm the proposed rule will have on federal government procurement officials, federal contractor stakeholders, taxpayers, ABC members and other construction businesses pursuing contracts and building federal construction projects, on Aug. 23, ABC asked the FAR Council to extend the 60-day comment period deadline of Oct. 18 to provide adequate time to analyze the proposal, solicit member feedback and provide meaningful input on the proposal.[21] The extension request was arbitrarily and capriciously denied by the FAR Council,[22] in violation of the Administrative Procedure Act.

## Summary of ABC's Response to the Proposed Rule

ABC strongly opposes the proposed rule and its imposition of anti-competitive and inflationary government-mandated PLAs on federal contracts.

---

[17] Construction Coalition Opposes Biden's Pro-PLA Proposal, ABC Newsline, Oct. 12, 2022. Of note, the coalition's website, BuildAmericaLocal.com, features a number of educational resources such as studies, op-eds, letters, talking points and a social media kit exposing problems with government-mandated PLAs and the Biden administration's policies promoting anti-competitive and inflationary PLA schemes.
[18] "Based on Federal Procurement Data System (FPDS) data from fiscal year (FY) data from 2019 through FY 2021, the average number of construction awards, including orders against indefinite-delivery indefinite-quantity contracts valued at $35 million or more, were approximately 119 annually. The average cost of each award is approximately $114 million," at https://www.federalregister.gov/d/2022-17067/p-30.
[19] U.S. Census Bureau, Construction Spending Historical Value Put in Place, accessed Oct. 4, 2022, available at: https://www.census.gov/construction/c30/historical_data.html.
[20] https://www.gpo.gov/fdsys/pkg/FR-2009-02-11/pdf/E9-3113.pdf.
[21] https://www.regulations.gov/comment/FAR-2022-0003-0005.
[22] https://www.abc.org/Portals/1/2022%20Files/PLA%20Extension.pdf?ver=mva5r_nbZe7y2emr2wreCg%3d%3d.

AR0515

The Biden administration's rule has been proposed at a time when the U.S. construction industry faces significant headwinds in the form of severe supply chain disruptions,[23] unprecedented materials cost inflation of 40.5% since the onset of the COVID-19 pandemic,[24] declining investment[25] and a widespread shortage of 650,000 skilled workers in 2022 alone.[26] By needlessly restricting the pool of qualified bidders and excluding experienced and qualified nonunion construction workers, the proposal would exacerbate these issues and further increase costs for contractors and taxpayers.

In September 2022, ABC conducted a survey of its contractor members about government-mandated PLAs and the FAR Council's proposed rule.[27] Ninety-eight percent of respondents said they would be less likely to begin or continue bidding on federal contracts if the proposed rule is finalized and 97% said that government-mandated PLAs decrease economy and efficiency in government contracting.[28]

A PLA is a multiemployer, multi-union, pre-hire collective bargaining agreement that all general contractors and subcontractors on a jobsite must agree to in order to win a contract to build a federal construction project. Proponents argue PLAs serve as a tool to systemize labor relations between multiple construction trade unions and contractors on a specific construction site. While differences may exist in the specific language of each PLA document, PLAs typically contain provisions with anti-competitive and costly effects our comments will outline in detail.

As discussed in Section I of ABC's comment letter (pp. 7-16), ABC and the federal contracting community broadly oppose government-mandated PLAs as these schemes needlessly restrict competition, discriminate against nonunion employees and place nonunion general contractors and subcontractors at a significant competitive disadvantage. Government-mandated PLAs will exacerbate the construction industry's skilled labor shortage by discouraging participation from more than 87% of the U.S. construction industry workforce who do not belong to a union. In addition, certain unionized contractors and unionized workers are also prohibited from working on PLA projects because they interfere with existing collective bargaining agreements. Likewise, typical government-mandated PLAs are anti-competitive in nature and severely restrict fair and open bidding on taxpayer-funded projects from the best union and nonunion contractors, including small and disadvantaged contractors and their employees

As discussed in Section II of ABC's comment letter (pp. 16-33), the Biden administration and FAR Council's arguments justifying the proposed rule and the widespread use of government-mandated PLAs in federal contracting are unsubstantiated and run counter to a robust record of evidence supporting the benefits of fair and open competition free from PLA mandates. In contrast to the Biden administration's reasoning, evidence outlined in these comments establishes that government-mandated PLAs harm economy and efficiency in federal

---

[23] Sam Barnes, "Missing Links," *Construction Executive*, April 2022.
[24] "Monthly Construction Input Prices Dip in August, But Are Up 17% From a Year Ago, Says ABC," ABC, September 2022.
[25] "Nonresidential Construction Spending Down 0.4% in August, Says ABC," ABC, October 2022.
[26] "ABC: Construction Industry Faces Workforce Shortage of 650,000 in 2022," ABC, February 2022.
[27] Survey: 97% of ABC Contractors Say Biden's Government-Mandated Project Labor Agreement Policies Would Make Federal Construction More Expensive, ABC Newsline, Sept. 28, 2022.
[28] Additional results from the survey are shared in greater detail throughout these comments.

contracting, as government-mandated PLAs increase costs by 12% to 20% per construction project, expose federal agencies to bid protests and litigation and cause unnecessary delays during the procurement and construction phases of a PLA project. In addition, PLAs are a solution in search of a problem with respect to strikes caused exclusively by unions and will not achieve better safety, quality or project delivery outcomes for the federal government.

Section III of ABC's comments demonstrates how Executive Order 14063 and the FAR Council's proposed rule violate numerous federal laws and must be withdrawn. First, the proposed rule clearly violates the Competition in Contracting Act, which states that when awarding federal contracts federal agencies "shall obtain full and open competition through the use of competitive procedures."[29] By discriminating against nonunion contractors and employees who have freely chosen not to associate with a union, the proposed rule's PLA mandate would drastically restrict competition and give an unfair advantage to unionized businesses and employees. [See discussion in Section III. A. on page 34]

The proposed rule, and EO 14063 on which it is based, also exceed the authority of the executive branch under the Federal Property and Administrative Services Act.[30] Congress has never authorized across-the-board PLA mandates such as those being proposed here. As opposed to increasing economy or efficiency in federal procurement, the proposed rule's PLA mandates will increase costs and delay contract procurement and construction performance. [See discussion in Section III. B. on page 34].

The proposed rule also violates the arbitrary and capricious standard of the Administrative Procedure Act and/or other statutes governing the FAR, because the proposed rule changes course without adequate justification, in a manner contrary to the record of evidence, without addressing important aspects of the problems created by the proposed mandate, and without addressing reasonable alternatives or the longstanding reliance interests of the regulated community. [See discussion in Section III. C. on page 35].

The proposed rule will also impose significant obstacles to Congress's requirement that federal agencies encourage and give preference to small and disadvantaged businesses in procurement of government contracts. Therefore, the proposed rule is in violation of the Small Business Act.[31] [See discussion in Section III. D. on page 36].

The proposed rule's Expected Impact and Initial Regulatory Flexibility Analysis vastly underestimates the economic impact of the proposed rule, which is likely to exceed $100 million per year. [See discussion in Section III. E. on page 38].

The proposed rule directly interferes with and discriminates against rights of construction contractors and their employees that are protected by the National Labor Relations Act, ERISA and the National Apprenticeship Act, including the forced taking of nonunion workers' pay for

---

[29] 41 U.S.C. § 253. The Competition in Contracting Act of 1984 (41 U.S.C. 253) (FAR Subpart 6.1 "Full and Open Competition") is a public law enacted for the purpose of encouraging the competition for the award of all types of government contracts. The purpose was to increase the number of competitors and to increase savings through lower, more competitive pricing. CICA became law in 1984 as a foundation for the Federal Acquisition Regulation.
[30] 40 U.S.C. § 101.
[31] 15 U.S.C. § 637(d).

AR0517

the benefit of union pension plans, without just compensation. [See discussion in Section III. F. on page 39].

The proposed rule improperly declares that "this rule is not a major rule under 5 U.S.C. § 804" and thereby violates the Congressional Review Act. [See discussion in Section III. G. on page 40].

Finally, the proposed rule's blanket PLA policy establishes no meaningful criteria for federal agencies to follow in considering whether to grant exceptions to PLA requirements. Therefore, the resulting agency decisions will be inherently arbitrary and capricious and will delay construction projects. ABC has made recommendations concerning PLA inclusion and exception language and procedures [See discussion in Section III. H. on page 40 and I. on page 42].

**I. Government-Mandated PLAs Required by the Proposed Rule Will Discriminate Against and Otherwise Deter the Majority of Construction Contractors and Their Employees From Bidding or Performing Work on Government Contracts**

Typical government-mandated PLAs discourage competition from nonunion contractors, who employ the overwhelming majority of all construction workers, and deny jobs to their existing workforce through several common PLA provisions summarized in these comments.

**A. PLA Mandates Force Contractors to Replace Most or All Existing Employees With Workers From Union Hiring Halls**

First, under typical PLAs, nonunion companies must obtain most or all of their employees from union hiring halls. Most often, PLAs prevent contractors from using their existing nonunion workforce. This provision is problematic because firms cannot use most or all of their existing employees whose safety, training, productivity and quality is already quantified so contractors are able to submit an accurate bid and timeline. This provision excludes more than 87% of the U.S. construction workforce from working on federal construction projects.

7



In some PLAs, a nonunion contractor is permitted to use a small number of its existing nonunion workforce, but they must send these employees to the union hiring hall and hope the union dispatches the same workers back to the PLA jobsite, and/or the PLA requires existing nonunion employees to join a union within 10 days of employment on the project and/or pay union dues and fees as a condition of employment.[32] Survey responses by ABC contractors report that unfamiliar union workers may be of unknown quality and may delay time- and cost-sensitive construction schedules, making delivery of a quality, on-time and on-budget construction product less certain.

### B. PLA Mandates Require Companies to Obtain Apprentices From Union Apprenticeship Programs, Undermining Workforce Development Strategies

Second, PLAs typically require nonunion companies to obtain apprentices exclusively from union apprenticeship programs.[33]

Therefore, apprentices enrolled in federal and state government-registered nonunion apprenticeship programs provided by employers, trade associations, schools and community stakeholders—including more than 300 government-registered apprenticeship programs provided by ABC chapters—cannot work on a job covered by a PLA. This means future construction industry workers enrolled in qualified government-registered apprenticeship programs will be excluded from working in their own community simply because these

---

[32] See TheTruthAboutPLAs.com, Understanding Core Workforce Provisions in Project Labor Agreements, April 7, 2014.
[33] See www.TheTruthAboutPLAs.com, Biden's Project Labor Agreement Schemes Exacerbate Construction Industry's Skilled Labor Shortage, June 29, 2022.

AR0519

programs are not affiliated with construction unions. This strangles opportunities and career pipelines into the construction industry.

Respondents to ABC's recent survey of contractor members said PLAs negatively affect company workforce development efforts, with 96% stating that a PLA's union apprenticeship requirements harm their existing workforce development investments.[34]

Of note, in rare and limited instances, PLAs can contain language permitting participants from union and nonunion government-registered apprenticeship programs when permitted by local union CBAs. However, data demonstrates the government-registered apprenticeship system is not meeting the industry's demand for skilled labor and any government-registered apprenticeship participation requirements disparately favor union programs.[35]

According to data from the DOL,[36] in FY 2021, the construction industry's federal government-registered apprenticeship system produced 24,822 completers of its four-to-five-year apprenticeship programs. In addition, construction industry apprenticeship programs registered with state governments produced an estimated 15,000 to 20,000 completers in FY 2021.[37] At current rates of completion, it would take 14 years for all government-registered construction industry apprenticeship program completers to fill the estimated 650,000 vacant construction jobs needed just in 2022.

In addition, a 2015 report issued by construction unions[38] claims that, "among [government registered program] construction apprentices, 74% are trained in the unionized construction sector known as the joint apprenticeship training committee (JATC) system," according to DOL Employment and Training Administration data from 2014 referenced in the report.[39] If accurate, this means that roughly a quarter of all registered apprentices are enrolled in nonunion government-registered apprenticeship programs and a government-registered apprenticeship program requirement in a PLA would disproportionately favor unionized firms and participants in union programs.

Both concerns undermine federal apprenticeship investments and legal requirements for full and open competition and are key reasons why federal agencies do not require government-registered apprenticeship policies in federal solicitations for construction services. Simply put,

---

[34] Survey: 97% of ABC Contractors Say Biden's Government-Mandated Project Labor Agreement Policies Would Make Federal Construction More Expensive, ABC Newsline, Sept. 28, 2022.
[35] See data tables in www.TheTruthAboutPLAs.com, Biden's Project Labor Agreement Schemes Exacerbate Construction Industry's Skilled Labor Shortage, June 29, 2022.
[36] According to the DOL Office of Apprenticeship's Registered Apprenticeship Partners Information Data System, in FY 2021 the construction industry's 6,573 federal government-registered apprenticeship programs had 239,107 active apprentices and produced just 32,068 completers. There are a handful of states that do not contribute to the RAPIDS program, roughly 40,000 to 45,000 apprentices completed programs in 2021. See data at https://thetruthaboutplas.com/wp-content/uploads/2022/08/Registered-Apprenticeship-Participants-Completers-and-Programs-for-Construction-Industry-in-RAPIDS-States-FY17-to-FY21-081722.xlsx.
[37] ABC: Government-Registered Apprenticeship System Woefully Inadequate to Meet Construction's Skilled Workforce Shortage, ABC, June 30, 2022.
[38] See page 6 of Construction Apprenticeship, The "Other Four-Year Degree," by the North American Building Trades Unions available at https://partners.aflcio.org/system/files/2_bctd-appren-four-yr-degree-2015.pdf.
[39] Note: The DOL does not provide data of union vs. nonunion apprentices enrolled in registered apprenticeship programs to the public in an aggregate version/report. It is unclear if the DOL shared this data or if additional assumptions were made by report authors based on DOL data requested and calculated.

AR0520

a PLA's union-only apprenticeship or government-registered apprenticeship requirements are likely to exacerbate the construction industry's skilled labor shortage and undermine industry, company and community investments in workforce development that relies on an all-of-the-above mix of upskilling in the construction industry, including government-registered apprenticeship programs.[40]

### C.  PLA Mandates Force Contractors to Follow Inefficient Union Work Rules

Third, PLAs require contractors to follow union work rules specified in each CBA of each construction union party to the PLA, which changes the way contractors otherwise would assign employees to specific job tasks—requiring contractors to abandon an efficient labor utilization practice called "multiskilling" and instead assign work based on inefficient and archaic union craft jurisdictional boundaries defined in each craft's relevant CBA. Open shop contractors achieve significant labor cost savings through multiskilling, in which workers possess a range of skills that are appropriate for more than one work process and are used flexibly across multiple trades on a project or within an organization. This practice has tremendous labor productivity advantages for contractors, but it is forbidden by typical union work rules in union CBAs and, by extension, PLAs.[41]

Contractors forced to work under a PLA's restrictive work rules complain about the complexity of interpreting and matching each union's CBA/work rules to a corresponding construction activity on a jobsite. In addition, ABC contractors consistently raise concerns about how a PLA forces them to hire multiple workers from different unions with different and often conflicting CBAs to complete simple tasks across trade jurisdictions that can be performed by one of their existing employees or a smaller crew of existing employees.

### D.  PLA Mandates Force Contractors to Pay Employee Benefits Into Union Plans, Exposing Workers to Wage Theft and Employers to Multiemployer Pension Plan Liabilities

Fourth, PLAs require nonunion companies to pay their workers' health and welfare benefits to union trust funds, even though these companies may have their own bona fide benefits plans. Workers cannot access any of their benefits accrued during the life of the PLA project in union plans unless they decide to leave their nonunion employer, join a union, work for union-signatory contractors and receive enough work and remain in good standing with the union until vested. Research suggests this loss in wages and benefits reduces nonunion employees' paychecks by 34% on PLA projects.[42] Because few nonunion employees choose to join a

---

[40] Learn more about ABC's all-of-the-above approach to workforce development at www.workforce,abc/org.
[41] See www.TheTruthAboutPLAs.com, Understanding the Merit Shop Contractor Cost Advantage, May 17, 2010.
[42] An October 2021 report by Dr. John R. McGowan, Government-Mandated Project Labor Agreements Result in Lost and Stolen Wages for Employees and Excessive Costs and Liability Exposure for Employers, finds that employees of nonunion contractors that are forced to perform under government-mandated PLAs suffer a reduction in their take-home pay that is conservatively estimated at 34%. PLAs force employers to pay employee benefits into union-managed funds, but employees will never see the benefits of the employer contributions unless they join a union and become vested in these plans. Employers that offer their own benefits, including health and pension plans, often continue to pay for existing programs as well as into union programs under a PLA. The McGowan report found that nonunion contractors are forced to pay in excess of 35% in benefit costs above and beyond existing prevailing wage laws as a result of "double payment" of benefit costs. See further

AR0521

union after working on a PLA project, companies typically end up paying benefits twice: once to the union plans and once to the existing company plans to ensure employees have direct access to earned retirement and benefits assets and to keep their existing employees happy with their current employer in the face of a competitive labor market. Nonunion contractors must factor this double benefits cost into their bid, which research suggests increase nonunion contractors' wage and benefits costs by an estimated 35%,[43] needlessly putting them at a competitive disadvantage against union contractors that are not saddled with these unnecessary costs.

In addition, paying into underfunded and mismanaged union-affiliated multiemployer pension plans may expose merit shop contractors to massive pension withdrawal liabilities.[44] Depending on the health of a union-managed multiemployer pension plan, signing a PLA could bankrupt a contractor or prevent it from qualifying for construction bonds needed to build future projects for the federal government and other clients.[45]

### E. PLA Mandates Force Employees to Join a Union and/or Pay Union Dues/Fees as a Condition of Employment

Finally, nonunion employees must pay nonrefundable union dues and/or fees and/or join a union to work on many PLA projects, even though they have decided to work for a nonunion employer[46] and have freely chosen not to affiliate with a union. PLAs require unions to be the exclusive bargaining representative for workers during the life of the project. When agreeing to participate in a PLA project, union representation is elected by the employer rather than the employees.[47] Construction employees often argue that forced unionization and/or representation—even for one project—is an infringement of their workplace rights and runs contrary to their intentional decision not to join a union.[48]

---

analysis at www.TheTruthAboutPLAs.com, Nonunion Workers Suffer Up to 34% in Wage Theft Under Government-Mandated Project Labor Agreements, Oct. 22, 2021.

[43] See McGowan report, *ibid.*

[44] See discussion of this concern in the McGowan report and an example of multiemployer pension plan liability extended to a firm performing work on a PLA project in New Jersey in *Third Circuit Joins Sister Circuits in 'Employer' Definition Under Multiemployer Pension Plan Amendments Act,* JD Supra, April 15, 2022, available at https://www.jdsupra.com/legalnews/third-circuit-joins-sister-circuits-in-9647788/.

[45] See www.TheTruthAboutPLAs.com, Taxpayer Bailout of Multiemployer Pension Plans and Government-Mandated Project Labor Agreements, March 17, 2021.

[46] The legality of clauses in typical PLAs that require compulsory union membership and payment of union dues and fees to unions by workers in order to work on a PLA project depend on the state's right to work law status. See www.TheTruthAboutPLAs.com, Understanding PLAs in Right to Work States, July 20, 2009. *See also Janus v. AFSCME*, 138 S. Ct. 2448 (2018) (finding a constitutional violation in government action forcing employees to pay union dues or fees).

[47]While employed by a nonunion company, workers normally are permitted to choose union representation through a card check process or a federally supervised private ballot election. PLAs are called pre-hire agreements because they can be negotiated before the contractor hires any workers or employees vote on union representation. The National Labor Relations Act generally prohibits pre-hire agreements, but an exception in the act allows for these agreements only in the construction industry. In short, PLAs strip away the opportunity for construction workers to choose a federally supervised private ballot election or a card check process when deciding whether union representation is right for them.

[48] Barriers to joining a union in the construction industry are relatively low. Any construction worker can go to the nearest union hiring hall and request to join a union. If admission is accepted by a union hiring hall, a worker typically pays initiation fees, regularly scheduled dues and must maintain good standing with the local union's rules in order to be dispatched to a union-signatory contractor's job. Union members may work for one or dozens of union-signatory contractors in a year or a career, depending on the trade, scope and volume of work and length of time a union-signatory company is going to be on a construction jobsite.

AR0522

### F. PLA Mandates Discourage Competition From Unionized Contractors and Union Labor By Interfering with Existing Union Collective Bargaining Agreements

Most ABC member general contractors and subcontractors are not signatory to construction union CBAs. However, some ABC member general contractors and subcontractors are signatory to CBAs with construction unions, which requires them to hire unionized labor only from union hiring halls they are signatory to and follow the CBA's work rules and pension/benefits obligations. Many of these unionized contractors report that PLAs interfere with existing CBAs with unions and prevent unionized firms from competing to build projects funded by taxpayer dollars.[49]

Union-signatory firms commonly argue that they invest substantial amounts of time and resources negotiating and executing a CBA with a specific union or unions they are signatory to. Yet a PLA will increase costs and stifle contracting opportunities by reintroducing inefficient and unfamiliar work rules, pay and benefits requirements that are not part of its existing CBA with a union(s).

In addition, union-signatory firms complain that, in order to work on a PLA project, they are required to sign an agreement with a union designated in a PLA that the contractor is not signatory to. This would take away work traditionally performed by its existing union member employees. In this example, signing such a PLA would be in direct violation of its existing CBA and would expose the firm to litigation for breaching its CBA. Therefore, contractors with CBAs with certain unions not designated in a specific PLA are contractually unable to pursue contracts subject to PLA mandates.

For these reasons, the proposal will injure competition from certain qualified unionized contractors and their unionized employees from union hiring halls.

### G. PLA Mandates Are Likely to Decrease Hiring of Local, Minority, Women, Veteran and Reentering Construction Workers and Minority, Women, Veteran and Disadvantaged Business Enterprises

By discriminating against the 87.4% of the U.S. construction workforce that chooses not to belong to a union and discouraging competition from diverse and small contracting businesses predominantly unaffiliated with unions,[50] PLA mandates are likely to decrease opportunities for local, minority, women, veteran and reentering construction workers and minority, women, veteran and disadvantaged businesses that perform taxpayer-funded work in the construction industry.

In ABC's recent member survey,[51] 94% of respondents said government-mandated PLAs would result in worse local hiring outcomes on a project while 5% said PLA mandates would

---

[49] See examples at TheTruthAboutPLAs.com, Union Leaders and Contractors Oppose Government-Mandated Project Labor Agreements Too, March 1, 2021, including a March 16, 2021 op-ed syndicated in USA Today by Kevin Barry, director of the construction division of the United Service Workers Union based in Queens

[50] See discussion on the impact of government-mandated PLAs on federal contractor small businesses in Section III. D. of this comment letter.

[51] Ibid.

AR0523

have no impact. Fully 68% of respondents said PLA mandates decrease hiring of minority, women, veteran and reentering construction workers while 28% said PLA mandates would have no impact. Finally, 70% of respondents said government-mandated PLAs will result in decreased hiring of minority, women, veteran and disadvantaged businesses while 27% said PLA mandates would have no impact.

In contrast, PLA advocates frequently claim that government-mandated PLAs ensure a steady supply of local labor and more jobs for minority, women, veteran and reentering construction workers. They also claim PLAs can be a tool to increase hiring of minority, women, veteran and disadvantaged business enterprises.

However, there is no credible evidence to support this erroneous claim. Likewise, there is no evidence that local and disadvantaged business and workforce hiring outcomes are better on government-mandated PLA projects compared to projects benefiting from fair and open competition free from PLA mandates.

Anecdotal evidence strongly indicates that government-mandated PLAs harm rather than benefit local and diverse workforce hiring and contract awards. Such harm has been documented by members of the local and minority construction workforce and contracting communities in Baltimore;[52] Boston;[53] Chicago;[54] Detroit;[55] Des Moines, Iowa;[56] Jersey City, New Jersey;[57] Las Vegas;[58] Los Angeles;[59] Meriden, Connecticut;[60] New Bedford, Connecticut;[61]  New York City;[62] Oakland, California;[63] Philadelphia;[64] San Diego;[65] San

---

[52] See www.TheTruthAboutPLAs.com, Minority Contractor Speaks Out Against Proposed Baltimore City PLA Requirement, April 8, 2010.
[53] Boston Construction Sites Still Have Very Few Black Workers. Who's To Blame For That? WGBH.org, Paul Singer, Aug 1, 2022.
[54] Rahm Emanuel Blames Unions For Lack of African-American Jobs, NBC Chicago, Oct. 3, 2012.
[55] Detroiters Get 30% Fewer DPS Construction Jobs Than Promised, Detroit Free Press, July 15, 2011.
[56]See www.TheTruthAboutPLAs.com,  Project Labor Agreement on Iowa State Penitentiary Fails to Fulfill Local Hiring Promises, Oct. 16, 2013, and Much Work on Prison Went to Non-Iowans, Des Moines Register, Oct. 11, 2013.
[57] See www.TheTruthAboutPLAs.com, Jersey City Project Labor Agreement Policies Fail to Deliver Local Jobs, Jan. 28, 2013.
[58] Ironworkers Union Settles Dispute Over 'Traveling', Las Vegas Review-Journal, May 14, 2010.
[59] See www.TheTruthAboutPLAs.com, Minority Contractors and Business Associations Take Leadership Role in Fighting Project Labor Agreements in California Coastal Cities, March 9, 2011.
[60] See www.TheTruthAboutPLAs.com, No Surprise: Big Labor Fails to Meet Meriden PLA Hiring Goals, May 19, 2014
[61] Dredging union struggles to provide local workers to South Terminal, SouthCoast Today, Sep. 14, 2013.
[62] See www.TheTruthAboutPLAs.com, Project Labor Agreement Fails On Tappan Zee Bridge Construction; Jobs Outsourced to Robots, June 9, 2014.
[63] Black Contractors Call Oakland's Proposed Project Labor Agreement 'Modern Day Slavery', San Francisco Bay View, Aug. 15, 2019. Black construction workers in Bay Area say employers don't stop abuse, San Francisco Chronicle, Sept. 28, 2020.
[64] See www.TheTruthAboutPLAs.com, National Black Chamber of Commerce Blasts Lack of Diversity in Construction Trade Unions, July 29, 2013.
[65] See www.TheTruthAboutPLAs.com, San Diego Unified School District PLA Fails to Meet Local Hiring Goals, July 11, 2011.

AR0524

Francisco;[66] Seattle;[67]  Washington, D.C.;[68] and other communities across America.[69] Local and minority construction industry leaders have complained that government-mandated PLAs and construction union hiring halls fail to deliver jobs for local and minority construction workers and contractors,[70] despite promises by pro-PLA lawmakers and construction trade unions.

Minority and small business advocates have long argued PLAs disproportionately harm minority- and women-owned contractors and their diverse workforces[71] because the vast majority of these firms are not signatory to a union[72] and minority craft labor employees are unlikely to belong to a union[73] due to a variety of factors, including historical[74] and institutional racism in the construction unions.[75]

One such advocate, the National Black Chamber of Commerce, opposes PLA mandates[76] because:

> "African American workers are significantly underrepresented in all crafts of construction unions. The higher incidence of union labor in the construction industry, the lower African American employment will be realized. This is constant throughout the nation. Also, and equally important, the higher use of union shops brings a correlated decrease in the amount of Black owned businesses being involved on a worksite."

Likewise, in a 2020 letter to Virginia Gov. Ralph Northam (D), NBCC CEO Harry Alford wrote:[77]

---

[66] See www.TheTruthAboutPLAs.com, Construction Fatalities and Protest by Minority Contracting Community Plague New 49ers Stadium Project, Oct. 15, 2013.
[67] See www.TheTruthAboutPLAs.com, Project Labor Agreement on Seattle Tunnel Mega-Project Fails to Deliver on Many Promises, Jan. 23, 2014.
[68] See Broken Promises, Big Losses: The Story of DC Workers Watching from the Dugout as the $611 Million Washington Nationals Ballpark is Built, District Economic Empowerment Coalition, Oct. 2, 2007, and The True Cost of the Washington Nationals Ballpark Project Labor Agreement, DC Progress, November 2009, In addition, data collected by Del. Eleanor Holmes-Norton, D-D.C., on federal projects subject to PLA mandates located in the District of Columbia under the Obama administration's pro-PLA policy demonstrated that PLAs delivered worse local hiring outcomes for District of Columbia residents than other large-scale federal projects not subject to a PLA in the region. See TheTruthAboutPLAs.com, Data Busts Myth That Project Labor Agreements Result in Increased Local Hiring, March 11, 2013.
[69] See www.TheTruthAboutPLAs.com, Project Labor Agreements and Big Labor Fail at Local Job Creation, Aug. 5, 2010.
[70] Many PLA projects experiencing issues with minorities and women are documented in ABC General Counsel Maury Baskin's report, Government-Mandated Project Labor Agreements: The Public Record of Poor Performance (2011 Edition).
[71] See testimony of Anthony W. Robinson, president of the Minority Business Enterprise Legal Defense and Education Fund linked in Congressional Testimony Says Project Labor Agreements Harm Minority Contractors and Employees, Oct. 26, 2010, and How Union-Only Labor Agreements Are Harming Women- and Minority-Owned Businesses, U.S. House Committee on Small Business hearing, Aug. 6, 1998.
[72] BLS and other government data sources do not track the union-signatory status of small and disadvantaged businesses. However, various trade associations and interest groups representing minority contractors and construction workers raise these concerns in public policy debates. See the National Black Chamber of Commerce's Policy Statement on Project Labor Agreements and other statements on PLAs here.
[73] Union Construction's Racial Equity and Inclusion Charade, Stanford Social Innovation Review, Travis Watson, June 14, 2021.
[74] Prevailing Wage Legislation and the Continuing Significance of Race, George Mason Law and Economics Research Paper No. 18-14, David E Bernstein, June 1, 2018.
[75] Why Are Philly's Construction Unions So White? Six Takeaways From Our Reporting On Racism In The Building Trades, The Philadelphia Inquirer, Sept. 1, 2022.
[76] See NBCC's Policy Statement on Project Labor Agreements and other statements on government-mandated PLAs here.
[77] Letter from NBCC CEO Harry Alford to Gov. Northam requesting veto of pro-PLA legislation, March 17, 2020.

AR0525

"African American-owned contracting firms are typically small businesses and employ their own core workforce of skilled construction workers who are not unionized and are generally more diverse than construction workers coming from union hiring halls. Despite efforts of various construction trade unions to diversify their membership over the years, they simply are not recruiting enough African American members into the trades. In addition, claims that a PLA can be a tool to ensure minority construction workers and businesses are used on a public project is a farce. These goals can be achieved via contracting and workforce requirements independent of a discriminatory PLA mandate."

As noted by the NBCC, many private owners and municipalities have local hiring goals for construction projects independent of a government-mandated PLA, which can be problematic when construction unions have few local union members or not enough available union labor to meet a project's workforce needs. When demand for union construction workers is greater than supply, union hiring halls frequently call workers from out-of-area union halls called "travelers" or "boomers" to address a union-signatory contractor's labor needs. Under PLAs and typical union hiring hall rules, these union travelers/boomers receive hiring preference over qualified local nonunion workers—who comprise more than 80% of the local construction workforce in almost all markets across the country.

For these reasons, the proposal is likely to undermine construction industry efforts to attract a local, diverse and inclusive workforce and pool of contractors.

## H. Mandating PLAs Under the Proposed Rule Will Otherwise Harm Competition

Because of the significant adverse impact of PLAs on nonunion and some union general contractors and subcontractors and their nonunion and union employees described in these comments, the inevitable result of the proposed rule will be to limit competition for federal construction projects by significantly reducing the number of bidders for such projects in direct violation of federal statutes discussed in Section III. A. of these comments.

In response to ABC's recent survey,[78] ABC member contractors overwhelmingly opposed the proposed rule, with 99% stating they would be less likely to begin or continue to bid on federal construction contracts if the proposed rule is finalized and 97% agreeing that PLAs reduce competition from subcontractors. Among active federal contractors who responded to the survey, 93% stated the proposal would result in less competition from subcontractors. Additionally, 97% of respondents who self-identified as small business federal contractors said they would be less likely to bid on contracts if the proposed rule is finalized, potentially affecting the federal government's small business procurement goals. Likewise, 99% of respondents who currently do not perform federal contracting work said they would be discouraged from beginning to do so by the proposed rule, indicating the proposal would likely suppress competition from new federal contractors if finalized.

---

[78] Ibid.

Individual comments by survey participants repeatedly mention problematic terms and conditions in typical PLAs discussed in Section I. These comments are compelling reasons why PLA mandates injure competition for federal construction projects.

ABC's September 2022 survey results should be concerning to federal agency construction contracting officers and the Biden administration. From fiscal year 2009-2021, ABC member prime contractors performed 51.1% of all federal construction contracts over $25 million, including 57% of the total value of all large-scale contracts.[79] Given that the vast majority of ABC general contractor members would be discouraged from bidding on federal contracts under the proposed rule, it is undeniable that "full and open competition" would be impossible to achieve with this proposal.

### ABC MEMBERS WON MAJORITY OF LARGE-SCALE FEDERAL CONTRACTS >$25M, FY2009-FY2021

|  | # of Contracts | Percent of # of Contracts | Value (in $ billions) | Percent of Total Value |
|---|---|---|---|---|
| ABC | 1,061 | 51.11% | $73.46 | 57% |
| Non-ABC | 1,014 | 48.9% | $55.27 | 43% |
| Total | 2,075 | 100% | $128.73 | 100% |

*Source: USASpending.gov (accessed 2/22/22) cross-referenced with ABC membership as of 12/20/21*

## II. The Asserted Justifications for the Proposed Rule Run Counter to the Record Evidence

President Biden's EO 14063 and related sections of the proposed rule rationalize the use of government-mandated "project labor agreements in connection with large-scale construction projects to promote economy and efficiency in federal procurement."[80] However, the proposal fails to provide any quantitative or qualitative research supporting these broad generalizations in support of government-mandated PLAs.

---

[79] Federal contract award data downloaded from usaspending.gov compared to list of general contractors with membership in ABC, December 2021, available at: https://tinyurl.com/3ahjye7e. This data does not count general contractors who are not signatory to a union and are not members of ABC. This data does not include work performed by ABC member subcontractors because the federal government does not track this data.
[80] See Section 1 (c) of EO 14063: https://www.federalregister.gov/d/2022-02869/p-4.

16

In contrast, strong evidence presented in these comments illustrates how government-mandated PLAs and the Biden administration's pro-PLA policies will injure competition, harm the economy and reduce efficiency in federal procurement.

As discussed throughout these comments, the EO and proposed rule's rationale used to justify PLA mandates on federal construction contracts ranges from factually incorrect to preposterous.[81]

For example, Section 1 of the EO justifies the use of government-mandated PLAs because "Construction employers typically do not have a permanent workforce, which makes it difficult to predict labor costs when bidding on contracts and to ensure a steady supply of labor on contracts being performed."[82] The proposal and EO offer no support for this claim. In contrast, as discussed in these comments, ABC contractors assert that nonunion contractors do have a permanent workforce and a PLA's requirement to replace most or all of its existing workforce with unfamiliar workers from union hiring halls and obey unfamiliar union work rules will result in unpredictable labor costs and expose a firm to additional productivity, quality and safety risks that would not otherwise exist on a project subject to fair and open competition standards free from government-mandated PLAs.

In fact, unionized contractors are the parties that typically do not have a permanent workforce—they build projects in a geographic region and receive labor from various signatory union halls containing local and out-of-area traveler workers with union cards. Unionized firms are more likely to have concerns with a steady supply of labor because union hiring halls may not have enough labor to meet a project's needs in a tight labor market. This is consistent with the fact that less than 13% of the U.S. construction industry workforce is unionized and less than 10% of the construction industry workforce is unionized in 24 states.

As further discussed in these comments, the EO and proposal repeatedly make unsubstantiated claims that a PLA mandate will "advance the interests of project owners, contractors, and subcontractors, including small businesses." But the truth is that PLAs address areas of concern unique to union-signatory contractors and inefficiencies in union CBAs.[83] The PLA's solutions to these "union problems" chill efficiencies and robust competition by nonunion firms. In addition, many of the alleged benefits of PLAs related to workforce development, drug testing, targeted local and diverse hire and contracting goals, safety and labor dispute avoidance are routinely handled on large-scale federal, state, local and private construction projects without the need for discriminatory and costly language in typical PLAs. In short, to quality nonunion contractors, government-mandated PLAs are a solution in search of a problem.

Finally, contractors have always been able to negotiate and enter into PLAs with labor unions independent of this policy, as guaranteed by the NLRA. If PLAs are beneficial to a contractor and its government client, they can negotiate and execute one independent of a disruptive

---

[81] See policy rationale for Section 1 (a) and (b) of EO 14063.
[82] See https://www.federalregister.gov/d/2022-02869/p-2.
[83] See discussion on the impact of government-mandated PLAs on costs in Section II. A. of this comment letter.

AR0528

government-mandated PLA. The EO and proposed rule are not needed to ensure the use of voluntary government-mandated PLAs.

As such, the EO and proposed rule offer no factual justification for its claim that PLAs "promote economy and efficiency in federal procurement" and are necessary because "large-scale construction projects pose special challenges to efficient and timely procurement by the federal government."[84]

The truth is the federal government's pro-PLA policy of the last 12 years that encourages—but does not require—federal agencies to mandate PLAs provides the public with a comprehensive real-world demonstration that the proposed rule's assertion that PLAs "may provide structure and stability needed to reduce uncertainties for all parties connected to a large-scale construction project" has no basis in fact.[85]

In February 2009, President Barack Obama signed EO 13502, which encourages—but does not require—federal agencies to mandate PLAs on large-scale federal construction projects exceeding $25 million in total cost.[86] Notably, this policy allowed federal agency contracting officers to make decisions about PLA mandates on a case-by-case basis. It is not surprising that PLAs were rarely required.

Between fiscal years 2009 and 2021, 2,075 federal contracts worth $128.73 billion were subject to the Obama policy, but just 12 federal contracts worth a total of $1.25 billion were issued with a PLA mandated by a federal agency.[87] More than 99% of all federal construction contracts of $25 million or more during this time period were not subject to a government-mandated PLA.

---

[84] See Section 1 of EO 14063: https://www.federalregister.gov/d/2022-02869/p-2.
[85] See quoted language in the proposed rule preamble: https://www.federalregister.gov/d/2022-17067/p-10 and Section 1(b) of EO 14063: https://www.federalregister.gov/d/2022-02869/p-3.
[86] See https://www.gpo.gov/fdsys/pkg/FR-2009-02-11/pdf/E9-3113.pdf. EO 13502 also permits recipients of federal assistance to mandate PLAs on state and local public works projects.
[87] Chart available at: https://thetruthaboutplas.com/wp-content/uploads/2022/04/PLA-Mandates-on-Federal-Contracts-FY2009-FY2021-033022.png.

18



**PLA MANDATES ON FEDERAL CONTRACTS**

Total value of PLA mandate/preference contracts greater than $25M, FY2009-FY2021

- **PLA**    **Non-PLA**

Value of contracts: $1.25 B (PLA); $127.476 B 99.02% (Non-PLA)

Number of contracts: 12 (PLA); 2,063 99.42% (Non-PLA)

- Non-GMPLA contracts far outnumber GMPLA contracts by value (99.02%) and number of contracts (99.42%) on $128.73B of fed. projects greater than $25M.
- There were no fed. GMPLAs during the Trump White House.

*Source: USASpending.gov (accessed 2/22/22) cross-referenced with known list of federal government-mandated PLAs*

These data[88] illustrate that federal procurement officials—when given the freedom to assess whether government-mandated PLAs will benefit a large-scale construction contract—almost universally decided against requiring PLAs.

In addition, from 2001 to its repeal by the Obama policy, President George W. Bush's Executive Orders 13202 and 13208[89] prohibited government-mandated PLAs on $147 billion worth of direct federal construction projects.[90]

Yet for more than 20 years there have been no widespread reports of federal construction projects suffering from increased costs,[91] strikes,[92] labor shortages,[93] safety issues[94] or poor quality specifically attributable to the lack of a government-mandated PLA, which undermine common arguments PLA proponents use to justify PLA schemes.

---

[88] This data is confirmed in the proposed rule, "According to the data collected by OMB, between the years of 2009 and 2021, there were a total of approximately 2,000 eligible contracts and the requirement for a PLA was used 12 times," at https://www.federalregister.gov/d/2022-17067/p-29.

[89] Executive Order 13202: Preservation of Open Competition and Government Neutrality Towards Government Contractors' Labor Relations on Federal and Federally Funded Construction Projects, Feb. 17, 2001, and Executive Order 13208: Amendment to Executive Order 13202, Preservation of Open Competition and Government Neutrality Towards Government Contractors' Labor Relations on Federal and Federally Funded Construction Projects, April 6, 2001, also prohibited government-mandated PLAs on federally assisted construction projects procured by state and local governments.

[90] See research in Project Labor Agreements on Federal Construction Projects: A Costly Solution in Search of a Problem, The Beacon Hill Institute, August 2009: "One would expect there to be dozens of tales about labor strife, slowdowns and significant cost overruns that characterized this PLA-free world. Yet, we found no record of such tales."

[91] Government-Mandated Project Labor Agreement Failures on Federal and Federally Assisted Construction Projects, March 10, 2021, https://tinyurl.com/3fefedna.

[92] See www.TheTruthAboutPLAs.com, Do Project Labor Agreements Stop Strikes on Construction Jobsites?, March 29, 2022.

[93] See www.TheTruthAboutPLAs.com, Biden's Project Labor Agreement Schemes Exacerbate Construction Industry's Skilled Labor Shortage, June 29, 2022.

[94] See www.TheTruthAboutPLAs.com, Setting the Record Straight: Do Government-Mandated Project Labor Agreements Really Improve Safety Performance? March 16, 2021, https://tinyurl.com/2fyyjkdm.

AR0530

In addition, there have been no widespread reports of similar problems attributable to a lack of PLA mandates on public works construction projects in the 24 states that have passed laws restricting government-mandated PLAs on state, state-assisted and local construction projects to some degree—totaling almost $925 billion worth of public works construction put in place over the last 12 years.[95]



In fact, of the few federal construction projects subjected to government-mandated PLAs under the "PLA optional" Obama policy, many projects experienced delays,[96] poor local hire outcomes,[97] reduced competition and increased costs[98] as described in these comments.

Despite this evidence, the Biden EO 14063 and proposed rule's default pro-PLA mandate assumes a project procured with a PLA mandate will result in superior outcomes compared to a project procured via fair and open competition. As further discussed in Section II of this comment letter, the claimed justifications for the EO and proposed rule are contrary to the record of evidence and fail to justify PLA mandates at all.

---

[95] See ABC analysis of U.S. Census Bureau data on value of state and local public construction projects at https://thetruthaboutplas.com/wp-content/uploads/2022/10/Cap-Outlay-for-Construction-in-PLA-Reform-States-through-2021-ABC-Update-080322.xlsx and related map at https://thetruthaboutplas.com/wp-content/uploads/2022/09/State-Map-Cap-Construction-Outlay-Protected-from-PLAs-Via-State-FOCA-Laws-Through-2021-080122.png.
[96] See www.TheTruthAboutPLAs.com, Delays and Increased Costs: The Truth About the Failed PLA on the GSA's 1800 F Street Federal Building, March 5, 2013.
[97] Data collected by Del. Eleanor Holmes-Norton, D-D.C., on federal projects subject to PLA mandates located in the District of Columbia under the Obama administration's pro-PLA policy demonstrated that PLAs delivered worse local hiring outcomes for District of Columbia residents than other large-scale federal projects not subject to a PLA in the region. See TheTruthAboutPLAs.com, Data Busts Myth That Project Labor Agreements Result in Increased Local Hiring, March 11, 2013.
[98] See www.TheTruthAboutPLAs.com, Government-Mandated Project Labor Agreement Failures on Federal and Federally Assisted Construction Projects, March 10, 2021, and GSA Wasted Millions on Union Handout, Where's the Outrage? April 10, 2012.

### A. PLAs Will Not Achieve Economy But Will Instead Increase Costs Significantly

The proposed rule fails to identify any factual justification to support the claim that government-mandated PLAs reduce the cost of construction on large-scale federal construction contracts. There is no factual basis for claims that PLAs will reduce costs on federal construction projects.[99]

In contrast, recent surveys of federal contractors, robust academic studies and overwhelming evidence from the few PLA mandates on federal projects subject to the Obama administration's pro-PLA policy strongly suggests that PLA mandates needlessly increase costs that will be ultimately shouldered by taxpayers.

For example, a DOL Job Corps Center in Manchester, New Hampshire, was originally bid with a PLA mandate in 2009. After nearly three years of PLA-related delays and litigation, the project was bid with a PLA in January 2012 and then rebid without a PLA in October 2012. Results of bids without a PLA requirement prove PLAs increase costs and reduce competition. Without a PLA, there were more than three times as many bidders (nine versus three) and the low bidder's offer was $6,247,000 (16.47%) less than the lowest PLA bidder. In addition, firms that participated in both rounds of bidding submitted an offer that was nearly 10% less than when they submitted a bid with a PLA. Without a PLA, a local firm from New Hampshire won the contract and performed it safely, on time and on budget to the satisfaction of the DOL. In contrast, the low bidder under the PLA mandate was from Florida.[100]

In another example of increased costs and litigation[101] on a federal PLA project, in 2010, the General Services Administration awarded a $52.3 million contract to a general contractor to build the federal Lafayette Building in Washington, D.C., but then forced the contractor to sign a change order post-award and build it with a PLA. The PLA requirement needlessly cost taxpayers an additional $3.3 million.[102]

Another GSA project awarded in 2010, the GSA Headquarters at 1800 F St. in Washington, D.C., suffered a 107-day delay when members of a local construction trade council refused to accept the terms of a PLA a contractor presented for negotiations post award of the federal contract that had already been signed by the carpenters union not affiliated with the local

---

[99] For example, the Beacon Hill Institute for Public Policy research has thoroughly debunked misleading claims and reports that PLA mandates reduce construction costs in Belaboring PLAs: A Critique of the Seeler Reports, Oct. 15, 2021, Affidavit of Prof. David G. Tuerck, PhD, before the Government Accountability Office, concerning Protests of Eckman Construction, Turnstone Corporation and Wu & Associates, Inc. No., B-406526.1; Solicitation DOL121RB20457, June 2012, and Pages 43-62 of Tuerck's Cato Journal article, Why Project Labor Agreements Are Not in the Public Interest, Winter 2010. It should be noted that in virtually every instance when PLA apologists have attempted to demonstrate how PLAs can reduce construction costs, they do so by comparing the costs of an already unionized project workforce with and without a PLA. There is no comparison of cost savings on a project with and without a PLA if the project was dominated by nonunion contractors and workers, as is the case in most markets across America.

[100] See www.TheTruthAboutPLAs.com for full details on the project, Union's Criticism Misses Mark on U.S. Department of Labor's New Hampshire Job Corps Center Project Labor Agreement Scheme, Sept. 3, 2013.

[101] Of note, prior to award, the project was delayed during the bidding process because the GSA was forced to remove a PLA mandate after a contractor filed a bid protest with the Government Accountability Office. See TheTruthAboutPLAs.com, GSA admits Jumping the Gun With PLA Gift to Unions, Dec. 29, 2009, Updated Feb. 2010.

[102] See TheTruthAboutPLAs.com, GSA Wasted Millions on Union Handout, Where's the Outrage? April 10, 2012.

21

construction trade council.[103] Following the impasse, the GSA instructed the prime contractor to proceed without a PLA with the trades council. This delay increased costs by millions of dollars and affected the project significantly. A subsequent review of documents related to change order negotiations between the GSA and the contractor revealed the GSA clawed back millions of dollars from the contractor built into its original bid related to the added costs associated with performing the project under a PLA.[104]

In addition to these real-world examples of added costs on federal construction projects under the Obama administration's pro-PLA policy, multiple academic studies of thousands of taxpayer-funded affordable housing[105] and school construction projects[106] found that government PLA mandates increase the cost of construction by 12% to 20% compared to similar non-PLA projects when all projects are subjected to prevailing wage regulations.[107]

In addition to these studies, PLA mandates on federally assisted construction projects procured by state and local governments,[108] as well as state and local government public works projects built without federal assistance, have revealed many instances in which PLAs have failed to achieve promised cost savings, and have instead led to cost overruns, delays,

---

[103] See www.TheTruthAboutPLAs.com, Delays and Increased Costs: The Truth About the Failed PLA on the GSA's Headquarters at 1800 F Street, March 5, 2013.

[104] On March 16, 2011, the House Oversight and Government Reform Committee's Regulatory Affairs, Stimulus Oversight and Government Spending Subcommittee held the hearing Regulatory Impediments to Job Creation: The Cost of Doing Business in the Construction Industry. GSA officials testified that the prime contractor on the 1800 F St. building could not finalize a PLA with numerous trade unions in the area. The contractor could only reach an agreement with the local carpenters' union, leading to delays and increased costs on the project. The financial impact of this delay has not been accurately calculated but is estimated to be in the millions of dollars.

[105] Ward, Jason M., The Effects of Project Labor Agreements on the Production of Affordable Housing: Evidence from Proposition HHH. Santa Monica, CA: RAND Corp., 2021. https://www.rand.org/pubs/research_reports/RRA1362-1.html.

[106] See multiple studies measuring the impact of PLA mandates on public school construction already subject to state prevailing wage laws in Connecticut, Massachusetts, New Jersey, New York and Ohio by the Beacon Hill Institute (http://beaconhill.org/labor-economics/); an October 2010 report by the New Jersey Department of Labor and Workforce Development, Annual Report to the Governor and Legislature: Use of Project Labor Agreements in Public Works Building Projects in Fiscal Year 2008 (https://www.nj.gov/labor/forms_pdfs/legal/2010/PLAReportOct2010.pdf); and a 2011 study by the National University System Institute for Policy Research, Measuring the Cost of Project Labor Agreements on School Construction in California (http://www.nusinstitute.org/assets/resources/pageResources/Measuring-the-Cost-of-Project-Labor-Agreements-on-School-Construction-in-California.pdf).

[107] With or without a PLA, all federal projects are subject to federal labor and employment laws, including federal Davis-Bacon prevailing wage regulations, which require government-determined wages for building, heavy and highway projects that are typically union-scale wages where PLAs are most likely to be mandated. The research conducted looked at affordable housing and school construction projects subject to prevailing wage laws regardless of whether a PLA was required, which undermines arguments by PLA proponents that PLAs are needed to ensure high wages and savings from non-PLA projects are a result of undercutting wages and benefits.

[108] See www.TheTruthAboutPLAs.com, Government-Mandated Project Labor Agreement Failures on Federal and Federally Assisted Construction Projects, March 10, 2021.

22

local hire failures and safety incidents,[109] on such diverse public projects as stadiums,[110] convention centers,[111] civic centers,[112] power plants[113] and airports.[114]

In addition, ABC has collected more than a dozen examples of projects that were bid both with and without PLA mandates. In every instance, fewer bids were submitted under the PLA mandate than were submitted without it, or the costs to the public entity went up or both.[115]

Finally, according to a September 2022 survey of ABC member contractors,[116] 97% of survey respondents said a construction contract that required a PLA would be more expensive compared to a contract procured via free and open competition. Survey respondents generally commented that PLA mandates increase construction costs by:

- Reducing competition from general contractors and subcontractors and their employees, including small and diverse subcontractors required to meet federal agency small business contracting goals;
- Imposing inefficient union work rules unique to union CBAs on nonunion contractors who use multiskilling strategies to increase labor productivity;
- Requiring contractors to contribute into union benefits programs, resulting in double benefits costs solely paid by nonunion contractors, as well as multiemployer pension plan withdrawal liability risk; and
- Added attorney costs and administrative staff costs needed to negotiate/understand a PLA, comply with the PLA and applicable CBA requirements and facilitate payments into unfamiliar benefits plans.

In light of the evidence in demonstrating how and why PLAs increase costs to taxpayers, there can be no rational claim that government-mandated PLAs will achieve greater "economy" in the federal procurement process.

## B. PLAs Will Not Achieve Efficiency But Will Instead Cause Contract Procurement and Project Construction Delays

---

[109] Many problematic PLA projects are documented in ABC General Counsel Maury Baskin's report, Government-Mandated Project Labor Agreements: The Public Record of Poor Performance (2011 Edition).

[110] Nationals Park Costs Rise, Sports Commission Struggles, Washington Examiner, Oct. 21, 2008. Similar cost overruns were experienced on PLA-covered stadiums in Cleveland, Detroit and Seattle. See "Mayor's Final Cost at Stadium 25% Over," Cleveland Plain Dealer, June 24, 2000; "Field of Woes," Crain's Detroit Business Magazine, June 18, 2001; and "New Seattle Stadium Battles Massive Cost Overruns," ENR, July 27/Aug. 3, 1998, at 1, 9. By contrast, Baltimore's Camden Yards and Washington's FedEx Field, among many other merit shop stadiums built around the country over the past two decades, were built without any union-only requirements, with no cost overruns.

[111] Washington Business Journal (March 2003).

[112] "Troubled Center Moves Ahead," Des Moines Register, July 12, 2003; "Say No to Project Labor Agreement," Des Moines Register, July 23, 2003; "Civic Center Bids Exceed the Budget," Post-Bulletin, Sept. 28, 1999.

[113] "Power Plant Costs to Soar," Pasadena Star-News, March 21, 2003.

[114] "SFO Expansion Project Hundreds of Millions Over Budget," San Francisco Chronicle, Dec. 22, 1999.

[115] See www.TheTruthAboutPLAs.com, Great Scott: Projects Bid With and Without PLA Mandates Show PLAs Increase Costs and Reduce Competition, April 18, 2013.

[116] Survey: 97% of ABC Contractors Say Biden's Government-Mandated Project Labor Agreement Policies Would Make Federal Construction More Expensive, ABC Newsline, Sept. 28, 2022.

AR0534

According to a September 2022 survey of ABC member contractors,[117] 97% of respondents said that government-mandated PLAs decrease economy and efficiency in government contracting. Eighty-five percent said PLA mandates decrease the likelihood of completing a project on time and on budget, with just 9% saying there would be no impact.

As discussed already in ABC's comments, survey responses to open-ended questions illuminated compelling reasons why the Biden administration's EO and proposed rule is likely to result in delays during a federal agency's procurement of a federal contract subject to a PLA mandate, in addition to delays during the actual construction of the federal project subject to a PLA requirement.

This is particularly true for indefinite-delivery, indefinite-quantity contracts where the use of a PLA will for the first time be required on an order-by-order basis or for an entire contract, without any rational justification. Alternate III of the FAR Council's proposal gives contracting officers seemingly unbridled discretion to order IDIQ contracts to include PLA mandates with the order offer, prior to award or after award, thereby increasing the level of confusion and potential for delay in IDIQ construction projects.[118]

### C. The Government Should Not Be Involved in Establishing the Terms of a PLA or Any PLA Negotiations Between Contractors and Unions

ABC is concerned that federal agency involvement in establishing the terms and conditions of a PLA—and the negotiation of a PLA in general—can harm competition and lead to needless delays and increased costs.

The proposed rule addresses the federal agency's involvement in PLA negotiations between a contractor and labor unions:[119]

> "FAR 22.504(c) is revised to remove direction that allowed agencies to specify terms and conditions of the PLAs and to engage in efforts to identify the appropriate terms and conditions for a particular construction project. DoD, GSA, and NASA believe the language at 22.504(b)(6), which authorizes agencies to ensure the PLA includes any additional requirements as the agency deems necessary to satisfy its needs, is sufficient. Further, the E.O. directs that an agency may not require contractors or subcontractors to enter into a PLA with any particular labor organization. The proposed rule replaces the current text at FAR 22.504(c) with this direction. Conforming changes are made in the provision at FAR 52.222-33, Notice of Requirement for Project Labor Agreement, and the clause at FAR 52.222-34, Project Labor Agreement."[120]

While it appears the FAR Council recognizes the perils of having federal agency representatives with insufficient expertise in construction industry collective bargaining insert themselves into PLA negotiations with specific language, ABC requests that the FAR Council

---

[117] Ibid.
[118] See 22.504(d)(3) and 22.505(b)(3). See also https://www.federalregister.gov/d/2022-17067/p-127.
[119] See Sec. 4 of EO 14063 to review the general requirements of a PLA: https://www.federalregister.gov/d/2022-02869/p-12.
[120] https://www.federalregister.gov/d/2022-17067/p-20.

AR0535

clarify this position by explicitly stating that federal agencies are prohibited from suggesting language and engaging in the PLA negotiation process in any form. Clarity is needed because a PLA's minimum terms still appear in the revised Alternate I[121] at FAR 52.222-34.[122]

ABC believes that if a PLA is to be required on a federal solicitation, its terms and conditions should be negotiated solely and directly by contractors with employees working on the PLA project and the labor unions representing workers covered by the PLA. It should only be these parties engaged in negotiating the terms of a PLA because they are the parties engaged in an employer-employee relationship, they may have appropriate experience and expertise to conduct such negotiations and they are the only parties explicitly authorized to enter into a PLA agreement under the NLRA.

In addition, ABC strongly urges the FAR Council to explicitly clarify that under no circumstances shall a contracting agency require contractors to adopt a PLA that was unilaterally written by a labor organization or negotiated in part or in whole by the federal agency or by a contractor (or group of contractors) not employing covered workers on the project. This is necessary in order to avoid reduced competition, litigation and delays, as ABC contractors frequently complain that solicitations containing a partially completed or final PLA that cannot be changed—in which they had no input—discourages them from submitting bids on a project.

### D. The Timing of When a Federal Agency Requires an Executed PLA to Be Submitted During a Solicitation Can Create Delays and Increased Costs

ABC is concerned about the timing and mechanics of how a federal agency requires a PLA in a federal solicitation for construction services because all of the options in the FAR Council's proposal can result in needless delays, inefficiencies and increased costs for contractors, labor unions and federal agency contracting officers.

The proposed rule's changes to FAR provision at 52.222-33, Notice of Requirement for Project Labor Agreement,[123] provides a basic provision and two alternative provisions for the contracting officer to select from when including a PLA requirement in the solicitation. The basic provision says "(b)(1) [all] offerors shall negotiate or become a party to a project labor agreement with one or more labor organizations for the term of the resulting construction contract."[124] Alternate I says "(b)(1) the apparent successful offeror shall negotiate or become a party to a project labor agreement with one or more labor organizations for the term of the resulting construction contract."[125] Alternate II says, "(b)(1) If awarded the contract, the Offeror shall negotiate or become a party to a project labor agreement with one or more labor organizations for the term of the resulting construction contract."[126] (Emphasis added.)

---

[121] https://www.federalregister.gov/d/2022-17067/p-140.
[122] https://www.federalregister.gov/d/2022-17067/p-133.
[123] https://www.federalregister.gov/d/2022-17067/p-117.
[124] https://www.federalregister.gov/d/2022-17067/p-119.
[125] https://www.federalregister.gov/d/2022-17067/p-122.
[126] https://www.federalregister.gov/d/2022-17067/p-125.

AR0536

Each of these options requiring either—all offerors; the apparent successful offeror; or offerors
awarded the contract, to submit an executed PLA during a project's solicitation process—
create problems that may lead to delays when contractors negotiate and execute PLAs with
labor organizations.

For example, federal agency language requiring all offerors on a particular project to negotiate
a PLA with one or more unspecified labor organization and to submit an executed PLA with
their bids is problematic. This inefficient practice wastes bidders' and labor unions' time and
resources. It also wastes resources of federal agencies when a contracting officer reviews all
of the PLA proposals from offerors.

In addition, ABC contractors complain that in geographic areas where merit shop contractors
have dominant market share and unions have little or no presence, merit shop contractors
have no idea which unions to contact to start required PLA negotiations as labor unions may
not be local or have authorization to represent workers performing work in the project's
geographic location. These factors are likely to result in needless delays and ultimately deter
many qualified contractors from bidding on the project, in violation of federal statutes requiring
full and open competition.

Moreover, ABC contractors cannot control whether they are able to fulfill the proposal's
negotiation obligation with unions because they have no means to require union organizations
to negotiate with them.

During ABC's September 2022 survey of members about PLAs and the proposal, ABC
contractors raised concerns with a federal agency's requirement for contractors to execute a
PLA with unions and submit it with a bid as a condition of winning a federal contract because it
gives unions incredible leverage during PLA negotiations and undue influence in which
contractors can be awarded a federal contract.

For example, if a prospective offeror successfully identifies correct representatives of
appropriate labor organizations and attempts to contact them to request negotiations for a
PLA, the contractor has no recourse if the labor unions do not respond or refuse to negotiate.
Unions have no legal obligation to negotiate with any particular contractor and have no legal
obligation to negotiate in a good-faith, nondiscriminatory and timely manner, absent an
established collective bargaining relationship with the contractor under Section 9(a) of the
NLRA.

Therefore, federal agency language requiring offerors to negotiate with labor unions—a party
with which the contractor offeror has no authority to compel negotiations—effectively grants
labor unions the power to prevent certain contractors from submitting an acceptable offer.
Such a requirement enables the labor organizations to determine which contractors can submit
a successful offer to federal agencies (by discriminating against contractors they do not want
to negotiate with, i.e., because they are nonunion and compete with existing union-signatory
contractors). The requirement also enables unions to determine which contractors will submit a
competitive offer to federal agencies (i.e., by giving more favorable PLA terms to one
contractor over another). Such a requirement violates EO 14063's directive that the PLA "allow

26

all contractors and subcontractors on the construction project to compete for contracts and
subcontracts without regard to whether they are otherwise parties to collective bargaining
agreements."[127]

The proposal's PLA submission alternatives are not a solution for these concerns. For
example, if a federal agency requires only the apparent successful bidder to execute a PLA
after offers have been considered (Alternate I), or if it requires a bidder to execute a PLA after
the contract has been awarded (Alternate II), then it puts offerors in an untenable position of
submitting a bid on a project without knowing its likely labor costs on a project because the
PLA has not been finalized prior to submitting a cost estimate. Ultimately, this can increase the
likelihood of cost overruns and delays on the project in the long-term. In addition, once again,
these options grant labor unions excessive bargaining leverage over contractors where labor
unions can demand anything or the contractor risks losing the federal contract. This is exactly
what happened on the GSA's 1800 F St. project, referenced previously, that led to a 107-day
delay and increased costs and wasted resources for contractors, unions and contracting
officers.

ABC urges the FAR Council to amend the proposal to explicitly confirm that parties involved in
PLA negotiations shall never be required to reach an agreement with unions but should be
required only to engage in good faith bargaining to impasse, consistent with the requirements
of the NLRA.

### E.  PLA Mandates Will Result in Bid Protests, Litigation and Related Delays During the Procurement Process

Federal agencies will be exposed to costly bid protests, litigation and related delays if they
mandate or use a PLA preference on federal construction projects. During the early years of
the Obama administration's optional pro-PLA policy, federal contractors, with the support of
ABC, filed five Government Accountability Office bid protests against PLAs mandated by four
different federal agencies on large-scale federal construction projects. In each of the five GAO
bid protests, federal agencies abandoned the PLA requirements after GAO officials suggested
they violate federal contracting laws in specific circumstances.[128] In addition to GAO bid
protests on individual projects, the Biden administration's pro-PLA policies are likely to be
subject to broader litigation by ABC and/or other construction industry and taxpayer-advocate
stakeholders seeking full and open competition and the best outcome for taxpayers, which is
likely to delay any federal projects subject to PLA requirements and preferences.

### F.  PLA Mandates Will Lead to Delays During the Construction of Federal Projects

If a project were able to overcome legal challenges and move forward with a PLA requirement,
the impact of a PLA on the performance of a contract may lead to delays.

---

[127] https://www.federalregister.gov/d/2022-02869/p-14.
[128] See www.TheTruthAboutPLAs.com, Legal Challenges Against Federal Government-Mandated Project Labor Agreements
During President Obama's First Term, Jan. 22, 2013.

AR0538

According to ABC's September 2022 survey of ABC member contractors, 85% said PLA mandates decrease the likelihood of completing a project on time and on budget, with 9% saying there would be no impact. Respondents repeatedly referenced the following general reasons why a PLA mandate would specifically lead to delays during the construction phase of a project:

- PLAs reduce the pool of general contractors and subcontractors willing and able to compete for contracts to build a project. Less competition may exclude the best firms and/or result in weaker companies performing projects that can lead to delays related to inefficient use of labor, poor scheduling and construction quality.
- PLAs force contractors to replace its existing workforce with unfamiliar union labor that may harm a contractor's productivity, safety and quality construction practices that can lead to delays on a project.
- PLAs can artificially exacerbate the construction industry's skilled labor shortage by eliminating 87.4% of the industry's construction workforce because they have chosen not to affiliate with a union.
- PLAs will harm inclusion of small and disadvantaged businesses needed to meet federal agency prime and subcontracting goals because these firms are not unionized.

### G. Strikes Are Rare in Today's Construction Industry, But Have Occurred on PLA Projects

The proposal and EO claim that PLA mandates are important tools to avoid project delays by preventing strikes and labor disputes on a project:

> "Challenges also arise because construction projects typically involve multiple employers at a single location, and a labor dispute involving one employer can delay the entire project. A lack of coordination among various employers, or uncertainty about the terms and conditions of employment of various groups of workers, can create friction and disputes in the absence of an agreed-upon resolution mechanism. These problems threaten the efficient and timely completion of construction projects undertaken by Federal contractors. On large-scale projects, which are generally more complex and of longer duration, these problems tend to be more pronounced.
>
> (b) Project labor agreements are often effective in preventing these problems from developing because they provide structure and stability to large-scale construction projects. Such agreements avoid labor-related disruptions on projects by using dispute-resolution processes to resolve worksite disputes and by prohibiting work stoppages, including strikes and lockouts. They secure the commitment of all stakeholders on a construction site that the project will proceed efficiently without unnecessary interruptions."[129]

However, the proposal presents no evidence of strikes and/or labor unrest on large-scale federal construction projects. ABC is unaware of any strikes or labor unrest on a federal

---

[129] See Section 1 of EO at https://www.federalregister.gov/d/2022-02869/p-2.

28

AR0539

agency project subject to a PLA since ABC started monitoring federal contracts for such issues in 2001 through 2022, when PLA mandates were not used on more than 99% of hundreds of billions of dollars' worth of federal construction projects (as discussed in Section II of this comments letter).

In addition, the proposal fails to recognize other strategies to mitigate union-orchestrated strikes, work stoppages, slowdowns and other labor unrest through strong contracting language and other best practices commonly employed on projects independent of PLAs and their anti-competitive and costly provisions.

Historically, strikes and labor unrest executed by rank-and-file union members can shut down a jobsite and delay the opening of a project, potentially costing public and private construction owners time and money and harming the project end user's bottom line. In fact, one of the key reasons PLAs were originally developed in the 1930s was as a solution to prevent costly strikes on important large-scale public works projects like dams during an era when more than 80% of the U.S. construction workforce belonged to a union.

However, today, just 12.6% of the U.S. construction workforce belongs to a union, according to the U.S. Bureau of Labor Statistics[130]—a total reversal.

In addition, nonunion construction workers do not strike and there have been no reports of nonunion construction workers striking in the construction industry on federal projects.

PLA advocates display a classic case of "firefighter-arson syndrome" when promoting PLAs as a tool to prevent labor unrest. Unions offer lawmakers PLAs as a solution to a problem they create in exchange for a labor monopoly on taxpayer-funded construction projects. But the truth is that strikes in today's construction marketplace are relatively rare, and there have been strikes on PLA projects, which calls into question the value of these agreements preventing labor unrest.

In 2021, ABC reviewed the most recent data available from the U.S. Bureau of Labor Statistics' Work Stoppages Program, which tracks major work stoppages involving 1,000 or more workers, and found there were just 10 major work stoppages in the construction industry on public and private projects between 2010 and 2019.[131]

In addition, in 2021 ABC reviewed the most recent data available from the Federal Mediation and Conciliation Service[132] on historical construction industry work stoppages through FY 2019 and found there were just 45 construction industry work stoppages from 2015 to 2019 and 101 work stoppages from 2010 to 2014 on public and private projects.[133]

---

[130] "Union Members – 2021," Bureau of Labor Statistics, January 2022.
[131] See https://www.bls.gov/web/wkstp/annual-listing.htm and ABC data at: https://thetruthaboutplas.com/wp-content/uploads/2021/03/BLS-Work-Stoppages-Over-1000-Employees-Data-Downloaded-031221.xlsx.
[132] See https://www.fmcs.gov/resources/documents-and-data/.
[133] See https://thetruthaboutplas.com/wp-content/uploads/2021/03/Construction-Industry-Work-Stoppages-1984-FY19-downloaded-from-FMCS-013021-V-022421.xls.

AR0540

Likewise, a labor action tracker provided by Cornell University's School of Industrial and Labor Relations shows just six labor actions specific to the construction industry from January 2020 through October 2022.[134]

In the words of an ABC survey respondent, "Why lawmakers continue to rob taxpayers with a 20% cost premium markup on construction contracts because of a solution to a problem that is rare and rewards the party that creates the problem is baffling."

It's even more puzzling after examining the public record of union strikes on nonfederal public and private projects subjected to PLA mandates, despite promises that PLAs prevent strikes. For example, Joseph Hunt, who retired from serving as the president of the Ironworkers Union in 2011, devoted an entire column in a membership publication urging Ironworkers Union members not to strike on PLA projects:[135]

> "Once again, it is my duty to inform you there has been an increase in work stoppages on jobs governed by project labor agreements. A No Work Stoppage-No Lock Out clause is the most important because it is the foremost reason owners and contractors are willing to use the agreement [a PLA] to commit to an all-union job. They [owners] have a choice, and they know that the nonunion do not have jurisdictional disputers, nor do they have strikes."

Hunt's admission that government-mandated PLAs result in an all-union job, that nonunion workers don't disrupt jobsites and that ironworkers have been striking on PLA projects undermines decades of misinformation told by PLA advocates and sympathetic lawmakers who attempt to disguise what PLAs really are: schemes whereby government cronies cut competition from quality local nonunion contractors and union-signatory firms not affiliated with the unions favored in the PLA and steer contracts to political donors—in this case union-signatory contractors and union labor—at inflated costs shouldered by hardworking taxpayers.

Examples of strikes and walkouts on notable private and taxpayer-funded PLA projects across the country call into question the value of PLAs and their controversial no-strike promise.[136]

Media reports have called the federal, state and local taxpayer-funded Highway 99 tunnel mega-project underneath Seattle's downtown waterfront[137] the "West Coast's Big Dig,"[138] noting parallels to Boston's notoriously delayed and budget-busting series of tunnels and highway improvements.[139] The Seattle project has been plagued by delays, cost overruns, featherbedding, union strikes and labor disputes, a poor safety record, employees working on the jobsite while drunk, sexual harassment allegations and violations of state and federal

---

[134] Search for construction in the Cornell ILR's tool at https://striketracker.ilr.cornell.edu/.
[135] See Hunt's President's Page column, Ironworkers Have Tradition and Honor in Project Labor Agreements, The Ironworker, February 2008.
[136] A chapter in ABC General Counsel Maury Baskin's report, Government-Mandated Project Labor Agreements: The Public Record of Poor Performance (2011 Edition), documents construction delays and cost overruns caused by strikes on more than a decade of various PLA projects across the country.
[137] https://www.fhwa.dot.gov/ipd/project_profiles/wa_alaskan_way.aspx.
[138] Seattle confronts prospect of its own long-delayed Big Dig, The Washington Post, Reid Wilson, Dec. 30, 2014.
[139] Editorial: Construction plans show state learned little from Big Dig, Gloucester Times, June 22, 2010.

minority contracting rules.[140] Both projects were procured with controversial government-mandated PLAs.

In 2018, the National Labor Relations Board imposed a settlement requiring that the Steamfitters Union stop illegal strikes and job actions against firms working at the $20 billion Hudson Yards multibuilding private development in New York City, which was subject to a PLA.[141] In 2015, the project was also subjected to a PLA-violating strike that impacted 30 other NYC jobsites and was resolved after a judge issued a restraining order against striking workers.[142]

Federally assisted projects that were part of the World Trade Center reconstruction following the 9/11 attacks in New York City suffered strikes in 2015,[143] 2013[144] and 2011,[145] despite no-strike promises contained in these projects' PLAs. Of note, the 4 World Trade Center jobsite suffered a crane accident in February 2012. In August 2012, the *New York Post* reported the Port Authority cracked down on drinking by construction union members following a series of accidents and reports of excessive workday boozing by union tradespeople employed at various World Trade Center construction projects, including 4 World Trade Center.[146]

In addition, Chicago was a relative hotbed of strikes on PLA projects in 2010,[147] but the most famous private project subjected to a strike in the city occurred on the $850-million Trump International Hotel and Tower in downtown Chicago. In June 2006, the Trump company developing the $850-million project in downtown Chicago sued three labor organizations for breaching the terms of a PLA after union members walked off the project during a strike.[148]

The Trump development company eventually settled the suit against the Chicago and Cook County Building and Construction Trades Council, the Construction and General Laborers' District Council of Chicago and Vicinity and Laborers' International Union Local 6.

Joseph Gagliardo, managing partner of the firm Laner, Muchin, Dombrow, Becker, Levin and Tominberg Ltd., represented 401 North Wabash in the action and told the media that the unfortunate lesson emerging from this strike and suit was to question the real value of PLAs with Chicago's construction unions.

---

[140] See www.TheTruthAboutPLAs.com, The West Coast's Bid Dig Boondoggle Woes Continue: Seattle's Tunnel PLA Job Dangerous for Workers, March 22, 2016, and Despite Project Labor Agreement, Union Dispute Shuts Down Seattle Tunnel Job For Four Weeks, Sept. 18, 2013.
[141] Labor Board Requires Hudson Yards Unions to Stop Strikes, New York Post, Carl Campanile, July 31, 2018.
[142] Judge points to PLA in ordering union workers to end strike, Real Estate Weekly, July 6, 2015.
[143] See www.TheTruthAboutPLAs.com, NYC Union Strike Shuts Down Project Labor Agreement Jobsites Again, July 13, 2015.
[144] See www.TheTruthAboutPLAs.com, NYC Carpenters Union Breaks Project Labor Agreement's No-Strike Promise at 4 WTC Jobsite, July 2, 2013.
[145] See www.TheTruthAboutPLAs.com, Another PLA Myth Busted: PLAs Fail to Prevent Strikes on NYC Projects, Aug. 2, 2011.
[146] Port Authority cracking down on drinking by WTC construction crews, New York Post, Josh Margolin, Aug. 6, 2012.
[147] See www.TheTruthAboutPLAs.com, PLA Projects Delayed by Chicago Construction Union Strike: Another PLA Myth Busted, July 17, 2010.
[148] See case 401 North Wabash Venture LLC v. Chicago and Cook County Building and Construction Trades Council, N.D. Ill., No. 06-CV-3077, 6/5/06.

AR0542