**IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

ASSOCIATED BUILDERS AND
CONTRACTORS FLORIDA FIRST
COAST CHAPTER, AND
ASSOCIATED BUILDERS AND
CONTRACTORS,

      Plaintiffs

v.

WILLIAM F. CLARK, DIRECTOR,
OFFICE OF GOVERNMENT-WIDE
ACQUISITION POLICY, OFFICE OF
ACQUISITION POLICY, OFFICE OF
GOVERNMENT-WIDE POLICY,
GENERAL SERVICES
ADMINISTRATION, *et al.*

      Defendants.

**Case No. 24-cv-318-WWB-MCR**

**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiffs respectfully file this notice of supplemental authority to inform the Court of a recent decision by the U.S. Court of Federal Claims in a parallel challenge to the PLA mandate at issue in this case. *See MVL USA, Inc. v. United States*, Opinion and Order, ECF 97, No. 24-cv-1057-RTH (Ct. of Fed. Cl. Jan. 21, 2025). The Claims Court expressly held the PLA mandate violates the Competition in Contracting Act (CICA), as Plaintiffs have argued here, because the mandate "precludes full and open competition by effectively excluding [a non-PLA offeror] from winning an award." *Id*. at 37. Though the *MVL* court found it unnecessary to decide whether the President's Executive Order also violated the Procurement Act (FPASA), the Claims Court found *Georgia v. United States* to be a precedential holding in the Eleventh Circuit, which the judge found "helpful." 46 F.4th 1283 (11th Cir. 2022). The Claims Court decision is also filled with

findings of a strong record of evidence supporting Plaintiffs' claims in the present case that the PLA mandate has arbitrarily and capriciously increased federal construction costs, decreased competition, and exacerbated skills shortages on covered projects.

A copy of the decision is attached as Exhibit A.

Dated: Jan. 21, 2025                    Respectfully submitted,

                                        */s/Kimberly J. Doud*
                                        Kimberly J. Doud
                                        LITTLER MENDELSON, P.C.
                                        111 N Orange Ave.,
                                        Suite 1750
                                        Orlando, FL 32801
                                        407-393-2951
                                        407-641-9263 (Fax)
                                        kdoud@littler.com

                                        Maurice Baskin (*pro hac vice*)
                                        LITTLER MENDELSON, P.C.
                                        815 Connecticut Ave., N.W.
                                        Ste. 400
                                        Washington, D.C. 20006
                                        (202) 772-2526
                                        (202) 842-0011 (Fax)
                                        mbaskin@littler.com

                                        *ATTORNEYS FOR PLAINTIFFS*


## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 21st day of January, 2025, I electronically filed the foregoing with the Clerk of the Court by using the ECF system, which will send a notice electronically to Defendants' counsel of record.

                                        */s/Kimberly J. Doud*
                                        Kimberly J. Doud