**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

ASSOCIATED BUILDERS AND
CONTRACTORS FLORIDA FIRST
COAST CHAPTER and ASSOCIATED
BUILDERS AND CONTRACTORS,

        Plaintiffs,

v.                                          Case No.: 3:24-cv-318-WWB-MCR

GENERAL SERVICES
ADMINISTRATION, OFFICE OF
MANAGEMENT AND BUDGET,
UNITED STATES DEPARTMENT OF
DEFENSE, NATIONAL AERONAUTICS
AND SPACE ADMINISTRATION,
GENERAL SERVICES
ADMINISTRATION and OFFICE OF
MANAGEMENT AND BUDGET,

        Defendants.
_____/

## ORDER

      THIS CAUSE is before the Court on *sua sponte* review. On April 22, 2025, Plaintiffs filed a Notice of Appeal (Doc. 59), initiating an interlocutory appeal of this Court's March 28, 2025 Order (Doc. 58) denying Plaintiffs' Motion for Preliminary Injunction.

      On appeal, the Eleventh Circuit ordered the parties to file supplemental briefing as to whether the Court of Federal Claims has exclusive jurisdiction over Plaintiffs' claims under the amended Tucker Act. *Associated Builders & Contractors Fla. First Coast Chapter v. Gen. Servs. Admin.*, No. 25-11375, Docket 38, at *2–6 (11th Cir. Sept. 19, 2025). "[B]ecause a federal court is powerless to act beyond its statutory grant of subject matter jurisdiction, a court must zealously [e]nsure that jurisdiction exists over a case[.]"

*Smith v. GTE Corp.*, 236 F.3d 1292, 1299 (11th Cir. 2001).  Because the authority and jurisdiction of this Court to render binding rulings in this case has been called into question, the parties are **ORDERED** to **SHOW CAUSE** on or before **November 24, 2025**, why the proceedings in this case should not be stayed pending resolution of the issues in Plaintiffs' interlocutory appeal, including the jurisdictional issue raised by the Eleventh Circuit.  The responses to this Order shall not exceed three pages.

**DONE AND ORDERED** in Jacksonville, Florida on November 18, 2025.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record