UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ASSOCIATED BUILDERS AND
CONTRACTORS FLORIDA FIRST
COAST CHAPTER and ASSOCIATED
BUILDERS AND CONTRACTORS,

        Plaintiffs,

v.                                   Case No.: 3:24-cv-318-WWB-MCR

GENERAL SERVICES
ADMINISTRATION, OFFICE OF
MANAGEMENT AND BUDGET,
UNITED STATES DEPARTMENT OF
DEFENSE, NATIONAL AERONAUTICS
AND SPACE ADMINISTRATION,
GENERAL SERVICES
ADMINISTRATION and OFFICE OF
MANAGEMENT AND BUDGET,

        Defendants.
_____/

## ORDER

THIS CAUSE is before the Court on Plaintiffs' Response to Show Cause Order (Doc. 63) and Defendants' Response to Court's Order to Show Cause (Doc. 64), wherein the parties agree that this case should be stayed pending resolution of Plaintiffs' interlocutory appeal.

"Courts have the inherent power to control their own dockets, including the power to stay proceedings." *Tomco Equip. Co. v. Se. Agri-Sys., Inc.*, 542 F. Supp. 2d 1303, 1307 (N.D. Ga. 2008) (citation omitted). "When considering such a stay, courts consider several factors, including (1) whether a stay will unduly prejudice or tactically disadvantage the non-moving party, (2) whether a stay will simplify the issues and

streamline the trial, (3) whether a stay will reduce the burden of litigation on the parties and on the court." *Baxa Corp. v. Forhealth Techs., Inc.*, No. 6:06-cv-0353-Orl, 2006 WL 4756455, at *1 (M.D. Fla. May 5, 2006) (citations omitted).  For the reasons set forth in the parties Responses (Doc. Nos. 63, 64), this Court finds that a stay of these proceedings is appropriate.  A stay would not disadvantage the parties, could simplify and streamline the issues, and would potentially reduce the burdens of litigation on the parties.

Accordingly, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. This case is **STAYED** pending resolution of the interlocutory appeal, Case No. 25-11375.
2. The Clerk is directed to terminate all pending motions and administratively close this case.

**DONE AND ORDERED** in Jacksonville, Florida on December 9, 2025.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record

2