In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 25-11375
_____

ASSOCIATED BUILDERS AND CONTRACTORS FLORIDA
FIRST COAST CHAPTER,
ASSOCIATED BUILDERS AND CONTRACTORS,

*Plaintiffs-Appellants,*

*versus*

GENERAL SERVICES ADMINISTRATION,
   William F. Clark, Director, Office of Government-Wide
   Acquisition Policy,
OFFICE OF MANAGEMENT AND BUDGET,
   Christine J. Harada, Far Council Chair, Senior Advisor
   to the Deputy Director for Management ,
UNITED STATES DEPARTMENT OF DEFENSE,
   John M. Tenaglia, Principal Director, Defense Pricing
   and Contracting ,
NATIONAL AERONAUTICS AND SPACE
ADMINISTRATION,
   Karla S. Jackson, Assistant Administrator
   for Procurement,
GENERAL SERVICES ADMINISTRATION,
   Jeffrey A. Koses, Senior Procurement Executive, et al.,

2                    Order of the Court                    25-11375

*Defendants-Appellees.*

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 3:24-cv-00318-WWB-MCR

_____

ORDER:

A judge of this Court withholds issuance of the mandate in this appeal.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION