**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| ASSOCIATED BUILDERS AND CONTRACTORS FLORIDA FIRST COAST CHAPTER, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>WILLIAM F. CLARK, *et al.,*<br><br>*Defendants*. | **Civil Action No. 3:24-cv-00318-WWB-MCR** |

**UNOPPOSED MOTION TO WITHDRAW OF UNDERSIGNED COUNSEL**

Defendants respectfully move the Court, pursuant to M.D. Fl. L.R. 2.02(c), to withdraw attorney Michael J. Gerardi in this matter. In support of this motion, Defendants state as follows:

1. August 21, 2026 is Mr. Gerardi's last day with the Department of Justice. The Department of Justice consents to Mr. Gerardi's withdrawal from this matter, and is making arrangement for a new attorney to appear in his place in this matter next week. *See* 28 U.S.C. § 516. This matter is currently stayed during the pendency of appeal and Defendants remain represented by other counsel from the Department of Justice before the Eleventh Circuit.

2. Withdrawal is proper if a client consents to the withdrawal. M.D. Fl. L.R. 2.02(c)(1)(A). As noted in the certification appended to this motion, Defendants consent to Mr. Gerardi's withdrawal.

3. Defendants with counsel for Plaintiffs on Mr. Gerardi's withdrawal from this

action, as required by M.D. Fl. L.R. 3.01(g). Plaintiffs do not oppose his withdrawal.

Accordingly, Defendants respectfully request that the Court reconsider its prior ruling and grant Mr. Gerardi's motion to withdraw as counsel.

Dated: August 21, 2026

Respectfully submitted,

BRETT A. SHUMATE
*Assistant Attorney General*

*/s/ Michael J. Gerardi*
MICHAEL J. GERARDI (D.C. Bar No. 1017949)
*Senior Trial Counsel*
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington D.C. 20005
Tel: (202) 616-0680
michael.j.gerardi@usdoj.gov

*Attorneys for Defendants*

**CERTIFICATION RE. L.R. 2.02(c)**

I HEREBY CERTIFY that after conferring with the appropriate supervisory officials, the Department of Justice consents to Mr. Gerardi's withdrawal from this action.

*/s/ Michael J. Gerardi*
MICHAEL J. GERARDI
Senior Trial Counsel

**CERTIFICATION RE. L.R. 3.01(g)**

I HEREBY CERTIFY that on August 21, 2026, I conferred with counsel for Plaintiffs' about the relief sought in this motion. Plaintiffs do not oppose the motion for reconsideration, or Ms. Goodnature's withdrawal from this action.

*/s/ Michael J. Gerardi*
MICHAEL J. GERARDI

Senior Trial Counsel

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this twenty-first day of August, 2026, I electronically filed the foregoing with the Clerk of the Court by using the ECF system, which will send a notice electronically to all registered users of ECF.

*/s/ Michael J. Gerardi*
MICHAEL J. GERARDI
Senior Trial Counsel